JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
ARCHITH RAMKUMAR
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, | |
| Plaintiffs, | |
| v. | Civil Action No. 3:19-cv-0807-RS |
| Kirstjen Nielsen, *et al.*, | |
| Defendants. | |

## Joint Stipulation and [Proposed] Order

Pursuant to the Court's order (ECF 22), the parties jointly propose that the Court enter the following briefing schedule:

1. The parties agree to convert Plaintiffs' motion for temporary restraining order into a motion for preliminary injunction. The parties also agree to the following schedule for further briefing of that motion:

- March 1: Defendants file their opposition.

- March 7: Plaintiffs file any reply

2. The parties agree to the following schedule for briefing of Defendants' motion to transfer venue:

- February 25: Defendants file their motion to transfer.
- March 4: Plaintiffs file their opposition.
- March 7: Defendants file any reply.

3. In the event the Defendants move to strike any of Plaintiffs' exhibits and declarations accompanying the motion for preliminary injunction, the parties agree to the following schedule:

- March 1: Defendants file their motion to strike.
- March 6: Plaintiffs file their opposition.
- March 8: Defendants file any reply.

In addition, in the event Plaintiffs seek to submit additional evidentiary matter as exhibits to their reply in support of their motion for preliminary injunction, the parties agree that Defendants may move to strike any additional matter as part of Defendants reply in support of their initial motion to strike.

4. To the extent any amicus seek to participate in support of either side, the parties agree to stipulate as follows:

- Any amicus briefs in support of Plaintiffs must be filed by February 26.
- Any amicus briefs in support of Defendants must be filed by March 5.

//
//
//
//
//
//
//
//

Respectfully submitted,

By: /s/ *Judy Rabinovitz* (with permission)
Judy Rabinovitz
AMERICAN CIVIL LIBERTIES
UNION FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
jrabinovitz@aclu.org

*For Plaintiffs*

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

PATRICK GLEN
Senior Litigation Counsel

ARCHITH RAMKUMAR
Trial Attorneys

Dated: February 22, 2019            *For Defendants*

Dated: 2/22/19

_____
United States District Judge