JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
thomas.b.york@usdoj.gov
ARCHITH RAMKUMAR
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION LAW LAB, *et al.* | Civil Action No. 3:19-cv-00807-RS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO TRANSFER VENUE** |
| v. | |
| Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

The Court hereby GRANTS Defendants' Motion to Transfer Venue and hereby ORDERS that this action be transferred to the United States District Court for the Southern District of California, and that this matter be closed before this Court.

IT IS SO ORDERED.

Issued this \_\_\_\_\_ day of _____, 201\_\_.

_____

United States District Judge