UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-00807 |

**NOTICE OF APPERANCE**

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants. Said appearance is made without waiver of jurisdiction, venue, or service.

            Respectfully submitted,

            JOSEPH H. HUNT
            Assistant Attorney General

     By: */s/ Archith Ramkumar*
            ARCHITH RAMKUMAR
            Trial Attorney, Office of Immigration Litigation
            U.S. Department of Justice, Civil Division
            450 5th Street NW
            Washington, DC 20530
            Tel. (202) 598-8060
            Archith.Ramkumar@usdoj.gov

Dated: February 28, 2019        *Attorneys for Defendants*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 28, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

                      By: */s/ Archith Ramkumar*
                            ARCHITH RAMKUMAR
                            Trial Attorney
                            United States Department of Justice
                            Civil Division