JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
PATRICK GLEN
*Senior Litigation Counsel*
ARCHITH RAMKUMAR
*Trial Attorney*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-0807-RS |

Before the Court is the Plaintiffs' motion for a preliminary injunction. Having reviewed the motion, Defendants' response, and Plaintiffs' reply, IT IS HEREBY ORDERED that the motion is DENIED.

Issued this ____ day of _____, 2019.

_____
United States District Judge

[PROPOSED] ORDER
*Innovation Law Lab v. Nielsen*,
Case No. 3:19-cv-0807-RS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28