JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | ) Civil Action No. 3:19-cv-0807-RS |
| | ) **ADMINISTRATIVE MOTION**<br>) **TO FILE EXCERPTS OF ALIEN**<br>) **FILES UNDER SEAL** |
| Kirstjen Nielsen, *et al.*, | )<br>) |
| Defendants. | )<br>) |

Pursuant to Civil Local Rules 7-11 and 79-5, Defendants submit this administrative motion requesting an order allowing Defendants to file the following excerpts of the individual Plaintiffs' Alien Files ("A-Files") under seal:

1. Plaintiff Kevin Doe: AF1-AF11[1]
2. Plaintiff Bianca Doe: AF12-AF23
3. Plaintiff Alex Doe: AF24-AF36
4. Plaintiff John Doe: AF37-AF47
5. Plaintiff Gregory Doe: AF48-AF67
6. Plaintiff Christopher Doe: AF68-AF83
7. Plaintiff Evan Doe: AF84-AF97
8. Plaintiff Dennis Doe: AF98-AF110
9. Plaintiff Frank Doe: AF111-AF128
10. Plaintiff Ian Doe: AF129-AF152
11. Plaintiff Howard Doe: AF153-AF187

For the reasons set forth below, this Motion should be granted.

1. Plaintiffs in this lawsuit are challenging the implementation of the Migrant Protection Protocols ("MPP"), *see* Complaint, Dkt No. 1, and, in their Motion for a Temporary Restraining Order ("TRO") contend that certain documents relevant to the Individual Plaintiffs have not been filed. *See, e.g.*, Dkt. 20-1 at 6.

2. Defendants seek to submit excerpts of the individual Plaintiffs' A-Files solely to advance Defendants' jurisdictional arguments as well as to rebut the evidence submitted by

---

[1] The ranges denoted with AF simply refer to the bates number range of each individual Plaintiff's A-File.

Plaintiffs to show irreparable harm.

3. Each A-File contains personal and confidential identifying information belonging to the individual Plaintiffs, and also catalogues interviews conducted by the Department of Homeland Security and asylum officers of the individual Plaintiffs. These interviews also contain sensitive, protected identifying information. *See* Declaration of Archith Ramkumar ("Ramkumar Decl.") ¶ 3.

4. In addition, the individual Plaintiffs are proceeding in this lawsuit pseudonymously, *see* Dkt. 4. It is therefore is necessary to file the A-Files under seal to remain consistent with Plaintiffs' motion to proceed pseudonymously. As such, the A-Files that are the subject of this motion are replete with information that must be protected from public disclosure. *See* Ramkumar Decl. ¶ 4.

5. Records contained in the A-Files also contain information that federal authorities are prohibited from disclosing to the public. *See, e.g.*, 8 C.F.R. § 208.6 (confidentiality measure generally prohibiting immigration authorities from disclosing to third parties information contained in or pertaining to asylum applications, credible fear determinations, and reasonable fear determinations); *see also* Ramkumar Decl. ¶ 4.

6. The Ninth Circuit requires compelling reasons to seal records. *Kamakana v. City & County of Honolulu*, 447 F. 3d 1172, 1178 (9th Cir. 2006). Here, the "compelling reasons" standard is met. As set forth above, the A-Files are replete with protected and sensitive information related to each individual Plaintiff. And because this protected information is prevalent throughout each individual Plaintiffs' A-Files and is also information protected from disclosure by regulation, *see* 8 C.F.R. § 208.6, it cannot be redacted.

7. Plaintiffs do not oppose this motion. *See* Ramkumar Decl. ¶ 5.

8. Accordingly, given the amount of protected information in the A-files, Defendants request an order allowing the submission of the excerpts of the individual Plaintiffs' A-files under seal.

DATED: March 1, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

PATRICK GLEN
Senior Litigation Counsel

*/s/ Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
N.Y.B. No. 5269949
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

*Attorneys for Defendants*

DEFENDANTS' ADMINISTRATIVE MOTION
TO FILE EXCERPTS OF ALIEN FILES UNDER SEAL
*Innovation Law Lab v. Nielsen*,
Case No. 3:19-cv-0807-RS

3