JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. Benton York
*Trial Attorney*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )   Civil Action No. 3:19-cv-0807-RS |
| | )   **DECLARATION OF** |
| | )   **ARCHITH RAMKUMAR** |
| Kirstjen Nielsen, *et al.*, | )<br>) |
| Defendants. | )<br>) |

I, Archith Ramkumar, declare:

1. I am a Trial Attorney at the Office of Immigration Litigation District Courts Section of the United States Department of Justice, and am assigned to represent Defendants in this action. The facts set forth in this declaration are within my personal knowledge or based on documents and information I have received in the course of this litigation in this case.

2. Plaintiffs in this lawsuit are challenging the implementation of the Migrant Protection Protocols ("MPP"), *see* Complaint, Dkt No. 1, and, in their Motion for a Temporary Restraining Order ("TRO") contend that certain documents relevant to the Individual Plaintiffs have not been filed. *See* Dkt. 20-1 at 6. Defendants seek to submit excerpts of the individual Plaintiffs' Alien Files ("A-Files") solely to advance Defendants' jurisdictional arguments as well as to rebut the evidence submitted by Plaintiffs to show irreparable harm.

3. Each A-File contains personal and confidential identifying information belonging to the individual Plaintiffs, and also catalogues interviews conducted by the Department of Homeland Security and asylum officers of the individual Plaintiffs. These interviews also contain sensitive, protected identifying information.

4. In addition, the individual Plaintiffs are proceeding in this lawsuit pseudonymously, *see* Dkt. 4. It is therefore is necessary to file the A-Files under seal to remain consistent with Plaintiffs' motion to proceed pseudonymously. As such, the A-Files that are the subject of this motion are replete with information that must be protected from public disclosure.

5. Plaintiffs' Counsel agrees that the information contained in the excerpts of the A-Files should be protected from disclosure and filed under seal.

DECLARATION
3:19-CV-807-RS

1 | I declare under penalty of perjury that the following declaration is true and correct.

2 | Executed at Washington, D.C. on March 1, 2019.

*/s/ Archith Ramkumar*  
ARCHITH RAMKUMAR

DECLARATION
3:19-CV-807-RS