JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | Civil Action No. 3:19-cv-0807-RS |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STRIKE EXTRA-RECORD EVIDENCE** |
| v. | |
| Kirstjen Nielsen, *et al.*, | |
| Defendants. | |

The Court hereby GRANTS Defendants' Motion to Strike Extra-Record Evidence and hereby ORDERS that the following evidence that is the subject of Defendants' Motion be stricken:

- The Declaration of Taslim Tavarez in its entirety, *see* Dkt. 20-2, to the extent it is used for anything other than jurisdictional arguments.
- Exhibits P, U, and V to the Declaration of Rubi Rodriguez, *see* Dkt. 20-3 at 115-118, 218-257.
- Paragraphs 27-44 of the Declaration of Nicole Ramos, *see* Dkt. 20-7 at 9-14.
- The Declaration of Adam Isacson in its entirety, *see* Dkt. 20-10.
- The Declaration of Kathryn Shepherd in its entirety, *see* Dkt. 20-11.
- The Declaration of Aaron Reichlin-Melnick in its entirety, *see* Dkt. 20-12.
- The Declaration of Daniella Burgi-Palomino in its entirety, *see* Dkt. 20-13.
- The Second Declaration of Stephen W. Manning in its entirety, *see* Dkt. 20-14, to the extent it used for anything other than jurisdictional arguments.
- The Declaration of Steven H. Schulman in its entirety, *see* Dkt. 20-15.
- The Declaration of Cecilia Menjivar in its entirety, *see* Dkt. 20-16.
- The Declaration of Jeremy Slack in its entirety, *see* Dkt. 20-17.

IT IS SO ORDERED.

Issued this ____ day of _____, 201__.

_____
United States District Judge