# SUPPLEMENTAL DECLARATION OF RENA CUTLIP-MASON, CHIEF OF PROGRAMS FOR THE TAHIRIH JUSTICE CENTER

1. I, Rená Cutlip-Mason, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct.

2. Since December 2017, I have served as the Chief of Programs of the Tahirih Justice Center (Tahirih), a nonprofit and non-partisan organization providing free legal immigration services to survivors of gender-based violence such as domestic abuse, sexual violence, and human trafficking. In my role I oversee the functioning of Tahirih's five offices across the country and the legal and social service work conducted by our staff. I am also responsible for the organization's national quality control, coordination, process management, and strategic programmatic initiatives.

3. I previously submitted a declaration in this case.

4. As explained in my original declaration, Tahirih's San Francisco office receives grant funding from Santa Clara County to provide immigration-related legal services to vulnerable populations. The County provides funding to Tahirih to serve immigrants who live or work in Santa Clara county, who have survived sexual and domestic violence, human trafficking, and other gender-based harms, and who face multiple barriers to justice. Because the grant is geographically limited, Tahirih cannot use those funds to assist or represent persons who are not located within Santa Clara County.

5. Santa Clara County provides that funding for the purpose of helping vulnerable County residents and workers to address immediate, short-term needs

1

2

and progress towards self-sufficiency so that, ultimately, Santa Clara County will be a safer place for all its residents to call home.

_____
Rena Cutlip-Mason

Executed this 3rd day of March, 2019