# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Innovation Law Lab, *et al*., | ) |
|  | ) |
| *Plaintiffs*, | ) |
|  | ) |
| v. | ) |
| Kirstjen Nielsen, *et al*., | ) |
|  | )   Civil Action No.: 3:19-cv-00807-RS |
| *Defendants*. | ) |
|  | ) |
|  | ) |
|  | ) |

## <u>DECLARATION OF EMILIA GARCIA</u>

I, Emilia Garcia, declare as follows:

I make the statements in this Declaration based on my own personal knowledge, and if called to testify I could and would do so competently as follows:

1.  I am over eighteen years of age and am competent to make this Declaration.

2.  I am a paralegal with the American Civil Liberties Union Foundation Immigrants' Rights Project.  I work with the attorneys representing Plaintiffs in the instant case.

**Broad Geographic Scope of the Forced Return Policy**

3.  Attached hereto as Exhibit A is a true and correct copy of Immigration and Customs Enforcement ("ICE") Policy Memorandum entitled "Implementation of the Migrant Protection Protocols" (February 12, 2019). This document is also available at https://www.ice.gov/sites/default/files/documents/Fact%20sheet/2019/ICE-Policy-Memorandum-11088-1.pdf.

4.  Attached hereto as Exhibit B is a true and correct copy of an ICE Policy Memorandum entitled "Migrant Protection Protocols Guidance" (February 12, 2019). This document is also available at https://www.ice.gov/sites/default/files/documents/ Fact%20sheet/2019/ERO-MPP-Implementation-Memo.pdf.

5.  Attached hereto as Exhibit C is a true and correct copy of an article published by POLITICO entitled "Trump administration to expand 'remain in Mexico' policy" (February 28, 2019). This article is also available at https://subscriber. politicopro.com/employment-immigration/article/2019/02/trump-administration-to-expand-remain-in-mexico-policy-1228643.

6.  Attached hereto as Exhibit D is a true and correct copy of an article published in the Washington Post entitled "Trump administration to expand wait-in-Mexico measures for asylum seekers" (February 1, 2019).  This article is also available at https://www.washingtonpost.com/world/national-security/trump-administration-to-expand-wait-in-mexico-measures-for-asylum-seekers/2019/02/01/1e782d16-2656-11e9-81fd-b7b05d5bed90_story.html?noredirect=on&utm_term=.277070fee946.

7.  Attached hereto as Exhibit E is a true and correct copy of an article published in the New York Times entitled "With Trump's Tough Deterrents, Many Asylum Seekers on the Border are Giving Up" (February 16, 2019). This article is also available at https://www.nytimes.com/2019/02/16/us/border-migrants-asylum-mexico-aclu.html.

8.  Attached hereto as Exhibit F is a true and correct copy of an article published by NBC News entitled "U.S. will let just 20 migrants per day in new caravan cross into Texas" (February 6, 2019). This article is also available at https://www.nbcnews.com/ politics/immigration/u-s-will-let-just-20-migrants-day-new-caravan-n968546.

9.  Attached hereto as Exhibit G is a true and correct copy of an article published in the Tuscon Sentinel entitled "ACLU sues to halt 'Remain in Mexico' asylum policy" (February 14, 2019). This article is also available at http://www.tucsonsentinel.com/local/report/021419_asylum_suit/aclu-sues-halt-remain-mexico-asylum-policy/.

10. Attached hereto as Exhibit H is a true and correct copy of an article published in the Voice of San Diego entitled "Border Report: The U.S. Is Sending Asylum-Seekers Back to Uncertainty in Mexico" (February 11, 2019).  This article is also available at https://www.voiceofsandiego.org/topics/news/border-report-the-u-s-is-sending-asylum-seekers-back-to-uncertainty-in-mexico/.

11. Attached hereto as Exhibit I is a true and correct copy of an article published in the Washington Post entitled "Trump administration reaches deal that will force asylum seekers to wait in Mexico as cases are processed, DHS's Nielsen says" (December 20, 2018). This article is also available at https://www.washingtonpost.com/world/national-security/dhs-secretary-kirstjen-nielsen-to-face-questions-from-lawmakers/2018/12/20/f7d2ffea-0460-11e9-8186-4ec26a485713_story.html?noredirect=on&utm_term=.e841ff190628.

12. Attached hereto as Exhibit J is a true and correct copy of an article published in the Daily Beast entitled "These Migrants Wanted Asylum, Instead They Are Detained in an Old Body Bag Factory in Mexico" (February 19, 2019). This article is also available at https://www.thedailybeast.com/these-migrants-wanted-asylum-instead-they-are-detained-in-an-old-body-bag-factory-in-mexico.

13. Attached hereto as Exhibit K is a true and correct copy of an article published by Dallas News entitled "Juarez, El Paso grapple with rising tensions as Trump policies

lead to migrant backup at border" (February 25, 2019). This article is also available at https://www.dallasnews.com/news/mexico/2019/02/25/juarez-el-paso-grapple-rising-tensions-trump-policies-lead-migrant-backup-border.

**DHS Officers Deployed from Other Locations to Implement the Forcible Return Policy**

14. Attached hereto as Exhibit L is a true and correct copy of an article published in the Washington Post entitled "Deal with Mexico paves way for asylum overhaul at U.S. border" (November 24, 2018). This article is also available at https://www.washingtonpost.com/world/national-security/deal-with-mexico-paves-way-for-asylum-overhaul-at-us-border/2018/11/24/87b9570a-ef74-11e8-9236-bb94154151d2_story.html?utm_term=.db059169afff.

15. Attached hereto as Exhibit M is a true and correct copy of an article published in the Salt Lake Tribune entitled "Trump administration to start sending asylum-seekers back to Mexico" (January 24, 2019). This article is also available at https://www.sltrib.com/news/2019/01/25/trump-administration/.

16. Attached hereto as Exhibit N is a true and correct copy of an article published in the Washington Post entitled "Trump plan would force asylum seekers to wait in Mexico as cases are processed, a major break with current policy" (November 21, 2018). This article is also available at https://www.washingtonpost.com/world/national-security/trump-plan-would-force-asylum-seekers-to-wait-in-mexico-as-cases-are-processed-a-major-break-with-current-policy/2018/11/21/5ad47e82-ede8-11e8-9236-bb94154151d2_story.html?noredirect=on&utm_term=.3033ebe74e37.

17. Attached hereto as Exhibit O is a true and correct copy of an article published in Vox entitled "Trump is reportedly cutting a deal to force asylum seekers to wait in

Mexico" (November 25, 2018). This article is also available at https://www.vox.com/ 2018/11/24/18110247/remain-in-mexico-asylum-trump-amlo-lopez-obrador.

## Court Congestion in the Northern and Southern Districts of California

18. Attached hereto as Exhibit P is a true and correct copy of an excerpt from a report entitled Federal Court Management Statistics —Comparison Within Circuit (September 30, 2018). This document is also available at https://www.uscourts.gov/ sites/default/files/data_tables/fcms_na_distcomparison0930.2018.pdf.

## Geographical Location of Organizational Plaintiffs

19. Attached hereto as Exhibit Q is a true and correct copy of the contact information for Al Otro Lado, published on their website and available at https://alotrolado.org/ contact/.

20. Attached hereto as Exhibit R are true and correct copies of search results and entity information about CARECEN of Northern California published by the California Secretary of State and available at https://businesssearch.sos.ca.gov/CBS/ SearchResults?filing=False&SearchType=CORP&SearchCriteria=CARECEN&Searc hSubType=Keyword.

21. Attached hereto as Exhibit S are true and correct copies of search results and entity information about Centro Legal de la Raza published by the California Secretary of State and available at https://businesssearch.sos.ca.gov/CBS/SearchResults?filing= False&SearchType=CORP&SearchCriteria=Centro+Legal+de+la+Raza&SearchSub Type=Keyword.

**Department of Homeland Security Budget Figures**

22. Attached hereto as Exhibit T is a true and correct copy of the Department of Homeland Security's Fiscal Year 2019 Budget in Brief. This document indicates that the President's Fiscal Year 2019 Budget Request for the agency is $47.5 billion. The total budget request for Customs and Border Protection is $16.7 billion. This report is also available at https://www.dhs.gov/sites/default/files/publications/ DHS%20BIB%202019.pdf.

**Asylum Offices in the United States**

23. Attached hereto as Exhibit U is a true and correct copy of the list of regional Asylum Offices in California posted on the website of the United States Citizenship and Immigration Services. This document is also available at https://egov.uscis.gov/ office-locator/#/asyresults/CA/California.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct to the best of my knowledge and belief.

Executed this 4th day of March, 2019 in San Francisco, California.

Emilia Garcia

6

# Exhibit A

Policy Number: 11088.1
FEA Number: 306-112-002b

*Office of the Director*

**U.S. Department of Homeland Security**
500 12th Street SW
Washington, DC 20536



**U.S. Immigration
and Customs
Enforcement**

February 12, 2019

MEMORANDUM FOR:     Executive Associate Directors
                    Principal Legal Advisor

FROM:               Ronald D. Vitiello
                    Deputy Director and
                    Senior Official Performing the Duties of the Director

SUBJECT:            Implementation of the Migrant Protection Protocols

On January 25, 2019, Secretary Nielsen issued a memorandum entitled *Policy Guidance for Implementation of the Migrant Protection Protocols*, in which she provided guidance for the implementation of the Migrant Protection Protocols (MPP) announced on December 20, 2018, an arrangement between the United States and Mexico to address the migration crisis along our southern border. Pursuant to the Secretary's direction, this memorandum provides guidance to U.S. Immigration and Customs Enforcement (ICE) about its role in the implementation of the MPP.

Section 235(b)(2)(C) of the Immigration and Nationality Act (INA) allows the Department of Homeland Security (DHS), in its discretion, with regard to certain aliens who are "arriving on land (whether or not at a designated port of arrival) from a foreign territory contiguous to the United States, . . . [to] return the alien[s] to that territory pending a proceeding under [INA] section 240." Consistent with the MPP, third-country nationals (i.e., aliens who are not citizens or nationals of Mexico) who are arriving in the United States by land from Mexico may be returned to Mexico pursuant to INA section 235(b)(2)(C) for the duration of their INA section 240 removal proceedings. DHS will not use the INA section 235(b)(2)(C) process in the cases of unaccompanied alien children, aliens placed into the expedited removal (ER) process of INA section 235(b)(1), and other aliens determined, in the exercise of discretion, not to be appropriate for such processing (which may include certain aliens with criminal histories, individuals determined to be of interest to either Mexico or the United States, and lawful permanent residents of the United States).

The direct placement of an alien into INA section 240 removal proceedings (and, in DHS's discretion, returning the alien to Mexico pursuant to INA section 235(b)(2)(C) pending those proceedings) is a separate and distinct process from ER. Processing determinations, including whether to place an alien into ER or INA section 240 proceedings (and, as applicable, to return an alien placed into INA section 240 proceedings to Mexico under INA section 235(b)(2)(C) as

SUBJECT:  Implementation of the Migrant Protection Protocols
Page 2 of 2

part of MPP), or to apply another processing disposition, will be made by U.S. Customs and
Border Protection (CBP), in CBP's enforcement discretion.

MPP implementation began at the San Ysidro port of entry on or about January 28, 2019, and it
is intended that MPP implementation will expand eventually across the southern border.  In
support of MPP, ICE Enforcement and Removal Operations (ERO) will provide appropriate
transportation when necessary, for aliens returned to Mexico under the MPP, from the designated
port of entry to the court facility for the scheduled removal hearings before an immigration judge
and back to the port of entry for return to Mexico by CBP after such hearings.  ERO also will be
responsible for effectuating removal orders entered against aliens previously processed under
INA section 235(b)(2)(C), including post-removal order detention.  ICE attorneys will represent
DHS in the related removal proceedings pursuant to 6 U.S.C. § 252(c).

As instructed by the Secretary, in exercising prosecutorial discretion concerning the potential
return of third-country nationals to Mexico under INA section 235(b)(2)(C), DHS officials
should act consistently with the *non-refoulement* principles contained in Article 33 of the 1951
Convention Relating to the Status of Refugees and Article 3 of the Convention Against Torture
and Other Cruel, Inhuman or Degrading Treatment or Punishment.  Specifically, a third-country
national who affirmatively states a fear of return to Mexico (including while in the United States
to attend a removal hearing) should not be involuntarily returned under INA section 235(b)(2)(C)
if the alien would more likely than not be persecuted on account of race, religion, nationality,
membership in a particular social group, or political opinion (unless described in INA section
241(b)(3)(B) as having engaged in certain criminal, persecutory, or terrorist activity), or would
more likely than not be tortured, if so returned pending removal proceedings.  *Non-refoulement*
assessments will be made by U.S. Citizenship and Immigration Services (USCIS) asylum in
accordance with guidance issued by the Director of USCIS.

Within ten (10) days after this memorandum, relevant ICE program offices are directed to issue
further guidance to ensure that MPP is implemented in accordance with the Secretary's
memorandum, this memorandum, and policy guidance and procedures, in accordance with
applicable law.

This document provides internal ICE policy guidance, which may be modified, rescinded, or
superseded at any time without notice.  This memorandum is not intended to, and does not,
create any right or benefit, substantive or procedural, enforceable at law or in equity by any party
against the United States, its departments, agencies, or entities, its officers, employees, or agents,
or any other person.  Likewise, no limitations are placed by this guidance on the otherwise lawful
enforcement or litigative prerogatives of DHS.

Attachment:
DHS Secretary Memorandum, *Policy Guidance for Implementation of Migrant Protection
Protocols*, dated January 25, 2019.

# Exhibit B



*Enforcement and Removal Operations*

**U.S. Department of Homeland Security**
500 12th Street, SW
Washington, D.C. 20536

**U.S. Immigration and Customs Enforcement**

February 12, 2019

MEMORANDUM FOR:     Field Office Directors
                    Enforcement and Removal Operations

FROM:               Nathalie R. Asher  *Nathalie R. Asher*
                    Acting Executive Associate Director

SUBJECT:            Migrant Protection Protocols Guidance

Purpose

This memorandum provides operational guidance to impacted Enforcement and Removal Operations (ERO) field offices to ensure that the Migrant Protection Protocols (MPP) are implemented in accordance with applicable law, the Secretary's January 25, 2019, memorandum, *Policy Guidance for Implementation of the Migrant Protection Protocols*, Acting Director Vitiello's February 12, 2019, memorandum of the same title, and other applicable policies and procedures.

Background

On January 25, 2019, Secretary Nielsen issued a memorandum entitled *Policy Guidance for Implementation of the Migrant Protection Protocols*, in which she provided guidance for the implementation of the MPP, an arrangement between the United States and Mexico to address the migration crisis along our southern border announced on December 20, 2018.  Thereafter, on February 12, 2019, Deputy Director and Senior Official Performing the Duties of the Director Vitiello issued U.S. Immigration and Customs Enforcement (ICE) Policy Memorandum 11088.1, *Implementation of the Migrant Protection Protocols*, announcing that operational implementation of MPP began at the San Ysidro port of entry on or about January 28, 2019, and directing that ICE program offices issue further guidance to ensure that the MPP is implemented in accordance with the Secretary's memorandum, applicable law, and policy guidance and procedures.

Discussion

Under section 235(b)(2)(C) of the Immigration and Nationality Act (INA), the U.S. Department of Homeland Security (DHS) may, in its discretion, with regard to certain applicants for admission who are "arriving on land (whether or not at a designated port of arrival) from a foreign territory contiguous to the United States, . . . return the alien[s] to that territory pending a proceeding under [INA section] 240."

Migrant Protection Protocols Guidance
Page 2

return the alien to Mexico pending removal proceedings pursuant to section 235(b)(2)(C) of the INA, as detailed in ICE Policy Memorandum 11088.1.  Aliens processed under the MPP will be issued a Notice to Appear (NTA) by CBP and returned by CBP to Mexico to await their removal proceedings.

Aliens returned to Mexico under the MPP pursuant to section 235(b)(2)(C) of the INA will be required to report to a designated POE on their scheduled hearing dates and will be paroled into the United States by CBP for purposes of their hearings.  As further explained in the next section, CBP will then transfer the aliens to ERO custody for transportation to designated Executive Office for Immigration Review (EOIR) court locations for their hearings.

If the alien is granted relief or protection from removal by the immigration judge or is ordered removed from the United States, and appeal is not reserved by either party, the alien will be processed in accordance with standard procedures applicable to final order cases.  If the immigration judge continues proceedings or enters an order upon which either party reserves appeal, ERO will transport the alien back to the POE, whereupon CBP officers will take custody of the alien to return the alien to Mexico to await further proceedings.

MPP implementation began at the San Ysidro port of entry (POE) on or about January 28, 2019, and it is intended that MPP implementation will expand to additional locations along the southern border.  This memorandum provides general procedural guidance applicable to ERO personnel in the implementation of the MPP.  Field Office Directors should each assign a lead POC for MPP issues arising within their AORs and issue local operational guidance applicable to their individual areas of responsibility as the MPP is phased in.

*Hearing Transportation and Custody*

Before returning an alien to Mexico under the MPP to await his or her removal proceedings, CBP will provide the alien instructions explaining when and to which POE to report to attend his or her hearing.  On the day of the hearing, an alien returned to Mexico under the MPP will arrive at the POE at the time designated—generally, a time sufficient to allow for CBP processing, pre-hearing consultation with counsel (if applicable), and timely appearance at hearings.  Once CBP conducts POE processing (including verification of identity and a brief medical screening), for hearings set at immigration courts located in the interior of the United States, CBP will parole the alien into ICE's custody under INA section 212(d)(5)(A), and ERO will maintain physical custody of the alien during transportation of the alien from the POE to the designated immigration court location, making appropriate use of contract support and complying with applicable requirements concerning the transportation of aliens.

In cases in which ICE performs that transportation function between the POE and an inland immigration court, the alien is detained in ICE custody as an arriving alien.[1]  ERO should coordinate locally with CBP officials at POEs where the MPP has been implemented, so that the

---

[1] Aliens participating in the MPP who CBP initially encounters at a POE are "arriving aliens" within the meaning of 8 C.F.R. §§ 1.2 and 1001.1(q) (defining "arriving alien" to include "an applicant for admission coming … into the United States at a port-of-entry").  Moreover, on their hearing dates before an immigration judge, aliens who CBP initially encountered *between* the POEs will come *to* a POE to attend their hearings, placing them within the "arriving alien" definition, as well.

Migrant Protection Protocols Guidance
Page 3

daily volume of MPP cases can be monitored and any transportation needs may be properly met. ERO should also coordinate locally with EOIR concerning security arrangements at the immigration court location. While EOIR is responsible for security inside the courtroom, and ERO should generally defer to immigration judges' wishes concerning their presence in the courtroom, DHS is ultimately responsible for maintaining custody of the alien. If an alien is ordered released by an immigration judge, ERO should coordinate closely with the ICE Office of the Principal Legal Advisor (OPLA) regarding how to proceed with the case. After an alien's removal hearing is over, ERO will transport him or her back to the POE for return to Mexico or to retrieve property, as applicable. If the alien has received a final grant of relief or an administratively final order of removal, ERO will coordinate with CBP and make appropriate custody determinations.

*Access to Counsel*

Section 240(b)(4)(A) of the INA provides that an alien in removal proceedings before an immigration judge "shall have the privilege of being represented, at no expense to the Government, by counsel of the alien's choosing who is authorized to practice in such proceedings." Similarly, section 292 provides that "[i]n any removal proceedings . . . the person concerned shall have the privilege of being represented (at no expense to the Government) by such counsel . . . as he shall choose." Accordingly, in order to facilitate access to counsel for aliens subject to return to Mexico under the MPP who will be transported to their immigration court hearings by ERO, ERO will depart from the POE with the alien at a time sufficient to ensure arrival at the immigration court not later than one hour before his or her scheduled hearing time in order to afford the alien the opportunity to meet in-person with his or her legal representative.

*Non-Refoulement Considerations*

In accordance with Secretary Nielsen's January 25, 2019, memorandum, DHS should implement the MPP consistent with the *non-refoulement* principles contained in Article 33 of the 1951 Convention Relating to the Status of Refugees (1951 Convention) and Article 3 of the Convention Against Torture and Other Cruel, Inhuman or Degrading Treatment or Punishment (CAT). Specifically, an alien should not be involuntarily returned to Mexico under the MPP if the alien would more likely than not be persecuted on account of race, religion, nationality, membership in a particular social group, or political opinion (unless such alien has engaged in criminal, persecutory, or terrorist activity described in section 241(b)(3)(B) of the INA), or would more likely than not be tortured, if so returned pending removal proceedings.

If an alien subject to the MPP affirmatively states to an ERO officer that he or she has a fear of persecution or torture *in Mexico*, or a fear of return *to Mexico*, at any point while in ERO custody, ERO will notify CBP of the alien's affirmative statement so that CBP officials at the POE may refer the alien to a U.S. Citizenship and Immigration Services (USCIS) asylum officer for screening before any return to Mexico to assess whether it is more likely than not that the alien will face persecution or torture if returned to Mexico in accordance with guidance issued by the Director of USCIS.

Migrant Protection Protocols Guidance
Page 4

If USCIS assesses that such an alien is more likely than not to face persecution or torture in Mexico, ERO will determine whether the alien may be maintained in custody or paroled, or if another disposition is appropriate.  Such an alien may not be subject to expedited removal; however, and may not be returned to Mexico to await further proceedings.[2]

*Recordkeeping and Reporting*

MPP aliens booked in and out of ICE custody must be appropriately documented in the Enforce Alien Detention Module (EADM) and monitored per a final Form I-216, *Record of Person and Property Transfer*.  For MPP aliens booked into ICE custody, the comment "out to court pursuant to MPP," must be added to the comments section of EADM.

EADM records for MPP aliens booked out of ICE custody will need to reflect the appropriate court dispositions.  Comments in EADM should reflect "MPP, Returned to the POE for Future Hearing;" "MPP, Granted Relief, Released from Custody;" "MPP, Claimed Fear of Mexico, returned to the POE;" or "MPP, Ordered Removed," or similar comments indicating an MPP disposition as appropriate.

*Disclaimers*

Except as specifically provided in relation to the MPP, existing policies and procedures for processing and removing aliens remain unchanged.  That applies to record-keeping responsibilities as well as removal authority and responsibility.  The MPP does not change ERO's removal operations, and removable aliens will be processed in accordance with standard practices and procedures.

This document is not intended to, and does not, create any right or benefit, substantive or procedural, enforceable at law or in equity by any party against the United States, its departments, agencies, or entities, its officers, employees, or agents, or any other person. Likewise, this guidance places no limitations on the otherwise lawful enforcement or litigative prerogatives of DHS.

---

[2] In MPP cases where an immigration judge grants withholding or deferral of removal *to Mexico* and appeal is reserved, ERO should confer with OPLA about appropriate next steps prior to any return under INA section 235(b)(2)(C).

# Exhibit C

**Trump administration to expand 'remain in Mexico' policy**
By Ted Hesson
02/28/2019 01:50 PM EDT

The Trump administration plans to expand its "remain in Mexico" policy Friday, a Homeland Security Department official told POLITICO.

The policy — which forces certain non-Mexican asylum seekers to stay in Mexico while awaiting their cases — will be implemented in parts of California, New Mexico and Texas, according to the official.

President Donald Trump has complained about the influx of asylum seekers at the southwest border, and his administration has sought creative ways to decrease the migratory flow. In addition to the "remain in Mexico" policy, Trump also declared a national emergency earlier this month to build a border wall. In November, his administration instituted a ban on asylum seekers between ports of entry, but the policy was swiftly halted by a federal judge.

The "remain in Mexico" policy — formally known as the "Migrant Protection Protocols" — will be applied at a port of entry in Calexico, Calif., and in the Border Patrol's San Diego sector, according to the official. The policy also will be implemented in the Border Patrol's El Paso sector.

The official, who participated in a related interagency call Thursday, said Trump administration officials planned to contact the government of Mexico about the expansion.

DHS Secretary Kirstjen Nielsen first announced the border strategy in December. Since then, a limited pilot program has operated at the San Ysidro port of entry near San Diego. The Mexican government regards the policy as a unilateral move by the United States, but has cooperated thus far.

Olga Sánchez Cordero, Mexico's interior minister, fielded questions about the program during a press event Thursday morning at the Migration Policy Institute in Washington, D.C.

Sánchez Cordero said approximately 150 asylum seekers had been returned to Mexico under the program to date, a fraction of the tens of thousands of migrants encountered at the border each month. However, she did not mention a possible expansion, and the Mexican embassy in D.C. did not immediately respond to a request for comment.

The DHS official said just 20 migrants had been screened by asylum officers for a fear of being sent to Mexico. The official did not know whether the migrants were permitted to remain in the U.S.

The official, who opposes the policy, argued that several aspects of it could be successfully challenged in court. The American Civil Liberties Union filed a lawsuit against "remain in Mexico" earlier this month and has called for a federal judge to block it immediately.

Asylum officers are not required to affirmatively ask migrants whether they have a fear of returning to Mexico, according to the official.

"They created this fear standard out of thin air," the DHS official said. "Whoever signed off on this stuff legally is a joke to me."

In addition, U.S. Citizenship and Immigration Services guidance says asylum seekers are not provided access to counsel during the screening. Agency training materials obtained by POLITICO added that migrants should not be guaranteed a rest period before the interview to determine whether they meet the guidelines for a fear of staying in Mexico.

*To view online*:
https://subscriber.politicopro.com/employment-immigration/article/2019/02/trump-administration-to-expand-remain-in-mexico-policy-1228643

# Exhibit D

The Washington Post

National Security

# Trump administration to expand wait-in-Mexico measures for asylum seekers

By Nick Miroff

February 1

An experimental U.S. policy that requires migrants to wait in Mexico while their asylum claims are processed will soon expand to multiple border cities and apply to migrant families, Homeland Security officials said Friday.

Since the new measures were implemented this week at the San Ysidro border crossing in southern California, about 12 Central American asylum seekers have been sent back to Mexico after an initial screening, the officials said.

All of those applicants were single adults, but the new rules will extend to parents with children "very soon," said one senior Department of Homeland Security official, who insisted on anonymity to tell reporters about the Trump administration's plans for further implementing what it calls the "Migrant Protection Protocols," or MPP.

El Paso is the next location being eyed by the administration to apply its wait-in-Mexico measures, DHS officials say, though it is unclear when that could happen. Officials insist they want to proceed carefully and have acknowledged privately that they expect to face legal challenges as their efforts to crack down at the border have been repeatedly blocked by federal courts.

Mexican immigration officials warned this week they would not cooperate with U.S. plans to apply the measures beyond San Ysidro nor accept the return of migrants under age 18.

But one senior DHS official said the Trump administration intends to forge ahead anyway, positive that Mexican President Andrés Manuel López Obrador's government will continue to take back Central Americans, including families, which now account for roughly half of those crossing the border.

"You'll see that there's been conflicting information coming out of Mexico," the official said. "I think that's a challenge, they're trying to square off their communications internally, but it's our understanding and it's been our intent all along to scale up" to other ports of entry.

"We've had those conversations with Mexican officials, and we are confident we are going to be able to do so," the official said.

Under the MPP guidelines, underage migrants who arrive without a parent or guardian will not be sent back to Mexico, nor will applicants who convince a U.S. asylum officer they could face harm or persecution while

awaiting their hearing with a U.S. immigration judge.

Such waits can last months or years, and the Mexican government in recent weeks has offered to accommodate those placed in asylum purgatory by offering temporary residency and work permits.

Pleased by Mexico's cooperation, the Trump administration has attempted to walk a fine line between managing the sensitivities of the leftist López Obrador government and its political need to tout the measures as a tough, innovative response to a crisis in the American asylum system as record numbers of Central American families arrive each month.

Secretary of State Mike Pompeo and Homeland Security Secretary Kirstjen Nielsen worked out a broad agreement with senior Mexican officials during secret talks at a Houston airport hotel late last year. But since then U.S. officials and the López Obrador government have gone to great lengths to cast the measures as a unilateral move by the United States, and an invocation of emergency authority granted under the U.S. Immigration and Nationality Act.

In reality, American border officials would not be able to move forward with their plans if the López Obrador government refuses to take back Central Americans after they have crossed into the United States.

DHS officials said they are not expecting that to occur.

"The encouraging thing for us is the López Obrador administration, as they came in, started signaling that they would be looking to try to keep individuals in safer conditions," the senior DHS official said. "They've been looking at jobs, at humanitarian visa programs, and some of those policies have actually facilitated our ability to return someone."

"If the Mexican government decided to no longer provide humanitarian protections under their laws and international law to people on their territory, that would be a bigger issue," the official said. "But I think we have confidence that the administration will live up to those commitments and will do what's right."

"At the end of the day, we have an understanding that's working right now, and hopefully that continues," the official said.

**Nick Miroff**

Nick Miroff covers immigration enforcement, drug trafficking and the Department of Homeland Security on The Washington Post's National Security desk. He was a Post foreign correspondent in Latin America from 2010 to 2017, and has been a staff writer since 2006. Follow 🐦

# Exhibit E

# The New York Times

# With Trump's Tough Deterrents, Many Asylum Seekers on the Border are Giving Up

By Jose A. Del Real, Caitlin Dickerson and Miriam Jordan

Feb. 16, 2019

TIJUANA, Mexico — Pushed beyond their limits by prolonged waits in dangerous and squalid conditions in parts of Northern Mexico, thousands of caravan members who had been waiting to seek asylum in the United States appear to have given up, Mexican officials said, dealing President Trump an apparent win after a humbling week for his immigration agenda.

About 6,000 asylum seekers who had traveled en masse, many of them in defiance of Mr. Trump's demands that they turn around, arrived in Northern Mexico in late November as part of a caravan that originated in Honduras. Since then, more than 1,000 have accepted an offer to be returned home by the Mexican government, the officials said. Another 1,000 have decided to stay in Mexico, accepting work permits that were offered to them last fall, at the height of international consternation over how to deal with the growing presence of migrant caravans.

Mr. Trump resorted on Friday to declaring a national emergency after he failed to secure funding from Congress for a border wall that he said would block migrants from entering the United States. But the data from Mexican officials suggested that harsh policies he has introduced to crack down on asylum seekers may already be achieving some of its intended effects.

Added this week to new policies that are bearing down on asylum seekers — which include tight limits on the number of people who can apply for the status each day and a heightened standard of proof to qualify — was the extension of a rule that certain asylum seekers must wait in Mexico for the full duration of their legal cases, which can take years.

[*Read the first edition of Crossing the Border, a limited-run newsletter about life where the United States and Mexico meet. Sign up here to receive the next issue in your inbox.*]

The requirement originally applied only to adults, but the Department of Homeland Security expanded it to include families with children as well.

---

**You have 4 free articles remaining.**
**Subscribe to The Times**

---

Among those who have been dissuaded, at least for now, is Natali, 32, who asked to be identified only by her first name because she feared for her safety. Speaking from her modest apartment atop a steep hill in western Tijuana, she explained that she and her husband had fled their home in El Progreso, Honduras, after she witnessed a murder carried out by a local criminal gang. Soon after, she began to receive threats in the mail warning her to keep quiet.

Once in Mexico, they heard about the increasingly long odds of receiving asylum in the United States, and feared more than anything that officials there would return them to their home country. Rather than crossing the border, they decided to seek humanitarian visas to remain in Mexico legally for at least one year, and have slowly begun to build a life.



Once in Mexico, Natali heard about the increasingly long odds of receiving asylum in the United States, and chose to stay in Tijuana rather than risk being turned back to Honduras by the United States Border Patrol. Emily Kask for The New York Times

She still believes she might ask for asylum in the United States, but is realistic about her chances. "I like Tijuana," she said. "It's a very pretty city and there's a lot of work." More than anything, she fears the United States would deport her back to Honduras.

Mexican officials said the data on people who have deferred or given up their quest for asylum in the United States reinforced an idea that is often raised by Mr. Trump: that many caravan members are not truly desperate for protection.

Case 3:19-cv-00807-RS Document 46 Filed 03/04/19 Page 24 of 206

"What happened is that many people came on an adventure, trying their luck," said Cesar Palencia, Tijuana's chief of migrant services. "When they realized that it was hard to cross and the conditions in Mexico were also difficult, among many factors, they decided to return home."

The Honduran caravan ballooned in size as it swept through impoverished villages, drawing a swarm of national media attention and an eclectic mix of participants. Many came from poverty, lacking education and resources, and said they were unfamiliar with the complex set of laws that would ultimately determine who would be granted legal status in the United States, and who would not.

Immigrant advocates said that hype and false promises had attracted a group that was somewhat unrepresentative of typical asylum seekers. But they pointed to the roughly 4,000 members who had successfully entered the United States and had at least requested protected status to argue that most had legitimate claims.

Michelle Brané, the director of migrant rights and justice at the Women's Refugee Commission, warned that while Mr. Trump's tough policies may discourage the undeserving, they might also endanger people who need protection. She said they would likely drive vulnerable migrants into the arms of human traffickers, who promise to provide passage into the United States.

"It may look like it's working in the short term," Ms. Brané said, "But I don't think it's a long-term solution. It's driving people further into the shadows and that's exactly the opposite of what we want."

When they arrived in Mexico, many of the caravan members had been living in squalor, sleeping in tents or lean-tos inside the Benito Juárez sports complex. A downpour devastated the grounds, and those who remained fled to a new expansive shelter called Barretal on the outskirts of Tijuana. Once packed with 2,500 people, that location also recently closed because it had shrunk to fewer than 200.

Case 3:19-cv-00080-RS Document 46-7 Filed 03/04/19 Page 25 of 206



Families traveling with the migrant caravan headed for the United States left Tapanatepec, Mexico, early one October morning.  Todd Heisler/The New York Times

"It is not the same as when we had Barretal and Benito Juárez," said Esme Flores, an immigrant-rights advocate at the San Diego office of the American Civil Liberties Union. "It really feels that the population has moved on."

On Friday, all that remained of the formerly bustling migrant quarter around the Barretal shelter was a small camp around the corner, only partially covered by a tin roof. The conditions are far from comfortable, but the occupants said it was better than sleeping on sidewalks.

Most were not yet ready to give up trying to enter the United States, but knew of others who had. Elde Rodriguez, 26, said he had left Honduras hoping to send money back to his wife and daughter. Believing that he would not qualify for asylum, he tried last week to cross the border illegally but he and a friend were unable to find their away across and turned back.

"There's enough work here in Mexico, and you can live on that if you're alone. But you can't make enough to send money home, and that's the point about all this," he said. "If I can't get in, I'll just keep trying."

While Tijuana appears to be emptying, large groups of migrants have accumulated in other areas along the border as a result of the new policies. After a riot the day before, authorities in Mexico said on Friday that they would disband a group of 1,400 Central American asylum seekers who had been waiting in the city of Piedras Negras to cross the border into Eagle Pass, Tex., according to news reports.

The Trump administration has said that the latest policy requiring asylum seekers to wait in Mexico, which it called Migrant Protection Protocols, is a vital response to a crisis at the border. Kirstjen Nielsen, secretary of the Department of Homeland Security, has said the policy aims to alleviate a humanitarian crisis on the border and secure the United States. Introduced as a pilot program across the border from San Diego, the administration plans to expand the policy into Texas.

Border Patrol apprehensions of families along the southwest border remain near all-time highs, though there was a slight downward turn in January, as is often the case, according the latest government figures. Customs and Border Protection said more than 1,800 Central American parents and children crossed the border illegally on Monday, the largest number of families recorded on a single day. And like other asylum policies of this administration, the "remain in Mexico" policy has already drawn legal scrutiny, leaving its future uncertain.

On Thursday, the American Civil Liberties Union and two other groups sued the administration on behalf of 11 asylum seekers who were required to wait in Mexico, claiming that the policy, which was introduced last month at the San Ysidro port of entry, near San Diego, violates United States and international laws.



Elde Rodriguez tried to cross the border illegally. But unable to find a way in, he and his friend turned back.  Emily Kask for The New York Times

2/27/2019
With Trump Policy Deterrents, Many Asylum Seekers at the Border Are Giving Up - The New York Times
Case 3:19-cv-00080-RS Document 16 Filed 03/04/19 Page 27 of 206

The lawsuit was filed in federal court in the Northern District of California on behalf of migrants from Guatemala, Honduras and El Salvador who feared for their lives in Mexico, according to the complaint.

One of them was robbed at gunpoint and told by the assailant that he would be killed if he was seen again. Two others said that they had been threatened by local residents wielding rocks or sticks. Another plaintiff said he had to bribe a police officer to avoid arrest.

"Asylum seekers in Mexico face a heightened risk of kidnapping, disappearance, trafficking, sexual assault and murder, among other harms," said the complaint.

In December, the A.C.L.U. successfully sued the administration over another new rule that became known as the "asylum ban" because it significantly restricted the locations where people could request the status. That policy remains enjoined by a federal court; the Supreme Court declined to reinstate it.

Like members of the caravan, many of those who continue to come to the United States each day lack a comprehensive understanding of the system they are entering.

Ela Marina Rodriguez, 49, and her daughter, Duña Ventura, 16, arrived in Tijuana about three weeks ago and were taken to the small shelter by a man whom they had been traveling with. Ms. Rodriguez said she had heard on the news that bringing her daughter would guarantee them admission into the United States, and the two thought if they could make it through the journey they would have an opportunity for a better life.

"That's why we came all this way," she said. "I've dreamed of doing this my entire life but I was afraid. Hiding through the desert and the mountains, I never had the courage before, until we heard they were giving papers to families."

Her eyes grew wide when she heard from a reporter that some asylum seekers are being made to wait in Mexico. She sighed heavily and replied: "I don't know. I don't know. I don't want to be here."

Ms. Rodriguez said that "honestly, yes" she would cross illegally if that is what it takes to get into the United States. But if she is unable to gain entry to the United States, she said, she would likely turn back to Honduras. "I mean, what else can you do in that case?"

A version of this article appears in print on Feb. 16, 2019, on Page A1 of the New York edition with the headline: Asylum Policies Wearing Down Many at Border

READ 799 COMMENTS



# Exhibit F

# U.S. will let just 20 migrants per day in new caravan cross into Texas

nbcnews.com/politics/immigration/u-s-will-let-just-20-migrants-day-new-caravan-n968546



Feb. 6, 2019, 1:49 PM PST

By Julia Ainsley

WASHINGTON — Hundreds of migrants in a new caravan that just reached the U.S. border may have to wait in Northern Mexico for months, because the U.S. agents in the tiny Texas town where they want to cross can only currently process fewer than 20 migrants a day, according to Customs and Border Protection officials.

More than 1,800 migrants arrived in Piedras Negras, Mexico, on Tuesday, just across the Rio Grande from Eagle Pass, Texas.

Border agents in Eagle Pass can process fewer than 20 asylum seekers a day, but as of now, there are no plans to beef up the number of officers who can administer a credible-fear interview, the first step towards seeking asylum. In a credible-fear interview, an asylum seeker tries to establish there is reason to fear returning home.

The Trump administration is sending 250 active duty troops to Eagle Pass in addition to more Border Patrol agents to enforce border security. Texas Department of Public Safety has deployed dozens of state troopers to Eagle Pass in anticipation of the caravan.

CBP's ability to process asylum seekers depends on the speed with which Immigration and Customs Enforcement can transport immigrants from the border into detention.

The process of allowing only a small number of immigrants to be processed per day is known as metering, and was used for short periods of particularly high surges of immigrants under the Obama administration. However, the Trump administration has continued to use metering for months in San Ysidro, California, triggering the creation of migrant camps in Tijuana. Last month, two Central American boys were lured out of their migrant camp in Tijuana and murdered.

In Tijuana, immigrants keep an informal list of names who are assigned to each number and only those called — usually about 40 — are allowed to approach the port of entry each day.

Immigration advocates worry about the poor conditions immigrants may face if they are forced to wait in Piedras Negras, a small town with little capacity to care for a large number of newcomers with no homes. They have called for the administration to deploy more resources, including asylum officers, to the border to help process more immigrants per day.

The Department of Homeland Security recently announced that it will begin turning back those asylum seekers who do reach the port of entry, starting in San Ysidro with plans to expand to other parts of the border. Those asylum seekers will have to wait in Mexico until their asylum cases can be heard.

A spokesperson for the Texas Department of Public Safety declined to comment. A spokesperson for CBP did not respond to a request for comment.

 Julia Ainsley

Julia Ainsley is a national security reporter for NBC News.

Exhibit G

tucsonsentinel.com/local/report/021419_asylum_suit/aclu-sues-halt-remain-mexico-asylum-policy



Thanks to
Posted Feb 14, 2019, 2:43 pm

Paul Ingram TucsonSentinel.com

Three civil rights groups filed a federal lawsuit Thursday challenging the Trump administration's plan to send asylum-seekers back to Mexico while their cases wind through the U.S. immigration system.

The lawsuit was filed by the American Civil Liberties Union, the Southern Poverty Law Center, and the Center for Gender and Refugee Studies on behalf of 11 individual asylum-seekers from Honduras and El Salvador who are "living in fear in Mexico because they were returned under the new policy." A half-dozen civil rights groups joined the suit, saying that said they are "thwarted" from helping clients who have been returned to Mexico.

In the 40-page complaint, the groups argued that under the administration's new Migrant Protection Protocols, "immigration authorities are forcing asylum seekers at the southern border of the United States to return to Mexico—to regions experiencing record levels of violence—where they must remain for the duration of their asylum proceedings."

"By placing them in such danger, and under conditions that make if difficult if not impossible for them to prepare their cases, Defendants are depriving them of a meaningful opportunity to seek asylum," they wrote.



simply bits
INTERNET • VOICE • FAX

✓ fast internet

✓ quality voip phones

✓ simple fax to email

smart solutions

↓

LEARN MORE

Additionally, the groups said that the procedure used by immigration officials is "wholly inadequate for ensuring that those who face persecution, torture, or death in Mexico will not be erroneously returned."

"Indeed, the procedure is unlike any that Defendants have previously used to adjudicate such claims for protection. Yet Defendants' policy memoranda contain no explanation for such a departure," the complaint read.

Trump administration officials did not immediately respond Thursday to TucsonSentinel.com's request for comment on the lawsuit.

## 'War on asylum seeks, system of laws'

The groups seek an injunction blocking administration officials from continuing the policy, and a declaration that the policy is illegal under the Immigration and Naturalization Act, and the Administrative Procedure Act.

Along with the 11 individual asylum seekers, the lawsuit was filed on behalf of the Innovation Law Lab, the Central American Resource Center of Northern California, Centro Legal de la Raza, the University of San Francisco School of Law Immigration and Deportation Defense Clinic, Al Otro Lado, and the Tahirih Justice Center.

The lawsuit names Nielsen, as well as the heads of CBP, U.S. Immigration and Customs Enforcement, and U.S. Citizenship and Immigration Services.

"This is no longer just a war on asylum seekers, it's a war on our system of laws," said Melissa Crow, an attorney for the Southern Poverty Law Center. "This misguided policy deprives vulnerable individuals of humanitarian protections that have been on the books for decades and puts their lives in jeopardy."

On Dec. 20, Homeland Security Secretary Kirstjen Nielsen announced that people who seek asylum in the United States may be returned to Mexico for "the duration of their immigration proceedings."

Originally called Remain in Mexico, or "Return to Territory," the Trump administration's plan would send asylum seekers back to Mexico in an attempt to "reduce illegal migration by removing one of the key incentives that encourages people from taking the dangerous journey to the United States in the first place," Homeland Security Secretary Kirstjen Nielsen claimed. "'Catch and release' will be replaced with 'catch and return,'" she said.

The plan was implemented as a pilot program at the San Ysidro, Calif., border crossing in late January, and will initially apply to whose who are requesting asylum at that port of entry. However, senior DHS officials have said that the program will be expanded to other ports of entry across the southwest

border, including Nogales, Ariz.

The people who enter at the port will likely not be screened for asylum, but instead will be given a notice to appear before a U.S. immigration judge within 45 days. CBP has said that it will transport asylum seekers to their court hearings, and then return them as necessary, however, immigration advocates have said that this structure will give clients little time with attorneys.

"The Trump administration is forcibly returning asylum seekers to danger in Mexico," said Judy Rabinovitz, deputy director of the ACLU's Immigrants' Rights Project. "Once again, the administration is breaking the law in order to deter asylum seekers from seeking safety in the United States."

One of the plaintiffs, a woman identified only as Bianca Doe, said that she fears returning to Honduras because she is a lesbian, and her partner's abusive father threatened to kill them both.

Another plaintiff, a man identified only as Ian Doe, said that he was a former undercover detective in Honduras, and he fled after drug traffickers discovered his identity.

And, a former youth pastor said he fled Honduras because gang members threatened his life after he criticized the government and a powerful gang on television after a member of his church was murdered.

In the complaint, the groups said that "remaining in Mexico is not an option" for many people fleeing from Central America, because they face a "heightened risk of kidnapping, disappearance, trafficking, sexual assault, and murder, among other harms."

"Lesbian, gay, bisexual, and transgender persons, as well as people of indigenous heritage, are particularly at risk," the complaint read.

Ian Doe said that Mexican police detained him several times to demand his immigration documents, and just a month ago, officers required him to pay a bribe of 1,500 pesos to avoid being arrested and taken to jail.

Another man, Howard Doe, sad that he was kidnapped and held for two weeks by "members of a Mexican drug cartel until he and several others were able to escape."

"He fears that the well-connected cartel will find him in the border region and torture and murder him for escaping," the complaint said.

While the current plaintiffs are in Tijuana, the group said that another group of asylum seeker who arrived in Piedras Negras, across the Rio Grande River from Eagle Pass, Texas, face similar dangers in the state of Coahuila.

Even as officials at U.S. Customs and Border Protection worked to implement the policy, a confidential memo showed that officials were already anticipating a lawsuit as staffers were required to agree to a "litigation hold" and preserve documents, according to an internal document leaked to TucsonSentinel.com in January.

Last Friday, three groups pressed the federal government for information on the policy, filing a Freedom of Information Act request for key documents on the agreement between the U.S. and Mexico on the implementation of the "Remain in Mexico" policy.

"U.S. government agencies must be held accountable for their actions. To this day, children are still in the process of being reunited with their parents, there have been multiple deaths in U.S. Customs and Border Protection custody, and there has been a dearth of information about the impact and implementation of the newly introduced 'Remain in Mexico' policy," said Josh Rosenthal, staff attorney at the National Immigration Law Center. "The government has a responsibility to be clear and open about how they plan to implement these new changes to the asylum-seeking process, and we will demand that it be held accountable."

The NILC said that the FOIA request would seek "documents related to the coordination between the U.S. and Mexican governments" related to a process know as "metering" which restricts the number of asylum seekers who can come into U.S. ports, as well as documents "related to the processing and detention of asylum applicants who present themselves at southern border ports of entry."

- 30 -

Exhibit H

Case 3:19-cv-00807-RS  Document 46-7  Filed 03/04/19  Page 37 of 206

- Voice of San Diego - https://www.voiceofsandiego.org -

# Border Report: The U.S. Is Sending Asylum-Seekers Back to Uncertainty in Mexico

Posted By *Maya Srikrishnan* On February 11, 2019 @ 3:21 pm



A girl peers out from an encampment at the U.S.-Mexico border where she and several hundred people waited to present themselves to U.S. immigration to seek asylum. / Photo by David Maung

Roughly two weeks ago, the Department of Homeland Security began sending asylum-seekers who came through the San Ysidro Port of Entry back to Mexico, where they will await their legal proceedings.

Dubbed Migration Protection Protocols, the policy will eventually be expanded to whole families and to individuals who request asylum after crossing between ports of entry. There are also plans <u>to expand it to other parts of the border</u> [1], like El Paso.

But there are still many questions in San Diego and Tijuana about how it will all play out.

The Mexican government doesn't appear to have plans or additional funds set aside to deal with the potential influx of returned migrants. Local government officials told PRI that they are underline concerned about their ability [2] to provide for the asylum-seekers because city shelters are at capacity. They also noted the sparse coordination on the whole thing between U.S. and Mexican immigration authorities.

"We came to live in the United States, not Mexico," one asylum-seeker who was turned back told PRI. "They are playing with our lives."

There have also been longstanding concerns about migrants' safety in Tijuana, one of the world's deadliest cities. Tijuana experienced a record number of reported homicides — more than 2,500 — in 2018. In December, two Honduran teens were brutally executed [3].

Federal officials in the United States last week advised Customs and Border Protection personnel that if migrants slated for return say they are afraid to be in Mexico, they could qualify for an exemption to the new policy. Unaccompanied minors are also supposed to be exempt, though there have also long been reports that Mexican authorities make it difficult for unaccompanied minors to get through a port of entry [4].

On the San Diego side, immigration attorneys are trying to figure out how they might be able to provide counsel for asylum-seekers forced to wait in Mexico. It's also unclear how this will work in San Diego's immigration courts.

A DHS memo suggests that the agency [5] is trying to streamline the hearings for those waiting in Mexico. The partial government shutdown forced San Diego's immigration courts to send out notices last week to reschedule hearings.

"For the asylum access, getting access to due process, to the rights they're supposed to have, under U.S. and international law will be compromised," said Carmen Chavez, the executive director of Casa Cornelia, which provides pro-bono legal services to asylum-seekers. "There still isn't an infrastructure ingratitude for attorney to provide counsel for U.S. law in Mexico."

As of now, asylum-seekers are given a list of pro-bono attorneys in the United States with U.S. numbers before they are turned back to Mexico. According to the PRI report, the entire packet is in English, with a sole page in Spanish stating the date and time of their first hearing and explaining migrants' right to seek their own counsel.

Casa Cornelia has yet to receive any calls from someone who has been returned to Tijuana, Chavez said. There have been dozens of people returned already.

Chavez worries that people will try to go about the asylum process on their own or abandon their claim because the barriers to accessing counsel are so great. Many asylum seekers already have to represent themselves in court and there's a big gap in outcomes between those who have attorneys and those who don't [6].

And even among those who've retained legal representation, Chavez said, finding a confidential space where attorneys can meet with their clients is difficult. There are also general concerns over the ability of U.S. attorneys to give counsel in Mexico, where they may not be authorized to practice law.

"We'd like to work with U.S. immigration officials to try and find space either south of the border or at a port of entry, where we can effectively provide counsel," Chavez said, but as of now, there's nothing.

Then things got even more complicated last week. Two attorneys from Al Otro Lado, a nonprofit legal aid organization with offices in Tijuana and Southern California that has been advising asylum-seekers in Tijuana and suing U.S. Customs and Border Protection over the Migration Protection Protocols, were denied entry to Mexico [7].

Nora Phillips, the legal and litigation director for Al Otro Lado, said she was detained after flying to Guadalajara [7] for a planned vacation with her husband and 7-year-old daughter, the Los Angeles Times reports.

"I think this is retaliation," Phillips said at a press conference, according to the Times. "I think this is because we sued the U.S. government. I think it's that we're pointing out gross, flagrant human rights violations being committed by the U.S. government, and they don't like that."

There have also been troubling reports of other advocates and activists who have worked with migrants in Tijuana being questioned or pulled into secondary inspection at the border. Several journalists, particularly photo journalists who have been covering the recent migrant caravan, have also had issues. At least two had their passports flagged and were detained upon trying to enter Mexico.

The Union-Tribune [8] and the Intercept [9] detail several more cases where advocates, lawyers and journalists have been harassed and interrogated at the border.

## Battle Over Border Barriers Continues

Discussions over border security are breaking down in Washington D.C. [10] (New York Times)

The Associated Press looks at the dispute over a shrine at a Tijuana home right on the border [11], which Border Patrol says is on U.S. soil, as the agency continues replacing the area's fencing.

The Trump administration announced last week it is waiving environmental reviews [12] to speed up replacement of more San Diego border fencing. (Union-Tribune)

This month a virtual wall will be expanding to California [13] under a U.S. Customs and Border Protection contract. The system is designed to detect illegal crossings, using towers equipped with radar sensors and cameras, as well as artificial intelligence to "spot abnormalities human eyes might miss." (Washington Post)

NPR looks at what could happen if President Donald Trump declares a national emergency [14] to build a border wall.

## More Border News

A plan to reduce Tijuana's high homicide numbers is gearing up as new traffic checkpoints have been set up across the city and military outposts are being established [15] in some of its most violent neighborhoods. (Union-Tribune)

There are roughly 600,000 U.S. citizen school-age children who are living in Mexico [16] after their parents were deported from the United States or left out of fear of deportation. (California Sunday)

A campaign at San Diego State University is connecting people in San Diego with immigrant detainees [17] at the Otay Mesa Detention Center through letters. (New York Times)

Gov. Gavin Newsom announced he will be pulling most of California's National Guard troops [18] from the border, leaving only a few to continue battling transnational drug smuggling. (NPR)

PRI follows the journey of one teen from El Salvador who's waiting for his turn to seek asylum in Tijuana [19] while his mother waits for him to arrive safely in Los Angeles.

San Diego Mayor Kevin Faulconer will hire an immigrant affairs manager as part of an initiative to make the city more welcoming to immigrants [20]. (Union-Tribune)

---

Article printed from Voice of San Diego: https://www.voiceofsandiego.org

URL to article: https://www.voiceofsandiego.org/topics/news/border-report-the-u-s-is-sending-asylum-seekers-back-to-uncertainty-in-mexico/

URLs in this post:

[1] to expand it to other parts of the border: https://www.washingtonpost.com/world/national-security/trump-administration-to-expand-wait-in-mexico-measures-for-asylum-seekers/2019/02/01/1e782d16-2656-11e9-81fd-b7b05d5bed90_story.html

[2] concerned about their ability: https://www.pri.org/stories/2019-02-05/they-re-playing-our-lives-say-first-migrants-returned-under-new-mexico-policy

[3] two Honduran teens were brutally executed: https://news.vice.com/en_us/article/8xpp9z/two-migrant-teens-brutally-executed-in-tijuana-as-asylum-cases-pile-up

[4] make it difficult for unaccompanied minors to get through a port of entry: https://www.vox.com/2018/11/20/18104676/asylum-border-trump-children

[5] suggests that the agency: https://www.dhs.gov/news/2019/01/24/migrant-protection-protocols

[6] a big gap in outcomes between those who have attorneys and those who don't: https://www.americanimmigrationcouncil.org/research/access-counsel-immigration-court

[7] denied entry to Mexico: https://www.latimes.com/nation/immigration/la-me-immigration-attorneys-detained-20190202-story.html

[8] Union-Tribune: https://www.sandiegouniontribune.com/news/immigration/sd-me-secondary-searches-migrant-caravan-20190211-story.html

[9] Intercept: https://theintercept.com/2019/02/08/us-mexico-border-journalists-harassment/

[10] breaking down in Washington D.C.: https://www.nytimes.com/2019/02/10/us/politics/trump-border-wall.html

[11] dispute over a shrine at a Tijuana home right on the border: https://apnews.com/56765a78e063458da13140e1bbdda0bf

[12] waiving environmental reviews: https://www.sandiegouniontribune.com/news/border-baja-california/sd-me-border-wall-gets-waiver-20190208-story.html

[13] virtual wall will be expanding to California: https://www.washingtonpost.com/news/powerpost/paloma/the-technology-202/2019/02/05/the-technology-202-trump-wants-a-border-wall-one-of-his-biggest-supporters-in-tech-is-expanding-a-virtual-one/5c5884b71b326b66eb098610/?utm_campaign=7516421ae5-EMAIL_CAMPAIGN_2019_02_07_05_38&utm_medium=email&utm_source=Migratory%20Notes%20Pop-Up%20Newsletter&utm_term=.6795aba5037b

[14] declares a national emergency: https://www.npr.org/2019/02/11/693128901/if-trump-declares-an-emergency-to-build-the-wall-congress-can-block-him

[15] new traffic checkpoints have been set up across the city and military outposts are being established: https://www.sandiegouniontribune.com/news/border-baja-california/sd-me-tijuana-security-20190205-story.html

[16] U.S. citizen school-age children who are living in Mexico: https://story.californiasunday.com/deported-americans?utm_source=Migratory+Notes+Pop-

2/27/2019                     Voice of San Diego Border Report: The U.S. Is Sending Asylum Seekers Back to Uncertainty in Mexico - Voice of San Diego

Case 3:19-cv-00807-RS   Document 46   Filed 03/04/19   Page 42 of 206

Up+Newsletter&utm_campaign=7516421ae5-
EMAIL_CAMPAIGN_2019_02_07_05_38&utm_medium=email&utm_term=0_084466b101-
7516421ae5-435550781

[17] connecting people in San Diego with immigrant detainees:
https://www.nytimes.com/2019/02/07/us/immigrant-detainee-letters.html

[18] be pulling most of California's National Guard troops:
https://www.kpbs.org/news/2019/feb/11/california-gov-newsom-mostly-ends-states-national/

[19] waiting for his turn to seek asylum in Tijuana: https://www.pri.org/stories/2019-02-07/teen-
migrated-us-border-escape-gangs-he-hopes-join-his-mom-us

[20] initiative to make the city more welcoming to immigrants: https://medium.us8.list-
manage.com/track/click?u=9916635f426f4e8ba64d59675&id=cb4753e37a&e=8ed19f63c3

Copyright © Voice of San Diego. All rights reserved.

# Exhibit I

The Washington Post

**National Security**

# Trump administration reaches deal that will force asylum seekers to wait in Mexico as cases are processed, DHS's Nielsen says

By Nick Miroff ,
Kevin Sieff and
Mary Beth Sheridan
December 20, 2018

The Department of Homeland Security announced new measures Thursday requiring asylum seekers at the border to return to Mexico and wait while their claims are processed, possibly for months or years, describing the plan as one of the most significant changes to immigration policy in decades.

Homeland Security Secretary Kirstjen Nielsen outlined the new measures during a contentious oversight hearing with members of the House Judiciary Committee, telling lawmakers that the administration is preparing to implement the policy in coming days. They will be introduced at select locations before expanding across the entire southern U.S. border, officials said.

Separately, Mexico's new leftist government announced Thursday that it will allow the United States to send asylum seekers who cross illegally back to its territory and provide them with work visas and humanitarian assistance while they wait.

The policy is likely to face legal challenges, and federal courts have repeatedly blocked the Trump administration's efforts to tighten border controls via executive action. Nonetheless, the deal amounts to a significant diplomatic win for the administration, which has engaged in delicate talks to cajole Mexico to become an immigration antechamber for Central Americans seeking U.S. asylum.

The new policy will apply to migrants who request humanitarian protections at U.S. border crossings, as well as those who enter the country illegally, DHS officials said. Citing emergency powers allowed under the Immigration and Nationality Act, Nielsen said the measures were needed to "bring under control" a surge of unmerited asylum claims by Central Americans that led to a backlog in U.S. immigration courts of more than 750,000 cases.

"Aliens trying to game the system to get into our country illegally will no longer be able to disappear into the United States, where many skip their court dates," Nielsen said in a statement. "Instead, they will wait for an immigration court decision while they are in Mexico."

"Catch and release will be replaced with 'catch and return'," she said, using President Trump's disparaging term for current procedures, which typically allow those whose fears are determined to be credible to be

released from custody while they await a distant court date. DHS officials liken that arrangement to

a "loophole" that is bringing record numbers of migrant families to the border and overwhelming U.S. agents.

Under the new policy, Nielsen said, "They will have to wait for approval to come into the United States. If they are granted asylum by a U.S. judge, they will be welcomed into America. If they are not, they will be removed to their home countries."

Nielsen had several heated exchanges with Democratic lawmakers during Thursday's hearing, while Republicans jumped to her defense, praised Trump's plan for a border wall and welcomed the new asylum rules.

For Nielsen, Thursday's announcement helped deflect some of the attention on the case of 7-year-old Jakelin Caal, who died Dec. 8 after she and her father were taken into Border Patrol custody in New Mexico. During the hearing, Nielsen acknowledged that she was informed of the child's death by her staff that same day, though neither she nor other DHS officials reported the incident to Congress and the public.

DHS officials said they will implement the new border policy in the coming days, and migrants who established a fear of harm if they stay in Mexico will be allowed to enter the United States. But U.S. asylum officers, including those who began receiving implementation guidance weeks ago, said they were not informed that the measures were imminent until Thursday's announcement.

Homeland Security officials have said they will be able to process at least twice as many asylum claims by requiring applicants to wait in Mexico, in addition to saving money on detention and enforcement.

Homeland Security officials called the policy a unilateral decision, and Mexican diplomats characterized the measures Thursday as steps they have acceded to begrudgingly. Behind the scenes, though, the two countries have engaged in sensitive negotiations for weeks, as Trump fumed about migrant caravans and threatened to close the border, spooking Mexican officials.

Top Mexican officials from the recently inaugurated government of President Andrés Manuel López Obrador have said they would acquiesce to the policy as part of a broader development and aid package aimed at creating jobs in Central America and reducing the need to emigrate.

Mexican officials also said they were concerned about additional caravans passing through their territory and willing to make the gesture to Trump with hopes of securing his support for their preferred approach: a "Marshall Plan" for Central America.

The rough outlines of the asylum overhaul were worked out with Mexico's foreign minister, Marcelo Ebrard, and others by Nielsen, Secretary of State Mike Pompeo and a small team of aides who met at a Houston-area hotel last month, according to a Trump administration official familiar with the talks who spoke on the condition of anonymity to discuss the sensitive negotiations.

Mexican officials insisted the policy did not amount to an agreement, but was instead being imposed on them

by the United States.

"This was a unilateral measure by the U.S. Our response is according to our law and our commitment to a secure, orderly and legal migration," said Roberto Velasco, a spokesman for Mexico's Ministry of Foreign Affairs. "We've found some issues where we have a level of mutual understanding . . . and others on which our approaches differ."

Velasco said the Mexican government was informed at 8 a.m. Thursday of U.S. plans to implement the policy. The government had not received prior notice that such an announcement would be made. The surprise announcement "didn't sit well" with the Mexicans, said a second government official, speaking on the condition of anonymity to discuss diplomatic developments.

The main problem, he said, was the timing. The Mexican government didn't want to signal that "we were 'giving in' to the Trump administration in the first months of the new administration."

"At the end of the day, Nielsen and Trump decided to go ahead with it, notwithstanding the good climate that had been characterizing our initial dialogue" with the Trump administration, he said.

Mexican officials added that they would not be serving as an enforcement arm of the U.S. government and that migrants going through their asylum process would be able to work and travel around Mexico freely while awaiting their appointments in the United States.

"We're not going to have a detention center, nothing like that," Alejandro Celorio, the deputy legal counsel at the Foreign Ministry, said at a news conference.

Officials also batted down suggestions that border cities would be overwhelmed, saying that migrants would receive work visas and could live anywhere in Mexico while awaiting their U.S. hearings.

"We don't believe this will involve large groups, or flows that can't be received with controls and with dignified conditions," said Alejandro Alday, the ministry's senior legal counsel. But he acknowledged Mexico had no idea how much it would have to spend to host the migrants.

"I have to wonder if Mexico knows what it's signing up for," said Adam Isacson, a border security analyst at the Washington Office on Latin America. "Wait times for asylum hearings are now routinely exceeding 1,200 days. That's three years. Is Mexico really prepared to host hundreds of thousands of people for that long while they wait for overworked U.S. asylum judges to get to these people's cases?"

Officials said that civil society groups — not the Mexican government — would work with the migrants to ensure they crossed the border in time to attend their hearings.

On Tuesday, the Mexican government announced that the United States will contribute $10.6 billion to programs in southern Mexico and Central America that ostensibly would help curb migration.

But that funding mostly consists of money the United States already had allocated. Mexican officials denied

any link between that statement and Thursday's announcement.

In a statement, Mexico's foreign ministry said Thursday that it "will authorize, for humanitarian reasons and temporarily, the entry of certain foreign persons from the United States who have entered the country through a port of entry or who have been apprehended between ports of entry, have been interviewed by the authorities of migratory control of that country, and have received a summons to appear before an immigration judge."

They will be allowed "to our country so that they can wait here for the development of their immigration process in the United States," the statement said.

"They will be entitled to equal treatment without any discrimination and with due respect to their human rights, as well as the opportunity to apply for a work permit so they can find paid jobs, which will allow them to meet their basic needs," it continued.

It's not immediately clear how Mexico will pay to provide humanitarian support for tens of thousands of asylum seekers. Mexico has slashed its budget for refugees in recent years, and López Obrador's proposed budget for next year includes a 20 percent funding cut for its refugee agency. The new president has long spoken about the need to respect migrant rights, but many in Mexico saw his budget announcement as a sign of his priorities.

In recent weeks, following the arrival of a large migrant caravan in Tijuana, Mexico's lack of preparedness has become clear. When the caravan arrived, the government initially created a makeshift shelter in a sports complex. It was cramped, flood-prone and presented public health risks.

Last weekend, two Honduran teenagers who were part of the caravan were found murdered in Tijuana, a city suffering record levels of homicides. Mexican police said the two boys had left a shelter for migrant youths and were killed in an apparent robbery attempt. It's unclear whether the boys had applied for asylum in the United States.

Other parts of northern Mexico also present grave challenges for migrants. In the state of Tamaulipas, for instance, which borders southeastern Texas, migrants are regularly kidnapped and extorted, and there is limited space in shelters already inundated by deportees from the United States.

In Reynosa, kidnappings are so common that the city's Casa del Migrante, run by a Catholic charity, has implemented a new rule: Migrants are not allowed to leave. "They leave to buy a sandwich and they disappear," said Sister Edith Garrido, who has worked at the shelter for three years.

Because asylum cases can drag on for months or years, it's unclear how migrants would remain safe — with access to food and shelter — or how they would access legal services. It also remains unclear how Mexico will

sell the deal to a domestic audience which has resisted the idea of embracing tens of thousands of Central

American migrants.

*Sieff and Sheridan reported from Mexico City.*

## Nick Miroff

Nick Miroff covers immigration enforcement, drug trafficking and the Department of Homeland Security on The Washington Post's National Security desk. He was a Post foreign correspondent in Latin America from 2010 to 2017, and has been a staff writer since 2006. Follow 🐦

## Kevin Sieff

Kevin Sieff has been The Washington Post's Latin America correspondent since 2018. He served previously as the paper's Africa bureau chief and Afghanistan bureau chief. Follow 🐦

## Mary Beth Sheridan

Mary Beth Sheridan is a correspondent covering Mexico and Central America for The Washington Post. Her previous foreign postings include Rome; Bogota, Colombia; and a five-year stint in Mexico in the 1990s. She has also covered immigration, homeland security and diplomacy for The Post, and served as deputy foreign editor from 2016 to 2018. Follow 🐦

The Washington Post

## Our journalism keeps watch on Washington and the world.

Try 1 month for ~~$10~~ $1

**Send me this offer**

Already a subscriber? **Sign in**

Exhibit J

thedailybeast.com/these-migrants-wanted-asylum-instead-they-are-detained-in-an-old-body-bag-factory-in-mexico

February 18, 2019

HORRIFYING

# These Migrants Wanted Asylum, Instead They Are Detained in an Old Body Bag Factory In Mexico

'They have us locked up as prisoners,' said one detained man.



Alfredo Estrella/Getty

As many as 2,000 Central American migrants have been detained in an abandoned body bag factory for more than two weeks, as the bureaucratic chaos resulting from the Trump administration's "Remain In Mexico" asylum policy spreads across both sides of the U.S.-Mexico border.

The conditions inside the building in Piedras Negras, Mexico, which once manufactured body bags for the U.S. Army, have made the facility feel like a prison: lines for food that stretch for hours, concrete floors crowded with thin foam mats for sleeping, and not enough warm clothes to go around as nighttime temperatures drop below freezing.

"They have us locked up as prisoners," said one detained man, speaking through a fence to a field officer working with Refugee and Immigrant Center for Education and Legal Services (RAICES), according to an audiotape of the conversation relayed to The Daily Beast. "This cold is tremendous, and the real truth is that there are children, there are sick people, there are seniors, and... we're in an abandoned factory."

The chaos in the Piedras Negras facility is largely due to a lack of preparation, advocates said, as President Donald Trump's "Remain In Mexico" policy—which forces asylum seekers to wait south of the border while their asylum cases are adjudicated—goes into effect.

Those held in the factory "want to present for asylum, but it's unclear from Mexican authorities how that happens, and it's definitely unclear from U.S. authorities how that happens," said Joe Rivano Barros, a RAICES field officer who was on-site in Piedras Negras last week. "They feel like prisoners, and they don't know what's going on, and nobody has explained the asylum policy to them—the process is extremely opaque."

The majority of those held in there arrived on Feb. 4, part of a migrant caravan of Central Americans who were intercepted by the Mexican government in the city of Saltillo, roughly five hours south of the border. According to a state government spokesperson, the roughly 1,600 migrants were loaded onto 49 buses for their own safety, bound for Piedras Negras and, they assumed, the chance to declare asylum at the American border city of Eagle Pass, Texas.

Upon their arrival, however, the caravan's members were instead taken to an abandoned maquiladora, a foreign-owned factory where products—in this case, military body bags—were assembled by low-wage workers before being imported to the United States. Alongside nearly 400 other migrants seeking asylum, they have been held in the facility ever since, forbidden by armed soldiers and policy from leaving in the hopes of preventing a massive rush of asylum-seekers to Eagle Pass.

"The military is slowly giving people these one-year humanitarian visas," Rivano Barros said, which allow detainees to leave the site and seek asylum at the U.S. border. But hostility to the migrants in the city is so intense, Rivano Barros said, that "even those with humanitarian visas have had them ripped up outside by federal police, and they are sent back into the shelter."

ADVERTISING

Even those who make it to the U.S. border face an uncertain future. Under the Department of Homeland Security's new "Migration Protection Protocols," migrants seeking asylum in the United States at the southern border are required to remain in Mexico for the duration of their immigration

proceedings. With a massive backlog for asylum cases, exacerbated by the recent government shutdown, that could require the migrants to wait in Piedras Negras for years.

"There doesn't seem to be a plan, past when this shelter closes," Rivano Barros said. "There's no plan for how to deal with these almost 2,000 people, who, even if they get through to the border, will have to be turned back."

The militarization of the U.S. southern border resulting from Trump's invocation of a national state of emergency to build his wall may force the hands of asylum seekers who, under traditional international legal standards, would be able to stay in the United States while their cases are processed and reviewed.

But even if those held in the factory make it inside the United States, a new deal with Congress makes it easier for them to be detained. Trump's declaration came after Congress reached a deal to keep the government open, but without the money Trump wanted for the wall. A key part of reaching that deal involved the Democrats backing down on what was already a loophole-laden demand to limit Immigration and Customs Enforcement detention of undocumented immigrants inside the U.S., which exploded in 2018 in the face of explicit caps from congressional appropriators.

Instead of a cap of an average daily detainee population of 35,520 through Sept. 30, Democrats gave ICE the explicit leeway to lock up an average of 45,724 people every day—more than 5,000 more people than the 40,500 daily detention population permitted in last spring's budget. ICE instead exceeded that limit by over 9,000 people, a precedent immigration observers consider prologue for what comes next.

"What happened this week means people will die," said Heidi Altman, the policy director of the National Immigrant Justice Center. "It means more dads locked away while their kids cry out for them. More women agreeing to be deported back to their death just to escape the hell of detention. This administration is grabbing money every which way, all toward the goal of criminalizing and jailing immigrants. It's way past time for Congress to wake up and do its job."

One city official in Eagle Pass who was not authorized to speak to the press told The Daily Beast that U.S. Customs and Border Protection (USCBP) in the city has struggled to process any more than a dozen initial credible fear claims by asylum seekers per day. With nearly 2,000 waiting in line behind them, the backlog of applicants could take six months to complete.

Rick Pauza, a USCBP spokesperson, did confirm or deny that number, but told The Daily Beast that the agency "processes undocumented persons as expeditiously as possible without negating the agency's overall mission, or compromising the safety of individuals within our custody."

"When our ports of entry reach capacity, we have to manage the queues and individuals presenting without documents may need to wait in Mexico as [USCBP] officers work to process those already within our facilities," Pauza said.

Mavy Segura, the supervising officer of the agency's Eagle Pass field office, said in a statement that USCBP "continually assess the capabilities of our facilities throughout the Southwest border and have been making—and will continue to make—necessary preparations."

Those preparations have largely taken the form of a massive increase in U.S. military troops stationed along the U.S.-Mexico border in Eagle Pass, rather than new officials to process asylum claims, part of a buildup that President Donald Trump called for in his State of the Union address this month.

In this broken system, advocates worry that the migrants' needs in the Piedras Negras will fall through the cracks, including basic needs like food and clothing. During this month's nationwide cold snap, temperatures in Piedras Negras dropped to 28 degrees Fahrenheit, and detainees resorted to stealing jackets to keep warm. According to the Mexican government, nearly half of the people detained in the facility are women and children.

"They wait two hours in line to get food every day," Rivano Barros said. "If you are in line when the food runs out, you just don't get food."

Such conditions can be extremely dangerous,  particularly for children in detention, according to experts.

Although the United Nations and the Mexican Red Cross have toured the facility in recent days, no independent aid groups have been allowed inside, and detainees have not had access to lawyers who can help them navigate the American asylum system.

After the state government announced last week that the Piedras Negras facility would be closed by the end of February, tensions only increased. The resulting uncertainty about the length of their detention, as well as nearly two weeks of poor conditions, has prompted migrants in the factory to begin protesting their detention. On Wednesday afternoon, after guards refused to allow those with humanitarian visas to leave for outside food, detainees began demonstrating in the factory's concrete courtyard, tearing down tents and pushing down interior fencing.

"They just want to be let out to do the asylum process," Rivano Barros said of the demonstrators." They want to be able to seek asylum at the border, and to be let out to do so."

In the words of the male detainee, those protesting just desire one thing: to be allowed to seek asylum at the border, as they are legally entitled to do.

"I know they are also humans… therefore, they will understand," one male detainee said of U.S. officials at the border said through the fence, according to the recording provided to The Daily Beast. "Take a visit to the shelter where we are staying and you will understand our complaints."

CASSANDRA

# Cohen Warns Trump-Loving Republicans: You'll End Up Like Me

The Republican game plan was to impugn Cohen's nonexistent integrity. Cohen told them that if they continue down their path, they'll end up as disgraced as he is.

For all the Republican assaults on Michael Cohen's character and credibility – an easy thing to pull off against someone convicted of both fraud and lying to Congress – President Trump's ex-fixer had a warning for them: You're going down the road that led me here.

"I can only warn people," the disgraced ex-attorney said, "the more people that follow Mr. Trump as I did, blindly, are going to suffer the same consequences that I'm suffering."

Cohen, testifying to the House Oversight Committee on Wednesday, said that throughout his decade-long tenure as Trump's attorney, the "conman" instructed him to lie. Those lies including covering up to Congress the extent and campaign-time duration of a nine-figure deal to build a Moscow Trump Tower and arranging hush-money payments to silence women during the 2016 election who said they had sex with Trump.

Cohen's account of deceit put Trump closer to legally perilous terrain of the sort that will soon send Cohen to prison: obstructing congressional investigations and violating campaign finance law. He told the panel that in meetings with Trump and attorney Jay Sekulow ahead of his deceitful 2017 congressional testimony, Trump told him: "'Michael, there's no Russia, there's no collusion, there's no interference.' I know what he wants because I've been around him for so long" – that is, to lie to Congress.

Cohen said "there were several changes that were made" to his congressional testimony, "including how we were gonna handle that message, that message being the length of time the Trump Tower Moscow project stayed alive."



But Cohen put the apparatus of lies he worked for years to construct in a broader and ominous civic context. "Lying for Mr. Trump was normalized and no one around him questioned it. In fairness, no one questions it now," Cohen told a panel that quickly and predictably became a circus.

Following the lead of a president who has spent months bashing as a liar the man who used to lie on his behalf, the committee's Republicans spent their time aggressively impugning Cohen's truthfulness.

"It seems to me there's not much that you won't lie about when you stand to gain a bit," said North Carolina's Virginia Foxx. Arizona's Paul Gosar called Cohen a "pathological liar." Mark Meadows of North Carolina said he would make a criminal referral to the Justice Department over a detail concerning Cohen's conviction. Jim Jordan of Ohio, the committee's ranking member and pointman for the offensive against Cohen, summed it up by saying Cohen was a disgruntled man motivated by sour grapes for not getting a White House job – something Cohen said he didn't want – and painted the hearing as a political sham advanced by the Clintons.

Cohen tried meekness, repeatedly apologizing for his lies to Congress and the public. But Cohen, who famously told a Daily Beast reporter he would retaliate in a "<u>fucking disgusting</u>" way, isn't a meek person. He's an aggressive and brazen one, as his baroque assortment of lies revealed by federal prosecutors in New York testified. As the attacks accumulated, Cohen showed the sort of teeth that endeared him to Trump in the first place.

"Shame on you, Mr. Jordan," said a visibly angry Cohen as cameras clicked in the room. He at times responded with sarcasm, asking a GOP legislator who asked about Cohen's future sources of income if he was receiving an offer.



"I'm responsible for your silliness."

— Cohen to Republicans

But Cohen was warning those Republicans as well.

Just as Cohen lied to Congress and the public on Trump's behalf, out of what he called "intoxication" out of being around the "icon" Trump, now they were doing the same sort of "always stay on message, always defend" Trump that Cohen performed for over a decade. Trump gave Cohen financial power; Trump gives the Republican Party political power.

"I'm responsible for your silliness," Cohen said of what he called GOP questioning that was "really unbecoming of Congress." He was responsible, he said, "because I did the same thing that you are doing now, for ten years." Later, Cohen said he "just find[s] it interesting" that amongst the panel Republicans, "not one question has been asked about President Trump."

Characteristically, Cohen mixed bullshit into his attempt at playing Ex-Trumpist Cassandra. Asked by Tennessee Democrat Jim Cooper what occasioned Cohen's break with a man Cohen called a racist, a conman and a cheat.

"Helsinki, Charlottesville, watching the daily destruction of our civility to one another," Cohen answered, hours after he said he, as the son of a Holocaust survivor, should never have worked for a racist.

But whatever reservations Cohen may have had about working for a man who sidled up to Vladimir Putin and defended violent white supremacists as "very fine people," that wasn't why Cohen severed his ties with Trump. It was reportedly because Trump in 2018 wasn't covering Cohen's legal bills as Cohen's legal woes coalesced. As Cohen told the oversight committee in his opening statement, Trump's "fundamental disloyalty" was the wellspring of Wednesday's explosive hearing.

"He's becoming an autocrat," Cohen warned.

But with the possible exception of Michigan's Justin Amash, no Republican on the panel showed signs of breaking with a man Cohen cautioned would not show them similar loyalty.



# Exhibit K

## Juarez, El Paso grapple with rising tensions as Trump policies lead to migrant backup at border

dallasnews.com/news/mexico/2019/02/25/juarez-el-paso-grapple-rising-tensions-trump-policies-lead-migrant-backup-border

February 24, 2019



CIUDAD JUAREZ, Mexico — The number of asylum seekers arriving in this troubled city has reached a critical point as renewed drug violence explodes, creating what local leaders say is a pressure cooker for the region with a perilous outcome for both sides of the border.

"This is creating a climate of instability," said Jorge Contreras Fornelli, a member of the Citizens' Council for Public Security and a furniture maker.

A group of priests, including a representative of the Vatican, and migrant advocates plan a Tuesday afternoon Mass near an 18-foot-high fence to push back against President Donald Trump's Feb. 15th declaration of a national emergency to build a wall on the U.S.-Mexico border. The House is expected to vote Tuesday on a resolution to block the declaration.

The priests are also calling on the government of Mexico President Andres Manuel Lopez Obrador, popularly known as AMLO, to resist pressure from Trump to implement "Migration Protection Protocols," which are already in effect in Tijuana and are expected to be enforced in the coming days in the El Paso-Juarez area, too, said U.S. Rep. Veronica Escobar of El Paso.

The controversial protocols, originally known as "Remain in Mexico," require that immigrants headed to the U.S. wait in Mexico until their asylum claims are considered. Critics say the policies are contributing to a bottleneck crisis with catastrophic effects on the border.

The protocols may lead to the building of tent cities in Juarez, argued Dylan Corbett, executive director of the Hope Institute.

"The criminalization and militarization of the border has lethal, fatal consequences for our border, and we've seen that firsthand," said Corbett, noting the deaths of two young Guatemalans while in U.S. Border Patrol custody in December.



- Residential homes in the Mexican city of Ciudad Juarez seen through border fencing during Acting Secretary of Defense Patrick Shanahan's tour of the US-Mexico border in El Paso on Feb. 23.

  (PABLO MARTINEZ MONSIVAIS/Agence France-Presse)

-



- 



-



The flow of migrants has already put a strain on resources on both sides of the border. Casa del Migrante, the leading shelter in Juarez, is filled to capacity and no longer accepting asylum seekers. Similarly, a gym used as a shelter is no longer taking in migrants. Efforts are underway to create additional space at a factory.

Across the border in El Paso, Annunciation House, a principal nonprofit waystation for asylum seekers, said it took in more than 3,600 migrants from Feb. 16-23, a record for the shelter. Some migrants are being sent to New Mexico for temporary shelter. Over the weekend, dozens of Central American families, clutching their children, were spotted at the airport, bound for cities that included Atlanta, Houston and Dallas.

In interviews, many said they were lured to the border by *guias*, or smugglers, who charged them to be taken to remote areas near Antelope Wells, N.M., where they turned themselves in to Border Patrol authorities. Because space is limited in holding cells there, many were released with ankle bracelets and given court dates to present their cases for asylum.

The situation is largely a result of Trump's so-called metering system, which limits the number of people allowed to present their asylum claims at legal ports of entry. For instance, in Juarez, up to 60 people were being processed a day at one point. That number is now down to an average of 20, thus discouraging migrants from seeking asylum at border checkpoints and leading many to attempt to cross in remote, often desert or scrub areas.

Their only other option is to be added to the U.S. waiting list and wait in Mexico until their names rise to the top of the list for processing. Mexico's tacit cooperation with this controversial policy has put Lopez Obrador in an uncomfortable situation. He's come under fire from a variety of critics, led by U.S. legislators, Catholic leaders and dozens of immigrant rights groups, who accuse him and Trump of sidestepping international human rights law that grants asylum seekers a hearing.

"With the initial stages of a 'Remain in Mexico' policy already underway and the likelihood that it will extend all along our border new challenges are on the horizon," said Bishop Mark J. Seitz in a statement Monday. "We will seek strength and guidance in mutual prayer."

Lopez Obrador administration officials have said they want to avoid a confrontation with Trump over immigration, something they see as a domestic matter that needs to be resolved by U.S. courts and not the Mexican government. But some analysts say playing along is risky.

"By avoiding a confrontation with Trump and allowing Central American migrants to remain in Mexico while applying for asylum, AMLO is losing credibility with his nationalistic base," said Howard Campbell, an anthropologist at the University of Texas at El Paso and author of *Drug War Zone: Frontline Dispatches from the Streets of El Paso and Juárez*. "AMLO needs to resist Trump's policies and rhetoric in order to maintain his popularity in Mexico."

Indeed, given their populist natures and strong political bases, the two leaders face an inevitable explosion, said Guillermo "Jesus" Velasco, a specialist on U.S.-Mexican relations at Tarleton State University.

"The conflict will arrive in any moment, and it will be intense," he predicts. "This is a time bomb."

Migrants begin to enter U.S. in large groups near El Paso as tighter asylum controls lead them to new tactics

The situation in Juarez is compounded by Mexican state governments, including Coahuila, that have opted to pay for buses to push migrants out of their states and into Juarez, angering local officials here. This comes amid renewed drug turf wars in Juarez, pushing homicides rates into the hundreds per month.

Last year, Mexico tallied 33,341 murders, a record.

"Mexico is not safe for Mexicans and therefore not safe for asylum seekers," said Guadalupe Correa-Cabrera, an associate professor at George Mason University and expert on Mexico. "It seems that Mexico is doing the dirty work for Trump. Mexico continues to be America's backyard."

Across the border in El Paso, meanwhile, one of the safest cities in the country seems to be preparing for battle. Razor wire has gone up on the international bridges, placed by U.S. Customs and Border Protection authorities to prevent a "rush" of migrants and their children into the city. The Pentagon's top brass also toured the city amid Trump's plans to divert billions of dollars from the military budget for his promised wall. Acting Defense Secretary Patrick Shanahan fired off a couple of Border Patrol weapons on Saturday as cameras clicked.

Trump defiantly takes his wall message to predominantly Democrat El Paso

Local leaders fired back.

"Our bridges are a symbol of our history with Mexico, our strong binational ties and shared interests, and should not become militarized zones based on a misguided policy rooted in fear," said Escobar.

El Paso Mayor Dee Margo, a Republican, reminded lawmakers in a column for Ripon Forum on Monday, that "115,000 jobs in El Paso and 559,000 jobs in the State of Chihuahua, Mexico depend on our cross border commerce. Any rhetoric implying otherwise is false and should immediately be retracted. Mexico is Texas' largest trading partner, and instituting policy that will detrimentally affect that trade is unacceptable."

In Juarez, Sergio Marquez, 59, crosses the border from El Paso daily to work in the gritty streets of his native city as a cab driver. He said he's concerned about migrants swarming the streets alongside rising violence, and razor wires going up, generating a tense climate.

"Both sides of the border just feel too tense, stressed," he said. "Like we're about to go to war, but with who? I don't get it."

Guatemala town's residents weigh playing cat-and-mouse game on U.S. border

Exhibit L

The Washington Post

**National Security**

# Deal with Mexico paves way for asylum overhaul at U.S. border

By Joshua Partlow and
Nick Miroff
November 24, 2018

MEXICO CITY — The Trump administration has won the support of Mexico's incoming government for a plan to remake U.S. border policy by requiring asylum seekers to wait in Mexico while their claims move through U.S. courts, according to Mexican officials and senior members of President-elect Andrés Manuel López Obrador's transition team.

President Trump briefly described the arrangement in a pair of tweets Saturday evening. "Migrants at the Southern Border will not be allowed into the United States until their claims are individually approved in court," Trump wrote. "No 'Releasing' into the U.S....All will stay in Mexico."

The president then issued a threat. "If for any reason it becomes necessary, we will CLOSE our Southern Border. There is no way that the United States will, after decades of abuse, put up with this costly and dangerous situation anymore!" Trump wrote.

Earlier in the day, White House spokesman Hogan Gidley said in a statement that "President Trump has developed a strong relationship with the incoming Lopez Obrador Administration, and we look forward to working with them on a wide range of issues."

The agreement would break with long-standing asylum rules and place a formidable barrier in the path of Central American migrants attempting to reach the United States and escape poverty and violence. By reaching the accord, the Trump administration has also overcome Mexico's historic reticence to deepen cooperation with the United States on an issue widely seen here as America's problem.

According to outlines of the plan, known as Remain in Mexico, asylum applicants at the border will have to stay in Mexico while their cases are processed, potentially ending the system, which Trump decries as "catch and release," that has generally allowed those seeking refuge to wait on safer U.S. soil.

"For now, we have agreed to this policy of Remain in Mexico," said Olga Sánchez Cordero, Mexico's incoming interior minister, the top domestic policy official for López Obrador, who takes office Dec. 1. In an interview with The Washington Post, she called it a "short-term solution."

"The medium- and long-term solution is that people don't migrate," Sánchez Cordero said. "Mexico has open arms and everything, but imagine one caravan after another after another. That would also be a problem for us."

On Saturday, following publication of The Washington Post story and criticism of the incoming government for acceding to pressure from Trump, Sánchez Cordero and other members of the incoming government denied that an agreement had been reached and said talks with the United States were ongoing.

While no formal agreement has been signed, and U.S. officials caution that many details must still be discussed, the incoming Mexican government is amenable to the concept of turning their country into a waiting room for America's asylum system.

While they remain anxious that the deal could fall apart, U.S. officials view this as a potential breakthrough that could deter migration and the formation of additional caravans that originate in Central America and cross through Mexico to reach the United States. They have quietly engaged in sensitive talks with senior Mexican officials, attempting to offer a diplomatic counterbalance to Trump's threats and ultimatums.

Alarmed by Trump's deployment of U.S. military forces to California, Arizona and Texas, and his threats to close busy border crossings, Mexican officials were further determined to take action after migrants traveling as part of a caravan forced their way onto Mexican soil last month, pushing past police blockades at the border with Guatemala.

The prospect of keeping thousands of Central American asylum seekers for months or years in drug cartel-dominated Mexican border states — some of the most violent in the country — has troubled human rights activists and others who worry that such a plan could put migrants at risk and undermine their lawful right to apply for asylum.

"We have not seen a specific proposal, but any policy that would leave individuals stranded in Mexico would inevitably put people in danger," said Lee Gelernt, an ACLU attorney whose team has won several legal victories against the Trump administration's immigration initiatives in recent months.

"The Administration ought to concentrate on providing a fair and lawful asylum process in the U.S. rather than inventing more and more ways to try to short-
circuit it," Gelernt said.

The measures could also trigger legal challenges, though Gelernt said it was too early to comment on potential litigation.

The deal took shape last week in Houston during a meeting between Marcelo Ebrard, Mexico's incoming foreign minister, and top U.S. officials such as Secretary of State Mike Pompeo and Homeland Security Secretary Kirstjen Nielsen, according to U.S. and Mexican officials.

Nielsen has been fighting to keep her job since the midterms, and while Trump has told aides he plans to replace her, the president praised her this past week for "trying."

Dozens of U.S. asylum officers have been sent to San Diego, where they will begin implementing the procedures in coming days or weeks, according to Department of Homeland Security officials. Under the

procedures, asylum seekers arriving at the border will be given an initial screening interview to determine whether they face imminent danger by staying in Mexico.

U.S. officials describing the system on the condition of anonymity said they will be able to process at least twice as many asylum claims as they do now because they would not be limited by detention space constraints at U.S. ports of entry. The San Ysidro port of entry in the San Diego area accepts about 60 to 100 asylum claims per day.

Just over the border, nearly 5,000 Central Americans have arrived in Tijuana this month as part of caravan groups, and several thousand others are en route to the city, where a baseball field has been turned into a swelling tent camp. The city's mayor declared a "humanitarian crisis" Friday and said the city's taxpayers would not foot the bill for the migrants' care.

A group of business leaders in the city said they have thousands of job openings at the city's assembly plants, or maquiladoras, inviting Central American migrants to work in the factories. Though wages there are a small fraction of U.S. pay, Mexican officials said the work offer was one reason they believe the Remain in Mexico plan will succeed. Across the country, there are 100,000 jobs available to Central American asylum seekers, officials said.

"We want them to be included in society, that they integrate into society, that they accept the offer of employment that we are giving them," Sánchez Cordero said. "That they feel taken care of by Mexico in this very vulnerable situation."

Two senior members of López Obrador's transition team said the accord would formalize what is already occurring. By admitting so few people into the asylum process, the United States is already using Mexico as an antechamber.

U.S. immigration statistics show roughly 80 percent of Central Americans pass a perfunctory "credible fear" interview after reaching the United States, but fewer than 10 percent are ultimately granted asylum by a judge. The backlog of cases in U.S. immigration courts has ballooned past 750,000, giving many asylum seekers who do not qualify a chance to remain in the country for several years while waiting to see a judge.

This gap, Department of Homeland Security officials say, amounts to a "loophole" that has invited a flood of spurious asylum claims, giving applicants a way to live and work in the United States for years.

The deal, however, could inadvertently increase illegal border-crossing attempts by discouraging asylum seekers from approaching official ports of entry. On Monday, a federal judge in California blocked the Trump administration's attempt to render ineligible for asylum those who cross illegally, saying U.S. laws protect everyone who reaches U.S. soil.

Last month, the number of people taken into U.S. custody along the Mexican border or who attempted to enter without authorization topped 60,000, the highest of Trump's presidency.

For months, U.S. officials sought an accord with Mexico that would obligate asylum seekers to wait south of the border or render those who pass through the country ineligible for humanitarian protections in the United States. They have viewed such an accord as the key step to stopping the sharp increase in asylum claims, which have quadrupled since 2014.

One version of the plan, known as a "Safe Third" agreement, was discussed extensively with the government of President Enrique Peña Nieto. It would have barred Central Americans from applying for asylum in the United States, on the grounds that they would no longer face persecution after arriving in Mexico. But López Obrador's landslide July 1 victory sunk those plans, and senior members of his transition team say a Safe Third is a non-starter.

Mexican officials consider the Remain in Mexico plan more palatable. It would not lock them into a formal, long-term agreement. Several Mexican officials privately acknowledge that the country's border states are not, in fact, safe. U.S. State Department travel warnings also urge American visitors to avoid several Mexican border states.

U.S. officials involved in the talks said Mexico has not asked for financial assistance to implement the procedures, which could result in significant costs if asylum seekers are made to wait for months or years. They described the deal as a collaboration, and senior officials from both governments insisted it was not imposed upon Mexico.

American and Mexican officials said they hoped the accord would pave the way to a broader regional cooperation aimed at stimulating job creation in Central America.

"Our engagement with Mexico is, first and foremost, based on mutual respect and on a commitment to work together to find creative solutions to our shared challenges," said Kimberly Breier, a senior State Department official with purview of Mexico and Latin America who participated in the talks.

"As neighbors and friends, the United States and Mexico are committed to strengthening cooperation to advance the security and economic well-being of the citizens of both nations based on shared interests and respect for each country's sovereignty and the rule of law," Breier said in a statement.

A fixture on Mexico's left for decades, López Obrador won on populist promises to fight corruption and help the poor. Many U.S. officials assumed he would bring a more confrontational approach toward Trump and the United States. During the campaign, he was generally restrained in his criticism of Trump, repeatedly expressing a desire for a positive relationship.

At times he offered harsh assessments, though: He referred to Trump as a "neo-fascist" last year as he was gearing up for his campaign, and he later said the Mexican government had been doing Washington's "dirty work" by catching Central Americans.

Since his victory in July, López Obrador and Trump have traded compliments. Sánchez Cordero said the transition team's interactions with the Trump administration have been "surprisingly cordial."

"Trump has been very friendly, very courteous, very cordial with President López Obrador," said Sánchez Cordero. "It's been a very smooth relationship."

U.S. asylum officers and other immigration officials who began receiving guidance this past week on the implementation of Remain in Mexico were told the procedures could take effect imminently, but senior officials from both governments say key details remain unresolved.

U.S. officials want to roll out the program at the San Diego border crossing to deal with the caravans that have become a source of frustration for Trump, but they envision it could be expanded to another five to seven crossings along the U.S.-Mexico border. Senior U.S. officials said they want more assurances on how Mexico intends to keep asylum seekers safe and to ensure they don't get deported back to Central America before their asylum claims are resolved.

After an initial fear screening at the port of entry, the asylum seeker would wait until his or her scheduled court appearance before an immigration judge. Then the asylum seeker would be escorted to a federal courthouse by U.S. officers, but would potentially have to return to Mexico again if the judge did not reach an immediate determination on the claim.

Under the rules, an applicant whose asylum claim is denied would not be allowed to return to Mexico. Instead, the person would remain in U.S. custody and face immediate deportation to his or her home country.

**Joshua Partlow**

Joshua Partlow is The Washington Post's bureau chief in Mexico. He has served previously as the bureau chief in Kabul and as a correspondent in Brazil and Iraq. Follow 🐦

---

**Nick Miroff**

Nick Miroff covers immigration enforcement, drug trafficking and the Department of Homeland Security on The Washington Post's National Security desk. He was a Post foreign correspondent in Latin America from 2010 to 2017, and has been a staff writer since 2006. Follow 🐦

---

The Washington Post

Our journalism keeps watch on Washington and the world.

Try 1 month for ~~$10~~ $1

Exhibit M

# Trump administration to start sending asylum-seekers back to Mexico

sltrib.com/news/2019/01/25/trump-administration

By Andrew deGrandpre, Maria Sacchetti, Kevin Sieff and David Nakamura | The Washington Post



U.S. officials at the southern border will begin sending some asylum applicants back to Mexico on Friday as the Trump administration implements new measures prohibiting migrants from waiting in the United States while their cases are processed.

The plan, announced by the Department of Homeland Security on Thursday night, follows high-level talks between the two governments late last year as U.S. border officials struggled to handle a surge of Central Americans fleeing violence and poverty. It will be introduced in California, at the San Ysidro port of entry south of San Diego, and eventually expanded throughout the nearly 2,000-mile border, a DHS official said earlier Thursday, speaking on the condition of anonymity because the plan had not yet been finalized.

According to a fact sheet distributed by DHS, "Certain aliens attempting to enter the U.S. illegally or without documentation, including those who claim asylum, will no longer be released into the country, where they often fail to file an asylum application or disappear before an immigration judge can determine the merits of any claim to prevent removal."

In a statement, Homeland Security Secretary Kirstjen Nielsen called the new measure "unprecedented" and aimed at addressing "the ongoing humanitarian and security crisis at our Southern border."

"For far too long," Nielsen said, "our immigration system has been exploited by smugglers, traffickers, and those who have no legal right to remain in the United States."

The plan had been informally called Remain in Mexico and followed delicate negotiations with the administration of Mexico's new leftist President Andrés Manuel López Obrador, who took office Dec. 1. On Thursday, officials referred to the initiative as the Migrant Protection Protocols, saying both countries are simply implementing their own laws. Homeland Security officials have described the plan as one of the most significant changes to immigration policy in decades.

Immigrant rights groups have opposed it, saying it violates U.S. and international asylum laws and could potentially face court challenges. "The president thinks he can do this unilaterally," said Kevin Appleby, a senior director at the Center for Migration Studies. "But it's a blatant rejection of current law."

White House officials did not respond to requests for comment Thursday.

Tonatiuh Guillén, who heads Mexico's immigration agency, said he had not received any communication from the United States about when implementation of the measures would begin.

"Part of the difficulty is that we have very few explicit definitions, and a very noisy environment, with many rumors, and we have not managed to refine what [the plan] entails," he said Thursday afternoon.

Guillén said he was concerned about the measures and Mexico's ability to accommodate migrants who could spend months or years in the country as their asylum claims are processed. His first concern, he said, was about the humanitarian situation.

ARTICLE CONTINUES BELOW

"We don't have the capacity" to absorb many migrants beyond their initial reception, he said. "It is a challenge of living conditions, of public services," he added, saying that it was unclear to Mexico's immigration agency whether the U.S. government planned to keep only a fraction of its asylum seekers in Mexico, or the many thousands who apply each year.

"If it is a very small scale, it would not be significant," Guillén said. "If it is a higher-level scale, we would be in some difficulty, which would force a change in the way Mexico conducts its reception" of migrants.

DHS said late Thursday that the United States had notified Mexico "that it is implementing these procedures under U.S. law," and an official said they intend to start gradually. In its statement, Homeland Security contends that the Immigration and Nationality Act authorizes them to carry out the action.

Starting Friday, migrants who arrive at San Ysidro will be told they must go back across the border - even if they are not Mexican citizens - while U.S. immigration officials assess their claims, DHS officials said. They will receive a notice to appear in court and a toll-free number to call for status updates.

"Aliens who need to return to the U.S. to attend their immigration court hearings will be allowed to enter the U.S. and attend that hearing," the DHS fact sheet says. "Aliens whose claims are found meritorious by an immigration judge will be allowed to remain in the U.S. Those determined to be without valid claims will be removed from the U.S. to their country of nationality or citizenship."

The new approach represents a significant departure from long-standing asylum-screening procedures and comes as the administration struggles to handle a record surge of Central American families coming to the southern border. In fiscal 2018, 107,000 migrant family members were taken into custody by U.S. border security officials, surpassing a record set in 2016.

Trump administration officials have acknowledged that the president's proposed border wall would have little effect stemming the flow of migrant families seeking asylum as they often surrender to authorities, in accordance with the law, once they arrive on U.S. soil.

Currently, migrants requesting asylum can avoid immediate deportation by establishing that their lives would be endangered if they were returned to their home countries. Immigration courts are backlogged with hundreds of thousands of asylum cases, so migrants are released into the United States to await their hearings - a process that can take more than a year. President Donald Trump and other immigration hard-liners detest this system, calling it "catch and release."

Under the new measures, if asylum seekers do not fear persecution in Mexico, then they must stay there while their cases are processed. To implement the new procedures, U.S. Citizenship and Immigration Services was expected to dispatch additional asylum officers to San Diego from the agency's field offices in California and Washington, District of Columbia.

San Ysidro continues to be a destination for migrants traveling as part of large caravan groups that originate in Central America, a trend that has become exceedingly frustrating for Trump. The port has experienced disruptions in recent months as migrants forced to wait in Tijuana have grown impatient and rushed the border.

The new initiative is one of several hard-line measures the administration has sought to implement at the border, including the deployment of several thousand military personnel and the separation of thousands of migrant children from their families - a policy Trump eventually reversed after widespread condemnation. The administration's attempt to ban Central Americans from seeking asylum was blocked in federal courts last fall.

Over the weekend, Trump offered Democrats a deal to end the partial government shutdown that included a provision to force Central American minors to remain in their own countries while seeking asylum in the United States. That a plan was fiercely opposed by Democrats and immigrant rights groups. A Republican bill including that provision was soundly defeated in a Senate vote Thursday.

- - -

Sieff reported from El Salvador.

immig-asylum

Exhibit N

**National Security**

# Trump plan would force asylum seekers to wait in Mexico as cases are processed, a major break with current policy

By Nick Miroff ,
Joshua Partlow and
Josh Dawsey
November 21, 2018

Central Americans who arrive at U.S. border crossings seeking asylum in the United States will have to wait in Mexico while their claims are processed under sweeping new measures the Trump administration is preparing to implement, according to internal planning documents and three Department of Homeland Security officials familiar with the initiative.

According to DHS memos obtained by The Washington Post on Wednesday, Central American asylum seekers who cannot establish a "reasonable fear" of persecution in Mexico will not be allowed to enter the United States and would be turned around at the border.

The plan, called "Remain in Mexico," amounts to a major break with current screening procedures, which generally allow those who establish a fear of return to their home countries to avoid immediate deportation and remain in the United States until they can get a hearing with an immigration judge. Trump despises this system, which he calls "catch and release," and has vowed to end it.

Among the thousands of Central American migrants traveling by caravan across Mexico, many hope to apply for asylum due to threats of gang violence or other persecution in their home countries. They had expected to be able to stay in the United States while their claims move through immigration court. The new rules would disrupt those plans, and the hopes of other Central Americans who seek asylum in the United States each year.

Trump remains furious about the caravan and the legal setbacks his administration has suffered in federal court, demanding hard-line policy ideas from aides. Senior adviser Stephen Miller has pushed to implement the Remain in Mexico plan immediately, though other senior officials have expressed concern about implementing it amid sensitive negotiations with the Mexican government, according to two DHS officials and a White House adviser with knowledge of the plan, which was discussed at the White House on Tuesday, people familiar with the matter said.

The White House did not immediately respond to a request for comment.

According to the administration's new plan, if a migrant does not specifically fear persecution in Mexico, that is where they will stay. U.S. Citizenship and Immigration Services is sending teams of asylum officers from

field offices in San Francisco, Washington, and Los Angeles to the ports of entry in the San Diego area to implement the new screening procedures, according to a USCIS official.

To cross into the United States, asylum seekers would have to meet a relatively higher bar in the screening procedure to establish that their fears of being in Mexico are enough to require immediate admission, the documents say.

"If you are determined to have a reasonable fear of remaining in Mexico, you will be permitted to remain in the United States while you await your hearing before an immigration judge," the asylum officers will now tell those who arrive seeking humanitarian refuge, according to the DHS memos. "If you are not determined to have a reasonable fear of remaining in Mexico, you will remain in Mexico."

Mexican border cities are among the most violent in the country, as drug cartels battle over access to smuggling routes into the United States. In the state of Baja California, which includes Tijuana, the State Department warns that "criminal activity and violence, including homicide, remain a primary concern throughout the state."

The new rules will take effect as soon as Friday, according to two DHS officials familiar with the plans.

Katie Waldman, a spokeswoman for DHS, issued a statement late Wednesday saying there are no immediate plans to implement these new measures.

"The President has made clear — every single legal option is on the table to secure our nation and to deal with the flood of illegal immigrants at our borders," the statement says. "DHS is not implementing such a new enforcement program this week. Reporting on policies that do not exist creates uncertainty and confusion along our borders and has a negative real world impact. We will ensure — as always — that any new program or policy will comply with humanitarian obligations, uphold our national security and sovereignty, and is implemented with notice to the public and well coordinated with partners."

A Mexican official, speaking on the condition of anonymity, said that current Mexican immigration law does not allow those seeking asylum in another country to stay in Mexico.

On Dec. 1, a new Mexican president, Andrés Manuel López Obrador, will be sworn in, and it's also unclear whether his transition team was consulted on the new asylum screening procedures.

The possibility that thousands of U.S.-bound asylum seekers would have to wait in Mexico for months, even years, could produce a significant financial burden for the government there, especially if the migrants remain in camps and shelters on a long-term basis.

There are currently 6,000 migrants in the Tijuana area, many of them camped at a baseball field along the border, seeking to enter the United States. Several thousand more are en route to the city as part of caravan groups, according to Homeland Security estimates.

Case 3:19-cv-00807-RS   Document 46-7   Filed 03/04/19   Page 78 of 206

U.S. border officials have allowed about 60 to 100 asylum seekers to approach the San Ysidro port of entry each day for processing.

Last week, BuzzFeed News reported that U.S. and Mexican officials were discussing such a plan.

Mexico also appears to be taking a less-permissive attitude toward the new migrant caravans now entering the country.

Authorities detained more than 200 people, or nearly all of the latest caravan, who recently crossed Mexico's southern border on their way to the United States. This is at least the fourth large group of migrants to cross into Mexico and attempt to walk to the U.S. border. They were picked up not long after crossing. The vast majority of the migrants were from El Salvador, according to Mexico's National Immigration Institute.

After the first caravan this fall entered Mexico, President Enrique Peña Nieto's administration offered migrants the chance to live and work in Mexico as long as they stayed in the southern states of Chiapas and Oaxaca. Most chose not to accept this deal, because they wanted to travel to the United States.

nick.miroff@washpost.com

joshua.partlow@washpost.com

josh.dawsey@washpost.com

*Partlow reported from Mexico City. Dawsey reported from West Palm Beach, Fla.*

**Nick Miroff**
Nick Miroff covers immigration enforcement, drug trafficking and the Department of Homeland Security on The Washington Post's National Security desk. He was a Post foreign correspondent in Latin America from 2010 to 2017, and has been a staff writer since 2006. Follow 🐦

**Joshua Partlow**
Joshua Partlow is The Washington Post's bureau chief in Mexico. He has served previously as the bureau chief in Kabul and as a correspondent in Brazil and Iraq. Follow 🐦

**Josh Dawsey**
Josh Dawsey is a White House reporter for The Washington Post. He joined the paper in 2017. He previously covered the White House for Politico, and New York City Hall and New Jersey Gov. Chris Christie for the Wall Street Journal. Follow 🐦

Exhibit O

**V** vox.com/2018/11/24/18110247/remain-in-mexico-asylum-trump-amlo-lopez-obrador

Dara Lind                                                         November 23, 2018



Honduran migrant Daniel Bonilla II (R) sleeps next to his mother Rosa on the street outside a temporary shelter set up for members of the "migrant caravan" on November 22, 2018, in Tijuana, Mexico.
*Mario Tama/Getty Images*

The Trump administration has reportedly found a way to force asylum seekers to wait in Mexico during the months, or longer, that it takes to apply for protection in the US,making the tens of thousands of Central Americans and others who flee northward to the US each year essentially Mexico's problem to solve.

On Saturday, Nick Miroff and Joshua Partlow of the <u>Washington Post</u> reported that the Trump administration had made a deal with the incoming president of Mexico, Andrés Manuel López Obrador, to implement a "Remain in Mexico" policy.

The incoming Mexican administration released a statement Saturday night that looked like a denial of the Washington Post story — but didn't actually contradict that a deal was being discussed, or even that they're close to finalizing one.

1/5

Contemplated since the earliest days of the Trump administration (one of the first executive orders the president signed instructed the Department of Homeland Security to look into the prospect), the policy would bar asylum seekers from entering the US until their applications were approved, or until they got deported, unless they had a "reasonable fear" of staying in Mexico.

While the two countries are still hammering out the details, it appears that the biggest question — whether Mexico would cooperate — has now been settled.

The appeal to the Trump administration is clear. The administration is desperate to reduce the number of people entering the US without papers to the anomalously low levels of Donald Trump's first few months in office — even if it means asylum seekers face a bevy of human rights concerns while they remain in Mexico, from criminal victimization to concerns about food and shelter.

The US could start implementing the new policy in the coming days or weeks, likely starting at ports of entry (official border crossings) in San Diego, where thousands of asylum seekers have been waiting on the other side.

There's a lot we still don't know about how this is going to work, either because it hasn't actually been worked out yet or because details aren't yet public. As it stands, this could be a temporary inconvenience — or lead to the US essentially creating refugee camps just across the border. Here's what we do and don't know.

## What we know about the US-Mexico asylum deal and the "Remain in Mexico" policy

**The Washington Post reported that the Trump administration has negotiated a tentative deal with Andrés Manuel López Obrador, or AMLO, the incoming president of Mexico, who takes office December 1.** The Washington Post confirmed the tentative deal in an interview with Olga Sanchez Cordero, AMLO's incoming interior minister.

**Lopez Obrador's administration-in-waiting responded to the Post story with a non-denial denial.** On Saturday night, a lot of press outlets reported that the Mexicans had denied there was a deal. But the actual statement, issued by Sanchez Cordero's office, didn't actually deny that the incoming administration is working on a deal with the Trump administration, or even that they have agreed in principle to allow asylum seekers to stay in Mexico and are just working out the details.

The statement said that "there is no agreement of any sort between the government-elect of Mexico and the government of the United States, as the next president, Andres Manuel Lopez Obrador, will take office on December

1." In other words, they deny that the incoming government was already making official deals behind the outgoing government's back.

And it said that the incoming Mexican government isn't considering becoming a "safe third country" for asylum seekers trying to enter the US — referring to a specific kind of diplomatic agreement that is different from the plan the Post reported on.

Under the deal, **asylum seekers would have to demonstrate a reasonable fear of remaining in Mexico to be allowed to stay in the United States.** The initial screening interview for asylum seekers requires them to show a credible fear of persecution if they're deported to their home countries. If they meet that standard, they're allowed to stay in the US while their full application for asylum is pending; if they don't (and they don't appeal the decision), they're deported.

Under the agreement, as the Post describes it, asylum seekers who meet the credible fear standard would alsobe asked about the prospects of staying in Mexico. If they couldn't show a reasonablefear (a higher standard than credible fear) of staying in Mexico, they'd still be allowed to apply for asylum in the US, but they'd wait in Mexico until their case was completed.

As a result, in theory, **the majority of Central Americans and other asylum seekers who travel through Mexico would be required to stay in Mexico while their asylum cases were pending in the United States.** Right now, it can take months, or years, for an asylum seeker who's not detained in a US immigration detention center to have her asylum case evaluated. It's not clear whether asylum seekers waiting in Mexico would be processed on an expedited schedule, and, if so, whether that wouldn't further delay processing for people waiting for asylum in the US.

**Key details of the plan are still being worked out.** According to the Post article, "Senior U.S. officials said they want more assurances on how Mexico intends to keep asylum seekers safe and to ensure they don't get deported back to Central America before their asylum claims get resolved." Those are substantial questions, not least because the US is obligated under international law not to send an asylum seeker back to persecution — even if it is not the country doing the deporting.

**Asylum officers are already being sent to San Diego to prepare for implementing the policy.** An email from a senior official at US Citizenship and Immigration Services, sent out late Wednesday, asked for volunteers who might be sent to San Diego "as early as Friday," though details were scarce. The Post believes the officers are being sent to implement the new policy, as

the US will need a lot of asylum officers at ports of entry to conduct the interviews that will ensure they're not sending anyone back to danger in Mexico.

## What we don't know about the US-Mexico asylum deal and the "Remain in Mexico" policy

**When the US will start implementing a "Remain in Mexico" policy.** López Obrador takes office on December 1, so it's probable that the US-Mexico agreement will be signed no sooner than that. (And it could take several more days or even weeks to work out remaining details.)

But it's not totally clear that the US is going to wait to have a formal agreement. On Wednesday, the Post reported that Trump senior policy adviser and immigration guru Stephen Miller wanted to start implementing a "Remain in Mexico" policy immediately — even while negotiations with Mexico were ongoing. The Saturday report from the Post doesn't clarify whether this possibility is still on the table.

**What legal authority the US will use to implement "Remain in Mexico."** There is a provision in US law that allows the US to force applicants for admission to remain in a "contiguous country" while their claims are being processed. But it's not clear whether they're using this provision for the "Remain in Mexico" plan. Because that's ambiguous, there are lots of other unresolved questions, including …

**Whether the policy will apply to people apprehended by Border Patrol after crossing into the US, or whether it will only apply for people presenting themselves legally at official ports of entry to seek asylum.** The "contiguous countries" provision applies to both cases. But the Post's reporting implies that "Remain in Mexico" will only apply at ports.

On the one hand, pushing people back to Mexico after they've crossed into the US could run afoul of the statutory US right to seek asylum. On the other hand, allowing people who cross into the US illegally to stay, while barring those who enter legally by presenting themselves at a port of entry, would make it even harder for the Trump administration to argue they're trying to encourage asylum seekers to come legally.(That's the argument the White House is currently using to defend the asylum ban in federal court.)

**Whether the US will need to do anything beyond signing an agreement with Mexico to ratify the policy.** In theory, if the policy requires the US to do things differently than the current regulations regarding asylum specify, they'll have to rewrite those regulations. (That's something the executive branch can do without Congress, as long as it follows proper procedures and doesn't contradict the law.)

They could propose a regulation that would take effect immediately, as they did with the asylum ban. Such a change would probably be challenged in court (as the asylum ban was) but might be on firmer legal ground than the asylum ban.

**How people will be taken care of while waiting in Mexico.** Migrant shelters along the border are already overcrowded, and Tijuana is currently struggling to house 5,000 asylum seekers. Thousands of them have arrived in the past week as part of the fall "caravan," but others have been waiting for weeks or months to be admitted at the port of entry.

The Post says the US doesn't appear to be offering any financial support to Mexico to feed, shelter, and care for asylum seekers while they wait. Some business owners in Tijuana have reportedly offered to give jobs to asylum seekers, but it's not clear how they'd be able to work legally in Mexico without seeking legal status there — and getting legal status in Mexico could make it much harder for them to get asylum in the US.

**How this will be challenged in court and if it will ultimately be found legal.** It is inevitable that advocates will sue to block the "Remain in Mexico" policy. But because so many things about it are still unclear, it's not apparent what exactly their basis for a lawsuit will be. The "Remain in Mexico" policy is another legally aggressive step on asylum, an area of law where Congress has pretty clearly spelled out what's supposed to happen. On the other hand, the judicial branch tends to extend the executive branch a lot of deference when foreign policy is involved.

Ultimately, the prospects of the Remain in Mexico policy might not be apparent until the policy has already been put in place — and in the meantime, asylum seekers will be the subjects of a binational experiment.

# Exhibit P

## Comparison of Districts Within the Ninth Circuit — 12-Month Period Ending September 30, 2018

| | | | | AK | AZ | CA,N | CA,E | CA,C | CA,S | HI | ID | MT | NV | OR | WA,E | WA,W | GUAM | NMI |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Overall Caseload Statistics** | Filings | | Filings | 662 | 12,075 | 8,951 | 6,025 | 17,765 | 10,313 | 846 | 1,118 | 1,369 | 3,837 | 3,336 | 2,090 | 3,873 | 95 | 58 |
| | | | Terminations | 617 | 9,405 | 7,854 | 5,778 | 16,149 | 8,779 | 944 | 1,127 | 1,378 | 4,140 | 3,094 | 1,993 | 3,696 | 110 | 76 |
| | | | Pending | 715 | 10,832 | 10,180 | 7,436 | 14,208 | 5,720 | 870 | 1,082 | 1,058 | 5,880 | 3,202 | 1,260 | 2,972 | 266 | 73 |
| | Percent Change in Total Filings | | Over Last Year | 11.3 | 3.7 | 4.6 | 14.4 | 8.2 | 20.8 | -22.4 | 12.5 | 13.8 | -21.4 | 10.2 | 11.5 | 1.4 | -49.5 | -4.9 |
| | | | Over 2013 | 21.2 | 10.5 | 21.4 | -0.8 | 3.6 | -0.2 | -28.0 | 10.5 | 12.8 | -1.7 | -1.1 | 5.1 | -13.2 | -7.8 | |
| | Number of Judgeships | | | 3 | 13 | 14 | 6 | 28 | 13 | 4 | 2 | 3 | 7 | 6 | 4 | 7 | 1 | 1 |
| | Vacant Judgeship Months[1] | | | 12.0 | 31.8 | 0.0 | 0.0 | 72.0 | 28.7 | 12.0 | 0.0 | 0.0 | 15.0 | 12.0 | 0.0 | 36.0 | 0.0 | 0.0 |
| **Actions per Judgeship** | Filings | | Total | 221 | 929 | 639 | 1,004 | 634 | 793 | 212 | 559 | 456 | 548 | 556 | 523 | 553 | 95 | 58 |
| | | | Civil | 120 | 428 | 552 | 841 | 548 | 236 | 131 | 284 | 246 | 430 | 379 | 258 | 439 | 54 | 29 |
| | | | Criminal Felony | 82 | 386 | 39 | 104 | 54 | 464 | 46 | 223 | 137 | 77 | 86 | 105 | 68 | 41 | 19 |
| | | | Supervised Release Hearings | 18 | 115 | 48 | 60 | 33 | 94 | 36 | 53 | 74 | 41 | 91 | 159 | 46 | 0 | 10 |
| | Pending Cases | | | 238 | 833 | 727 | 1,239 | 507 | 440 | 218 | 541 | 353 | 840 | 534 | 315 | 425 | 266 | 73 |
| | Weighted Filings[1] | | | 239 | 685 | 622 | 855 | 627 | 640 | 203 | 550 | 410 | 496 | 434 | 306 | 479 | - | - |
| | Terminations | | | 206 | 723 | 561 | 963 | 577 | 675 | 236 | 564 | 459 | 591 | 516 | 498 | 528 | 110 | 76 |
| | Trials Completed | | | 15 | 13 | 10 | 14 | 11 | 16 | 14 | 16 | 31 | 13 | 16 | 11 | 14 | 6 | 5 |
| **Median Time (Months)** | From Filing to Disposition | | Criminal Felony | 9.2 | 7.5 | 7.2 | 8.1 | 5.0 | 6.5 | 8.2 | 13.4 | 10.1 | 9.5 | 10.8 | 9.4 | 6.9 | 17.6 | 18.5 |
| | | | Civil[1] | 9.5 | 5.0 | 16.3 | 19.4 | 12.8 | 4.6 | 11.5 | 6.9 | 8.5 | 12.2 | 13.7 | 8.9 | 8.6 | 34.1 | 12.0 |
| | From Filing to Trial[1] (Civil Only) | | | - | 30.9 | 30.0 | 40.8 | 21.3 | 36.2 | 26.2 | - | - | 50.7 | 25.9 | - | 18.7 | - | - |
| **Other** | Number (and %) of Civil Cases Over 3 Years Old[1] | | | 56 / 13.9 | 184 / 2.4 | 462 / 5.1 | 710 / 12.6 | 549 / 5.0 | 462 / 15.8 | 28 / 5.3 | 63 / 9.5 | 57 / 8.6 | 551 / 11.8 | 168 / 6.7 | 49 / 6.0 | 86 / 3.7 | 16 / 8.9 | 16 / 44.4 |
| | Average Number of Felony Defendants Filed per Case | | | 1.3 | 1.1 | 1.3 | 1.5 | 1.6 | 1.1 | 1.4 | 1.2 | 1.3 | 1.2 | 1.2 | 1.3 | 1.5 | 1.2 | 1.5 |
| | Jurors | | Avg. Present for Jury Selection | 61.8 | 57.1 | 69.5 | 40.7 | 41.3 | 50.9 | 67.9 | 36.3 | 48.5 | 52.3 | 33.1 | 40.8 | 38.0 | 517.5 | 54.0 |
| | | | Percent Not Selected or Challenged | 24.7 | 29.8 | 26.0 | 34.6 | 43.0 | 42.1 | 37.9 | 35.4 | 29.6 | 32.5 | 24.2 | 24.1 | 31.4 | 80.5 | 11.1 |

NOTE: Criminal data in this profile count defendants rather than cases and therefore will not match previously published numbers.

[1] See "Explanation of Selected Terms."

# Exhibit Q



DONATE    **WHAT WE DO**    **WHO WE ARE**    **CLIENT STORIES**    **IN THE MEDIA**    **VOLUNTEER!**    **CONTACT**
**JOIN OUR TEAM**

323-238-9935 (**phone**)

323-430-8793 (**fax**)

**Mailing Address**

Al Otro Lado

PO Box 32578

Los Angeles, CA 90032

# Tijuana

664-208-8994 (**phone – MEXICO**)

619-786-4866 (**phone – USA**)

323-430-8793 (**fax**)

**Mailing Address**

511 E. San Ysidro Blvd., # 333

San Ysidro, CA 92173

© 2019 Al Otro Lado.



Exhibit R

**Alex Padilla**
**California Secretary of State**

 # Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, March 3, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "CARECEN" returned 3 entity records (out of 3 records found).

Show [ 10 ▼ ] entities per page

Narrow search results: [                    ]

| Entity Number ⇕ | Registration Date ⇕ | Status ⇕ | Entity Name ⇕ | Jurisdiction ⇕ | Agent for Service of Process ⇕ |
|---|---|---|---|---|---|
| C1734259 | 11/15/1993 | DISSOLVED | **CARECEN LEGAL SERVICES CORPORATION** | CALIFORNIA | ANGELA SANBRANO |
| C1138328 | 03/31/1983 | ACTIVE | **CENTRAL AMERICAN RESOURCE CENTER - CARECEN - OF CALIFORNIA** | CALIFORNIA | ANGELA SANBRANO |
| C1194479 | 12/03/1986 | ACTIVE | **CENTRAL AMERICAN RESOURCE CENTER - CARECEN - OF NORTHERN CALIFORNIA** | CALIFORNIA | LARIZA DUGAN CUADRA |

Showing 1 to 3 of 3 entities

**Previous** | 1 | **Next**

**Modify Search**     **New Search**

**Alex Padilla**
**California Secretary of State**

 Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, March 3, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C1194479    CENTRAL AMERICAN RESOURCE CENTER - CARECEN - OF NORTHERN CALIFORNIA

| | |
|---|---|
| **Registration Date:** | 12/03/1986 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC NONPROFIT |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | LARIZA DUGAN CUADRA |
| | 5 KAPPAS MARINA WEST PIER |
| | SAUSALITO CA 94965 |
| **Entity Address:** | 3101 MISSION ST, STE 101 |
| | SAN FRANCISCO CA 94110 |
| **Entity Mailing Address:** | 3101 MISSION ST, STE 101 |
| | SAN FRANCISCO CA 94110 |

A Statement of Information is due EVERY EVEN-NUMBERED year beginning five months before and through the end of December.

| Document Type ⇅ | File Date ⇊ | PDF |
|---|---|---|
| SI-COMPLETE | 09/21/2018 | |
| SI-COMPLETE | 10/06/2017 | |
| AMENDMENT | 02/01/1995 | |
| REGISTRATION | 12/03/1986 | |

* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code **section 2114** for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to **Name Availability**.
- If the image is not available online, for information on ordering a copy refer to **Information Requests**.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

[ **Modify Search** ]    [ **New Search** ]    [ **Back to Search Results** ]

# Exhibit S

**Alex Padilla**
**California Secretary of State**

 Business Search - Results

The California Business Search is updated daily and reflects work processed through Sunday, March 3, 2019. Please refer to document **Processing Times** for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity.

- Select an entity name below to view additional information. Results are listed alphabetically in ascending order by entity name, or you can select a column title to change the sort order.
- To refine the search results, enter a word or a string of words in the "Narrow search results" box. The "Narrow search results" will search on all fields of the initial search results.
- For information on checking or reserving a name, refer to **Name Availability**.
- For information on requesting a more extensive search, refer to **Information Requests**.
- For help with searching an entity name, refer to **Search Tips**.
- For descriptions of the various fields and status types, refer to **Frequently Asked Questions**.

Results of search for Corporation Name keyword "Centro Legal de la Raza" returned 2 entity records (out of 2 records found).

Show [ 10 ▼ ] entities per page

Narrow search results: [                    ]

| Entity Number ⇅ | Registration Date ⇅ | Status ⇅ | Entity Name ⇅ | Jurisdiction ⇅ | Agent for Service of Process ⇅ |
|---|---|---|---|---|---|
| C0647310 | 03/14/1972 | DISSOLVED | **CENTRO LEGAL DE LA RAZA DE CONTRA COSTA, INC.** | CALIFORNIA | |
| C0624248 | 05/14/1971 | ACTIVE | **CENTRO LEGAL DE LA RAZA, INC.** | CALIFORNIA | JENNIFER MILLER |

Showing 1 to 2 of 2 entities

| Previous | 1 | Next |

**Modify Search**      **New Search**

**Alex Padilla**
**California Secretary of State**

 # Business Search - Entity Detail

The California Business Search is updated daily and reflects work processed through Sunday, March 3, 2019. Please refer to document Processing Times for the received dates of filings currently being processed. The data provided is not a complete or certified record of an entity. Not all images are available online.

## C0624248    CENTRO LEGAL DE LA RAZA, INC.

| | |
|---|---|
| **Registration Date:** | 05/14/1971 |
| **Jurisdiction:** | CALIFORNIA |
| **Entity Type:** | DOMESTIC NONPROFIT |
| **Status:** | ACTIVE |
| **Agent for Service of Process:** | JENNIFER MILLER |
| | 3022 INTERNATIONAL BLVD. SUITE 410 |
| | OAKLAND CA 94601 |
| **Entity Address:** | 3400 E.12TH STREET |
| | OAKLAND CA 94601 |
| **Entity Mailing Address:** | 3400 E.12TH STREET |
| | OAKLAND CA 94601 |

A Statement of Information is due EVERY ODD-NUMBERED year beginning five months before and through the end of May.

| Document Type ⇅ | File Date ⬇F | PDF |
|---|---|---|
| SI-COMPLETE | 12/14/2018 | |
| SI-COMPLETE | 12/31/2016 | |
| RESTATED REGISTRATION | 11/12/2010 | |
| REGISTRATION | 05/14/1971 | Image unavailable. Please request paper copy. |

\* Indicates the information is not contained in the California Secretary of State's database.

- If the status of the corporation is "Surrender," the agent for service of process is automatically revoked. Please refer to California Corporations Code section 2114 for information relating to service upon corporations that have surrendered.
- For information on checking or reserving a name, refer to Name Availability.
- If the image is not available online, for information on ordering a copy refer to Information Requests.
- For information on ordering certificates, status reports, certified copies of documents and copies of documents not currently available in the Business Search or to request a more extensive search for records, refer to Information Requests.
- For help with searching an entity name, refer to Search Tips.
- For descriptions of the various fields and status types, refer to Frequently Asked Questions.

| Modify Search | New Search | Back to Search Results |
|---|---|---|

Exhibit T



# FY 2019
# Budget in Brief



Homeland
Security

# Budget-in-Brief
## Fiscal Year 2019



# Homeland Security
## www.dhs.gov

# Message from the Secretary

The President's Fiscal Year (FY) 2019 Budget Request of $47.5 billion for the Department of Homeland Security (DHS) reflects our continued focus on strengthening the safety and security of our Nation and the American Public. Homeland security is the most fundamental responsibility that government provides to its people and this budget does much to build on the Department's effectiveness.

This FY 2019 Budget Request provides funding to sustain and strengthen our most critical programs and capabilities and places emphasis on border security, enforcing and administering our immigration laws, preventing terrorism and enhancing security, and increasing our Nation's cybersecurity defenses.

Sincerely,

Kirstjen M. Nielsen
Secretary

# Table of Contents

**Overview** ............................................................................................................... 1

   Funding Priorities ................................................................................................ 2

**Summary Information by DHS Organization** ............................................... 13

   Departmental Management Operations ............................................................. 15

   Analysis and Operations ..................................................................................... 19

   Office of Inspector General ................................................................................ 23

   U.S. Customs and Border Protection ................................................................. 26

   U.S. Immigration and Customs Enforcement .................................................... 32

   Transportation Security Administration ............................................................. 39

   U.S. Coast Guard ................................................................................................ 45

   United States Secret Service ............................................................................... 52

   National Protection and Programs Directorate .................................................. 55

   Federal Emergency Management Agency .......................................................... 61

   U.S. Citizenship and Immigration Services ....................................................... 67

   Federal Law Enforcement Training Centers ...................................................... 72

   Science and Technology Directorate .................................................................. 76

   Countering Weapons of Mass Destruction Office ............................................. 82

**DHS Resource Table** .................................................................................... 86

# Fiscal Year 2019
## Overview

| Organization | FY 2017 Enacted | FY 2018 President's Budget | FY 2019 President's Budget | FY 2018 to FY 2019 Total Changes | FY 2019 +/- FY 2018 % |
|---|---|---|---|---|---|
| Total Budget Authority | $68,393,475 | $71,191,932 | $74,438,719 | $3,246,787 | +4.4% |
| Less: Mandatory, Fee, and Trust Funds | $13,491,530 | $14,747,687 | $14,724,748 | ($22,939) | -0.2% |
| Gross Discretionary Budget Authority[1] | $54,901,945 | $56,444,245 | $59,713,971 | $3,269,726 | +5.5% |
| Less: Discretionary Offsetting Fees | $4,117,976 | $4,988,963 | $5,235,504 | $246,541 | +4.7% |
| Discretionary Budget Authority | $50,783,969 | $51,455,282 | $54,478,467 | $3,023,185 | +5.6% |
| Less: FEMA Disaster Relief - Major Disasters | $6,713,000 | $6,793,000 | $6,652,000 | ($141,000) | -2.1% |
| Less: USCIS - CHIMP Funding | $4,000 | $4,000 | $4,000 | - | - |
| Less: USCG – OCO Funding | $162,692 | - | - | - | - |
| Less: Rescissions to Prior Years Balances | ($1,483,667) | ($593,400) | ($300,000) | $293,400 | -97.8% |
| Adjusted Net Discretionary Budget Authority | $42,420,610 | $44,064,882 | $47,522,467 | $3,457,585 | +7.3% |

[1]FY 2017 Gross Discretionary includes USCG – OCO Funding.

# Fiscal Year 2019 Budget Request
# U.S. Department of Homeland Security

The Department of Homeland Security's (DHS) mission is to safeguard the American people, our homeland, and our values with honor and integrity.  The men and women of this Department are charged with protecting our country, our people, and our way of life from an ever-growing list of threats—terrorists, transnational criminal organizations (TCO), rogue nation states, and more.  Our great Nation has always been shielded from threats by distance and by two oceans, but we can no longer have confidence in that protection; threats exist both outside and inside our borders.  Our enemies are adapting rapidly and plotting against us at an alarming rate.  DHS will remain vigilant to defend against and combat these dangers, in a manner that does not undermine life in an open society or hamper lawful commerce, transportation, economic development, or personal freedoms.

Twenty-four hours a day, 365 days a year, the men and women of this Department are on watch protecting American citizens from threats by land, sea, air, and cyber.  These efforts strengthen security and resilience while also promoting our Nation's economic prosperity.  The layered approach to homeland security begins far beyond our borders, onboard cutters, aircraft, and in foreign ports by personnel and units determined to keep threats from reaching our borders.  At the border, the Department uses a combination of law enforcement, physical barriers, improved infrastructure, state-of-the-art surveillance techniques, technology and equipment including

cyber and biometrics to keep our nation secure. Within our Nation's border, improved technology, more investigators, additional law enforcement officers, and top-notch intelligence help find and remove bad actors to ensure the safety of the American public. In support of our private sector, our Nation's critical infrastructure is protected by the highly skilled workforce and cutting edge technological systems that DHS is developing; cybersecurity will prove to be one of the most significant missions to ensure the future security and resilience of our nation. At all times, we leverage information sharing and personnel, as well as technological, operational, and policy-making elements to detect, deter, and disrupt terrorism and other threats.

The Department continues to aggressively implement the policies and initiatives of the President's Executive Orders: *Border Security and Immigration Enforcement Improvements*, Executive Order No. 13767 (Jan. 25, 2017), *Enhancing Public Safety in the Interior of the United States*, Executive Order No. 13768 (Jan. 30, 2017), *Enforcing Federal Law with Respect to Transnational Criminal Organizations and Preventing International Trafficking,* Executive Order No. 13773 (Feb. 14, 2017), and *Strengthening the Cybersecurity of Federal Networks and Critical Infrastructure,* Executive Order No. 13800 (May 11, 2017) and *Comprehensive Plan for Reorganizing the Executive Branch*, Executive Order No. 13781 (Mar. 13, 2017).

DHS has developed an Agency Reform Plan to ensure accountable, effective and efficient operations into the future. Plans are in place to reduce duplication, fragmentation, and overlap within the agency and across government, and to ensure the appropriateness of the Federal role as compared with state or local governments and the private sector. Initiatives are being launched specifically to look at headquarters functions, including planning, intelligence and management reform (e.g., cloud migration, shared service delivery and the consolidation of network and security centers); aviation and maritime operations and support; future surge operations; and the immigration lifecycle. DHS continues to advance field efficiencies and will realign programs such as the National Bio and Agro-Defense Facility to the Department of Agriculture. DHS will build a culture of efficiency on the foundation of agency reform efforts. At the same time, the FY 2019 President's Budget continues to invest in people, technology, and infrastructure for border security and enforcement of immigration laws. The Budget also advances cybersecurity programs, strengthens DHS's biometric identification programs, continues the expansion of E-Verify, and proposes legislative proposals to sensibly fund the Department operations.

# FUNDING PRIORITIES

The FY 2019 President's Budget for DHS provides $47.5 billion in net discretionary funding. An additional $6.7 billion for the Disaster Relief Fund (DRF) is requested for response and recovery to major disasters.

The FY 2019 President's Budget continues to focus on strengthening the security of our Nation through increased emphasis on border security, immigration enforcement, cybersecurity and improving our overall law enforcement and national security posture.

## Securing Our Borders

Securing our Nation's land borders is necessary to stem the tide of illicit goods, terrorists and unwanted criminals across the sovereign physical border of the Nation.  To stop criminals and terrorists from threatening our homeland, we must invest in our people, infrastructure, and technology.  We will foster legal immigration, trade, and travel while enforcing current laws and supporting the President's Executive Orders.

The FY 2019 President's Budget provides crucial investments in U.S. Customs and Border Protection (CBP) staffing, equipment, border infrastructure, and technology to enhance the overall border security capabilities of frontline operations.  No single system can ensure security; security can only be achieved by employing the correct mix of resources.  This budget will allow CBP to develop and deploy the correct mix of technology, capabilities, physical infrastructure, and people to detect, target, deter, and respond to threats at the border including the following key investments:

- $1.6 billion for 65 miles of new border wall construction in the Rio Grande Valley Sector to deny access to drug trafficking organizations and illegal migration flows in high traffic zones where apprehensions are the highest along the Southwest Border.

- $223.0 million for the procurement of high-priority infrastructure, border security technology improvements, and aircraft acquisition to provide a layered defense at the border, and ensure CBP law enforcement personnel are supported with effective surveillance technology and equipment to improve their ability to detect and interdict illegal activity.

- $210.5 million to support the recruitment, hiring, and training of 750 additional Border Patrol Agents (BPAs). This is part of a multi-year initiative to hire a total of 5,000 additional BPAs as directed by Presidential Executive Order 13767 *Border Security and Immigration Enforcement Improvements*.  The new personnel will improve the integrity of the immigration system by adding capacity to interdict those aliens attempting to cross the border illegally.

- $382.1 million for the Federal Law Enforcement Training Centers (FLETC) to continue training personnel from over 95 law enforcement agencies government-wide, including an increase of $25.7 million over the FY 2018 President's Budget for tuition and basic training costs associated with the training of the additional ICE and CBP law enforcement officers.  Additionally, $85.6 million will support the construction and infrastructure expansion at FLETC for student housing, classroom, and practical training facilities required to train law enforcement personnel.

## Enforcing Our Immigration Laws

Illegal immigration presents unknown risk to the safety and security of the American people and undermines the efforts of legal immigrants who worked tirelessly to assimilate into our great Nation.  While the United States welcomes those who come to our country legally; enforcing and

administering the Nation's immigration laws will continue to be a priority of the Department and an essential function of responsible governance. Each day, the dedicated men and women of U.S. Immigration and Customs Enforcement (ICE) carry out their mission and enforce our Nation's existing immigration laws to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety. DHS is committed to the rule of law and will continue to act in ways that find and deport illegal aliens from the United States.

The FY 2019 President's Budget supports expansion of ICE enforcement activities. ICE criminal investigators work to dismantle TCOs that seek to exploit weaknesses in our Nation's border security and engage in criminal activities, such as human trafficking and drug smuggling. By conducting investigations at home and abroad, ICE brings to justice those networks seeking to exploit our Nation's borders and immigration laws and to identify activities, persons, and events that may pose a threat to the safety and security of the United States and its people.

- $570.9 million for an additional 2,000 law enforcement officers and 1,312 support personnel to process the greater workload that results from enhanced enforcement efforts; this includes funding for Office of the Principal Legal Advisor attorneys to represent the Federal Government in exclusion, deportation, bond, and removal proceedings before the U.S. Department of Justice's Executive Office for Immigration Review.

- $2.8 billion for 52,000 detention beds, which is comprised of 49,500 adult beds, and 2,500 family beds. Non-U.S. citizens who are apprehended and determined to need custodial supervision are placed in detention facilities. For unaccompanied children, DHS coordinates closely with the U.S. Department of Health and Human Services' Office of Refugee Resettlement (ORR) to ensure the timely and safe transfer of these children to ORR custody in accordance with both the *Homeland Security Act of 2002* and the *Trafficking Victims Protection Reauthorization Act of 2008*.

- $511.1 million for transportation costs associated with the transfer and removal of illegal immigrants. Removal operations require complex coordination, management, and facilitation efforts to successfully remove aliens from the United States. Transportation is accomplished through contract/chartered flights and commercial airlines for escorted and unescorted removals.

- $184.4 million for ICE's Alternatives to Detention (ATD) Program, to monitor 82,000 average daily participants within the program that may pose a flight risk, but who are not considered a threat to our communities. The ATD Program places low-risk individuals under various forms of non-detained, intensive supervision through a combination of home visits, office visits, alert response, court tracking, and/or technology, which may include electronic monitoring.

- $131.9 million for E-Verify operations and upgrades, $22.8M is included in funding to continue investing in E-Verify to prepare for eventual mandatory use for all U.S. workers nationwide. E-Verify is an Internet-based system that compares available information across many national databases to confirm employment eligibility.

4

**Coast Guard Operational Modernization and Capacity Building in the Maritime Domain**

The U.S. Coast Guard (USCG) is the only Federal Government organization with the unique blend of statutory authorizations that combines civil law enforcement, response, and prevention responsibilities with military requirements and capabilities.  This one of a kind, multi-mission role creates an extremely agile military force capable of responding to any and all maritime events and emergencies.

Once again, during the recent devastation inflicted on the Gulf States, Puerto Rico and Caribbean nations, the Coast Guard was ready, willing, and able to immediately respond to America's citizens and partner nations.  At the same time the Coast Guard continued to secure our maritime borders by pushing the Nation's security and enforcement of laws more than 1,500 miles beyond our land borders.

The FY 2019 President's Budget is committed to recapitalizing the Coast Guard's aging surface fleet of cutters, including acquisition of a new heavy Polar Icebreaker, providing timely and necessary sensor and service-life extensions to aircraft, and improving shore infrastructure which support operational assets including:

- $7.8 billion for USCG's operating expenses, including pay.  As one of the principal Federal agencies performing detection and monitoring in the maritime transit zones, the Coast Guard is instrumental to disrupting drug flows and countering the destabilizing effects of TCOs.  Along the northern Artic borders, the Coast Guard is the sole U.S. surface presence in the Arctic; a presence that is critical to demonstrating national sovereignty and preserving U.S. strategic goals in the face of increasing encroachment by other nations.

- $1.9 billion for recapitalization of USCG assets including but not limited to, $750.0 million to continue efforts to design and construct the Nation's first new heavy Polar Icebreaker in over 40 years, $400.0 million for Offshore Patrol Cutters, including the production of the second hull and long-lead time materials for the third, $240.0 million for production of four Fast Response Cutters, and $148.0 million for aircraft missionization, necessary equipment upgrades, and service-life extensions.

**Critical Infrastructure Security and Resilience**

Recent events have only magnified the importance of cybersecurity as a national priority.  The scope and pace of cyberattacks against our federal networks and the control systems that run our critical infrastructure are continually increasing, with attacks growing evermore complex and each more sophisticated than the last. Cyber criminals and nation states are continually looking for ways to exploit our hyper-connectivity and reliance on information technology (IT) systems in all facets of daily life.  DHS is leading the way to safeguard the Federal Government's civilian information technology systems against cybersecurity risks, and sharing cybersecurity information with State, local, and tribal governments, as well as international partners and the private sector.  DHS works with our Nation's most critical business sectors to build resilience in

our digital and physical infrastructure to prevent criminals and other bad actors from disrupting the systems and networks that drive our American way of life.

The FY 2019 President's Budget continues investments in cybersecurity, including DHS's Continuous Diagnostics and Mitigation (CDM) initiative to protect Federal networks from cyberattacks.  It also advances DHS's ongoing initiatives to address known IT system vulnerabilities across the DHS enterprise.

- $237.6 million for all phases of the CDM program to improve security of the U.S. cyber infrastructure in collaboration with public, private, and international partners.  CDM provides hardware, software, and services designed to support activities that strengthen the operations security of Federal civilian ".gov" networks.

- $406.8 million for the National Cybersecurity Protection System, commonly referred to as EINSTIEN, to continue deploying new intrusion prevention, information sharing, and analytic capabilities to Federal civilian departments and agencies.

- $158.2 million to secure the Nation's interoperable emergency communications capabilities that enable first responders and government officials to continue to communicate in the event of natural disasters, acts of terrorism, and other man-made disasters. The program also leverages the Nation's telecommunications networks, ensuring priority access voice communications for response and recovery coordination efforts and maintaining essential government functions and operations during an emergency.  Includes $42.6 million for the Next Generation Networks Priority Services (NGN-PS) program, which provides specialized modeling and analysis to predict and mitigate the effect of communications failures during times of crisis.

- $11.8 million to improve security and reduce risk to soft targets across the country by establishing the Soft Target Security Program.  This program will provide a more comprehensive, innovative, and coordinated approach to address risks posed by terrorists and other extremist actors who are increasingly turning to simple tactics to inflict harm and cause damage in less-secure public areas.

**Transportation Security**

The threat to transportation security is real, serious, and changing quickly; criminals and terrorists continue to target airlines and airports and other hubs of transportation.  Robust security measures executed by the Transportation Security Administration (TSA) protect our freedom of travel and the movement of goods, both of which are critical to our Nation's economic prosperity. The budget funds the following key items:

- $3.2 billion funds an additional 687 screeners for a total of 43,877 Transportation Security Officers (TSOs), the highest level in history.  This level of screeners will maintain efficient passenger screening at airport checkpoints.  Increased passenger volume and evolving threats to aviation security require an increase to TSA's frontline workforce at security checkpoints nationwide.

- $73.9 million for acquisition and operation of computed tomography (CT) systems for use at high-risk airports.  This funding purchases 145 CT units which automate much of the screening function, increasing both effectiveness and efficiency.

## American Preparedness and Resilience

Natural disasters, major accidents or disruptions continue to challenge DHS and the Nation. Between the damage inflicted by hurricanes and the utter devastation of the western wildfires, 2017 has proven one of the most costly and damaging seasons for natural disasters in recent history.  The Federal Emergency Management Agency (FEMA), through collaboration with State, local, and tribal governments across the country helps to ensure effective emergency responses to mitigate destruction caused by, and recover from, a variety of disasters ranging from unforeseen, no-notice events to catastrophic events such as major hurricanes, tornados, and wildfires.

The United States also faces a rising danger from threat actors who could use chemical, biological, radiological, and nuclear agents to harm Americans or U.S. interests.  Intelligence analysis shows terrorist groups are actively pursuing Weapons of Mass Destruction capabilities, are testing them in battlefield environments, and may be working to incorporate these methods of attack on the U.S. or our allies in ways we have not seen previously.  To combat this threat, DHS has established the Countering Weapons of Mass Destruction (CWMD) Office.  Improving efficiency, CWMD will elevate DHS efforts to prevent terrorists and other national security threat actors from using harmful, highly destructive weapons to harm Americans and U.S. interests.

Funding includes support for the following:

- $7.2 billion for the Disaster Relief Fund (DRF), sustaining FEMA's ability to direct, coordinate, manage, and fund eligible response and recovery efforts associated with domestic major disasters and emergencies that overwhelm State resources pursuant to the *Robert T. Stafford Disaster Relief and Emergency Assistance Act*.

- $2.6 billion for a variety of Federal assistance programs that provide grants, training, and exercises to help State and local governments prevent, protect against, mitigate, respond to, and recover from incidents of terrorism and other catastrophic events.

- $429.3 million for the CWMD Office to better integrate intelligence, law enforcement, emergency management operations, and support the research and development of technology and tactics to counter attacks utilizing chemical, biological, radiological, and nuclear agents.

**Protecting the Nation's Highest Leaders and Safeguarding Financial Infrastructure**

The men and women of the U.S. Secret Service (USSS) protect our Nation's financial infrastructure, and highest elected leaders, visiting foreign dignitaries, facilities and major events.

The FY 2019 President's Budget includes $2.2 billion to support the USSS's dual missions, including its use of advanced technologies and task force partnerships to enforce counterfeiting laws, and safeguard the payment and financial systems of the United States from financial and computer-based crimes. This includes:

- $1.4 billion to support an additional 450 agents, officers, and professional staff, for a total of 7,600 positions by the end of FY 2019.

- $41.9 million to support Protective Infrastructure and Technology. This includes $30.0 million for Operational Mission Support (OMS) initiatives; $3.0 million for the preliminary design development of the White House Fence upgrades at the Eisenhower Executive Office Building (EEOB) and Treasury Building; and $8.9 million for modernization of critical IT infrastructure.

**Management Initiatives**

The FY 2019 President's Budget is committed to ensuring every American dollar is spent wisely, and to achieving results for the taxpayer.  At DHS, we focus on cross-Component collaboration, information sharing, technological modernizations, and strengthening our partnerships with State, local, tribal, private, and international partners to maximize the Nation's limited resources to the maximum extent possible.  We have closely examined our processes to identify efficiencies and implement measures to spend American dollars wisely.  A few highlights are:

- $39.0 million to continue modernization of DHS's financial management system. DHS has made great strides in achieving clean audit opinions on all of its financial statements the past four years.  There is, however, a critical business need to modernize several of its financial systems.  The Department's investment to date has produced a modern solution that is in production and working.  With this additional funding, DHS will be able to better manage its resources, provide DHS-level information more quickly to support critical decision making, reduce costs, promote good business practices, integrate strong information technology controls through standardizing processes and data, and eliminate manual and labor intensive business processes.

- $171.1 million to continue the construction and expansion of the DHS Headquarters Consolidation for the Federal Emergency Management Administration at the Saint Elizabeths campus.  This initiative will link FEMAs operational Command, Control, Communications, Computers, and Intelligence (C4I) Operations with our National Operations Center (NOC) capability resulting in a stronger operational capability.  Further it offers an opportunity to reduce the Department's rent costs, fosters integrated decision making, collaboration, and provides for more efficient use of shared resources across the Department.

# Total Budget Authority

*Dollars in Thousands*



# FY 2019 Percent of Total Budget Authority by Organization
## *$74,438,719*



# Total Budget Authority by Organization
# Gross Discretionary, Mandatory, Fees, and Trust Funds

| Organization | FY 2017 Enacted | FY 2018 President's Budget | FY 2019 President's Budget | FY 2018 to FY 2019 Total Changes | FY 2019 +/- FY 2018 % |
|---|---|---|---|---|---|
| Office of the Secretary and Executive Management | $137,034 | $130,307 | $128,860 | ($1,447) | -1.1% |
| Management Directorate | $673,624 | $768,664 | $1,083,318 | $314,654 | +29.0% |
| Analysis and Operations | $263,551 | $252,405 | $253,253 | $848 | +0.3% |
| Office of Inspector General | $175,000 | $133,974 | $138,369 | $4,395 | +3.2% |
| U.S. Customs and Border Protection | $14,439,714 | $16,327,340 | $16,690,317 | $362,977 | +2.2% |
| U.S. Immigration and Customs Enforcement | $6,770,344 | $7,942,072 | $8,816,586 | $874,514 | +9.9% |
| Transportation Security Administration | $7,771,340 | $7,582,228 | $7,726,058 | $143,830 | +1.9% |
| U.S. Coast Guard | $10,670,895 | $10,673,010 | $11,651,747 | $978,737 | +8.4% |
| U.S. Secret Service | $2,310,578 | $2,208,626 | $2,416,624 | $207,998 | +8.6% |
| National Protection and Programs Directorate | $3,269,850 | $3,277,489 | $3,348,261 | $70,772 | +2.1% |
| Office of Health Affairs | $123,548 | $111,319 | - | ($111,319) | - |
| Federal Emergency Management Agency | $16,231,885 | $16,111,936 | $16,071,073 | ($40,863) | -0.3% |
| United States Citizenship and Immigration Services | $4,179,364 | $4,442,039 | $4,719,570 | $277,531 | +5.9% |
| Federal Law Enforcement Training Centers | $242,518 | $272,759 | $382,134 | $109,375 | +28.6% |
| Science and Technology Directorate | $781,746 | $627,324 | $583,283 | ($44,041) | -7.6% |
| Domestic Nuclear Detection Office | $352,484 | $330,440 | - | ($330,440) | - |
| Countering Weapons of Mass Destruction | - | - | $429,266 | $429,266 | +100.0% |
| **Total Budget Authority** | **$68,393,475** | **$71,191,932** | **$74,438,719** | **$3,246,787** | **+4.4%** |
| **Less: Mandatory, Fee, and Trust Funds** | **$13,491,530** | **$14,747,687** | **$14,724,748** | **($22,939)** | **-0.2%** |
| **Gross Discretionary Budget Authority[1]** | **$54,901,945** | **$56,444,245** | **$59,713,971** | **$3,269,726** | **+5.5%** |
| **Less: Discretionary Offsetting Fees** | **$4,117,976** | **$4,988,963** | **$5,235,504** | **$246,541** | **+4.7%** |
| **Discretionary Budget Authority** | **$50,783,969** | **$51,455,282** | **$54,478,467** | **$3,023,185** | **+5.6%** |
| **Less: FEMA Disaster Relief - Major Disasters** | **$6,713,000** | **$6,793,000** | **$6,652,000** | **($141,000)** | **-2.1%** |
| **Less: USCIS - CHIMP Funding** | **$4,000** | **$4,000** | **$4,000** | **-** | **-** |
| **Less: USCG – OCO Funding** | **$162,692** | **-** | **-** | **-** | **-** |
| **Less: Rescissions to Prior Years Balances** | **($1,483,667)** | **($593,400)** | **($300,000)** | **$293,400** | **-97.8%** |
| **Adjusted Net Discretionary Budget Authority** | **$42,420,610** | **$44,064,882** | **$47,522,467** | **$3,457,585** | **+7.3%** |

[1]FY 2017 Gross Discretionary includes USCG – OCO Funding.

# Summary Information by DHS Organization

# DEPARTMENTAL MANAGEMENT OPERATIONS

**Description**:

Departmental Management and Operations (DMO), comprised of the Office of the Secretary and Executive Management (OSEM) and the Management Directorate (MGMT), provides leadership, direction, and management to the Department of Homeland Security (DHS).

**OSEM** includes the Office of the Secretary, Office of Partnerships and Engagement, Office of Policy, Office of Public Affairs, Office of Legislative Affairs, Office of the General Counsel, Office for Civil Rights and Civil Liberties, Privacy Office, and Office of the Citizenship and Immigration Services Ombudsman.

| At a Glance |
|---|
| *Senior Leadership:* |
| *Kirstjen Nielsen, Secretary* |
| *Elaine Duke, Deputy Secretary* |
| *Claire Grady, Under Secretary for Management* |
| *Established: 2003* |
| *Major Divisions: Offices of the Secretary and Executive Management; Management Directorate* |
| ***Budget Request:*** **$1,212,178,000** |
| *Employees (FTE):*               *2,449* |

**MGMT** includes the Immediate Office of the Under Secretary for Management, Office of the Chief Human Capital Officer, Office of the Chief Procurement Officer, Office of the Chief Readiness Support Officer, Office of the Chief Security Officer, Office of the Chief Financial Officer, and Office of the Chief Information Officer.

**Responsibilities**:

**OSEM** provides central leadership, management, direction, and oversight for all of the Department's Components.

**MGMT** is responsible for Department-wide mission support services and oversight for all DMO functions, including information technology, budget and financial management, procurement and acquisition, human capital, security, logistics and facilities, and oversight of the Working Capital Fund (WCF) service delivery.

**Service to the Public:**

The Secretary ensures a coordinated effort to build a safe, secure, and resilient homeland, by directing the Department's efforts to prevent terrorism and enhance security, secure and manage borders, enforce and administer the Nation's immigration laws, safeguard and secure cyberspace, ensure resilience to disasters, and support national and economic security.

MGMT provides the overarching management structure for the Department to deliver customer service, while eliminating redundancies and reducing support costs in order to more effectively and efficiently run the Department in a unified manner.

15

**FY 2017 Accomplishments:**

- Recognized as "most improved" in the large agency category of the Federal Viewpoint Survey, with an increase of 8.9 points, and a historical improvement of 17 percent over the last two years.

- Facilitated disaster response efforts by working with the Office of Management and Budget and Congress to appropriate over $8 billion in funding requirements, enabled increased flexibilities for purchase card transactions, ramped up travel support to ensure Surge Capacity Force supporting disaster response activities arrived at locations where they were needed most, and worked with the Department of Treasury to secure cash transfers for frontline operations in disaster zones.

- Earned a fifth clean audit opinion on the Department's financial statements and reduced material weaknesses from three to two.

- Processed 11,312 immigration case assistance requests within the CIS Ombudsmen Office, a record high in any single year and more than double the number received just five years earlier (FY 2012).

- Developed the Agency Reform Plan, Comprehensive Border Security Study, and the Border Wall System Cost Estimate.

- Implemented a strategy for expanding engagement with communities in close proximity to the Southern Border by establishing quarterly roundtables in Tucson, Arizona and San Diego, California. This added to the 16 current established roundtable locations protecting the civil rights and civil liberties of individuals who may be impacted by DHS programs and activities.

- Held three joint hiring events for cyber security and technology, mission support, and veterans, which resulted in nearly 800 job offers.

- Worked with DHS Components to implement Phase 1 of Continuous Diagnostic Mitigation, a key cybersecurity tool, which will provide DHS awareness of everything that is on DHS's network, providing a huge advantage in protecting its network.

- Developed a risk-based implementation strategy for the Insider Threat Program and achieved Full Operational Capability by December 31, 2016.

- Managed, oversaw, and provided support to approximately 110 DHS witnesses testifying at 71 hearings before multiple committees and subcommittees, led more than 2,100 Congressional briefings and Hill engagements, prepared the Secretary and Deputy Secretary for a total of 10 hearings before Congressional members and staff, and served as the central point for processing approximately 3,500 incoming pieces of correspondence for DHS Components.

- Processed 367,546 Freedom of Information Act (FOIA) requests, as well as released more than 32 million pages of records.

- Analyzed and validated 71 requirements documents. Identified approximately two-thirds of these capabilities as having potential enterprise or multi-use Component commonality.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE* | $000 | FTE | $000 |
| OSEM – Operations and Support | 585 | $137,034 | 567 | $130,307 | 566 | $128,860 | (1) | ($1,447) |
| MGMT – Operations and Support | 1,668 | $597,817 | 2,015 | $696,131 | 1,883 | $834,704 | (130) | $138,537 |
| MGMT – Procurement, Construction and Improvements | - | $73,307 | - | $69,988 | - | $246,069 | - | $176,081 |
| MGMT – Research and Development | - | $2,500 | - | $2,545 | - | $2,545 | - | - |
| **Net Discretionary** | **2,253** | **$810,658** | **2,582** | **$898,971** | **2,449** | **$1,212,178** | **(131)** | **$313,207** |
| **Gross Discretionary** | **2,253** | **$810,658** | **2,582** | **$898,971** | **2,449** | **$1,212,178** | **(131)** | **$313,207** |
| **Total Budget Authority** | **2,253** | **$810,658** | **2,582** | **$898,971** | **2,449** | **$1,212,178** | **(131)** | **$313,207** |
| Less prior year Rescissions | - | ($3,147) | - | - | - | - | - | - |
| **Total** | **2,253** | **$807,511** | **2,582** | **$898,971** | **2,449** | **$1,212,178** | **(131)** | **$313,207** |

FTE reported in this table differ by 2 FTE from MAX A-11 due to adjusted Budget Year (BY) estimates reported at a later date than the MAX A-11 BY lock date.

### FY 2019 Highlights:

- **Financial Systems Modernization** ....................................................................**$39M, 0 FTE**

  This funding provides support to migrate DHS Components to a financial system that will improve systematic internal controls, audit sustainability, and the ability to effectively and efficiently process and report accurate financial data.

- **Headquarters Consolidation** ........................................................................**$231.2M, 0 FTE**

  This represents the total funding necessary to provide continued security, operations, maintenance, and IT requirements for completed segments of the Headquarters Consolidation project at St. Elizabeths. The FY 2019 President's budget includes $171.1 million for the development of the new construction to house FEMA on the St. Elizabeths campus, and $55.1 million for the continued operational support costs at the St. Elizabeths campus.

- **Continuous Diagnostics and Mitigation (CDM)** .............................................**$9.8M, 0 FTE**

  This funding increase for the FY 2019 Budget will continue the implementation activities that identify who and what is operating on the network, address the mobility and cloud capabilities for CDM, and initiate planning activities addressing how to protect the data and operations occurring on the network. This enterprise program consists of multiple segments that will operate congruently across the 14 DHS Components and sub-Components with simultaneous implementations across the organization, resulting in 70 events being underway at one time.

- **Human Resource Information Technology (HRIT)** .........................................**$8.8M, 0 FTE**

  This funding increase request will support the development and implementation of Human

Capital Strategic Improvement Opportunities. HRIT will deliver capabilities for 10 strategic improvement initiatives, including automation capabilities for organization and position management, talent acquisition management, talent development and training, employee performance management, administrative grievances, labor management relations, and workforce performance analytics. Funding will also provide automated data interchanges with associated lines of business (e.g. financial management and information technology), all of which rely on HR data to support DHS Management Reform efforts.

- **Cyber Statutory Authority (CSAP)**.................................................................**$3.4M, 0 FTE**

This funding increase request will support the ongoing implementation of an end-to-end innovative 21st-century personnel ecosystem to ensure the Department can recruit, retain, and manage top cybersecurity talent. Major work in FY 2019 includes the validation of new standards for hiring (including standardized position qualifications and classification standards), the release of new market-sensitive pay rules, and the launch of targeted, proactive recruitment that will leverage social media.



*Left: Secretary Nielsen testifies before Congress.*



*Right: October 12, 2017 - Acting Secretary Duke with Ponce Mayor "Mayita" Meléndez Altieri unloading supplies from CBP helicopter during Hurricane Maria assistance efforts.*

# ANALYSIS AND OPERATIONS

**Description:**

The Analysis and Operations appropriation provides resources to support the Office of Intelligence and Analysis (I&A) and the Office of Operations Coordination (OPS). This appropriation includes both National Intelligence Program (NIP) and non-NIP funds.

**Responsibilities:**

While these two offices are distinct in their missions, they collaborate with other DHS Components and Federal agencies, as well as State, local, tribal, territorial (SLTT), foreign, and private-sector partners to enhance intelligence analysis, information sharing, incident management support, and situational awareness.

> *At a Glance*
>
> *Senior Leadership:*
> *David J. Glawe, Under Secretary for Intelligence and Analysis*
> *Richard M. Chávez, Director, Office of Operations Coordination*
>
> *Established: 2006*
>
> *Major Divisions: Office of Intelligence and Analysis; Office of Operations Coordination*
>
> **Budget Request:**          $253,253,000
> *Employees (FTE):*                841

I&A equips the Homeland Security Enterprise (HSE) with the timely intelligence and information it needs to keep the Homeland safe, secure, and resilient. I&A is statutorily charged with delivering intelligence to SLTT and private sector partners and developing intelligence from those partners for DHS and the Intelligence Community (IC). I&A provides customers and partners with unique intelligence and analytic products that: (1) increase operational effectiveness to identify threats to Border Security; (2) enhance understanding of, and response to, threats to Aviation security; (3) inform operators and decision-makers on effective means to counter threats from Homegrown Violent Extremists; and (4) improve the resilience of federal, SLTT, and private sector Cyber infrastructure. I&A supports the National Network of Fusion Centers with training, personnel, and resources; collaborates on threat analysis; and enhances the two-way flow of information.

OPS provides operations coordination, information sharing, situational awareness, the common operating picture, and Department continuity, enabling the execution of the Secretary's responsibilities across the HSE. OPS has unique statutory roles and responsibilities as the focal point for information sharing, decision support products, and situational awareness and coordination among the DHS, Federal, SLTT, nongovernmental, and international operations, and fusion centers. Additionally, OPS, in close coordination with FEMA's National Continuity Programs Directorate, ensures the resilience of DHS's overall mission through its leadership of the Department's Continuity of Operations Program.

**Service to the Public:**

I&A and OPS promote improved analysis and sharing of threat information. This includes providing all levels of government (Federal and SLTT), the private sector, and the public with timely information concerning threats to the Nation.

I&A analyzes intelligence and information about homeland security threats and serves as the interface between the Intelligence Community (IC), SLTT, and private sector partners on

homeland security intelligence and information. Through warnings, actionable intelligence, and analysis provided by I&A, DHS leadership, DHS Components, Federal policymakers, Federal law enforcement, IC partners, and frontline law enforcement, public safety, and security personnel have the information they need to identify and mitigate threats to the homeland.

OPS supports strategic-level operations critical to the homeland security mission through coordination, information gathering and sharing, special event risk assessment, situational awareness and decision support, for all-threats and all-hazards, among senior government officials and other Federal, State, local, tribal, territorial, private sector, and international partners. OPS provided strategic-level operations support to the Homeland Security Enterprise, 24 hours a day, 7 days a week, 365 days per year, across all five National Preparedness mission areas of prevent, protect, mitigate, respond, and recover from incidents of national significance.

In coordination with homeland security partners, OPS integrates incident and crisis management activities across the DHS mission areas. OPS also manages the National Operations Center, the Secretary's Briefing Staff, and the Department's Special Events Program, including oversight of the special events Federal Coordinator mission, thus providing situational awareness and operations coordination support for a wide range of homeland security activities, threats, incidents, and events each year.

Additionally, OPS is responsible for overseeing and managing the coordination, implementation, execution, and assessment of the Department's mission assurance activities, which include continuity of operations, continuity of government, and critical infrastructure security and resilience programs.

### FY 2017 Accomplishments:

- Continued to increase the quality and quantity of I&A's raw intelligence reporting (Open Source Intelligence Reports (OSIR) and Intelligence Information Reports (IIR)), observing a 23 percent increase in reporting over FY 2016 (OSIRs increased by 32 percent and IIRs increased by 20 percent). Furthermore, the consumers of I&A raw intelligence reporting continue to rate its raw reporting positively – 97 percent of OSIRs and 92 percent of IIRs are rated positively.

- Generated 920 leads through the Analytic Innovation Cell (AIC) to DHS IE and IC collaborators, of which 519 were previously unknown to the IC. The AIC brings together data scientists, program developers, and analysts to harness unique DHS data.

- Overall Customer Satisfaction for all products was greater than or equal to 91 percent for each of the four satisfaction measures: usefulness, relevance, timeliness, and responsiveness.

- Joint analytic production with fusion center analysts resulted in the publication of 86 joint products, including 28 Field Analytic Reports (FAR). Customers in State and Local government, who are the principal audience for FARs, reported being "Very Satisfied" with FARs at rates 3-7 percent higher than in FY 2016 across all satisfaction metrics (usefulness, relevance, timeliness, and responsiveness).

Analysis and Operations

OPS

- Provided homeland security situational awareness to DHS and partners by actively monitoring and reporting on approximately 12,500 items of interest ranging from suspicious activities to natural disasters.

- Analyzed and reported on more than 3,500 suspicious incidents; disseminated information to appropriate senior and Homeland Security Enterprise personnel across DHS, ensuring that the Secretary, senior leadership and the enterprise had comprehensive situational awareness of homeland security issues on a near real-time basis.

- Collected data and assessed risk for more than 10,000 special events across the Nation to determine the level of Federal support required. OPS leads the interagency Special Events Working Group (SEWG) that provides the forum for special event information sharing and collaboration. The SEWG coordinates Federal support to state and local authorities hosting special events.

- Published a new DHS Continuity Plan that synchronizes program efforts of all DHS Components, in alignment with new national continuity policy. Promulgated the DHS Multi-Year Strategy and Program Management Plan, providing a framework for synchronizing program, planning, and budget for the Department's continuity activities over the next five years.

- Developed the Department's first ever Mission Impact Estimates and Mission Impact Assessments, analyzing operational risks to DHS essential functions by man-made and natural threat incidents and events.

- Conducted a series of continuity exercises, including one full-scale exercise involving over 1,100 personnel, including the Secretary, Deputy Secretary, and all DHS Component heads.

- Coordinated Federal support for three National Special Security Events and 15 other high profile special events, providing direct staff and operational support to 11 special event Federal Coordinators appointed by the Secretary.

- Provided over 300 consolidated operations, intelligence, and press briefings to the Secretary and other DHS senior leaders, supporting events, meetings, and decision making. Coordinated and disseminated briefing content across DHS.

### BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 – 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 818 | $263,551 | 837 | $252,405 | 841 | $253,253 | 4 | $848 |
| **Net Discretionary** | **818** | **$263,551** | **837** | **$252,405** | **841** | **$253,253** | **4** | **$848** |
| **Gross Discretionary** | **818** | **$263,551** | **837** | **$252,405** | **841** | **$253,253** | **4** | **$848** |
| **Total Budget Authority** | **818** | **$263,551** | **837** | **$252,405** | **841** | **$253,253** | **4** | **$848** |
| Less prior year Rescissions | - | ($476) | - | - | - | - | - | - |
| **Total** | **818** | **$263,075** | **837** | **$252,405** | **841** | **$253,253** | **4** | **$848** |

**<u>FY 2019 Highlights</u>:**

Funding and personnel for Analysis and Operations highlights are classified.

# OFFICE OF INSPECTOR GENERAL

**Description:**

The Department of Homeland Security (DHS) Office of Inspector General (OIG) was established by the Homeland Security Act of 2002 (P.L. 107-296) which amends the Inspector General Act of 1978. The OIG has a dual reporting responsibility to the Secretary of DHS and to the Congress. The OIG serves as an independent and objective audit, inspection, and investigative body to promote economy, effectiveness, and efficiency in DHS programs and operations, and to prevent and detect fraud, waste, and abuse in these programs and operations.

| *At a Glance* |
| :--- |
| *Senior Leadership:*<br>*John Kelly, Acting Inspector General* |
| *Established: 2003* |
| *Major Divisions: Audits; Information Technology Audits; Inspections and Evaluations; Integrity and Quality Oversight; and Investigations* |
| ***Budget Request:***     **$138,369,000** |
| *Employees (FTE):*     *613* |

**Responsibilities:**

The OIG conducts and supervises audits, inspections, special reviews, and investigations of the Department's programs and operations. The OIG examines, evaluates, and where necessary, critiques these operations and activities, recommending ways for DHS to carry out its responsibilities in the most economical, efficient, and effective manner possible. The OIG reviews recommendations regarding existing and proposed legislation and regulations relating to the Department's programs and operations.

The OIG operates a web-based (www.oig.dhs.gov) and call center Hotline, (800) 323-8603, as a resource for Federal employees and the public to report allegations of employee corruption, civil rights and civil liberties abuses, program fraud and financial crimes, and miscellaneous criminal and non-criminal activity associated with waste, abuse, or fraud affecting the programs and operations of the Department. The Hotline provides confidentiality and anonymity for callers who may be whistleblowers.

**Service to the Public:**

The OIG safeguards the public's tax dollars by preventing and detecting fraud, waste, and abuse in the Department's programs and operations and recommending more efficient and effective ways of doing business.

Over the past five fiscal years, the OIG identified over $7.1 billion in questioned costs, funds that could have been put to better use, and fines, restitutions, and cost recoveries.

Office of Inspector General

## FY 2017 Accomplishments:

During FY 2017, DHS OIG completed significant audits, inspections, and investigations to promote economy, efficiency, effectiveness, and integrity in the Department's programs and operations. Specific results of these efforts are detailed in OIG's Semiannual Reports to Congress.[1] Highlights include:

- Recovered $143.3 million in fines, restitutions, and recoveries from audits and investigations.

- Investigated cases that led to 141 arrests, 185 indictments, 118 convictions, and 28 personnel actions.

- Closed 739 investigations, initiated 906 new investigations, and referred 312 investigations for prosecution.

- Issued 120 new reports, provided 321 unique recommendations, and closed 352 recommendations from FY 2017 and prior years.

- Received 23,789 complaints through the OIG Hotline and from whistleblower disclosures, which resulted in the initiation of critical audits and investigations. These complaints play a crucial role in keeping the Department efficient and accountable.

- Continued to actively engage with Congress on a range of issues relating to the OIG's work and that of the Department. Former Inspector General John Roth testified 11 times before Congress during FY 2017.

---

[1] Reports can be found at: https://www.oig.dhs.gov/reports/semiannual.

Office of Inspector General

---

## BUDGET REQUEST

*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 854 | $175,000 | 613 | $133,974 | 613 | $138,369 | - | $4,395 |
| **Net Discretionary** | **854** | **$175,000** | **613** | **$133,974** | **613** | **$138,369** | **-** | **$4,395** |
| **Gross Discretionary** | **854** | **$175,000** | **613** | **$133,974** | **613** | **$138,369** | **-** | **$4,395** |
| **Total Budget Authority** | **854** | **$175,000** | **613** | **$133,974** | **613** | **$138,369** | | **$4,395** |
| Transfer from FEMA Disaster Relief Fund (DRF) | - | - | 102 | $24,000 | 102 | $24,000 | - | - |
| Less prior year Rescissions | - | ($112) | - | - | - | - | - | - |
| **Total** | **854** | **$174,888** | **720** | **$157,974** | **715** | **$162,369** | **(5)** | **$4,395** |

**FY 2019 Highlights:**

In the FY 2019 President's Budget, OIG requests $138.4 million, 613 full-time positions (FTP), and 613 full-time equivalents (FTE), and $24 million in funding transferred from the FEMA Disaster Relief Fund (DRF), which supports an additional 102 FTE/FTP. OIG's total budget authority request is $162.4 million and 715 FTE/FTP. The President's Budget request provides resources for the OIG to perform its oversight responsibilities as an independent and objective audit, inspection, and investigative entity promoting economy, effectiveness, and efficiency in DHS programs and operations.

# U.S. CUSTOMS AND BORDER PROTECTION

**Description:**

U.S. Customs and Border Protection (CBP) is responsible for securing America's borders to protect the United States against terrorist threats and prevent the illegal entry of inadmissible persons and contraband, while facilitating lawful travel, trade, and immigration. CBP performs these missions with vigilance, integrity, and professionalism.

**Responsibilities:**

In its role to protect the homeland, CBP is developing a well-informed, agile, and seamless global network to strengthen U.S. border security operations without unduly affecting the legal movement of people and goods. This network must constantly enhance and evolve its capabilities to serve common interests in (1) combating terrorism, (2) supporting and

> *At a Glance*
>
> *Senior Leadership:*
> *Kevin K. McAleenan, Acting Commissioner*
>
> *Established: 2003*
>
> *Major Divisions:  Office of Field Operations; U.S. Border Patrol; Air and Marine Operations; Office of Trade; Enterprise Services; Operations Support*
>
> | | |
> |---|---|
> | ***Budget Request:*** | ***$16,690,317,000*** |
> | *Net Discretionary:* | *$14,235,132,000* |
> | *Offsetting Collections:* | *$165,961,000* |
> | *Mandatory, Fees,* | |
> | *& Trust Fund:* | *$2,289,224,000* |
> | *Employees (FTE):* | *60,646* |

promoting economic growth, (3) defining, prioritizing, and disrupting TCOs, (4) preventing the spread of agricultural pests and diseases, and (5) trade enforcement. CBP is also part of a broader public-private collaboration that extends the "zone of security" to transcend the Nation's physical borders, ensuring that the U.S. physical border is the last line of defense, not the first.



*A Border Patrol Agent and CBP canine inspect a truck at a South Texas check point.*

Along over 5,000 miles of border with Canada, 1,900 miles of border with Mexico, and approximately 95,000 miles of shoreline, CBP is responsible for preventing the illegal movement of people and contraband. CBP's Border Patrol and its Air and Marine agents guard our Nation's land and littoral borders and associated airspace to prevent illegal entry of people and goods into the United States. CBP Officers (CBPO) and Agriculture Specialists are multi-disciplined and perform the full range of inspection, intelligence analysis, examination, and law enforcement activities relating to the arrival and departure of persons, conveyances, and merchandise at air, land, and sea ports of entry (POEs).

On January 25, 2017, President Trump signed Executive Order 13767, entitled *Border Security and Immigration Enforcement Improvements*. This Executive Order establishes the President's policy goals for effective border security and immigration enforcement. It establishes new policies designed to stem illegal immigration and facilitate the detection, apprehension, detention, and removal of aliens who have no lawful basis to enter or remain in the United States.

U.S. Customs and Border Protection

The Executive Order prioritizes CBP operations, and establishes goals for border security and immigration enforcement. It directs the Secretary of Homeland Security to take immediate steps to obtain complete operational control of the Southern Border, including the construction of a physical wall using appropriate materials and border surveillance technology.

As part of the Administration's plan for the border wall, the FY 2019 President's Budget proposes $1.6 billion to support the construction of 65 miles of border wall system in one of the U.S. Border Patrol's top priority areas of responsibility, the Rio Grande Valley (RGV) Sector, in southern Texas. These priority investments will have the greatest impact on gaining and maintaining operational control of the border in the RGV Sector.

In addition, the FY 2019 President's Budget proposes an additional $211 million to support efforts to recruit, hire, and train 750 new Border Patrol Agents. CBP remains committed to fully implementing the directives in E.O. 13767 to strengthen border security and enhance public safety in communities across the United States.

**Service to the Public:**

The American people place enormous trust and confidence in CBP to keep them safe and, as a result, CBP must ensure that its employees maintain the highest professional standards. CBP protects the American public from acts of terrorism by constant vigilance at, and between, the POEs. CBP safeguards American businesses and workers by ensuring travelers and goods move safely and efficiently across our borders; immigrants and visitors are properly documented; and customs, immigration, and trade laws, regulations, and agreements are enforced.



*Cameras mounted atop a Remote Video Surveillance System (RVSS) tower in Texas.*

**FY 2017 Accomplishments:**

- U.S. Border Patrol (USBP) apprehensions totaled 310,531 nationwide in FY 2017, including 41,546 unaccompanied children and 77,857 family units.

- CBPOs arrested 8,129 individuals at POEs wanted for serious crimes and stopped 216,370 inadmissible aliens from entering the United States at POEs.

- CBP agriculture specialists seized over 1.5 million prohibited plant materials, meats and animal byproducts in FY 2017, and intercepted more than 128,000 agricultural pests at POEs.

- CBPOs seized more than 2.1 million pounds of narcotics, including the seizure or disruption of 193,197 pounds of cocaine, more than $96.8 million in unreported currency, 2,302 firearms, and 305,414 rounds of ammunition through enforcement operations.

- CBP Air and Marine agents achieved a total of 96,760 flight hours, and 34,461 underway hours (marine vessels). In FY 2017 AMO successfully resolved 97.9 percent of detected conventional aircraft incursions along all borders of the United States.

U.S. Customs and Border Protection



*An Air and Marine Operations Aviation Enforcement Agent prepares to conduct a rescue mission near the U.S. Virgin Islands following Hurricane Irma September 7, 2017.*

- CBP Air and Marine agents provided assistance to search, rescue, and humanitarian efforts during Hurricanes Harvey, Irma, and Maria. During Hurricane Harvey, CBP UH-60 Blackhawk helicopter rescued over 500 citizens in the Houston area who were adversely affected by the historic flooding. In the aftermath of Hurricane Maria, CBP UH-60s flew over 390 flight hours and 65 logistics missions to supply communities that were cut off from food distribution networks due to washed out bridges and damaged roads.

- CBP improved its use of force data collection and reporting procedures, training, and equipment. In FY 2017, CBP's use of deadly force was at its lowest level since CBP began tracking use of force statistics.

- CBP increased hiring of frontline personnel by almost 15 percent compared to FY 2016 and on-boarded the highest number of Border Patrol Agents since FY 2013, the highest number of Air Interdiction Agents (AIA)/Marine Interdiction Agents (MIA) since FY 2014, and the highest number of CBPOs since FY 2015. Critical to this growth was CBP's multifaceted recruitment strategy, which led to a 40 percent increase in overall frontline applicants from FY 2016.

- CBP processed international trade transactions worth more than $2.4 trillion, while enforcing U.S. trade laws that protect the Nation's economy as well as the health and safety of the American public. This included more than 32 million import transactions, with approximately $40 billion collected from duties, taxes, and fees in FY 2017, and $1.5 trillion worth of U.S. exported goods.

- CBP processed more than 28 million cargo containers through the Nation's POEs, up five percent from last fiscal year, and conducted more than 31,500 seizures of goods that violated intellectual property rights, with a total retail value of over $1 billion.

*Webster, a CBP beagle and CBP canine officer Jenny Matute, worked their way through the baggage claim area checking on prohibited items only to find USA women's basketball player Angel McCoughtry's Gold Medal displayed around her neck.*

- CBPOs at 328 POEs inspected more than 397 million travelers in FY 2017, an increase of two percent from FY 2016.

- CBP implemented capability demonstrations of the Traveler Verification Service, utilizing facial biometrics to stream line passenger processes throughout the air continuum, at eight airports. Simplified Arrival, launched at Hartsfield-Jackson Atlanta International Airport, advances the entry process by verifying travelers using their face rather than their passport, providing nearly immediate biometric verification.

- Preclearance employees stationed at 16 locations in 6 countries processed over 19.1

U.S. Customs and Border Protection

million travelers in FY 2017, an increase of more than 900,000 over FY 2016. This represents more than 15 percent of all commercial air travelers to the United States. Preclearance Officers prevented over 7,900 inadmissible travelers from boarding U.S.-bound flights. The Preclearance Field Office has prioritized 20 foreign airports for preclearance expansion. These locations were prioritized after being evaluated in 4 categories; security, strategic impact, facilitation, and feasibility.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 47,630 | $11,175,449 | 46,460 | $11,592,341 | 47,544 | $12,119,643 | 1,084 | $527,302 |
| Procurement, Construction, and Improvements | - | $771,017 | - | $2,063,719 | - | $1,841,548 | - | ($222,172) |
| COBRA FTA | 1,569 | $250,453 | 1,287 | $265,536 | 1,287 | $265,000 | - | ($536) |
| User Fee Facilities | 69 | $9,067 | 80 | $9,314 | 80 | $8,941 | - | ($373) |
| **Net Discretionary** | **49,268** | **$12,205,986** | **47,827** | **$13,930,910** | **48,911** | **$14,235,132** | **1,084** | **$304,221** |
| Offsetting Collections | 96 | $155,099 | 416 | $160,073 | 416 | $165,961 | - | $5,888 |
| **Gross Discretionary** | **49,364** | **$12,361,085** | **48,243** | **$14,090,983** | **49,327** | **$14,401,093** | **1,084** | **$310,109** |
| **Total Mandatory/Fees** | **9,369** | **$2,078,629** | **11,319** | **$2,236,357** | **11,319** | **$2,289,224** | **-** | **$52,867** |
| **Total Budget Authority** | **58,733** | **$14,439,714** | **59,562** | **$16,327,340** | **60,646** | **$16,690,317** | **1,084** | **$362,977** |
| Less prior year Rescissions | - | ($107,226) | - | - | - | - | - | - |
| **Total** | **58,733** | **$14,332,488** | **59,562** | **$16,327,340** | **60,646** | **$16,690,317** | **1,084** | **$362,977** |

The amounts and FTE displayed for the FY 2018 President's Budget for all user fees reflect revised collection estimates based on current economic factors.

### FY 2019 Highlights:

**Border Technology**

- **Border Wall Construction**..........................................................................$1,600.0M, 0 FTE

    The FY 2019 President's Budget supports the construction of approximately 65 miles of a new border wall system in the RGV Sector. Funding supports real estate and environmental planning, land acquisition, wall system design, construction, and construction oversight.

- **Multi-Role Enforcement Aircraft (MEA)**……………………..……….........$56.7M, 0 FTE

    The FY 2019 President's Budget supports the procurement of two MEA, multi-purpose, fixed wing, multi-engine aircraft used for maritime and land detection, surveillance missions, and transportation of cargo and people.  The MEA is the optimal sensor-equipped aircraft for surveillance operations in regions such as the Southwest and Northern Borders and maritime environments. MEA also supports law enforcement and emergency response personnel by providing the rapid-response deployment of equipment, canines, and people.

- **Remote Video Surveillance Systems (RVSS)**………………………………**$43.7M, 0 FTE**

  The FY 2019 President's Budget provides for RVSS upgrade technology deployment to 54 sensor towers and command and control (C2) technology at four U.S. Border Patrol Stations in the RGV Sector: Rio Grande City, McAllen, Weslaco, and Harlingen.  These investments will expand surveillance and detection coverage along the Southwest Border in areas that are highly trafficked with illegal activities.

- **Non-Intrusive Inspection (NII) Equipment Refresh and Recapitalization.$44.2M, 0 FTE**

  The FY 2019 President's Budget supports the recapitalization of large-scale and small-scale NII technology with hardware and software solutions that will integrate technology and operations in order to effectively counter trade-based threats. NII systems are force multipliers and address the mission need to effectively inspect arrival conveyances at the Nation's borders with little to no impact on legitimate trade or travel.

- **UH-60 Medium Lift Helicopter**………..…………….....................................**$15.0M, 0 FTE**

  The FY 2019 President's Budget supports the conversion of one Army HH-60L to CBP's UH-60 Medium Lift Helicopter configuration, as well as initial spare repair parts, training, and Army testing. Sixteen of CBP's 20 UH-60 Black Hawk helicopters are on long term loan from the U.S. Army; these aircraft are critical to border security operations, being the only helicopters that have medium lift capability, are rugged enough to support interdiction and life-saving operations in very hostile environments, and can operate at high altitudes in the desert, over open water, and in extreme cold.

## Hiring and Retention Initiatives

- **Border Patrol Agent Staffing**……………………………………………**$164.3M, 454 FTE**

  Executive Order 13767 *Border Security and Immigration Enforcement Improvements* directs the CBP Commissioner to take all appropriate actions to hire 5,000 additional Border Patrol Agents (BPAs), and all appropriate actions to ensure that such agents enter on duty and are assigned to duty stations as soon as is practicable. To meet this direction, the FY 2019 President's Budget includes funding for 750 additional BPAs and necessary support personnel.

- **Recruitment and Applicant Processing**…………………………………..**$46.2M, 0 FTE**

  The FY 2019 President's Budget includes increased funding for Frontline Hiring improvements, which will allow CBP to expand strategic partnerships and attend more recruitment events. This will improve CBP's ability to recruit, hire, train, and develop a highly qualified, diverse, effective, mission-focused, and resilient workforce.

- **USBP Relocations and Retention Increase**………………………..…...............**$45.1M, 0 FTE**

  The FY 2019 President's Budget includes funding for USBP Relocations and Retention activities, which will allow USBP to relocate BPAs to meet mission requirements, reduce the number of agents leaving USBP for preferred locations, and promote USBP's recruitment and hiring initiatives. This supports CBP's efforts as directed under Executive Order 13767 *Border Security and Immigration Enforcement Improvements.*

U.S. Customs and Border Protection

**Additional Mission Enhancements**

- **USBP Facilities**………………………......….……………...............................**$33.4M, 0 FTE**

  The FY 2019 President's Budget supports the construction of the new CBP-owned Freer Border Patrol Station (BPS), located in the Laredo Sector. The new facility will replace existing deficient facilities and bring Freer BPS up to current guidelines and security standards. The original Freer facility was constructed in 1984 for 25 BPAs, but is currently being utilized by 122 BPAs, with additional Agents expected to be assigned to the Border Patrol Station in support of securing the southern border. The new station will be constructed to support future force staffing projections and will also include parking for 120 vehicles and a 12-vehicle impound lot, sallyport, kennels, fueling island, carwash, facility maintenance space, All-Terrain Vehicle (ATV) shed facility for ten ATVs, and a vehicle maintenance facility.

- **National Targeting Center (NTC) Expansion**………………….…………...**$26.9M, 53 FTE**

  The FY 2019 President's Budget includes an increase in funding and personnel for the NTC. The NTC employs highly skilled targeting specialists using state-of-the-art technologies to identify high-risk shipments and travelers that may be connected to terrorism or other transnational crimes. In FY 2019, additional resources are provided to further support data analytics and statistical modeling capabilities to identify high-risk people and cargo in the air, land, and sea environments, both entering and leaving the United States.

- **Revenue Modernization**…………………………….…….…………………**$18.5M, 0 FTE**

  CBP's Revenue Modernization initiative is a multi-year acquisition program intended to create a long-term solution for improved management of approximately $50 billion in total annual revenue collected by CBP. The Revenue Modernization program is currently transitioning field collections out of the POEs, thereby increasing electronic financial transaction capabilities, developing flexible electronic billing and payment options, and enabling access to real-time, reliable financial and operational data. The FY 2019 President's Budget request will enable CBP to:

  o Develop and incorporate electronic payment capabilities into collection processes, such as payments via mobile applications and online payment capabilities;

  o Establish data sharing across disparate systems for data analysis and transparency; and

  o Deploy Mobile Collections & Receipt (MCR) technology demonstrators.

- **Office of Field Operations (OFO) Facilities Improvements**………………**$14.8M, 0 FTE**

  The FY 2019 President's Budget will continue capital construction and modernization of Land POEs along the northern and southern borders and complete additional enhancement and expansion projects. The requested funds will outfit facilities, provide enhancements, and expand capacity to meet and improve operations at the following locations:  Alexandria Bay, NY; Lewiston Bridge, NY; San Luis I, AZ; Otay Mesa, CA; and Blaine, WA.

# U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

**Description:**

U.S. Immigration and Customs Enforcement (ICE) is the principal criminal investigative agency within U.S. Department of Homeland Security (DHS).  ICE is responsible for enforcing U.S. immigration law by identifying, arresting, detaining, and removing illegal aliens from the U.S.  ICE has over 20,000 employees deployed across all 50 States, the District of Columbia, and 50 foreign countries.

**Responsibilities:**

ICE enforces our Nation's customs and immigration laws, carrying out its mission through Enforcement and Removal Operations (ERO), Homeland Security Investigations (HSI), the Office of the Principal Legal Advisor (OPLA), Management and Administration (M&A), and the Office of Professional Responsibility (OPR).

---

*At a Glance*

*Senior Leadership:*
*Thomas D. Homan, Deputy Director and Senior Official Performing the Duties of the Director*

*Established: 2003*

*Major Divisions:  Enforcement and Removal Operations; Homeland Security Investigations; Office of the Principal Legal Advisor; Management and Administration*

| | |
|---|---|
| ***Budget Request:*** | ***$8,816,586,000*** |
| *Gross Discretionary:* | *$8,290,986,000* |
| *Mandatory, Fees, & Trust Fund:* | *$525,600,000* |
| *Employees (FTE):* | *23,439* |

---

- ERO's deportation officers enforce our Nation's immigration laws by identifying, arresting, detaining, and removing illegal aliens.  To ensure the national security and public safety of the U.S. and the faithful execution of the immigration laws, officers may take targeted enforcement action against any removable alien who is present in the U.S. in violation of immigration law.

- HSI's special agents conduct transnational criminal investigations to protect the United States against terrorists and criminal organizations through criminal and civil enforcement of Federal laws governing border control, customs, trade, and immigration.  HSI uses its legal authorities to investigate immigration and customs violations, including those related to export control, human rights abuses, narcotics, weapons and contraband smuggling, financial crimes, cybercrime, human trafficking and smuggling, child exploitation, intellectual property infringements, transnational gangs, immigration benefit fraud, forced labor, and worksite enforcement.



*ICE law enforcement officers enforce our Nation's immigration laws by identifying and arresting removable aliens.*

- OPLA's attorneys represent the U.S. Government in exclusion, deportation, bond, and removal proceedings before the U.S. Department of Justice's (DOJ) Executive Office for Immigration Review (EOIR).  OPLA attorneys litigate cases before Immigration Judges, on a daily basis, to ensure that aliens with no legal right to remain in the United States are issued

U.S. Immigration and Customs Enforcement

removal orders. Moreover, OPLA attorneys argue on behalf of the government in bond hearings to safeguard that aliens who are a danger to public safety, or a flight risk, remained detained pending removal proceedings.

- OPLA also provides critical legal advice to ICE's law enforcement components.  OPLA attorneys support DOJ in defending removal orders when they are appealed to the U.S. Courts of Appeals and the U.S. Supreme Court.  In addition, OPLA provides the full range of general counsel functions to ICE leadership.

- M&A provides a full range of mission and operational support for ICE's program offices, including the management of ICE's financial and human resources, information technology, sensitive property, and other assets.  M&A also processes Freedom of Information Act (FOIA) requests, provides firearms and tactical training to special agents and officers, trains new and existing ICE employees, procures goods and services, and generates policy and privacy guidance for the agency.

**Service to the Public:**

U.S. Immigration and Customs Enforcement (ICE) enforce federal laws governing border control, customs, trade and immigration to promote homeland security and public safety. ICE was created in 2003 through a merger of the investigative and interior enforcement elements of the former U.S. Customs Service and the Immigration and Naturalization Service. ICE now has more than 20,000 employees in more than 400 offices in the United States and 46 foreign countries. The agency's budget is primarily devoted to three operational directorates – Homeland Security Investigations (HSI), Enforcement and Removal Operations (ERO) and Office of the Principal Legal Advisor (OPLA). A fourth directorate – Management and Administration – supports the three operational branches to advance the ICE mission.

In FY 2017, ICE removed 226,119 illegal aliens arrested 143,470 aliens, of which 105,736 were convicted criminals (a 12 percent increase over FY 2016), and housed a daily average of 38,106 illegal aliens.  In addition, the Alternatives to Detention (ATD) program monitored an average daily participant level of 69,873 of the more than 2.4 million illegal aliens on ERO's non-detained docket.  ERO responded to 1,524,385 immigration alien inquiries from other federal, state, and local law enforcement agencies through ICE's Law Enforcement Support Center. Additionally, ERO identified and arrested a record 575 foreign fugitives – removable aliens wanted for or convicted of crimes committed abroad and residing within the United States.

In FY 2017, ICE arrested 41,342 individuals, making 32,958 criminal arrests and 8,384 administrative arrests; conducted 1,360 Employment Eligibility Verification (Form I-9) inspections; issued over $97 million in judicial fines, forfeitures and restitutions against employers found to be in violation of employment eligibility verification requirements; conducted nearly 1,300 presentations to over 9,500 employers regarding the ICE Mutual Agreement between Government and Employers (IMAGE) program and certified 27 employers as IMAGE members; initiated 713 intellectual property rights investigations; screened 2,036,336 non-immigrant visa applicants at 32 high-risk posts utilizing the Visa Security Program; and identified and assisted more than 2,500 crime victims, including 518 human trafficking victims

and 1,126 child exploitation victims; and made 5,710 arrests of gang leaders, members, and associates, including 896 Mara Salvatrucha (MS-13) members.

ICE prosecuted more than 600,000 immigration-related cases before the immigration courts in FY 2017.  M&A processed 47,979 FOIA requests, remaining current despite ever-increasing requests, and awarded more than $2.9 billion in procurement actions.  ICE OPR conducted 149 detention facility compliance audits, inspections, and reviews.

**FY 2017 Accomplishments:**

- ICE Mobile Criminal Alien Teams (MCATs) conduct at-large field enforcement activities and are designed to investigate, locate and arrest priority aliens for removal from the United States.  One key responsibility of these teams is the location and apprehension of criminal aliens who were released to the streets with detainers not honored or where cooperation with local law enforcement is not congruent with ERO's operational needs. Their efforts are focused on the apprehension of at-large criminal aliens and public safety threats, as well as other priority aliens.  These teams reduce or eliminate the need to detail personnel to these underserved areas to conduct at-large enforcement operations. In FY 2017, MCATs made 2,232 arrests, of which 83 percent were criminal arrests.

- As a result of these joint efforts, in FY 2017, ICE experienced nearly a 60 percent increase in removals to uncooperative and ARON countries with a year over year increase of 1629 removals.  Additionally, these efforts resulted in the reduction of the number of uncooperative countries from 23 to 12 and the number of at risk of noncompliance (ARON) countries from 62 to 47.  Furthermore, in FY 2017, the DHS, ICE, and DOS partnership resulted in placing visa sanctions on five countries for their lack of cooperation in the removal process.

- HSI screened over two million visa applications and expanded its Visa Security Program (VSP) operations to two strategically important visa-issuing posts, bringing the total to 32 posts.  In FY 2017, special agents initiated 261 VSP cases, a 127 percent increase from FY 2016. These agents conducted 4,100 visa-related interviews at post, producing 1,554 Reports of Investigation, a 39 percent increase from FY 2016.  As a result, special agents recommended the refusal of 8,500 visa applications, of which 2,300 had a nexus to terrorism.



*ICE's NGU develops and implements anti-gang initiatives focused on violent criminal activities and crimes with a nexus to the border.*

HSI leveraged relationships with foreign counterparts, which resulted in 4,505 new investigations; 2,102 facilitated arrests; 76,891 pounds of narcotics seizures; $11.9 million in currency seizures; and 1,106 firearms and explosives seizures.

- In FY 2017, HSI utilized its broad investigative authority to initiate and continue ongoing investigations targeting dark net illicit marketplaces which facilitate illicit activities which include the sale, smuggling and distribution of illicit drugs such as fentanyl and other opioids; weapons trafficking; money laundering; financial fraud; and the distribution of child

exploitation materials. In FY2017, the number of criminal investigations targeting dark web hidden services observed a 100 percent increase. In July, 2017, HSI played a critical role in the takedown of the Alpha Bay marketplace, a dark net website with more than 250,000 listings for illegal drugs and toxic chemicals and well as over 100,000 listings for other contraband including firearms, counterfeit goods, malware and fraudulent documents. Additionally, in response to this global threat, HSI developed cyber training focusing in dark web investigations and illicit payment networks associated with dark net markets.  In FY2017, HSI provided cyber investigations training and investigative support to more than 500 states, local, and other federal law enforcement partners.

- OPLA increased the number of priority cases handled in immigration court by improving docket scheduling and recognizing efficiencies through continued coordination with EOIR and U.S. Citizenship and Immigration Services (USCIS).  In FY 2017, OPLA handled 875,633 cases, which is an increase of 44 percent over the FY 2016 caseload.  OPLA obtained 107,333 orders of removal, a 25 percent increase over the FY 2016 orders of removal, of which 38,157 were criminal aliens.

- ICE established the Victims of Immigration Crime (VOICE) Office, which serves victims of crimes committed by individuals with a nexus to immigration.  From April 2017 through October 2017, the VOICE Office received 769 victim referrals from its call center. Additionally, ICE implemented the DHS Victim Identification Notification Exchange (DHS-VINE) system for the new VOICE Office to send notifications to registrants who have been affected by crimes committed by an alien in ICE custody.  DHS-VINE has automated and improved notification services to victims and witnesses who are either associated with criminal aliens in ICE custody or associated with ICE investigations. In FY2017, HSI utilized its broad investigative authority to initiate and continue ongoing investigations targeting dark net illicit marketplaces that facilitate illicit activities which include the sale, smuggling and distribution of illicit drugs such as fentanyl and other opioids; weapons trafficking; money laundering; financial fraud; and the distribution of child exploitation materials.

U.S. Immigration and Customs Enforcement

## BUDGET REQUEST

*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 19,112 | $6,405,440 | 20,591 | $7,512,563 | 22,095 | $8,220,555 | 1,504 | $707,992 |
| Procurement, Construction, and Improvements | - | $29,800 | - | $52,899 | - | $70,431 | - | $17,532 |
| **Net Discretionary** | **19,112** | **$6,435,240** | **20,591** | **$7,565,462** | **22,095** | **$8,290,986** | **1,504** | **$725,524** |
| **Gross Discretionary** | **19,112** | **$6,435,240** | **20,591** | **$7,565,462** | **22,095** | **$8,290,986** | **1,504** | **$725,524** |
| Immigration Inspection User Fees | - | $151,130 | - | $135,000 | - | $135,000 | - | - |
| Breached Bond Detention Fund | - | $53,981 | - | $55,000 | - | $55,000 | - | - |
| Student and Exchange Visitor Program | 353 | $129,993 | 376 | $186,610 | 376 | $128,000 | - | ($58,610) |
| Immigration Examinations Fee Account | - | - | - | - | 968 | $207,600 | 968 | $207,600 |
| **Total Mandatory/Fees** | **353** | **$335,104** | **376** | **$376,610** | **1,344** | **$525,600** | **968** | **$148,990** |
| **Total Budget Authority** | **19,465** | **$6,770,344** | **20,967** | **$7,942,072** | **23,439** | **$8,816,586** | **2,472** | **$874,514** |
| Less prior year Rescissions | - | ($62,106) | - | - | - | - | - | - |
| **Total** | **19,465** | **$6,708,238** | **20,967** | **$7,942,072** | **23,439** | **$8,816,586** | **2,472** | **$874,514** |

FY 2017 Enacted for fees represent actual fees collected.

### FY 2019 Highlights:

- **Frontline and Mission Support Staffing**…………...............................$570.9M, 1,668 FTE

  The FY 2019 President's Budget includes an increase of 3,312 new positions and 1,668 FTEs to support 20 percent of the 10,000 LEOs and commensurate support staff mandated in Executive Order 13768.  Of the 3,312 requested positions, 2,000 positions are LEOs that will be allocated across HSI and ERO to provide the operational capabilities necessary to handle the increased workload as a result of the EOs.  The remaining 1,312 operational support positions enable mission execution through support to the hiring efforts of new LEOs as well as administrative support and additional attorney resources to uphold the integrity of the immigrations system during a period of increased enforcement.

- **Detention Bed Funding**…………….………………......….………..........$2,755.5M, 0 FTE

  Based upon updated statistical modeling, the FY 2019 President's Budget is funded to support an average daily population (ADP) level of 52,000 beds (49,500 adult and 2,500 family).  Of the requested adult beds, 46,846 will be funded from discretionary appropriations and 2,654 will be funded by mandatory fees.  The ADP level is based on ICE's ADP forecast for FY 2019 and falls within the upper end of the 95 percent confidence interval of its forecasting model.  ICE will be able to effectively manage its detainee

population resulting from both increased interior enforcement as a result of EO implementation and from continuing migration flows at the Southern Border.

- **Information Technology (IT)……………...…………….…………………$29.4M, 0 FTE**

The FY 2019 President's Budget supports increased IT infrastructure and cybersecurity capacity required to support additional hiring pursuant to EO 13786.  The increase in new employees will require ICE to obtain additional licenses to expand system and software access, as well as additional help desk and field support.  Accordingly, ICE plans to update its IT infrastructure to increase network bandwidth, data storage capacity, and processing power.

- **Training Delivery and Infrastructure.……………….……..………………….$44.2M, 4 FTE**

The FY 2019 President's Budget provides additional personnel, contract support, and equipment to support the necessary training of newly hired officers and mission support personnel associated with the implementation of EO 13768.  ICE will use this funding to prepare instructors and to fund relocations, trainings, certifications, overtime, and equipment for the Office of Training and Tactical Programs (OTTP) Headquarters (HQ), ICE Academies, and the Firearms and Tactics Offices.

- **Wiretaps Increase for Criminal Investigations…………..…………………..$6.5M, 0 FTE**

The FY 2019 President's Budget funds additional Title III wiretaps that are used to target criminal activities, gather evidence for ongoing investigations, and disrupt and dismantle TCOs.  Additional funding will support a portion of the anticipated investigative workload associated with additional frontline hiring pursuant to EO 13786.

- **Tactical Communications (TACCOM) Radio Refresh & Site Expansion..$84.4M, 0 FTE**

The FY 2019 President's Budget refreshes radios, provides operation and maintenance support of two high-priority TACCOM network sites, and expands the TACCOM network to an additional two new sites.  To support radio refresh, $44.8 million will be used to purchase additional hardware and network equipment to initiate the replacement of 2,800 mobile radios, as well as 2,800 portable radios nearing EOL that lack critical functionality. $8.8 million will fund ongoing maintenance and improvements for its sites located in San Francisco and Puerto Rico. The remaining $30.8 million will enable ICE to expand to two new TACCOM sites in San Antonio and El Paso.

- **Construction and Facilities Improvements………..………………….…..$34.9M, 0 FTE**

The FY 2019 President's Budget includes $34.9 million for facilities related enhancement of which $10.0M will fund critical repairs at the Port Isabel Detention Center (PIDC) in Los Fresnos, Texas.  The remaining $24.9 million will facilitate capacity expansion efforts to leased facilities.  To accommodate the new personnel requested in the FY 2019 President's Budget, ICE must obtain new leased facilities, renovate current facilities, and in some cases, support the build out of new facilities.  ICE estimates it will have to lease and fully build-out additional space at approximately 19 percent of the geographic locations receiving new hires.

U.S. Immigration and Customs Enforcement

- **Consolidated ICE Financial Solution (CIFS)………………………………..$4.7M, 0 FTE**

  With the FY 2019 President's Budget, ICE will continue the development and financial system migration of ICE's legacy system to a shared services provider.  ICE operates and maintains a core financial system and provides financial management services internally as well as to five DHS customer components.  CIFS will replace the current proprietary financial system and improve efficiency for ICE and its customers.

# TRANSPORTATION SECURITY ADMINISTRATION

**Description:**

The Aviation and Transportation Security Act established the Transportation Security Administration (TSA) to provide security for the Nation's transportation system. TSA is an intelligence-driven, national security agency with substantial regulatory authority and global presence. TSA ensures the security of transportation systems by employing a risk based approach that is responsive to the threat.

**Responsibilities:**

The Nation's transportation systems are inherently open environments. TSA's mission is to protect the Nation's transportation systems to ensure freedom of movement for people and commerce.

U.S. transportation systems accommodate approximately 851 million domestic and international aviation passengers per year; over 5 billion passengers traveling on both transit and over-the-road buses each year; more than 10 billion passenger trips on mass transit per year; 26 million students daily on school buses; nearly 900,000 chemical shipments every day on trucks; approximately 138,000 miles of railroad tracks; 4 million miles of highway; 612,000 highway bridges; 473 road tunnels; and nearly 2.7 million miles of pipeline.

| *At a Glance* | |
|---|---|
| *Senior Leadership:* *David P. Pekoske, Administrator* | |
| *Established: 2001* | |
| *Major Divisions:* Acquisition and Program Management; Global Strategies; Inspection; Intelligence and Analysis; Law Enforcement/Federal Air Marshal Service; Requirements and Capabilities Analysis; Security Operations; Security Policy and Industry Engagement; Training and Development; Transportation Security Support | |
| *Budget Request:* | *$7,726,058,000* |
| *Gross Discretionary:* | *$7,470,858,000* |
| *Mandatory, Fees & Trust Fund:* | *$255,200,000* |
| *Employees (FTE):* | *53,637* |



*A TSA Officer reviews screening images.*

TSA conducts its mission and achieves its goals and responsibilities in close collaboration with partners and stakeholders. TSA pursues its mission through its dedication to integrity, respect, and commitment.

TSA's specific responsibilities include the following:

- Ensuring effective screening of all air passengers, baggage, and cargo on passenger and all cargo only planes,

- Deploying the Federal Air Marshal Service (FAMS) internationally and domestically to detect, deter, and defeat hostile acts targeting air carriers, airports, passengers, and crew, and

Transportation Security Administration

- Managing security risks of surface transportation systems by working with public and private sector owners and operators; providing support and programmatic direction; and developing and implementing more efficient, reliable, integrated, and cost-effective security screening programs and equipment.

**Service to the Public:**

TSA is committed to the highest level of security for the United States across all modes of transportation. The Nation's economy depends on the implementation of transportation security measures that provide security commensurate with the threat and ensuring an efficient flow of commerce. Public confidence in the security of the Nation's transportation systems supports the continued success and growth of the Nation's economy.



*A TSA Officer checks passenger documents at a checkpoint.*

TSA engages the public in securing the transportation system by encouraging them to report suspicious behavior. TSA also strives to provide excellent customer service by providing information to all travelers through @AskTSA on Twitter and Facebook, as well as the TSA web-based Customer Service Center by way of email, listed Frequently Asked Questions (FAQs) and an automated information hotline. TSA Customer Service Managers are also located at airports nationwide to address travelers' concerns onsite. Additionally, *TSA Cares* is a dedicated toll-free number established to assist passengers or their loved ones with disabilities.

---

### *TSA Social Media Outlets*

**Twitter:** @TSA provides updates concerning national TSA-related information.

**@AskTSA** is an interactive Twitter account that provides responses to questions that travelers send to TSA's social media team.

**Facebook**: TSA's social media team responds to questions that the public submits via Facebook messenger.

**TSA Blog:** TSA Blog facilitates an ongoing dialogue on innovations in security, technology, and the checkpoint screening process.

**Instagram:** The @TSA Instagram account features pictures of TSA and travel-related images.

**APPS:** My TSA (iTunes & Google play) provides passengers with 24/7 access to commonly-requested TSA information on their mobile device.

**Mobile Web Sites:** MyTSA is the Mobile Web version of the MyTSA application.

**Online Subscription Services:** Gov Delivery is a XML-based format for sharing and distributing Web content. Individuals who sign up receive notifications for updates and newly posted items, such as press releases or new content posted to tsa.gov.

---

Transportation Security Administration

---

**FY 2017 Accomplishments:**

- Collaborated with foreign governments, international organizations, airport stakeholders, and aviation security working groups to raise the bar on global aviation security standards and implement advanced mitigation tools.

- Implemented critical incident management plans for the resulting damage and airport closures caused by Hurricanes Harvey, Irma, and Maria. As a result of this effort, airports were the first major critical infrastructure element to resume operations. Additionally, TSA deployed 899 employees as part of DHS' Surge Capacity Force which led recovery operations, provided lifesaving commodities, and supported survivors.

- Screened approximately 763 million aviation passengers with a peak volume of 2.7 million passengers per day, 1.7 billion carry-on items, and more than 537 million checked bags, preventing 184,295 dangerous prohibited items including explosives, flammables/irritants, fireworks and 4,157 firearms from being carried onto aircraft.

- Addressed increased checkpoint volume of 3.5 percent, an average increase of 67,138 passengers per day with additional Transportation Security Officers (TSOs) and the establishment of the Aviation Operations Center to monitor checkpoint efficiency and wait times.

- Enrolled an additional 1.66 million individuals in the TSA Pre✓® Application Program. Over 33 percent percent of all passengers were screened through TSA Pre✓® expedited screening lanes, an increase from 27 percent in FY 2016.

- Trained 54 Explosives Detection Canines and 135 Passenger Screening Canines.

- Conducted 2,175 air carrier inspections at foreign airports and 143 foreign airport assessments.

- Developed agreements with 40 countries with comparable air cargo security programs in order to move cargo more efficiently while maintaining a high standard of security.

- Launched the Advanced Threat Local Allocation Strategy (ATLAS), a risk-based tool to provide random screening of aviation workers who have unescorted access to restricted areas of airports.

- Published the Public Area Security National Framework which provides a set of recommendations jointly developed with industry, government, academic, international, and public officials that enhance security in public spaces at airports and throughout the transportation system.

- Led efforts to enhance global aviation security measures for carriers operating from last points of departure airports through the implementation of Emergency Amendments and Security Directives.

- Deployed Computed Tomography prototypes at passenger checkpoints in two airports to refine concept of operations, gain user feedback, and assess capability against the current detection standard.

- Maintained 11,760 units of transportation security equipment at more than 440 Federalized airports providing over 99 percent operational availability.

- Deployed 155 Advanced Imaging Technology (AIT)-2 systems to lower volume airports and the AIT-1 targeted threat algorithm to 88 units in 75 airports.  The AIT units screen passengers for metallic and non-metallic threats, including weapons and explosives.

- Deployed 1,353 Explosives Trace Detection systems to replace systems that were technically obsolete.  These systems test for explosive residue on passengers and carry-on items.

- Fielded 47 Credential Authentication Technology units to 14 locations to begin developmental testing.  These units verify that passengers' identification documents are authentic and display passengers' vetting status from the Secure Flight system to the officer checking the travel documents.

## BUDGET REQUEST
### Dollars in Thousands

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 53,577 | $4,975,047 | 52,763 | $4,102,165 | 53,371 | $3,969,893 | 608 | ($132,272) |
| Procurement, Construction, and Improvements | 177 | $206,093 | - | $53,314 | - | $139,629 | - | $86,315 |
| Research and Development | - | $5,000 | - | $20,190 | - | $20,594 | - | $404 |
| **Net Discretionary** | **53,754** | **$5,186,140** | **52,763** | **$4,175,669** | **53,371** | **$4,130,116** | **608** | **($45,553)** |
| Offsetting Collections | 146 | $2,330,000 | 178 | $3,151,359 | 249 | $3,340,742 | 71 | $189,383 |
| **Gross Discretionary** | **53,900** | **$7,516,140** | **52,941** | **$7,327,028** | **53,620** | **$7,470,858** | **679** | **$143,830** |
| Operations and Support | 24 | $5,200 | 15 | $5,200 | 17 | $5,200 | 2 | - |
| Procurement, Construction, and Improvements | - | $250,000 | - | $250,000 | - | $250,000 | - | - |
| **Total Mandatory/Fees** | **24** | **$255,200** | **15** | **$255,200** | **17** | **$255,200** | **2** | **-** |
| **Total Budget Authority** | **53,924** | **$7,771,340** | **52,956** | **$7,582,228** | **53,637** | **$7,726,058** | **681** | **$143,830** |
| Less prior year Rescissions | - | ($121,502) | - | - | - | - | - | - |
| **Total** | **53,924** | **$7,649,838** | **52,956** | **$7,582,228** | **53,637** | **$7,726,058** | **681** | **$143,830** |

## FY 2019 Highlights:

The FY 2019 President's Budget focuses on preserving frontline operations, transitioning to new technologies while continuing to maintain current screening equipment, and creating efficiencies to optimize limited resources.

Transportation Security Administration

- **Transportation Security Officers**........................................$3,191.8M, 43,877 FTE

  The FY 2019 President's Budget includes funding for 43,877 Transportation Security Officer FTEs. This represents a net change from FY 2018 of $63.7 million and 687 FTE. TSA continues to experience airline passenger volume growth at airport checkpoints nationwide. To be able to maintain efficient passenger screening to address the increased growth and threat at airport checkpoints into FY 2019, TSA will increase its TSA Officer workforce by 382 FTE to annualize the FY 2018 passenger growth and 335 FTE for the FY 2019 passenger growth. TSA will also decrease the workforce by 30 FTE due to including the Atlantic City International Airport in the Screening Partnership Program.

- **Computed Tomography (CT) procurement and deployment**...............$73.9M, 19 FTE

  To meet emerging and evolving threats related to the aviation transportation sector, TSA must pursue sustained technology investments. Based on previous DHS research and development efforts, the most impactful technology available today is the use of CT systems at airport checkpoints, as it automates much of the threat detection function. The FY 2019 President's Budget includes a $70.6 million increase over FY 2018 level of $0.9 million to begin the purchase and deployment of CT technology to airport checkpoints. The funding provides for the purchase of 145 CT units and an increase of $2.4 million for an additional 19 FTE Transportation Security Specialists – Explosives to help respond to increased alarm rates expected with the new technology.

  
  *CT unit undergoing testing.*

- **Headquarters Consolidation Project**...........................................$35.9M, 0 FTE

  TSA will start the process of consolidating three existing locations (TSA headquarters in Arlington, Virginia, the FAMS headquarters in Reston, Virginia, and TSA's Walker Lane location in Springfield, Virginia) to a new consolidated location in Springfield, Virginia beginning in FY 2019. The consolidation will realize both space and operational efficiencies as well as decreased rent expenditures. In FY 2017, the General Services Administration awarded a contract to begin construction of the new headquarters facility. The FY 2019 President's Budget includes $35.9 million for equipment and move costs to the new facility.

**FY 2019 Major Decreases:**

- **Federal Air Marshal Service (FAMS)**.......................................($26.1M, 0 FTE)

  The FY 2019 President's Budget includes $779.2 million for the FAMS program which includes a $26.1 million or 3 percent reduction to its payroll from the FY 2018 level. The reduction will be absorbed through managed attrition and a hiring freeze. FAMS will continue to schedule missions using a risk-based security approach designed to mitigate the maximum risk to the civilian aviation system and traveling public.

- **Visible Intermodal Prevention and Response (VIPR) Team**...............($12.6M, 70 FTE)

  The FY 2019 President's Budget eliminates the VIPR program. State and local law enforcement agencies will continue the primary activities where VIPR teams were previously deployed.

Transportation Security Administration

---

## FY 2019 Other Adjustments:

- **Passenger Fee Increase…………………………………………………..$557.0M, 0 FTE**
  TSA's request includes a proposal to increase the Aviation Passenger Security Fee by one dollar in FY 2019 from $5.60 to $6.60 per one-way trip.  This will generate $557.0 million in additional revenue to offset spending on critical transportation security needs.

# U.S. COAST GUARD

**Description:**

Since 1790, the Coast Guard has safeguarded America's national security, border security, and economic prosperity on our rivers, in U.S. ports, on the high seas, and in the maritime domain around the world. The Coast Guard saves those in peril and protects the Nation from all maritime threats.

**Responsibilities:**

The Coast Guard is the only branch of the U.S. Armed Forces within the Department of Homeland Security. As a law enforcement agency, a member of the U.S. Intelligence Community, and a first responder, the Coast Guard is the principal Federal agency responsible for maritime safety, security, and environmental stewardship in U.S. ports and inland waterways, along more than 95,000 miles of U.S. coastline, throughout the 4.5 million square miles of U.S. Exclusive Economic Zone (EEZ), and on the high seas.

In addition, the Coast Guard manages six major operational mission programs: Maritime Law Enforcement, Maritime Response, Maritime Prevention, Maritime Transportation System Management, Maritime Security Operations, and Defense Operations.

| *At a Glance* | |
| --- | --- |
| *Senior Leadership:* | |
| *Admiral Paul F. Zukunft, Commandant* | |
| *Established: 1790 (as the Revenue Cutter Service; named U.S. Coast Guard in 1915)* | |
| *Mission Programs:* | |
| *Maritime Law Enforcement* | |
| *Maritime Response* | |
| *Maritime Prevention* | |
| *Maritime Transportation System Management* | |
| *Maritime Security Operations* | |
| *Defense Operations* | |
| ***Budget Request:*** | ***$11,651,747,000*** |
| *Net Discretionary:* | *$9,698,357,000* |
| *Mandatory, Fees* | |
| *& Trust Funds:* | *$1,953,390,000* |
| *Civilian (FTE):* | *7,780* |
| *Military (FTE):* | *40,863* |
| *Additional Personnel:* | |
| *Military Selected Reserve:* | *7,000* |
| *Auxiliary:* | *32,000* |

The Maritime Law Enforcement mission program seeks to protect America's maritime borders, defends the Nation's maritime sovereignty, facilitates legitimate use of the waterways, and suppresses violations of U.S. federal law on, under, and over the seas to include illegal migration and Transnational Organized Crime.



*Coast Guard crews conduct search and rescue in the Houston area after Hurricane Harvey.*

The Maritime Response mission program seeks to mitigate the consequences of marine casualties and disastrous events. The Coast Guard minimizes loss of life and property by searching for and rescuing persons in distress in the maritime environment. The Coast Guard's all-threats and all-hazards preparedness efforts ensure incident response and recovery resources are fully ready and capable of scalable mobilization in coordination with, and in support of, federal, state, local, territorial, and tribal agencies, as well as private sector partners.

The Maritime Prevention mission program seeks to prevent marine casualties and property losses, minimizes security risks, and protects the marine environment. The Coast Guard does so by developing and enforcing federal regulations, conducting safety and security inspections, and analyzing port security risk assessments nationwide.

The Maritime Transportation System (MTS) Management mission program seeks to ensure a safe, secure, and environmentally sound waterways system. The Coast Guard works in concert with other federal, state, local, tribal and territorial agencies, marine industries, maritime associations, and the international community to optimize balanced use of the Nation's MTS and the $4.6 trillion in overall economic activity flowing through the Nation's ports and waterways. To this end, the Coast Guard minimizes disruptions to maritime commerce by assessing and mitigating risks to safe navigation and by providing waterway restoration capabilities after extreme weather events, marine accidents, or terrorist incidents.



*Coast Guard Cutter STRATTON boarding team investigates a self-propelled semi-submersible interdicted in international waters off the coast of Central America. STRATTON's crew recovered more than six tons of cocaine from the 40-foot vessel.*

As the maritime Sector Specific Agency (as defined by the National Infrastructure Protection plan), the Coast Guard must lead the unity of effort required to protect maritime critical infrastructure from attacks, accidents, and disasters.  Cyber related risks are a growing portion of the vulnerabilities facing the Maritime Transportation System.

The Maritime Security Operations mission program encompasses activities to detect, deter, prevent, and disrupt terrorist attacks, and other criminal acts in the U.S. maritime domain. It includes the execution of antiterrorism, response, and select recovery operations. This mission performs the operational element of the Coast Guard's Ports, Waterways, and Coastal Security mission and complements our Maritime Prevention efforts.

The Defense Operations mission program exercises the Coast Guard's unique authorities and capabilities to support the National Military Strategy. The mission program portfolio comprises eight activities including: Maritime Interdiction Operations; Combating Maritime Terrorism; Port Operations Security and Defense; Military Environmental Response Operations; Coastal Sea Control Operations; Maritime Operational Threat Response (MOTR); Rotary Wing Air Intercept Operations; and Support for Theater Security Cooperation Initiatives.



**Service to the Public:**

By confronting threats to the homeland where they emerge – from the Polar ice caps to the Persian Gulf – the Coast Guard offers a unique and enduring value to the Nation. A strategy-

*CGC HEALY transits the Chukchi Sea off the coast of Alaska during an Arctic deployment in support of Polar Operations.*

U.S. Coast Guard

driven organization, where intelligence drives operations to make best use of resources, the Coast Guard is well-positioned to preserve national security at sea, provide maritime border security, and safeguard America's maritime resources. The Coast Guard performs all missions with honor, respect, and devotion to duty, maintaining its long and proud history of service to our Nation; the Coast Guard remains *Semper Paratus* – "Always Ready."

**FY 2017 Accomplishments:**

- Responded to Hurricanes Harvey, Irma, and Maria, assisting nearly 12,000 people. Also provided over 1,600 person-hours of specialized technical expertise to assist in Marine Salvage in the areas affected by the hurricanes.

- In addition to hurricane response efforts, responded to 16,069 Search and Rescue (SAR) cases; assisted 22,004 people, saved 4,228 lives and protected more than $76 million in property from loss.

- Removed a record of over 223 metric tons of cocaine, 14,148 kilograms of marijuana, 6 kilograms of heroin and other opiates, and 168 kilograms of methamphetamines worth $6.6 billion wholesale; and detained 708 suspected smugglers for prosecution.

- Responded to 12,270 pollution incident reports (excludes hurricane responses); deployed the National Strike Force in response to five natural disasters, four special events, and 12 oil and 11 hazardous substance incidents.

- Conducted over 39,000 vessel and 16,000 facility inspections, resulting in 4,900 enforcement actions for violations; and completed over 9,100 Port State Control exams of foreign vessels, resulting in 75 operational controls reported to the International Maritime Organization.

- Conducted 4,468 Small Vessel Security Boardings in or around U.S. ports, waterways, and coastal regions; and 635 boardings of "high-interest" vessels.

- Completed over 5,300 security-related inspections at Maritime Transportation Security Act regulated facilities; and over 8,600 International Ship and Port Facility Security Code exams.

- Protected 3.4 million square nautical miles of the U.S. EEZ to suppress illegal foreign fishing, detected 136 incursions, and interdicted 31 vessels; boarded 5,518 U.S. vessels to enforce domestic fishing laws and cited 158 significant fishery violations.

- Serviced 29,295 Aids to Navigation (ATON); and responded to over 7,763 ATON discrepancies.

- Conducted more than 5,300 hours of icebreaking to support the movement of over $1.5 billion of dry bulk and liquid cargoes through ice-impeded waters of the Great Lakes and Eastern Seaboard.

U.S. Coast Guard

- Conducted more than 3,300 incident investigations, after having initiated more than 18,600 preliminary investigations; and partnered with the National Transportation Safety Board in the investigation of 27 major marine casualties or marine casualties involving a public vessel.

- Interdicted 2,510 migrants at sea, and repatriated 1,532 Cuban, 451 Dominican, and 1,442 Haitian migrants.

- Continued the deployment of six patrol boats to support U.S. Central Command (CENTCOM) theater security cooperation, maritime security, and counter-piracy operations.

- Continued deployment of Coast Guard Port Security Units to Guantanamo Bay, Cuba, for harbor security and force protection operations.

- Deployed Coast Guard air and surface assets to the Arctic to lead or participate in 23 SAR cases and saved or assisted 29 persons.

- Established a Cyber Program of Record and reached Initial Operating Capability with the Coast Guard Cyber Protection Team.  This initial stand-up is focused on protecting maritime critical infrastructure, defending cyberspace, and enabling operations.

U.S. Coast Guard

## BUDGET REQUEST

*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 48,259 | $6,916,936 | 47,181 | $7,213,464 | 48,541 | $7,792,498 | 1,360 | $579,034 |
| Procurement, Construction, and Improvements | 897 | $1,370,007 | 835 | $1,203,745 | - | $1,886,750 | (835) | $683,005 |
| Research and Development | 96 | $36,319 | 83 | $18,641 | 83 | $19,109 | - | $468 |
| Environmental Compliance and Restoration | 24 | $13,315 | 23 | $13,397 | - | - | (23) | ($13,397) |
| Reserve Training | 416 | $112,302 | 409 | $114,875 | - | - | (409) | ($114,875) |
| Medicare-Eligible Retiree Health Care Fund Contribution | - | $175,506 | - | $195,784 | - | - | - | ($195,784) |
| Overseas Contingency Operations (OCO)/Global War on Terrorism | 366 | $162,692 | - | - | - | - | - | - |
| **Net Discretionary** | **50,058** | **$8,787,077** | **48,531** | **$8,759,906** | **48,624** | **$9,698,357** | **93** | **$938,451** |
| **Gross Discretionary** | **50,058** | **$8,787,077** | **48,531** | **$8,759,906** | **48,624** | **$9,698,357** | **93** | **$938,451** |
| Retired Pay | - | $1,666,940 | - | $1,690,824 | - | $1,734,844 | - | $44,020 |
| Boat Safety | 14 | $113,049 | 19 | $118,416 | 19 | $114,682 | - | ($3,734) |
| Maritime Oil Spill Program | - | $101,000 | - | $101,000 | - | $101,000 | - | - |
| Funds | - | $2,829 | - | $2,864 | - | $2,864 | - | - |
| **Total Mandatory/Fees** | **14** | **$1,883,818** | **19** | **$1,913,104** | **19** | **$1,953,390** | **-** | **$40,286** |
| **Total Budget Authority** | **50,072** | **$10,670,895** | **48,550** | **$10,673,010** | **48,643** | **$11,651,747** | **93** | **$978,737** |
| Less prior year Rescissions | - | ($88,208) | - | ($12,400) | - | - | - | - |
| **Total** | **50,072** | **$10,582,687** | **48,550** | **$10,660,610** | **48,643** | **$11,651,747** | **93** | **$991,137** |

In FY 2019, USCG is transitioning to the DHS Common Appropriations Structure (CAS). FY 2017 and FY 2018 data reflect funding levels for legacy appropriations. Conversion to CAS results in the consolidation of legacy EC&R, RT, and MERHCF appropriations and acquisition personnel funding into O&S.

49

**FY 2019 Highlights:**

- **Offshore Patrol Cutter (OPC)**………………………………………...$400.0M, 0 FTE

  Provides funding to begin construction of the second OPC and Long Lead Time Material for the third OPC. The OPC will replace the aging Medium Endurance Cutter classes that conduct missions on the high seas and coastal approaches.

- **Polar Icebreaker**………………………………………………….....$750.0M, 0 FTE

  Continues efforts to award a contract for detail design and construction to maintain scheduled delivery for a new icebreaker in 2023. Specifically, funding provides detail, design, long lead time materials, construction, program management office support, feasibility studies and maintaining the indicative design, cybersecurity planning, project resident office initiation, and Navy reimbursable technical support. This acquisition is recapitalizing the Coast Guard's heavy polar icebreaker fleet.

- **Polar Sustainment**………………………………….……………...$15.0M, 0 FTE

  Supports program management activities for a multi-year Service Life Extension Project (SLEP) for POLAR STAR, the Nation's only operating heavy icebreaker and only organic capability to assure year round access to the Polar Region to support national level interests.

- **Fast Response Cutter (FRC)**…………………………………………$240.0M, 0 FTE

  Funds procurement of four FRCs, bringing the total to 52 of a program of record of 58. These assets replace the less capable 110-foot patrol boats, enhancing the Coast Guard's coastal capability to conduct Search and Rescue operations, enforce border security, interdict drugs, uphold immigration laws, prevent terrorism, and enhance resiliency to disasters.

- **Waterways Commerce Cutter**………………………………………...$5.0M, 0 FTE

  Supports acquisition planning activities to continue evaluation for the replacement of this vital capacity currently provided by an obsolete fleet of inland tenders and barges commissioned between 1944 and 1990.

- **HC-144A**………………………………………………………………$17.0M, 0 FTE

  Supports continued Minotaur mission system retrofits, including high definition electro-optical infrared camera upgrades, to meet DHS Joint ORD requirements.

- **C-27J**………………………………………………………………...$80.0M, 0 FTE

  Funds support continued missionization to ensure these newly acquired aircraft are ready for induction into the operational fleet. Continues funding for initial spares and logistics, training, and mission system development.

- **Pay and Allowances**…………………………………………………$101.4M, 0 FTE

  Maintains parity with DOD for military pay, allowances, and health care, and for civilian retirement contributions, including a 2.6 percent military pay raise. As a branch of the Armed Forces of the United States, the Coast Guard is subject to the provisions of the National

U.S. Coast Guard

Defense Authorization Act, which include pay and personnel benefits for the military workforce.

- **Operations and Maintenance of New Assets……………………………..$63.2M, 189 FTE**

Increases funding for operations and maintenance of shore facilities and provides sustainment funding for new cutters, boats, aircraft, and associated C4ISR subsystems delivered through acquisition efforts.

- **FAA Compliance and Obsolete Equipment Replacement…………………$29.6M, 0 FTE**

Provides funding for necessary upgrades and associated equipment replacement to ensure compliance with Federal Aviation Administration (FAA) requirements. Also provides funding to replace obsolete communications equipment for the cutter fleet, including Mobile User Objective System, to ensure communication in theater, disaster areas, and remote latitudes.

**FY 2019 Major Decreases:**

- **Elimination of Crew Rotation Concept Pilot Program………………..($31.7M, 231 FTE)**

Eliminates funding for Crew Rotation Concept (CRC) operations on National Security Cutter (NSC) hulls 1-3 homeported in Alameda, California. Elimination of the CRC program standardizes operations across the NSC fleet and avoids costly and inefficient CRC implementation on other NSCs.

# UNITED STATES SECRET SERVICE

**Description**:

The U.S. Secret Service carries out a unique, integrated mission of protection and investigations. The Secret Service: (1) protects the President, the Vice President, their immediate families, visiting heads of state and government, and other designated individuals; (2) coordinates the security at designated National Special Security Events (NSSEs); (3) investigates threats against the President, the Vice President, and other designated individuals; (4) enforces laws related to counterfeiting of obligations and securities of the United States, and financial crimes, including identity theft and computer fraud; and (5) protects the White House Complex, the Vice-President's Residence, foreign diplomatic missions, and other designated buildings.

> **At a Glance**
>
> *Senior Leadership:*
> *Randolph D. "Tex" Alles, Director*
>
> *Established: 1865*
>
> *Major Divisions: Office of Protective Operations, Office of Investigations, Office of Technical Development and Mission Support, Office of Strategic Intelligence and Information, Office of Training, Office of Professional Responsibility, Office of Human Resources, Office of the Chief Financial Officer, Office of Government and Public Affairs, Office of Strategic Planning and Policy, Office of the Chief Information Officer, Office of the Chief Counsel, and Office of the Director*
>
> **Budget Request:          $2,416,624,000**
> Discretionary Request:   $2,151,624,000
> Mandatory Request:          $265,000,000
>
> *Employees (FTE):                    7,334*

**Responsibilities:**

As one of the Nation's oldest Federal law enforcement agencies, the Secret Service occupies a unique role in the United States Government. The Secret Service's integrated mission is to ensure the safety of the President, the Vice President, their families, the White House, the Vice President's Residence, National and visiting world leaders, former United States Presidents and their spouses, and events of National significance. The Secret Service also protects the integrity of our currency and investigates crimes against our National financial system committed by criminals around the world and in cyberspace. To accomplish this mission, the Secret Service undertakes operations in the areas of protection, protective intelligence, and criminal investigations.



To achieve its mission, the Secret Service relies on the recruitment, specialized training, and retention of highly capable individuals to serve as Special Agents (SAs), Uniformed Division (UD) Officers, and technical, professional, and administrative support. The mission is enhanced through the deployment of state-of-the-art protective countermeasures, joint training with mission partners, and relationships with state and local law enforcement to successfully execute protective security operations that prevent, deter, mitigate, and can decisively respond to a myriad of threats.

*Secret Service Special Agents from the Washington and Baltimore Field Offices conduct a enhance entry training (pilot program) at Rowley Training Center, MD.*

**Service to the Public**:

Through the efforts of highly skilled SAs, UDs, and technology experts, the Secret Service protects the President, Vice President and their families, former Presidents, and visiting heads of foreign states or governments. The Secret Service also maintains responsibility to protect the White House Complex, Naval Observatory and other protective venues.

In addition to its protective mission, Secret Service investigations continue to safeguard the financial systems of the United States, which include enforcing counterfeiting laws and protecting communities across the country from the damages inflicted by financial and cybercrimes. Similar to the agency's approach to protection, the Secret Service's investigative methodology is proactive and integrates advanced technologies with partners across the public and private sectors in specialized task forces throughout the country and around the world. Computer experts, forensic specialists, and intelligence analysts provide rapid responses and critical information in support of infrastructure protection and criminal investigations.

**FY 2017 Accomplishments**:

- Coordinated comprehensive security plans for three NSSEs, including the 2017 Presidential Inauguration.

- Personnel conducted protective advances for over 7,721 domestic trips and traveled overseas with their protectees during 372 foreign trips.

- Ensured a smooth Presidential Transition following the 2016 Presidential Campaign, including providing protection for the future and outgoing First and Second Families.



*Uniformed Division Tactical K9 Unit protects the White House.*

- UD Officers screened more than 3,330,640 members of the public at 1,216 protective venues.

- UD Officers provided protection for 540 foreign diplomatic missions in Washington, D.C.

- Conducted 263 Critical Systems Protection (CSP) advances ensuring failsafe security controls on computer networks, information systems and critical infrastructure at protectee venues.

- Investigations safeguarded U.S currency by making 628 counterfeit-related arrests.

- Seized $73.7 million in counterfeit U.S. currency domestically and overseas prior to entering circulation as of result of investigations with domestic and international partners.

- Closed 557 Cyber Crime cases and saw a 105 percent increase in opening Cyber Investigative cases, as well as a 461 percent increase in Cyber Potential Losses ($559.7 million to $3.1 billion).

U.S. Secret Service

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 6,588 | $1,879,463 | 6,934 | $1,879,346 | 7,334 | $2,084,308 | 400 | $204,962 |
| Procurement, Construction, and Improvements | - | $163,615 | - | $64,030 | - | $64,816 | - | $786 |
| Research and Development | - | $2,500 | - | $250 | - | $2,500 | - | $2,250 |
| **Net Discretionary** | **6,588** | **$2,045,578** | **6,934** | **$1,943,626** | **7,334** | **$2,151,624** | **400** | **$207,998** |
| **Gross Discretionary** | **6,588** | **$2,045,578** | **6,934** | **$1,943,626** | **7,334** | **$2,151,624** | **400** | **$207,998** |
| Contribution for Annuity Accounts | - | $265,000 | - | $265,000 | - | $265,000 | - | - |
| **Total Mandatory/Fees** | **-** | **$265,000** | **-** | **$265,000** | **-** | **$265,000** | **-** | **-** |
| **Total Budget Authority** | **6,588** | **$2,310,578** | **6,934** | **$2,208,626** | **7,334** | **$2,416,624** | **400** | **$207,998** |
| Less prior year Rescissions | - | ($8,341) | - | - | - | - | - | - |
| **Total** | **6,588** | **$2,302,237** | **6,934** | **$2,208,626** | **7,334** | **$2,416,624** | **400** | **$207,998** |

## FY 2019 Highlights:

- **Staffing Growth**...............................................................................**$82.0M, 226 FTE**

  The President's Budget includes an additional $82 million to provide for the continued growth of SA and UD Officer and APT levels, ensuring employees receive necessary training and achieve work-life balance. This funding keeps pace with growing mission requirements to achieve 7,600 positions by the end of FY 2019, the largest workforce in USSS history, in accordance with the findings and recommendations of the independent Protective Mission Panel (PMP).

- **Basic Training**...................................................................................**$16.5M, 0 FTE**

  Increased funding supports basic training for additional 450 positions / 226 FTE with 12 UD Training Classes (UDTC) and 20 SA Training Classes (SATC).

- **2020 Presidential Campaign**............................................................**$24.0M, 0 FTE**

  The President's Budget provides training to candidate protective detail personnel and procure and lease equipment and supplies to support candidate nominee protective operations. Funding enables required security operations throughout the nation to provide protection for candidates and their spouses, to conduct protective operations for the Democratic National Convention (DNC) and the Republican National Convention (RNC), and to begin preparations for the 2021 Presidential Inauguration.

- **White House Fence Phase II**..............................................................**$3.0M, 0 FTE**

  Funds provide for the preliminary design development of the White House Fence Phase II.

- **Weapons Upgrade**..............................................................................**$6.6M, 0 FTE**

  Funds support the transition to both a new shoulder weapon and a new handgun that meets operational requirements to address threats facing law enforcement.

- **Armored Vehicle Recapitalization**..................................................**$35.2M, 0 FTE**

  Funds support the replacement of 136 SUVs and 81 fully armored vehicles.

# NATIONAL PROTECTION AND PROGRAMS DIRECTORATE

**Description**:

The National Protection and Programs Directorate (NPPD) leads the efforts to protect the Nation's critical infrastructure against cyber and physical threats, including terrorist attacks, cyber incidents, natural disasters, and other catastrophic incidents. Secure and resilient infrastructure safeguards national security, promotes economic vitality, and advances public health and safety. This work requires ongoing collaboration and information sharing with NPPD's federal, state, local, territorial, tribal, international, and private-sector partners, as well as with the American public.

**Responsibilities**:

NPPD's programs and activities ensure the timely sharing of information, analysis, and assessments – providing the decision support necessary to build resilience and mitigate risk from cyber and physical threats to infrastructure. NPPD serves as the Sector Specific Agency for nine of the 16 critical infrastructure sectors and serves as the national coordinator for the remaining sectors. Through established partnerships, NPPD leads national infrastructure protection efforts and builds infrastructure security and resilience by delivering security-related technical assistance, training, analysis, and assessments to infrastructure owners and operators nationwide.

| *At a Glance* |
| :--- |
| *Senior Leadership:* <br> *Christopher C. Krebs, Senior Official Performing the Duties of the Under Secretary (SOPDUS)* |
| *Established: 2007* |
| *Major Divisions: Office of Cybersecurity and Communications, Office of Infrastructure Protection, Federal Protective Service, Office of Biometric Identity Management, Office of Cyber and Infrastructure Analysis* |
| ***Budget Request:**       $3,348,261,000* <br> *Net Discretionary:       $1,821,151,000* <br> *Collections:             $1,527,110,000* <br><br> *Employees (FTE):             3,607* |

NPPD's cybersecurity operations are designed to detect, analyze, mitigate, and respond to cybersecurity threats. NPPD, through its cybersecurity protection programs housed in the Office of Cybersecurity and Communications (CS&C), shares cybersecurity threat and mitigation information with government, private sector, and non-governmental partners – drawing on its world-class operators and analysts while ensuring continuity of national security and emergency preparedness communications. The cybersecurity program activities protect federal networks by issuing guidance, providing tools and services to federal agencies, and leading or assisting in the implementation of cross-government cybersecurity initiatives.

NPPD also improves the capacity of organizations in the private and public sectors to assess and manage their own cybersecurity and physical risk. NPPD's regionally-based field operations deliver training, technical assistance, and assessments directly to stakeholders to enable critical infrastructure owners and operators to increase their security and resilience. This includes working with public safety officials throughout the Nation to enable interoperable emergency communications, and with Federal agencies and industry partners to strengthen and maintain

National Protection and Programs Directorate

secure, functioning, and resilient critical infrastructure. In addition, NPPD, through the Office of Infrastructure Protection (IP), regulates the security of the Nation's high-risk chemical facilities under the authority of the Chemical Facility Anti-Terrorism Standards (CFATS) program.

Working through the Interagency Security Committee, NPPD sets federal facility security standards and best practices. The Federal Protective Service (FPS) delivers law enforcement and security services to approximately 9,500 General Services Administration (GSA) owned, leased, or operated facilities. These services provide a comprehensive, risk-based approach to facility protection that allows FPS to prioritize its operations to prevent, detect, assess, respond to, and disrupt criminal and other incidents that endanger federal facilities and persons on the properties.



*Cybersecurity experts provide support protecting federal networks and critical infrastructure.*

As the Nation prepares for a major election cycle in 2018, NPPD has and will continue to play a critical role in working with state and local election officials, as well as the interagency, to secure the Nation's election infrastructure. Efforts have particularly focused on identifying and establishing relationships with and among key members of the elections community and providing technical support to state and local election officials to further secure the election system and counter emerging threats.

Through the Office of Biometric Identity Management (OBIM), NPPD also provides enterprise-level biometric identity services to DHS and its mission partners in order to advance informed decision-making by producing accurate, timely, and high assurance biometric data and analysis.

**Service to the Public:**

NPPD continues to adapt and develop innovative ways to protect and enhance the resilience of the Nation's physical and cyber infrastructure, ensuring that the assets, systems, and networks that enable the American way of life are sustained during steady-state operations as well as during incidents that threaten the Nation's security. NPPD coordinates security and resilience efforts using trusted partnerships across the private and public sectors, and delivers training, technical assistance, and assessments to federal stakeholders, as well as to infrastructure owners and operators nationwide. NPPD provides the unifying framework for national infrastructure protection that presents a common understanding of risk and enables the necessary collaboration among diverse stakeholders. NPPD also safeguards important sensitive information provided by private-sector business partners through its Protected Critical Infrastructure Information program, enabling vulnerability information to be voluntarily submitted to the Department to inform ongoing security measures.

**FY 2017 Accomplishments:**

- Surged support for the Federal response to Hurricanes Harvey, Irma, Maria, and Jose and engaged in direct coordination with government and private stakeholders. The Office of Cybersecurity and Infrastructure Analysis (OCIA) provided geospatial and analytic products

National Protection and Programs Directorate

on storm impacts to support leadership decision-making and identified critical facilities in need of prioritized support to guide response efforts.

- The Office of Infrastructure Protection established the Election Infrastructure Subsector (EIS) and hosted the first Government Coordinating Council (GCC) for the EIS. The establishment of the GCC marked a crucial step in increasing coordination among federal, state, and local officials to bolster election infrastructure security.

- Issued the Infrastructure Protection (IP) Soft Target Security Framework to more effectively enhance soft target security. NPPD established the IP Soft Target Security Task Force to implement the Framework, charged with enhancing coordination across current soft target security-related programs and identifying potential areas for function alignment to more effectively address the evolving threat environment.



*FPS Law Enforcement Officers providing enhanced security at the Presidential Inaugural in January 2017.*

- Deployed FPS law enforcement personnel during several high profile events, such as the Bundy Trial in Las Vegas, and during the 2017 hurricane season. Immediately following the June 2017 Congressional baseball practice field shooting, FPS conducted site visits at 248 Congressional District offices located within FPS-protected facilities.

- Through the Continuous Diagnostics and Mitigation (CDM) program, automated data collection from nearly 2.3 million federal government IT devices, allowing agencies to conduct a complete network assessment in only 72 hours; a task that previously took weeks or months using older methods. Through increased automation, the CDM program has eliminated the need to manually count IT devices and network "dark zones."

- The National Cybersecurity and Communications Integration Center (NCCIC) conducted ongoing cyber vulnerability scans for more than 614 customers and detected more than 322,475 vulnerabilities. The NCCIC reduced the median time for federal agencies to patch critical vulnerabilities from 20 days in 2015 down to nine days in 2017.

- Deployed at least one of the EINSTEIN 3A (E3A) intrusion prevention services to the 23 largest federal agencies. In all, 236 federal agencies have implemented at least one countermeasure E3A – expanding E3A coverage to approximately 95 percent of the user population (up from just 38 percent in 2015).

- The Interagency Security Committee (ISC) conducted twelve Active Shooter Preparedness Workshops in nine states with more than 1,410 participants. The ISC trained more than 28,000 Federal employees and contractors on how to react to an active shooter incident within their facility.



*Vice President Pence, Acting Secretary Duke and SOPDUS Krebs reviewing NPPD products during 2017 hurricane support operations.*

- The Office of Biometric Identity Management (OBIM) processed more than 180 million biometric transactions on 108 million unique identities for customers and identified 3,943,107 individuals with derogatory information including Known or Suspected Terrorist. These timely, accurate, and highly-assured biometric services enabled DHS mission partners

to identify individuals encountered and assess whether they pose a risk to the United States. These transactions also resulted in the addition of 15.6 million unique individuals to the biometric database, allowing operators to more quickly and accurately verify the identity of visa applicants, foreign visitors, immigration benefit applicants, detainees, and credential applicants as well as alerting operators to false personas and derogatory histories of immigration violators, criminals, and Known or Suspected Terrorists.

## BUDGET REQUEST

*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 1,867 | $1,372,268 | 2,085 | $1,455,275 | 2,100 | $1,470,340 | 15 | $15,065 |
| Procurement, Construction, and Improvements | - | $440,035 | - | $335,033 | - | $302,964 | - | ($32,069) |
| Research and Development | - | $6,469 | - | $11,126 | - | $47,847 | - | $36,721 |
| **Net Discretionary** | **1,867** | **$1,818,772** | **2,085** | **$1,801,434** | **2,100** | **$1,821,151** | **15** | **$19,717** |
| Offsetting Collections | 1,507 | $1,451,078 | 1,507 | $1,476,055 | 1,507 | $1,527,110 | - | $51,055 |
| **Gross Discretionary** | **3,374** | **$3,269,850** | **3,592** | **$3,277,489** | **3,607** | **$3,348,261** | **15** | **$70,772** |
| **Total Budget Authority** | **3,374** | **$3,269,850** | **3,592** | **$3,277,489** | **3,607** | **$3,348,261** | **15** | **$70,772** |
| Less prior year Rescissions | - | - | - | - | - | - | - | - |
| **Total** | **3,374** | **$3,269,850** | **3,592** | **$3,277,489** | **3,607** | **$3,348,261** | **15** | **$70,772** |

### FY 2019 Highlights:

- **Federal Network Protection**……………………...…………………....$694.2M, 250 FTE
  The Federal Network Protection program includes Continuous Diagnostics & Mitigation (CDM), National Cybersecurity Protection System (NCPS), and Federal Network Resilience (FNR), which provide a common baseline of security for the Federal Civilian Government. Specifically, the FY 2019 request includes funding to continue providing the necessary tools and services for all four phases of the CDM program that enable federal and other government IT networks to strengthen the security posture of their cyber networks. The FY 2019 President's Budget includes:

  o An additional $6.3 million and 4 FTE in support of FNR's Federal Cybersecurity Governance and Training support. The funding will be used to provide federal departments and agencies with the necessary cybersecurity governance guidance and

58

training materials to ensure successful implementation and usage of critical cybersecurity programs (e.g., CDM and EINSTEIN) and new/emerging requirements.

o  $237.6 million for CDM to provide cybersecurity tools, integration services, and dashboards to all participating agencies to enable them to improve their respective security postures by reducing the attack surface of their networks.

- **Proactive Cyber Protection…..………………………………………….$300.6M, 339 FTE**

Detecting vulnerabilities, blocking malicious activity, and mitigating the impact of intrusions requires innovative technology and an agile workforce. It also requires developing cybersecurity standards to increase the security of federal civilian networks. The NCCIC is the civilian hub for sharing cyber threat indicators and defensive measures with and among federal and non-federal entities, including the private sector, which is a key component of NPPD's cybersecurity mission. These activities will ensure adequate capacity for the U.S. Government to rapidly and effectively respond to multiple significant incidents or risks. NPPD's cybersecurity program also coordinates cybersecurity education for the federal workforce. The FY 2019 President's Budget includes the following:

o  $19.5 million and 10 FTE increase above the FY 2018 President's Budget for the NCCIC. These additional funds will be used to address the acceleration of new threats and vulnerabilities to both cyber and telecommunications systems and provide personnel and contractor support to perform assessments, incident response, and maintain readiness to execute national security and emergency preparedness activities. In addition, the increase will allow NPPD to consolidate analysis across numerous domains (operational and threat, technical and network analytics) to support and inform strategic risk management priorities by providing actionable information across the NPPD stakeholder base and lines of business.

o  An increase above the FY 2018 President's Budget of $37.0 million for Cybersecurity Research and Development (R&D). NPPD's Cybersecurity R&D program works closely with the DHS Science and Technology Directorate, cybersecurity partners, and standard-setting organizations that support engagements with other Departments and agencies, as well as private industry, to facilitate the assessment and development of draft specifications of requirements. The increase will allow NPPD to take the next step in the R&D lifecycle to identify and fund the development of next-generation cybersecurity tools.

o  An increase above the FY 2018 President's Budget of $11.4 million for the Pensacola facility expansion. The facility at Corry Station in Pensacola, Florida houses cybersecurity personnel for both NCPS and NCCIC. FY 2019 funding will be used to outfit and equip the interior space of the facility. In addition, funds will be used to build a lab and logistical support facility to provide additional engagement capacity, technical research and development, equipment maintenance, server rooms, and warehousing of equipment.

National Protection and Programs Directorate

- **Infrastructure Protection………………………………………….......$319.0M, 832 FTE**

  The Infrastructure Protection program leads and coordinates national programs and policies on critical infrastructure security and resilience, and develops strong partnerships across government and the private sector. The FY 2019 President's Budget provides:

  o An increase of $11.8 million and 12 FTE to establish a comprehensive Soft Target Security program. This program will expand NPPD's capabilities to reduce the risks to soft targets by improving technology integration, targeted threat information sharing and situational awareness between critical stakeholders, improving standards and/or guidance for soft target security, improving the integration of research and development outcomes and simulation capabilities into best practices; and developing training and enhanced security protocols in order to increase the Nation's ability to secure soft targets.

  o An increase of $5.3 million for the Chemical Facilities Anti-Terrorism Standards (CFATS) program to support increased requirements associated with maintaining the program's operational activities based on identification of additional facilities with high-risk chemicals.

- **Office of Biometric Identity Management (OBIM)……………………$253.2M, 179 FTE**

  OBIM provides biometric identity services to operational customers across DHS, Departments of Justice, State, and Defense, state and local law enforcement, the Intelligence Community, and foreign country partners. Provides rapid, accurate, secure identity services that match, store, share, and analyze biometric information to update watch lists, ensure data integrity, and help mission partners make more informed decisions and identify individuals who pose a risk to the United States.

# FEDERAL EMERGENCY MANAGEMENT AGENCY

**Description:**

The Federal Emergency Management Agency (FEMA) reduces loss of life and property and protects the Nation from all hazards by leading and supporting the Nation in a risk-based, comprehensive emergency management system. In addition to the Agency's headquarters in Washington, D.C., FEMA has 10 permanent regional offices, three permanent area offices, and various temporary disaster-related sites that carry out the Agency's operations throughout the United States and its territories.

The FY 2019 President's Budget reflects FEMA's continued intent to execute its mission while managing resources efficiently and effectively; coordinating response and recovery missions; and maintaining a highly regarded and well-trained cadre of employees ready and able to respond to ongoing and future disasters.

---

*At a Glance*

*Senior Leadership:*
*W. Brock Long, Administrator*

*Established: 1979 (Transferred to DHS in 2003)*

*Major Divisions:  Protection and National Preparedness, Response and Recovery, Federal  Insurance and Mitigation Administration,  Mission Support, United States Fire  Administration, and 10 Operational Regions*

| | |
|---|---|
| **Budget Request:** | **$16,071,073,000** |
| *Discretionary:* | *$11,222,390,000* |
| *Mandatory, Fees,* | |
| *& Trust Fund:* | *$4,848,683,000* |
| *Total Employees (FTE):* | *10,482* |
| *Disaster Relief Fund:* | *5,743* |
| *Other Appropriations:* | *4,739* |

---

To achieve these outcomes, FY 2019 funding for FEMA are focused on three major themes:

- **Build a Culture of Preparedness** throughout the Nation.

- **Ready the Nation for Catastrophic Disasters** by strengthening partnerships and new sources of scalable capabilities to quickly meet the needs of overwhelming incidents, and focus on the Agency's workforce to meet the mission.

- **Reduce the Complexity of FEMA** programs, policies, and processes for individuals, communities, and FEMA employees through investments to reduce administrative and bureaucratic burden impeding delivery of assistance and streamline the survivor experience.

**Responsibilities:**

The *Homeland Security Act*, as amended by the *Post-Katrina Emergency Management Reform Act* (PKEMRA), directs FEMA to reduce the loss of life and property and protect the Nation from all hazards, including natural disasters, acts of terrorism, and other disasters through a risk-based, comprehensive emergency management system of preparedness, protection, response, recovery, and mitigation. FEMA's more than 20,000 employees as of December 2017 – including term and intermittent employees – carry out the Agency's mission through extensive collaboration, assisting States, tribes, territories, communities, and survivors before, during, and after disasters.

Federal Emergency Management Agency

The *Robert T. Stafford Disaster Relief and Emergency Assistance Act (Stafford Act)* authorizes the primary programs the Federal government uses to provide assistance to State, territorial, and local governments, tribal nations, eligible private nonprofit organizations, and individuals affected by an incident that receives a Presidential major disaster or emergency declaration.

FEMA delivers the National Flood Insurance Program (NFIP), pre-disaster mitigation, flood mapping, disaster planning, exercise management and coordination, urban search and rescue coordination, individual and public assistance, the Emergency Management Performance Grant Program, the



*Roofing contractors install FEMA supplied blue tarp sheets onto a Naples, Florida home in order to provide a temporary solution for residence housing shelter and prevent further damage after Hurricane Irma.*

Homeland Security Grant Program, the Assistance to Firefighters Grant Program, and other grants, training, and exercises programs. These programs and services support grantees to reduce risk and improve the Nation's resilience for disasters of any size or scale. FEMA leads government continuity planning, guidance, and operations for the Executive Branch to minimize the disruption of essential operations and guarantee an enduring Constitutional government.

<u>**Service to the Public**</u>:

Before, during, and after disasters, FEMA focuses on supporting and empowering disaster survivors, including individuals, households, organizations, and communities, by increasing their capacity to take effective and practical steps to help themselves, their families, and their communities. The better prepared citizens are to assist themselves and others in times of need, the stronger our Nation will be. FEMA works to find innovative, responsible ways to make survivor and grantee services more efficient and customer-friendly. FEMA must always be ready and equipped to meet the needs of individuals, communities, state, territorial, and tribal partners to accelerate disaster response and recovery.



*FEMA Urban Search and Rescue team Nebraska Task Force 1 was deployed to Texas to support the response to Hurricane Harvey.*

Through the Disaster Relief Fund (DRF), FEMA provides assistance to help families and communities affected by disasters to rebuild and recover. Through its Federal Assistance programs, FEMA prepares State, local, tribal and territorial governments to prevent, protect against, or respond to threats or incidents of terrorism and other events. FEMA also administers hazard mitigation programs and the National Flood Insurance Program to reduce the risk to life and property from floods and other hazards. FEMA stands ready to provide rapid assistance and resources during emergencies whenever State, local, tribal and territorial capabilities are overwhelmed or seriously threatened. At disaster locations, FEMA leads Federal response and recovery efforts by providing emergency management

expertise and coordinating critical support resources from across the Nation.

**FY 2017 Accomplishments:**

**Office of Response and Recovery (ORR):**

- FEMA deployed 11,539 FEMA personnel, 4,040 Surge Capacity Force personnel, and 507 FEMA Corps personnel in 2017 to disaster operations in the United States to 59 major disaster declarations, 16 emergency declarations and 62 Fire Management Assistance Grant declarations, across more than 35 states, tribes and territories.

- FEMA funding enabled efficient disaster recovery in these states, tribes, and territories through its Public Assistance program through $2.8 billion in funding to clear debris and rebuild roads, schools, libraries, and many other public facilities. FEMA provided $2.6 billion in aid for housing and other critical survival needs to nearly five million survivor households through its Individual Assistance program.

- All 28 of FEMA's National Urban Search and Rescue System task forces were rapidly deployed, searching over 30,900 structures and saving or assisting over 8,800 people

**Protection and National Preparedness (PNP):**

- The Center for Domestic Preparedness (CDP) trained 51,600 first responders and public officials including more than 5,300 Surge Capacity Force volunteers from across the Federal Government prior to deploying in support of hurricane response and recovery operations.
- FEMA awarded $2.3 billion in funding for nearly 3,000 grants to State, local, tribal and territorial governments, which also included funding to hire more than 2,200 firefighters. FEMA uses grants to build and sustain core capabilities to prepare for threats and hazards to the security of the Nation.
- The Integrated Public Alert and Warning System (IPAWS) was used to issue over 7,300 wireless emergency alerts. IPAWS was used to issue 700 wireless emergency alerts during 2017 hurricane and wildfire response and recovery operations.

**U.S. Fire Administration:**

- The National Fire Academy provided 3,833 course offerings, reaching 102,773 students annually in order to enhance State, local, tribal, and territory partners' capabilities.

**Federal Insurance and Mitigation Administration (FIMA):**

- FEMA awarded approximately $63.0 million in Pre-Disaster Mitigation grants and $627.0 million in post-diaster Hazard Mitigation Assistance grants to 54 states, territories, tribes and districts.  These grants supported disaster recovery and resilience projects in property acquisition, elevation, flood control, safe room construction, and infrastructure protection to reduce the impacts of future disasters. Mitigation investments result in a benefit to cost ratio of 1.6, meaning the benefit of the mitigation project outweighed the cost by 60 percent.

Federal Emergency Management Agency

- NFIP provided approximately $5.6 billion to NFIP policyholders. FEMA approved issuing advance payments on claims prior to the insurance adjuster inspection to enable policyholders to begin their recovery sooner.

- FEMA's Risk Mapping, Assessment and Planning (Risk MAP) Program assessed 105,170 miles of waterways for flood risk and initiated 87,811 miles of engineering flood study. Sixty-five percent of the 1.1 million in FEMA's RiskMAP inventory are up-to-date.

**Mission Support**:

- FEMA ensured all contracts for critical disaster commodities and services were in place before June 1, 2017. This allowed FEMA to rapidly respond to disasters during the 2017 hurricane season, which begins June 1 and ends November 30.

- FEMA replaced the aging fuel storage tank infrastructure at the IPAWS station in Puerto Rico just before Hurricane Maria made landfall. This replacement allowed to the IPAWS system to continuously operate following the storm and broadcast critical life safety information to the citizens of Puerto Rico.

## BUDGET REQUEST
*Dollars in Thousands*

|  | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
|  | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 3,649 | $1,048,551 | 3,659 | $1,014,748 | 3,696 | $1,036,282 | 37 | $21,534 |
| Procurement, Construction, and Improvements | 11 | $35,273 | - | $89,996 | - | $103,349 | - | $13,353 |
| Federal Assistance | 415 | $3,024,458 | 364 | $2,064,130 | 370 | $2,644,733 | 6 | $580,603 |
| Disaster Relief Fund[1] | 446 | $615,515 | 446 | $558,720 | 512 | $582,000 | 66 | $23,280 |
| Radiological Emergency Preparedness Program | 148 | ($265) | 159 | ($1,024) | 165 | ($665) | 6 | $359 |
| Disaster Assistance Direct Loan Program | - | - | - | - | - | $3,000 | - | $3,000 |
| **Net Discretionary** | **4,669** | **$4,723,532** | **4,628** | **$3,726,570** | **4,743** | **$4,368,699** | **115** | **$642,129** |
| Disaster Relief Category | 4,737 | $6,713,000 | 4,737 | $6,793,000 | 5,231 | $6,652,000 | 494 | ($141,000) |
| Offsetting Collections | 246 | $181,799 | 313 | $201,476 | 321 | $201,691 | 8 | $215 |
| **Gross Discretionary** | **9,652** | **$11,618,331** | **9,678** | **$10,721,046** | **10,295** | **$11,222,390** | **617** | **($501,344)** |
| National Flood Insurance Program | 163 | $4,613,554 | 181 | $5,390,890 | 187 | $4,848,683 | 6 | ($542,207) |
| **Total Mandatory/Fees** | **163** | **$4,613,554** | **181** | **$5,390,890** | **187** | **$4,848,683** | **6** | **($542,207)** |
| **Total Budget Authority** | **9,815** | **$16,231,885** | **9,859** | **$16,111,936** | **10,482** | **$16,071,073** | **623** | **($40,863)** |
| FEMA DRF to OIG Transfer[1] | - | - | - | ($24,000) | - | ($24,000) | - | $0 |
| Less prior year Rescissions | - | ($896,991) | - | ($581,000) | - | ($300,000) | - | $281,000 |
| **Total** | **9,815** | **$15,334,894** | **9,859** | **$15,506,936** | **10,482** | **$15,747,073** | **623** | **$240,137** |

[1] The FY17 Enacted directly appropriated funds to OIG.  The FY18 and FY19 PB includes $24M in the funding line to be transferred from FEMA-DRF to OIG.

**FY 2019 Highlights:**

The FY 2019 President's Budget includes increased funding compared to the 2018 President's Budget for programs and activities that support FEMA's three primary focal points:

**Build a Culture of Preparedness:**

- **Competitive Preparedness Grant Program**………………………………\$522.0M, 0 FTE

  Funding will support a new, competitive, all-hazards preparedness grant program that would require grantees to measure results in reducing preparedness capability gaps and would also require robust evaluation.

- **Measuring Results of Preparedness Grants**………………..…………………..\$0.1M, 1 FTE

  Funding to support FEMA's continued effort to develop a long-term strategy to evaluate Preparedness Grant programs as well as short-term efforts to identify how effective preparedness grants are at accomplishing the National Preparedness Goal.

- **Mount Weather Emergency Operations Center (MWEOC)**…………..….\$45.5M, 0 FTE

  Funding will allow FEMA to continue modernizing this facility and complete a number of critical infrastructure projects in support of the Agency's Continuity of Operations mission and other Federal emergency management programs by ensuring that the nation has an Emergency Operations Facility with supporting infrastructure that is prepared for evolving threats and hazards under all conditions.

**Ready the Nation for Catastrophic Disasters:**

- **FY 2019 Critical Staffing**………………………………….…………………\$6.2M, 41 FTE

  Funding for increased staffing is needed to improve coordination of response and recovery missions, to provide greater oversight of taxpayer investments, and to maintain a well-trained cadre of employees able to respond to ongoing and future disasters effectively and efficiently.

- **Integrated Public Alert and Warning Systems (IPAWS)**…………………..\$11.7M, 0 FTE

  Funding will allow FEMA to modernize five additional stations, and to migrate legacy IT infrastructure to a cloud-hosted environment capable of supporting a reliable and available system ready to respond and send life critical alert and warning messages from State and local authorities and the President of the United States to the public at any time.

- **FEMA Qualification System Redevelopment**………………………………..\$8.4M, 0 FTE

  Funding will allow FEMA to improve and update its disaster workforce training and curriculum to ensure that FEMA staff are sufficiently prepared to participate in disaster response and recovery.

Federal Emergency Management Agency

**Reduce the Complexity of FEMA:**

- **Critical Infrastructure Needs**…………………………………………......**$18.8M, 0 FTE**

  FY 2019 investments in information technology (IT) will ensure that FEMA can support disaster survivors and first responders through modern and secure IT systems**.**

- **Enterprise Data and Analytics Modernization Initiative (EDAMI)**………**$10.0M, 0 FTE**

  Improved data management and data infrastructure will enable FEMA to streamline the business processes that perform day-to-day operational activities to deliver swift effective assistance, while simultaneously providing better information to citizens, first responders, and emergency management partners regarding disaster response and recovery activities.

- **Grants Management Modernization (GMM)**……………………….....**$22.6M, 0 FTE**

  GMM will replace 10 legacy grant systems with one efficient scalable solution. GMM will reach Initial Operation Capability by the end of FY 2019.

- **Financial Systems Modernization (FSM)**…………………………………...**$12.1M, 0 FTE**

  FSM funding will allow FEMA to continue developing an updated and reliable financial system that will increase accountability for how Federal dollars are spent.

- **PIVOT**……………………………………………………………...**$46.9M, 8 FTE**

  Increased FY 2019 funding will support the continued development of the next-generation information technology solution for the management of the NFIP.

**FY 2019 Major Decreases:**

A number of offsets and efficiencies to fund the increases in FY 2019 are proposed for FY 2019, with major decreases including:

- **FY 2019 Federal Assistance – Grants** ……………………...……………..**($22.9M, 0 FTE)**

  FEMA proposes reductions to the **Port Security Grants and Public Transportation Security Assistance** and **Railroad Security Assistance Grant** programs. The reductions represent a continuation of the Administration's commitment to streamline programs. Preparedness continues to be a "shared responsibility" between federal, state, and local governments. This reduction ensures that sufficient funding is provided to help sustain those capabilities the Federal government has already invested in and to address emerging threats and remaining capability gaps.

- **FY 2019 Federal Assistance – Education, Training, and Exercises**…...…**($18.0M, 0 FTE)**

  FEMA proposes elimination of FY 2019 funding for **Center for Homeland Defense and Security (CHDS).** FEMA prioritized funding for other training programs in FY 2019 instead of CHDS because CHDS is not a Federal responsibility and state and local government employees have other educational and training options.

# U.S. CITIZENSHIP AND IMMIGRATION SERVICES

**Description:**

U.S. Citizenship and Immigration Services (USCIS) administers the Nation's immigration laws relating to immigrant and non-immigrant benefits that include temporary and permanent immigration to the United States.

In any given year, USCIS administers a broad range of programs through which it receives millions of immigration benefit applications and petitions.  In FY 2017 alone, more than nine million immigration benefits were requested. Through a network of approximately 237 domestic and foreign offices, USCIS processes visa petitions, adjudicates asylum claims, issues employment authorization documents, and considers requests for lawful permanent residence and citizenship.  The agency ensures the integrity of the immigration system by managing the E-Verify program, conducting fraud investigations, and interviewing and screening refugee and asylum applicants around the world. USCIS also performs naturalization ceremonies.

> **At a Glance**
>
> *Senior Leadership:*
> *L. Francis Cissna, Director*
>
> *Established: 2003*
>
> *Major Divisions: Field Operations; Service Center Operations; Refugee, Asylum, and International Operations; Fraud Detection and National Security; Immigration Records and Identity Services; External Affairs; and Management.*
>
> **Budget Request:        $4,719,570,000**
> *Gross Discretionary:      $131,919,000*
> *Mandatory Fees:       $4,587,651,000*
>
> *Employees (FTE):            18,498*

**Responsibilities:**

USCIS adjudicates citizenship and immigration benefit requests in a timely, accurate, consistent, and professional manner while also safe-guarding national security, public safety, and ensuring that U.S. workers are not adversely impacted.  USCIS processes more than 50 different types of citizenship and immigration benefit applications. Every case is unique and requires specialized attention from experienced USCIS immigration officers.



*Naturalization Ceremony, Mt. Vernon, VA*
*June 2nd, 2017.*

As an integral part of the examinations process, USCIS employees determine whether individuals or organizations requesting immigration benefits pose a threat to national security, public safety, or the integrity of the Nation's immigration system by:

- Detecting, deterring, and administratively investigating immigration benefit fraud,

- Implementing effective and efficient security screening policies, programs, and procedures,

- Identifying and eliminating systemic vulnerabilities in the immigration system, and

U.S. Citizenship and Immigration Services

- Promoting information sharing and collaboration with law enforcement and other governmental agencies. USCIS also fulfills the Nation's humanitarian commitments in accordance with U.S. law and international obligations by extending protection to refugees outside of the United States, and asylees within the country.

**Service to the Public:**

USCIS secures America's promise as a Nation of immigrants in many ways by:

- Granting citizenship and immigration benefits,

- Promoting assimilation and understanding of citizenship,

- Developing and promoting educational tools and resources for those seeking to become citizens, and

- Ensuring the integrity of the immigration system

USCIS ensures that immigration benefits are granted only to eligible applicants and petitioners. Its anti-fraud efforts make it easier for employers to comply with labor and immigration law and harder for those seeking to exploit our Nation's systems.

**FY 2017 Accomplishments:**

- Adjudicated over eight million immigration benefit applications and petitions.

- Processed over 2.3 million applications and petitions in the Electronic Immigration System (ELIS), including nearly 500,000 Applications to Replace Permanent Resident Card (Form I-90), 224,000 Applications for Naturalization (Form N-400), and 640,000 Immigrant Visa Fee payments. At the end of FY 2017, over 29 percent of the agency's annual workload was being processed in ELIS, a six percentage point increase from FY 2016.

- Interviewed and screened 46,097 refugee applicants in more than 53 countries, to support the admission of 53,716 refugees to the United States; adjudicated 50,995 affirmative asylum applications; and processed 79,710 credible fear cases.

- Awarded nearly $10.0 million in grants under two competitive funding opportunities to 45 organizations, located in 26 States, to help approximately 30,000 lawful permanent residents prepare for naturalization and to promote assimilation through increased knowledge of English, U.S. history, and civics.

- Added approximately 67,000 additional employers to the E-Verify program, growing to approximately 745,000 employer participants at the end of FY 2017, with an average of more than 1,400 new employers joining each week. The number of employee work authorization verification requests processed grew to more than 36 million in FY 2017.

- Continued several modernization efforts to increase the E-Verify program's effectiveness and efficiency.

  o Strengthened the IT infrastructure to improve scalability and availability by migrating the Verification Information System (VIS) to the cloud environment.

U.S. Citizenship and Immigration Services

- o Increased accuracy of data by improving algorithms for automated verification, returning immediate responses to employers and agencies and reducing manual processing by nearly 1.3 million cases.

- o Modernized the Status Verification System (SVS) used by Legal Instrument Examiners to process cases. It now operates 24 percent faster than the legacy system.

- o Modernized E-Verify enrollment by making the process faster and more intuitive, reducing abandoned enrollments by 20 percent and decreasing average enrollment time for client companies by nearly 46 percent from the legacy E-Verify system.

- Processed more than 20 million immigration status queries from public benefit-granting agencies (e.g., federal agencies, state departments of motor vehicles, and state and local social services agencies) through the SAVE program. SAVE assists these agencies in ensuring that only qualified applicants receive public benefits and licenses. USCIS increased the total SAVE customer base by 14 agencies, for a total of 1,154 agencies.

- Began efforts to eliminate all paper submissions of SAVE requests by May 2018. Initial efforts have decreased initial manual paper submissions by 34 percent (cumulative FY 2015-2017); decreased third step paper submissions by 29 percent (cumulative FY 2015-2017); and increased the use of SAVE user document scanning to 65 percent of all submissions.

- Under the Administrative Site Visit and Verification Program (ASVVP), USCIS completed over 10,000 compliance checks, including worksite visits, of four visa classifications (H-1B, L-1A, Religious Workers, and EB-5) to help ensure that employers comply with immigration laws and regulations, to help deter abuse of employment-based immigration programs, and to protect the wages and working opportunities for U.S. citizens.

- Established the Targeted Site Visit and Verification Program (TSVVP) and conducted over 400 targeted worksite visits since June 2017. TSVVP is initially focusing on petitioning entities where there is a greater risk of potential fraud. This includes, but is not limited to, cases where:

- o USCIS cannot validate the employer's basic business information through commercially available data;

- o An employer is H-1B-dependent (i.e., has a high ratio of H-1B workers as compared to U.S. workers, as defined by statute); and/or

- o An employer is petitioning for beneficiaries who work off site at another company or organization's location.

- Continued development and implementation of Continuous Immigration Vetting (CIV) of applicants and petitioners. USCIS operationalized phase 1 of CIV in July 2017, which consisted of screening ELIS-filed naturalization applications against CBP's Automated Targeting System (ATS) national security data holdings on a continuous basis.

U.S. Citizenship and Immigration Services

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 398 | $103,912 | 398 | $108,856 | 398 | $109,081 | - | $225 |
| Procurement, Construction, and Improvements | - | $15,227 | - | $22,657 | - | $22,838 | - | $181 |
| **Net Discretionary** | **398** | **$119,139** | **398** | **$131,513** | **398** | **$131,919** | **-** | **$406** |
| **Gross Discretionary** | **398** | **$119,139** | **398** | **$131,513** | **398** | **$131,919** | **-** | **$406** |
| Immigration Examinations Fee Account | 16,708 | $3,998,497 | 16,713 | $4,228,339 | 17,924 | $4,525,350 | 1,211 | $297,011 |
| H-1B Nonimmigrant Petitioner Account | - | $15,000 | - | $15,000 | - | $15,000 | - | - |
| Fraud Prevention and Detection Account | 185 | $46,728 | 185 | $67,187 | 176 | $47,301 | (9) | ($19,886) |
| **Total Mandatory/Fees** | **16,893** | **$4,060,225** | **16,898** | **$4,310,526** | **18,100** | **$4,587,651** | **1,202** | **$277,125** |
| **Total Budget Authority** | **17,291** | **$4,179,364** | **17,296** | **$4,442,039** | **18,498** | **$4,719,570** | **1,202** | **$277,531** |
| Less prior year Rescissions | - | [$626] | - | - | - | - | - | - |
| **Total** | **17,291** | **$4,178,738** | **17,296** | **$4,442,039** | **18,498** | **$4,719,570** | **1,202** | **$277,531** |

## FY 2019 Highlights:

- **E-Verify………………………………….........................................…......$131.9M, 398 FTE**

  The FY 2019 President's Budget includes an increase of $406,000 and no change in FTE for E-Verify from FY 2018.  Consistent with the Administration's proposal for mandatory nationwide E-Verify use, USCIS will concentrate on strengthening system architecture, improving system reliability and resiliency, and delivering verification services with the highest degree of speed and accuracy possible, while reducing any unnecessary employer and/or employee burden. USCIS will also look to expand access to new data sources, which will enhance E-Verify's ability to quickly and accurately determine an individual's immigration status and employment eligibility. In addition, the E-Verify program will continue to reduce and prevent identity fraud by:

  o Validating driver's license data with the National Law Enforcement Tracking System (NLETS) so E-Verify can access all 50 states' DMV data without needing to set up separate agreements for technical connectivity with each state. This effort will help flag fraudulent or invalid driver's licenses and non-driver identification cards.

- o Expanding the E-Verify feature that allows workers to create an electronic account; workers will be able to conduct their own employment verification and return a response to enrolled employers. This will eliminate the need for work authorized individuals to go through the E-Verify process multiple times with different employers, and will offer identity validation features for enrollment, which will help prevent fraud in E-Verify.

- **USCIS Electronic Immigration System (ELIS) ………………………...$126.2M, 52 FTE**

  The Electronic Immigration System (ELIS) is funded from premium processing fee collections. In FY 2019, USCIS will continue expanding capabilities of ELIS to achieve transformational business objectives such as decreasing reliance on paper and reducing adjudicator cycle time. USCIS plans to streamline the Application to Replace Permanent Resident Card (Form I-90) workflow and processing, and modernize the Application for Naturalization (form N-400) and Immigrant Visa Fee capabilities. Furthermore, USCIS will work towards opening an additional e-filing channel for third party filers by initiating the Third Party Application Integration (3PI) initiative.

- **Fee Funding Transfer to ICE ………………….………………………...($207.6M, 0 FTE)**

  The FY 2019 President's Budget transfers $207.6 million in Immigration Examinations Fee Account (IEFA) fees to ICE to support immigration investigation and enforcement consistent with the Administration's Executive Orders.  This has no effect on USCIS's FY 2019 spending authority from IEFA. USCIS collects fees to recover the full cost of providing immigration adjudications and naturalization services. This includes the cost of investigatory work necessary to adjudicate applications and petitions, including work performed after an adjudication decision has been rendered by USCIS.

# FEDERAL LAW ENFORCEMENT TRAINING CENTERS

**Description:**

The Federal Law Enforcement Training Centers (FLETC) is the Nation's largest provider of law enforcement training. Since its establishment in 1970 as the consolidated training model, FLETC has provided training in areas common to all law enforcement officers, such as firearms, driving, tactics, investigations, and legal training. Partner agencies realize quantitative and qualitative benefits from this model, including the efficiencies inherent in shared services, higher quality training, and improved interoperability. FLETC's mission is to train all those who protect the homeland, and therefore, its training audience also includes State, local, and tribal departments throughout the United States.

> **At a Glance**
>
> *Senior Leadership:*
> *Thomas J. Walters, Director*
>
> *Established: 1970*
>
> *Major Divisions: Basic Training; Advanced and Specialized Training; State, Local, Tribal, and International Training; Law Enforcement Training Curriculum Development and Management; Law Enforcement Training Research*
>
> **Budget Request:       $382,134,000**
>
> *Employees (FTE):            1,167*

FLETC's impact extends outside our Nation's borders through international training and capacity-building activities. To ensure training is up-to-date and relevant to emerging needs, FLETC's curriculum development and review process engages experts from across all levels of law enforcement, and FLETC partners extensively with other agencies and stakeholders in training research and the exchange of best practices to ensure it offers the most effective training subject matter, technologies, and methodologies.

**Responsibilities:**

FLETC offers an efficient training model that delivers the highest quality training possible for those who protect the homeland. Through this consolidated training model, the U.S. Government



*State, local, and tribal leaders attend the DHS Homeland Security Leadership Academy.*

gains the economic advantages of shared services. At a FLETC location, one federal agency builds and manages a cafeteria, gymnasium, library, training facilities, classrooms, computer laboratories, dormitories, and recreational facilities that all federal partners utilize, rather than the Federal Government procuring and maintaining nearly 100 separate sets of facilities for each federal law enforcement agency. In addition, consolidated training offers economies of scale because costs to individual agencies decrease as more agencies train at FLETC's facilities. FLETC must ensure that its training enables law enforcement professionals to perform their duties in the safest possible manner, at the highest possible level of proficiency. Consolidated training provides agencies the qualitative benefits of joint training in consistent, standardized, and accredited programs. By training with colleagues from other agencies, new officers and agents build bonds

Federal Law Enforcement Training Centers

of trust and develop a common sense of purpose that serves them well as they work across organizational boundaries in their careers. Joint training also promotes interoperability, which leads to increased cooperation and intelligence-sharing in the field. The qualitative benefits of the consolidated training model extend to FLETC's curriculum development and review process, which leverages the wide-reaching expertise of FLETC's partner organization community to share and vet ideas about training content and methodology.

Most of the federal partner organizations that train with FLETC attend one of its multi-agency basic programs, and then provide their recruits with unique agency-specific follow-on programs at their own academies, the majority of which are co-located at one of FLETC's four domestic training sites. These include FLETC's headquarters and residential training site in Glynco, Georgia, and two additional residential training sites in Artesia, New Mexico, and Charleston, South Carolina, all of which feature classrooms, dining and residence halls, and state-of-the-art facilities for basic and advanced law enforcement training. FLETC also operates a non-residential training site in Cheltenham, Maryland, where it provides in-service and requalification training for law enforcement officers and agents in the Washington, D.C. area.

In addition to basic training, FLETC leverages the expertise of its training partners to offer an extensive array of specialized and advanced training programs, including distance learning opportunities. Additionally, through a Memorandum of Understanding with the Port of Los Angeles, FLETC has personnel assigned to deliver training at the Los Angeles Regional Maritime Law Enforcement Training Center in topics focused on protecting America's waterways and ports.

State, local, and tribal law enforcement officers and agents are an integral part of the homeland security community. To reach them, FLETC provides specialized and advanced training at its domestic training sites and provides on-site training programs to state, local, and tribal agencies throughout the country. FLETC serves DHS's international mission through participation and leadership in the International Law Enforcement Academies, currently in Gaborone, Botswana; San Salvador, El Salvador; Bangkok, Thailand; Budapest, Hungary; and Roswell, New Mexico. Lastly, FLETC



*Students learn to process complex crime scenes and collect evidence.*

provides training and capacity-building activities overseas, hosting international law enforcement personnel at FLETC's domestic training sites, and engaging with international partners in research and the exchange of best practices and subject matter expertise.

### Service to the Public:

FLETC's federally accredited law enforcement training programs constitute a source of career-long training for the worldwide law enforcement community, enabling officers and agents to fulfill their responsibilities safely and proficiently. FLETC's contributions to research, management, and curriculum development help foster the continued professionalism of law

enforcement. Well-trained law enforcement officers and agents operate safely and effectively, creating a safer and more secure American public.

**FY 2017 Accomplishments:**

- Effectively trained 68,491 law enforcement personnel, including 9,956 state and local law enforcement officers and 1,057 international law enforcement personnel.

- Provided valuable first responder, active shooter, and tactical medical training to more than 7,000 federal, state, local, and tribal officers in basic and advanced programs.

- Achieved initial accreditation of two law enforcement training programs, the Rural Police Officer and the Commercial Vessel Boarding Training Programs, and re-accreditation of four training programs, the Law Enforcement Instructional Skills, Boat Operator Anti-Terrorism, Law Enforcement Driver Instructor, and the Law Enforcement Control Tactics Instructor Training Programs.

- Hosted 20 Curriculum Review Conferences to revise existing law enforcement training programs to align with contemporary concepts and emergent developments, including the Active Shooter Threat Instructor Training Program, Active Shooter Threat Training Program, Use of Force Instructor Training Program, Officer Safety and Survival Training Program, and Cyber Intrusion Response and Analysis Training Program.

- Established a strategic partnership with the DHS Science and Technology Directorate (S&T) to detail an S&T Senior Technology Advisor to FLETC to support the integration of modern technology into training and FLETC's research-based approach to training.

- Conducted and published new research on the effects of Electronic Stability Controls on the Precision Immobilization Technique, resulting in significant changes to FLETC's curriculum and initiating dialogue about changes to law enforcement tactics nationwide.

- Researched, developed, and implemented into FLETC's basic curriculum the investigation of the Internet of Things, the Dark Web, and virtual crypto currencies, such as Bitcoin.

- Researched, developed and implemented police ambush into FLETC's basic training curriculum.

- Deployed a Senior Advisor for Law Enforcement Training to the Singapore Home Team Academy and the INTERPOL Global Complex for Innovation (IGCI) to advance DHS Security Sector Assistance activities in Singapore and the ASEAN region; collaborate to exchange best practices in law enforcement training and curriculum development; and serve as a liaison between FLETC, DHS, the IGCI, and the INTERPOL Training Directorate.

- Hosted the first ever human trafficking in-service train-the-trainer class at FLETC-Cheltenham in furtherance of the DHS Blue Campaign to combat human trafficking.

Federal Law Enforcement Training Centers

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 1,068 | $242,518 | 1,112 | $272,759 | 1,167 | $296,557 | 55 | $23,798 |
| Procurement, Construction, and Improvements | - | - | - | - | - | $85,577 | - | $85,577 |
| **Net Discretionary** | **1,068** | **$242,518** | **1,112** | **$272,759** | **1,167** | **$382,134** | **55** | **$109,375** |
| **Gross Discretionary** | **1,068** | **$242,518** | **1,112** | **$272,759** | **1,167** | **$382,134** | **55** | **$109,375** |
| **Total Budget Authority** | **1,068** | **$242,518** | **1,112** | **$272,759** | **1,167** | **$382,134** | **55** | **$109,375** |
| Less prior year Rescissions | - | ($373) | - | - | - | - | - | - |
| **Total** | **1,068** | **$242,145** | **1,112** | **$272,759** | **1,167** | **$382,134** | **55** | **$109,375** |

## FY 2019 Highlights:

- **Basic Training for New BPAs and ICE LEOs...…………………….......$25.7M, 47 FTE**

  This increase of $25.7 million in funds tuition, training costs, necessary facilities, IT infrastructure and FTE associated with delivering basic training for Immigration Officers and Border Patrol Agents in support of the President's Executive Orders for strengthening border security and immigration enforcement.

- **Unites States Secret Service Training………………………………………...$2.2M, 8 FTE**

  The USSS has been funded to hire additional law enforcement officers to meet required staffing goals in FY 2019. The increase of $2.2 million funds the additional basic training requirements of new Secret Service personnel and hiring eight additional FTE.

- **Facility Construction, Expansion and Renovation………………............$85.6M, 0 FTE**

  To support the hiring and training of new CBP border security and ICE immigration enforcement personnel, the President's Budget funds facility construction, expansion and renovations necessary to successfully support the required training. The projects required are modular dormitories, classrooms and offices, non-lethal training ammunition house, processing center, skid ranges, tactical training venues, transportation checkpoint, and a USBP tactical awareness training center.

# SCIENCE AND TECHNOLOGY DIRECTORATE

**Description:**

The Science and Technology Directorate's (S&T) mission is to deliver effective and innovative insight, methods, and state-of-the-art solutions for the critical needs of DHS Components and the Homeland Security Enterprise (HSE). S&T also partners with the international community and private sector as well as Federal, State, local, tribal, and territorial agencies.

**Responsibilities:**

S&T monitors evolving threats and capitalizes on technological advancements at a rapid pace, developing solutions, and bridging capability gaps in

<table>
<tr><td colspan="2"><strong><em>At a Glance</em></strong></td></tr>
<tr><td colspan="2"><em>Senior Leadership:<br>William N. Bryan, Senior Official<br>Performing the Duties of the Under<br>Secretary</em></td></tr>
<tr><td colspan="2"><em>Established: 2003</em></td></tr>
<tr><td colspan="2"><em>Major Divisions: First Responders,<br>Homeland Security Advanced Research<br>Projects Agency, Capability Development<br>Support, and Research and Development<br>Partnerships</em></td></tr>
<tr><td><strong><em>Budget Request:</em></strong></td><td><strong><em>$583,283,000</em></strong></td></tr>
<tr><td><em>Employees (FTE):</em></td><td><em>431</em></td></tr>
</table>

order to equip operational end-users with the best tools available to achieve mission success. S&T continues to develop innovative solutions to protect the Nation's people and critical infrastructure from biological, explosive, and cyber security threats, as well as provides new solutions to protect the borders. S&T supports the HSE in achieving near-term requirements by leveraging existing technologies from industry, other federal agencies, and laboratories.



*Left: <u>Countering Unmanned Aircraft Systems</u>: S&T convened industry partners, DHS Components, and other Federal agencies for a major test and demonstration of technologies to counter unmanned aircraft systems in an operationally relevant environment. Middle: <u>Robotics Testing</u>: The S&T Office of Standards partnered with NIST for the development of standard test methods for response robots to keep first responders out of harm's way.*
*Right: <u>Android Team Awareness Kit (ATAK)</u>: ATAK is a handheld tactical situational awareness and coordination tool tested by U.S. Border Patrol.*

S&T conducts research, development, testing, and evaluation (RDT&E) activities for DHS Components and the HSE. This includes customer-focused and outcome-oriented RDT&E programs that balance risk, cost, impact, performance, and time to delivery. S&T's University Programs provides the HSE with research and education at U.S. colleges and universities to address high-priority, DHS-related issues and to enhance homeland security capabilities over the long-term. S&T also manages two Federally Funded Research and Development Centers, the Homeland Security Systems Engineering and the Development Institute and Homeland Security Operational Analysis Center, to provide independent studies, and analysis, and systems engineering expertise, in support of all DHS mission areas.

S&T provides technical and operational support to ensure that the transition, acquisition, and deployment of technologies, information, and procedures improve the efficiency and effectiveness of the operational capabilities across HSE missions. S&T enables America's brightest scientists and engineers to apply their expertise and develop solutions that address our most dangerous threats and HSE vulnerabilities. S&T also funds costs for the operations and maintenance of laboratory facilities, salaries and benefits, mission support, and management of S&T programs. The laboratory facilities provide unique and enduring capabilities in support of the HSE.

**Service to the Public:**

S&T ensures that DHS and the HSE have the science, technical information, and capabilities they need to effectively and efficiently prevent, protect against, respond to, and recover from all hazards and homeland security threats. Further, S&T encourages public and private-sector innovation in coordination and partnership with universities, research institutes, laboratories, other government agencies, and private-sector companies. S&T continues to deploy tools to protect the homeland, which have helped ensure the Nation's safety.

**FY 2017 Accomplishments:**

- **Border Security:** S&T continues to address capability gaps as well as develop and transition technologies to DHS Components that help enhance the security of our Nation's borders and waterways without impeding travelers and the flow of commerce.

  o **Border Wall Initiative**: S&T worked with CBP to identify and develop technology, including cameras and sensors that can be applied on or near a smart wall (i.e. a border wall system) via ground, surface/air, subsurface and in a maritime environment to contribute to border security and agent safety. S&T assisted CBP in the source selection of Wall prototypes and in analyzing a border wall long term strategy request for information and existing industry offerings that could be applicable to a border wall system.

  o **Fiber Optic Distributed System (FODS)**: S&T worked with CBP to successfully demonstrate an efficient and covert capability in an operational environment to detect illegal surface activity. CBP is planning the transition of the system and using the specifications for future acquisitions.

  o **University Programs CREATE Center of Excellence**: In partnership with DHS DNDO (now, the Countering Weapons of Mass Destruction Office (CWMD), the CREATE Center developed a prototype software application to support DHS Components that procure radioisotope identification devices (RIIDs). This prototype software compared the performance and cost of the various radiological detection technologies such as point of entry radiation portal monitors used by CBP and various handheld or backpack RIIDs used by USCG.

  o **Android Team Awareness Kit (ATAK)**: ATAK is a handheld tactical situational awareness and coordination technology that can be used in law enforcement operations and disaster responses. Components have used ATAK to respond to border incursions,

conduct interior enforcement operations, support national special security events such as the 2017 Presidential Inauguration, and facilitate hurricane response efforts.

- **Aviation Security:** S&T continued to address the prioritized aviation security technology capability gaps identified in the Integrated Product Team (IPT) report provided to the DHS Secretary in March 2017.

  o **Homemade Explosives (HME)**: HME Characterization Program responded to emerging threats, such as the August 2017 Etihad Airways bomb plot, among others, by providing immediate critical data collection, physical properties of threat materials, risk mitigation and modeling, explosive detection signatures, and analysis based on current intelligence and new threat assessments. S&T's analyses led to changes in TSA operations and screening requirements.

  o **Passenger Screening Prize Competition**: S&T's Passenger Screening Algorithm Challenge included over 500 teams competing to design threat detection algorithms for a next-generation, high definition advanced imaging technology (HD-AIT) person screener. Preliminary results show promise to significantly reduce false alarm rates at the checkpoint, which will increase the speed of passenger screening and reduce the number of pat-down procedures.

- **Unmanned Aerial Systems:** S&T continues to provide direct operational support to Components and HSE by developing and assessing UAS and tools for use in various homeland security missions.

  o **Counter Small-UAS Advisory and Review Toolkit (C-SMART):** C-SMART is a high-fidelity modeling capability that supports the planning and placement of UAS countermeasures. C-SMART was used to help lay out the security posture for the Presidential Inauguration, Super Bowl, and Independence Day events. C-SMART users include USSS, NPPD, FBI, and FAA.

- **Hurricane Relief Support:** S&T's programs and projects played an instrumental role in providing analytics and support to Hurricanes Harvey, Irma, and Maria.

  o **Data Analytics Engine (DA-E):** NPPD requested help monitoring social media for emergent threats and augmenting situation awareness for public health and critical infrastructure. DA-E adapted an existing tool to provide automated, real-time monitoring of social media data related to public health, dams, electricity, oil and natural gas, and water. The tool was transitioned within days to NPPD.

  o **Flood Apex Program:** S&T develops better investment strategies to prepare for, respond to, recover from and mitigate against flood hazards. Tools produced from the Flood Apex program, including Historical Observed Flood Extent, were used during Hurricanes Harvey, Irma, and Maria in Texas, Southern Florida, Puerto Rico, and U.S. Virgin Islands. In addition FEMA used digitized building structure outlines delivered by Flood Apex to rapidly perform over 115,000 damage assessments and expedite assistance claims. Flood modeling assisted in providing resources to most impacted areas and expedited flood insurance claims.

o **University Program Center of Excellence, Coastal Resilience Center (CRC)**: CRC provided storm surge and coastal flooding forecasts to USCG to assist with its evacuation planning efforts that allowed continued assistance throughout the hurricane season by relocating its Field Operations Center.

o **Datacasting**: Datacasting enables voice and video communications to be transmitted via digital and other lines when commonly-used methods (e.g., cell towers) are down. S&T provided real-time video feeds to first responders in select areas of Houston during Hurricane Harvey.

o **ATAK**: Five DHS components used ATAK in their hurricane response efforts: CBP, ICE/HSI, USSS, USCG, and FEMA. During Hurricane Maria, more than 260 devices provided situational awareness to National Guard and DHS First Responders and Relief Teams, enabling 38 air drops that delivered 169,000 lbs. of food and water to families across Puerto Rico.

- **Vehicle Forensics**: S&T finalized development of and transitioned iVe, a tool to forensically acquire data from vehicles seized during law enforcement investigations. The tool, which covers over 5,200 vehicle models, provides law enforcement with access to essential digital evidence such as call logs, GPS data, and SMS messages. iVe is commercially available and used by over 250 law enforcement agencies.

- **Polar Icebreaker Acquisition Support:** To ensure the USCG polar icebreaker fleet can continue to meet user needs in the harsh Polar Regions, the Capability Development Support Group established a Polar Icebreaker Acquisition Team and implemented an innovative approach by being the first to use an International Cooperative Activity Agreement to support a major DHS acquisition. Leveraging the agreement with Defense Research and Development Canada, S&T was able to broker USCG access to the Canadian National Research Council ice laboratory, and its world-class model test facilities, which will accelerate acquisition and reduce costs. Based on analysis from the initial model test and evaluation, USCG has modified its design requirements for the polar icebreaker to achieve maximum in-ice maneuverability coupled with significant power savings.

## BUDGET REQUEST
*Dollars in Thousands*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | 485 | $311,122 | 455 | $254,618 | 431 | $271,803 | (24) | $17,185 |
| Research and Development | - | $470,624 | - | $372,706 | - | $311,480 | - | ($61,226) |
| **Net Discretionary** | **485** | **$781,746** | **455** | **$627,324** | **431** | **$583,283** | **(24)** | **($44,041)** |
| **Gross Discretionary** | **485** | **$781,746** | **455** | **$627,324** | **431** | **$583,283** | **(24)** | **($44,041)** |
| **Total Budget Authority** | **485** | **$781,746** | **455** | **$627,324** | **431** | **$583,283** | **(24)** | **($44,041)** |
| Less prior year Rescissions | - | ($7,500) | - | - | - | - | - | - |
| **Total** | **485** | **$774,246** | **455** | **$627,324** | **431** | **$583,283** | **(24)** | **($44,041)** |

The FY17 Enactment included a permissive transfer of up to $2M from the Office of Health (OHA) to the Science and Technology Directorate R&D PPA for the purpose of advancing early detection capabilities related to a bioterrorism event. However, the funds were not transferred to S&T.

## FY 2019 Highlights:

- **Opioid/Fentanyl Detection**………………………………..…..…….. **$7.0M, 0 FTE**

  This project develops cost-effective detection systems to rapidly collect and exploit information useful for detecting opioids and fentanyls. Specifically, this project will pursue rapid prototyping and operational utility assessment of each prototype for the two most challenging operational scenarios: air and land border Ports of Entry (POE) and international mail handling facilities.  This effort will be conducted in close partnership with CBP Office of Field Operations for development, operational assessment, and testing of the prototype systems.

- **Ports of Entry (POE) Based Technologies**………………………..…..……**$2.5M, 0 FTE**

  This project develops software and hardware upgrades for the legacy cargo scanning units, infusing state-of-the-art technology to enhance detection performance and extend service life, and prototypes non-intrusive scanning capabilities. This project also provides CBP with the capability to detect the transport of contraband and counterfeit merchandise at POEs. This project develops technologies for collecting additional cargo security data and methods for transforming cargo security data into actionable information. This improved targeting leads to a higher probability of detecting illegal or hazardous materials in cargo, while expediting the delivery of legitimate cargo.

Science and Technology Directorate

**FY 2019 Transfers and Major Decreases:**

- **National Bio and Agro-Defense Facility (NBAF)**…………………….......( **$42.0M, 0 FTE**)

  The Budget proposes to transfer operational responsibility of NBAF to USDA, who will ultimately operate the laboratory facility as part of its national agricultural bioresearch laboratories. USDA may begin to establish its operational policies, processes, and procedures for NBAF to reach initial operating capability. S&T will complete construction of the facility. NBAF will be a state-of-the-art, biocontainment laboratory for the study of diseases that threaten both America's animal agricultural industry, and public health.

- **Cyber Security Programs** ….….…………………………...………........(**$54.2M, 0 FTE**)

  Conducts and supports RDT&E and transition for advanced cybersecurity and information assurance technologies to secure the Nation's current and future cyber and critical infrastructures. The program funding of $46.2 million will be transferred to NPPD, which has primary responsibility for civilian network cybersecurity. The Budget also proposes to eliminate DHS's Cyber.gov program, a program decrease of $8.0 million.

- **University Programs (UP)**…………………………………….…….....…(**$7.9M, 0 FTE**)

  UP engages academia to conduct research and development activities to provide critical homeland security tools, technologies, training, and talent. The Budget proposes to eliminate two current Centers of Excellence (COEs) as outlined below:

  o *Center for Awareness and Localization of Explosives-Related Threats (ALERT):* This Center conducts transformational research, technology development, and education initiatives for effective characterization, detection, and response to the explosives-related threats facing the country and the world.

  o *Coastal Resilience Center (CRC):* This Center conducts research and education to enhance the Nation's ability to safeguard people, infrastructure, and economies from natural hazards such as floods and hurricanes. It also considers the impact of future climate trends on coastal resilience.

# COUNTERING WEAPONS OF MASS DESTRUCTION OFFICE

**Description:**

The Countering Weapons of Mass Destruction Office's (CWMD) primary objective is to support the President's National Security Strategy by leading the Department's efforts to develop and enhance programs and capabilities that defend against WMD, and to combat bio-threats and pandemics. CWMD will give our frontline defenders—including homeland security, law enforcement, and intelligence professionals—the tools and resources needed to stop terrorist acts before they take place. CWMD's mission focus is to close gaps and reduce the risk of terrorism by detecting and disrupting WMD and its pathways to the United States.

| *At a Glance* |
|---|
| *Senior Leadership:* *James McDonnell, Acting Assistant Secretary* |
| *Established: 2017* |
| *Major Divisions: Immediate office of the Assistant Secretary, Strategic Planning and Analysis, Operations and Support, Systems Support, Enterprise Services* |
| ***Budget Request:*** **$429,266,000** |
| *Employees (FTE):* 232 |

The CWMD Office supports the Department of Homeland Security and partners' frontline operations, and addresses critical vulnerabilities in preventing, protecting against, responding to, and mitigating nuclear, chemical, radiological, and biological, threats and incidents. Further, the CWMD office leads departmental emerging infectious disease preparedness and response activities.

The CWMD Office was established in December of 2017 to elevate and focus the CWMD missions within DHS, and to provide a focal point for interagency WMD counterterrorism. The danger from hostile state and non-state actors who are trying to acquire nuclear, chemical, radiological, and biological weapons is increasing. The CWMD Office serves as the Department's representative at domestic, interagency, and international venues related to CWMD strategy, policy, planning, investment, acquisition, and joint operational matters.

**Responsibilities:**

Deter, Detect and Disrupt WMD: Along pathways, at the borders, and within the continental U.S., CWMD professionals will bolster efforts to detect nuclear, chemical, radiological, and biological agents and keep them from being used against the U.S. or U.S. interests. CWMD will also better integrate intelligence, law enforcement, and emergency management operations to ensure that frontline defenders have the right information and capabilities to respond to WMD threats from state and non-state actors.

Enhance Counter-proliferation Measures: Building on decades of initiatives, CWMD will contribute to measures to secure, eliminate, and prevent the spread of WMD, and related materials, their delivery systems, technologies, and knowledge to reduce the chance that they might fall into the hands of hostile actors.

Combat Biothreats and Pandemics: Biological incidents have the potential to cause catastrophic loss of life. Biological threats to the United States—whether as the result of deliberate attack, accident, or a natural outbreak—are growing and require actions to address them at their source.

Countering Weapons of Mass Destruction Office

Advancements in life sciences that benefit our health, economy, and society also open up new avenues to actors who want to cause harm. The CWMD Office is exploring enhancements to current bio-detection technologies with the goal of identifying new technology that can reduce capability gaps in biological detection.

Promote Resilience: The CWMD Office focuses DHS efforts to prepare the Nation for those threats and hazards that pose the greatest risk to the security of the Nation – including pandemic and infectious disease, and nuclear, chemical, radiological, and biological threats. CWMD integrates the policy, planning, analysis, coordination, CWMD research and development, and capacity building functions of the Department, in order to better support the needs of DHS front-line operators, other Federal departments and agencies, First Responders, and state, local, and private sector partners who are critical to CWMD missions. The CWMD Office is responsible for understanding and anticipating WMD threats and advancing materiel and non-materiel solutions to enhance national CWMD preparedness against these threats. Persistent stakeholder engagement ensures transition and integration of capability by appropriate organizations at all levels.

### Service to the Public:

The CWMD Office exists to directly support the operators who protect the Nation from terrorism by deterring, detecting, and disrupting WMD. It does so by developing, acquiring, and deploying detection technologies; supporting operational law enforcement; protecting the Nation against chemical and biological health impacts from both terrorist and naturally occurring events; integrating technical forensics programs, and advancing the state-of-the-art in forensics technologies. The CWMD Office provides guidance for first responders and serves as the department interface with state and local health and medical community partners in dealing with WMD threats.



*Radiation detection systems protecting US borders.*

To address gaps in the implemented CWMD architectures and dramatically improve the performance of nuclear, chemical, radiological, and biological detection and forensic technologies, the CWMD Office also invests in basic and applied research to identify, explore, develop, and demonstrate new and innovative technologies. In addition, CWMD seeks to improve the effectiveness of deployed technology through improved operational concepts. The CWMD Office collaborates continually with Federal, state, local, tribal, and territorial partners, to ensure that detection capabilities provide the greatest level of protection possible to the public through multiple layers of defense.

Countering Weapons of Mass Destruction Office



CWMD coordinates with interagency partners on research and development requirements and, as necessary, conducts periodic risk assessments for WMD threats. CWMD programs help build connections between current and emerging health and medical issues, and contributes to CWMD risk and decision analysis.  CWMD ensures that research and development funding is allocated consistent with CWMD operational requirements and priorities.

*Bio-detection sample exercise.*

## BUDGET REQUEST
### *(Dollars in Thousands)*

| | 2017 Enacted | | 2018 President's Budget | | 2019 President's Budget | | 2018 - 2019 Total Changes | |
|---|---|---|---|---|---|---|---|---|
| | FTE | $000 | FTE | $000 | FTE | $000 | FTE | $000 |
| Operations and Support | - | - | - | - | 232 | $209,264 | 232 | $209,264 |
| Procurement Construction and Improvements | - | - | - | - | - | $74,896 | - | $74,896 |
| Research and Development | - | - | - | - | - | $80,443 | - | $80,443 |
| Federal Assistance | - | - | - | - | - | $64,663 | - | $64,663 |
| **Net Discretionary** | **-** | **-** | **-** | **-** | **232** | **$429,266** | **232** | **$429,266** |
| **Total Budget Authority** | **-** | **-** | **-** | **-** | **232** | **$429,266** | **232** | **$429,266** |
| Less prior year Rescissions | - | - | - | - | - | - | - | - |
| **Total** | **-** | **-** | **-** | **-** | **232** | **$429,266** | **232** | **$429,266** |

Note: Budget reflects functions transferred from legacy organizations, with the workforce health program transferred to the Management Directorate's Office of the Chief Human Capital Officer (OCHCO).

## FY 2019 Highlights:

- **Operations and Support (O&S)**………........................................................$209.3M, 232 FTE

  O&S funding supports the development of CWMD capabilities through strategic planning and analysis, assisting DHS operational components and other agencies in defining requirements necessary to achieve their mission, and the procurement, testing, and evaluation of CWMD equipment. The account provides resources for strategically sourced materials and services, as well as equipment supporting DHS Operational Components and State & Local activities.  Additionally, O&S funding provides for the day-to-day operation of the CWMD organization.

Countering Weapons of Mass Destruction Office

- **Asset and Infrastructure Acquisition (PC&I) …………………………..$74.9M, 0 FTE**

  PC&I appropriation supports capital investments of detection equipment that supports operational partners.  Funding for FY2019 supports the acquisition and deployment of enhanced Radiation Portal Monitors to begin recapitalization, and other programs to support scanning of cargo entering the Nation.  CWMD will utilize an integrated life cycle approach in the management of these systems and can achieve cost efficiencies through centralized purchases.

- **CWMD Research and Development (R&D)....................................................$80.4M, 0 FTE**

  Funding supports research and development that will be used to explore and develop new technologies to address detection technology capability to improve the performance of detection systems, or reduce the operational burden of detection systems in the field.  CWMD will work closely with operational customers to ensure the effective transition of new technologies to the field.

- **Federal Assistance (FA) Capability Building………………..…………..$64.7M, 0 FTE**

  Funding for CWMD FA will be used to support programs that work with Federal, state, local, territorial, and tribal (FSLTT) and international partners to support the detection mission and deter terrorist use of WMD against the nation.  FSLTT support is focused on detecting devices or materials prior to their entry into the United States and to also provide detection capability to partners to maximize probability of an encounter prior to WMD materials reaching potential targets.

# DHS Resource Table

| Department of Homeland Security Total Budget Authority | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Office of the Secretary and Executive Management** | **631** | **585** | **137,034** | **609** | **567** | **130,307** | **615** | **566** | **128,860** |
| **Operations and Support** | **631** | **585** | **137,034** | **609** | **567** | **130,307** | **615** | **566** | **128,860** |
| Office of the Secretary..................................................... | 70 | 69 | 18,632 | 69 | 68 | 18,043 | 69 | 68 | 17,874 |
| Office of Policy............................................................... | 186 | 175 | 37,461 | 180 | 169 | 36,837 | 168 | 157 | 34,683 |
| Office of Public Affairs.................................................. | 27 | 25 | 5,000 | 26 | 24 | 5,143 | 26 | 24 | 5,085 |
| Office of Legislative Affairs........................................... | 28 | 26 | 5,080 | 27 | 25 | 5,056 | 27 | 25 | 4,992 |
| Office of Partnership and Engagement............................ | 54 | 47 | 15,206 | 48 | 45 | 12,603 | 48 | 45 | 12,656 |
| Office of General Counsel............................................... | 91 | 81 | 19,298 | 89 | 79 | 18,501 | 105 | 88 | 19,463 |
| Office for Civil Rights and Civil Liberties..................... | 102 | 96 | 22,571 | 99 | 93 | 20,679 | 101 | 95 | 20,825 |
| Office of the Citizenship and Immigration Services Ombudsman........ | 30 | 27 | 5,935 | 29 | 26 | 5,944 | 29 | 26 | 5,879 |
| Privacy Office................................................................. | 43 | 39 | 7,851 | 42 | 38 | 7,501 | 42 | 38 | 7,403 |
| Discretionary - Appropriation | 631 | 585 | 137,034 | 609 | 567 | 130,307 | 615 | 566 | 128,860 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (73) | | | | | | - |
| Adjusted Discretionary - Appropriation | 631 | 585 | 136,961 | 609 | 567 | 130,307 | 615 | 566 | 128,860 |
| Net Discretionary | 631 | 585 | 137,034 | 609 | 567 | 130,307 | 615 | 566 | 128,860 |
| Adjusted Net Discretionary | 631 | 585 | 136,961 | 609 | 567 | 130,307 | 615 | 566 | 128,860 |
| **Management Directorate** | **1,816** | **1,668** | **673,624** | **2,070** | **2,015** | **768,664** | **2,119** | **1,883** | **1,083,318** |
| **Operations and Support** | **1,816** | **1,668** | **597,817** | **2,070** | **2,015** | **696,131** | **2,119** | **1,883** | **834,704** |
| Immediate Office of the Under Secretary of Management........ | 19 | 12 | 3,564 | 31 | 24 | 6,867 | 31 | 28 | 7,730 |
| Office of the Chief Readiness Support Officer................. | 103 | 94 | 54,275 | 123 | 120 | 70,900 | 123 | 109 | 90,413 |
| Office of the Chief Human Capital Officer...................... | 208 | 191 | 39,026 | 293 | 270 | 56,852 | 330 | 290 | 107,606 |
| Office of the Chief Security Officer................................ | 257 | 247 | 63,102 | 313 | 298 | 74,963 | 322 | 293 | 78,868 |
| Office of the Chief Procurement Officer.......................... | 558 | 495 | 98,076 | 536 | 533 | 102,615 | 536 | 476 | 103,197 |
| Office of the Chief Financial Officer............................... | 270 | 257 | 53,700 | 279 | 275 | 66,369 | 273 | 241 | 64,873 |
| Office of the Chief Information Officer............................ | 401 | 372 | 286,074 | 495 | 495 | 317,565 | 504 | 446 | 382,017 |
| **Procurement, Construction, and Improvements** | - | | **73,307** | - | | **69,988** | - | | **246,069** |
| Construction and Facility Improvements.......................... | | | 13,253 | | | - | | | 171,149 |
| Mission Support Assets and Infrastructure....................... | | | 60,054 | | | 69,988 | | | 74,920 |
| **Research and Development** | - | | **2,500** | - | | **2,545** | - | | **2,545** |
| Discretionary - Appropriation | 1,816 | 1,668 | 673,624 | 2,070 | 2,015 | 768,664 | 2,119 | 1,883 | 1,083,318 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (3,074) | | | | | | - |
| Adjusted Discretionary - Appropriation | 1,816 | 1,668 | 670,550 | 2,070 | 2,015 | 768,664 | 2,119 | 1,883 | 1,083,318 |
| Net Discretionary | 1,816 | 1,668 | 673,624 | 2,070 | 2,015 | 768,664 | 2,119 | 1,883 | 1,083,318 |
| Adjusted Net Discretionary | 1,816 | 1,668 | 670,550 | 2,070 | 2,015 | 768,664 | 2,119 | 1,883 | 1,083,318 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Analysis and Operations** | **845** | **818** | **263,551** | **885** | **837** | **252,405** | **878** | **841** | **253,253** |
| **Operations and Support** | **845** | **818** | **263,551** | **885** | **837** | **252,405** | **878** | **841** | **253,253** |
| Discretionary - Appropriation | 845 | 818 | 263,551 | 885 | 837 | 252,405 | 878 | 841 | 253,253 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (476) | | | | | | |
| Adjusted Discretionary - Appropriation | 845 | 818 | 263,075 | 885 | 837 | 252,405 | 878 | 841 | 253,253 |
| Net Discretionary | 845 | 818 | 263,551 | 885 | 837 | 252,405 | 878 | 841 | 253,253 |
| Adjusted Net Discretionary | 845 | 818 | 263,075 | 885 | 837 | 252,405 | 878 | 841 | 253,253 |
| **Office of Inspector General** | **854** | **854** | **175,000** | **720** | **720** | **133,974** | **715** | **715** | **138,369** |
| **Operations and Support** | **854** | **854** | **175,000** | **720** | **720** | **133,974** | **715** | **715** | **138,369** |
| Discretionary - Appropriation | 854 | 854 | 175,000 | 720 | 720 | 133,974 | 715 | 715 | 138,369 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (112) | | | | | | |
| Adjusted Discretionary - Appropriation | 854 | 854 | 174,888 | 720 | 720 | 133,974 | 715 | 715 | 138,369 |
| Net Discretionary | 854 | 854 | 175,000 | 720 | 720 | 133,974 | 715 | 715 | 138,369 |
| Adjusted Net Discretionary | 854 | 854 | 174,888 | 720 | 720 | 133,974 | 715 | 715 | 138,369 |
| Gross Discretionary | 854 | 854 | 175,000 | 720 | 720 | 133,974 | 715 | 715 | 138,369 |
| FEMA Disaster Relief to OIG Transfer | | | | | | 24,000 | | | 24,000 |
| Adjusted Gross Discretionary | 854 | 854 | 174,888 | 720 | 720 | 157,974 | 715 | 715 | 162,369 |
| **U.S. Customs and Border Protection** | **63,103** | **58,733** | **14,439,714** | **64,291** | **59,562** | **16,327,340** | **65,470** | **60,646** | **16,690,317** |
| **Operations and Support** | **52,000** | **47,630** | **11,175,449** | **51,189** | **46,460** | **11,592,341** | **52,368** | **47,544** | **12,119,643** |
| Mission Support | 4,950 | 4,232 | 1,618,023 | 5,485 | 4,910 | 1,767,185 | 5,662 | 5,121 | 1,841,577 |
| Enterprise Services | 3,607 | 3,001 | 1,348,591 | 4,071 | 3,555 | 1,460,254 | 4,183 | 3,684 | 1,508,632 |
| Office of Professional Responsibility | 723 | 639 | 175,524 | 699 | 660 | 204,679 | 735 | 721 | 224,871 |
| Executive Leadership and Oversight | 620 | 592 | 93,908 | 715 | 695 | 102,252 | 744 | 716 | 108,074 |
| Border Security Operations | 22,847 | 21,087 | 4,340,443 | 23,645 | 21,232 | 4,536,101 | 24,528 | 21,924 | 4,779,107 |
| US Border Patrol | 22,618 | 20,911 | 4,286,222 | 23,416 | 21,005 | 4,458,589 | 24,299 | 21,697 | 4,696,844 |
| Operations | 22,618 | 20,911 | 3,715,004 | 23,416 | 21,005 | 3,787,694 | 24,299 | 21,697 | 3,987,892 |
| Assets and Support | | | 571,218 | | | 670,895 | | | 708,952 |
| Office of Training and Development | 229 | 176 | 54,221 | 229 | 227 | 77,512 | 229 | 227 | 82,263 |
| Trade and Travel Operations | 21,450 | 19,874 | 4,185,163 | 19,084 | 17,719 | 4,210,817 | 19,190 | 17,807 | 4,387,371 |
| Office of Field Operations | 20,323 | 18,846 | 3,942,479 | 17,873 | 16,565 | 3,900,330 | 17,979 | 16,618 | 4,067,985 |
| Domestic Operations | 19,107 | 17,434 | 2,734,840 | 16,071 | 15,051 | 2,681,171 | 16,071 | 15,051 | 2,780,958 |
| International Operations | 703 | 768 | 131,425 | 940 | 652 | 142,272 | 940 | 652 | 156,669 |
| Targeting Operations | 513 | 644 | 174,233 | 862 | 862 | 236,572 | 968 | 915 | 253,492 |
| Assets and Support | | | 901,981 | | | 840,315 | | | 876,866 |
| Office of Trade | 891 | 859 | 192,330 | 1,005 | 954 | 263,301 | 1,005 | 989 | 272,118 |
| Office of Training and Development | 236 | 169 | 50,354 | 206 | 200 | 47,186 | 206 | 200 | 47,268 |
| Integrated Operations | 2,753 | 2,437 | 1,031,820 | 2,975 | 2,599 | 1,078,238 | 2,988 | 2,692 | 1,111,588 |
| Air and Marine Operations | 1,798 | 1,630 | 837,749 | 1,898 | 1,748 | 877,365 | 1,920 | 1,817 | 887,253 |
| Operations | 1,553 | 1,465 | 266,764 | 1,653 | 1,516 | 311,136 | 1,675 | 1,585 | 310,176 |
| Assets and Support | | | 525,847 | | | 520,046 | | | 531,231 |
| Air and Marine Operations Center | 245 | 165 | 45,138 | 245 | 232 | 46,183 | 245 | 232 | 45,846 |

| Department of Homeland Security Total Budget Authority | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Office of International Affairs.................................... | 154 | 168 | 36,513 | 170 | 168 | 39,784 | 170 | 168 | 44,244 |
| Office of Intelligence............................................... | 323 | 271 | 58,492 | 391 | 268 | 50,984 | 391 | 301 | 64,696 |
| Office of Training and Development........................ | | | 5,807 | | | 6,534 | | | 5,633 |
| Operations Support.................................................. | 478 | 368 | 93,259 | 516 | 415 | 103,571 | 507 | 406 | 109,762 |
| **Procurement, Construction, and Improvements** | | | **771,017** | | | **2,063,719** | | | **1,841,548** |
| Mission Support Assets and Infrastructure | | | 30,000 | | | 26,433 | | | 18,544 |
| Border Security Assets and Infrastructure............. | | | 533,042 | | | 1,715,163 | | | 1,647,304 |
| Trade and Travel Assets and Infrastructure........... | | | 71,142 | | | 109,240 | | | 44,237 |
| Integrated Operations Assets and Infrastructure..... | | | 116,058 | | | 153,108 | | | 83,241 |
| Airframes and Sensors............................. | | | 116,058 | | | 137,335 | | | 83,241 |
| Watercraft................................................ | | | | | | 3,573 | | | |
| Other Systems and Assets........................ | | | | | | 12,200 | | | |
| Operational Communications/Information Technology............ | | | | | | | | | |
| Construction and Facility Improvements................ | | | 20,775 | | | 59,775 | | | 48,222 |
| **Immigration Inspection User Fee** | **4,190** | **4,190** | **719,263** | **4,179** | **4,179** | **742,333** | **4,179** | **4,179** | **769,636** |
| **Immigration Enforcement Fines** | **5** | **5** | **654** | **5** | **5** | **664** | **5** | **5** | **676** |
| **Electronic System for Travel Authorization (ESTA) Fee** | **62** | **62** | **59,784** | **1,193** | **1,193** | **216,702** | **1,193** | **1,193** | **218,900** |
| **Land Border Inspection Fee** | **200** | **200** | **50,010** | **202** | **202** | **51,614** | **202** | **202** | **53,512** |
| **COBRA Customs Fees** | **1,575** | **1,575** | **555,952** | **2,538** | **2,538** | **573,871** | **2,538** | **2,538** | **594,978** |
| **COBRA FTA** | **1,569** | **1,569** | **250,453** | **1,287** | **1,287** | **265,536** | **1,287** | **1,287** | **265,000** |
| **Agricultural Quarantine and Inspection Fees** | **3,012** | **3,012** | **534,515** | **3,061** | **3,061** | **539,000** | **3,061** | **3,061** | **539,325** |
| **Global Entry Fee** | **96** | **96** | **155,099** | **416** | **416** | **160,073** | **416** | **416** | **165,961** |
| **Puerto Rico Trust Fund** | **264** | **264** | **82,989** | **100** | **100** | **31,941** | **100** | **100** | **31,941** |
| **Virgin Islands Deposit Fund** | **61** | **61** | **11,711** | **41** | **41** | **7,795** | **41** | **41** | **7,795** |
| **User Fee Facilities** | **69** | **69** | **9,067** | **80** | **80** | **9,314** | **80** | **80** | **8,941** |
| **Customs Unclaimed Goods** | | | **1,414** | | | **1,437** | | | **1,461** |
| **9-11 Response and Biometric Exit Account** | | | **62,337** | | | **71,000** | | | **71,000** |
| Discretionary - Appropriation | 52,000 | 47,630 | 11,946,466 | 51,189 | 46,460 | 13,656,060 | 52,368 | 47,544 | 13,961,191 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (107,226) | | | | | | |
| Adjusted Discretionary - Appropriation | 52,000 | 47,630 | 11,839,240 | 51,189 | 46,460 | 13,656,060 | 52,368 | 47,544 | 13,961,191 |
| Discretionary - Fee | 1,638 | 1,638 | 259,520 | 1,367 | 1,367 | 274,850 | 1,367 | 1,367 | 273,941 |
| Discretionary - Offsetting Fee | 96 | 96 | 155,099 | 416 | 416 | 160,073 | 416 | 416 | 165,961 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Net Discretionary | 53,638 | 49,268 | 12,205,986 | 52,556 | 47,827 | 13,930,910 | 53,735 | 48,911 | 14,235,132 |
| Adjusted Net Discretionary | 53,638 | 49,268 | 12,098,760 | 52,556 | 47,827 | 13,930,910 | 53,735 | 48,911 | 14,235,132 |
| Gross Discretionary | 53,734 | 49,364 | 12,361,085 | 52,972 | 48,243 | 14,090,983 | 54,151 | 49,327 | 14,401,093 |
| Adjusted Gross Discretionary | 53,734 | 49,364 | 12,253,859 | 52,972 | 48,243 | 14,090,983 | 54,151 | 49,327 | 14,401,093 |
| Mandatory - Fee | 9,369 | 9,369 | 2,078,629 | 11,319 | 11,319 | 2,236,357 | 11,319 | 11,319 | 2,289,224 |
| **U.S. Immigration and Customs Enforcement** | **19,776** | **19,465** | **6,770,344** | **22,573** | **20,967** | **7,942,072** | **25,892** | **23,439** | **8,816,586** |
| **Operations and Support** | **19,431** | **19,112** | **6,405,440** | **22,176** | **20,591** | **7,512,563** | **24,311** | **22,095** | **8,220,555** |
| Mission Support | 1,445 | 1,402 | 364,533 | 1,687 | 1,534 | 350,391 | 2,583 | 2,375 | 1,214,436 |
| Office of the Principal Legal Advisor | 1,499 | 1,438 | 259,000 | 1,744 | 1,703 | 282,485 | 2,082 | 1,970 | 305,443 |
| Homeland Security Investigations | 8,399 | 8,327 | 2,073,193 | 8,974 | 8,822 | 2,018,873 | 8,009 | 7,915 | 1,610,267 |
| Domestic Investigations | 7,727 | 7,655 | 1,834,017 | 8,256 | 8,116 | 1,798,095 | 7,213 | 7,169 | 1,385,777 |
| International Operations | 271 | 281 | 159,035 | 301 | 296 | 140,873 | 334 | 313 | 150,691 |
| Intelligence | 401 | 391 | 80,141 | 417 | 410 | 79,905 | 462 | 433 | 73,799 |
| Enforcement and Removal Operations | 8,088 | 7,945 | 3,708,714 | 9,771 | 8,532 | 4,860,814 | 11,637 | 9,835 | 5,112,820 |
| Custody Operations | 5,417 | 5,349 | 2,705,412 | 5,903 | 5,385 | 3,601,472 | 5,879 | 5,276 | 3,519,932 |
| Fugitive Operations | 808 | 782 | 151,795 | 1,103 | 933 | 184,668 | 1,531 | 1,253 | 255,864 |
| Criminal Alien Program | 1,517 | 1,488 | 312,350 | 2,282 | 1,836 | 412,080 | 3,530 | 2,766 | 619,109 |
| Alternatives to Detention | 268 | 268 | 183,275 | 337 | 272 | 177,700 | 419 | 334 | 184,446 |
| Transportation and Removal Program | 78 | 58 | 355,882 | 146 | 106 | 484,894 | 278 | 206 | 511,058 |
| **Procurement, Construction, and Improvements** | - | | **29,800** | - | | **52,899** | - | | **70,431** |
| Mission Support Assets and Infrastructure | | | 13,800 | | | 31,060 | | | 4,700 |
| Operational Communications/Information Technology | | | 16,000 | | | 21,839 | | | 30,859 |
| Construction and Facility Improvements | | | | | | | | | 34,872 |
| **Immigration Inspection User Fees** | | | **151,130** | | | **135,000** | | | **135,000** |
| **Breached Bond Detention Fund** | | | **53,981** | | | **55,000** | | | **55,000** |
| **Student and Exchange Visitor Program** | **345** | **353** | **129,993** | **397** | **376** | **186,610** | **397** | **376** | **128,000** |
| **Immigration Examinations Fee Account** | - | | | - | | | **1,184** | **968** | **207,600** |
| Discretionary - Appropriation | 19,431 | 19,112 | 6,435,240 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (62,106) | | | | | | |
| Adjusted Discretionary - Appropriation | 19,431 | 19,112 | 6,373,134 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Net Discretionary | 19,431 | 19,112 | 6,435,240 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Adjusted Net Discretionary | 19,431 | 19,112 | 6,373,134 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Gross Discretionary | 19,431 | 19,112 | 6,435,240 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Adjusted Gross Discretionary | 19,431 | 19,112 | 6,373,134 | 22,176 | 20,591 | 7,565,462 | 24,311 | 22,095 | 8,290,986 |
| Mandatory - Fee | 345 | 353 | 335,104 | 397 | 376 | 376,610 | 1,581 | 1,344 | 525,600 |

| Department of Homeland Security<br>Total Budget Authority | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Transportation Security Administration** | 56,465 | 53,924 | 7,771,340 | 55,460 | 52,956 | 7,582,228 | 55,965 | 53,637 | 7,726,058 |
| **Operations and Support** | 56,277 | 53,747 | 7,310,247 | 55,460 | 52,956 | 7,258,724 | 55,965 | 53,637 | 7,315,835 |
| Mission Support | 1,915 | 1,702 | 945,840 | 1,911 | 1,645 | 869,258 | 1,902 | 1,636 | 907,133 |
| Aviation Screening Operations | 51,022 | 48,926 | 4,751,716 | 50,507 | 48,436 | 4,822,911 | 51,038 | 49,155 | 4,888,479 |
| Screening Workforce | 47,147 | 45,236 | 3,638,225 | 45,377 | 43,474 | 3,536,705 | 45,892 | 44,178 | 3,591,903 |
| Screening Partnership Program | 10 | 10 | 177,982 | 10 | 10 | 175,580 | 10 | 10 | 181,382 |
| Screener Personnel, Compensation, and Benefits | 46,908 | 45,003 | 3,221,124 | 45,087 | 43,190 | 3,128,064 | 45,585 | 43,877 | 3,191,783 |
| Screener Training and Other | 229 | 223 | 239,119 | 280 | 274 | 233,061 | 297 | 291 | 218,738 |
| Airport Management | 2,919 | 2,773 | 572,967 | 3,902 | 3,777 | 643,797 | 3,918 | 3,792 | 647,541 |
| Canines | 652 | 635 | 153,969 | 698 | 698 | 151,764 | 698 | 698 | 152,226 |
| Screening Technology Maintenance | | | 284,834 | 183 | 162 | 387,882 | 183 | 162 | 382,927 |
| Secure Flight | 304 | 282 | 101,721 | 347 | 325 | 102,763 | 347 | 325 | 113,882 |
| Other Operations and Enforcement | 3,340 | 3,119 | 1,612,691 | 3,042 | 2,875 | 1,566,555 | 3,025 | 2,846 | 1,520,223 |
| Inflight Security | 38 | 36 | 825,226 | 38 | 36 | 823,419 | 38 | 36 | 798,749 |
| Federal Air Marshals | | | 802,953 | | | 803,905 | | | 779,210 |
| Federal Flight Deck Officer and Crew Training | 38 | 36 | 22,273 | 38 | 36 | 19,514 | 38 | 36 | 19,539 |
| Aviation Regulation | 1,083 | 1,035 | 218,296 | 1,085 | 1,032 | 173,535 | 1,067 | 1,014 | 171,905 |
| Air Cargo | 640 | 607 | 94,682 | 640 | 611 | 102,721 | 642 | 613 | 103,572 |
| Intelligence and TSOC | 444 | 399 | 80,820 | 429 | 404 | 79,790 | 427 | 402 | 79,524 |
| Surface Programs | 806 | 754 | 122,716 | 520 | 477 | 86,316 | 447 | 392 | 73,818 |
| Vetting Programs | 329 | 288 | 270,951 | 330 | 315 | 300,774 | 404 | 389 | 292,655 |
| Vetting Operations | 129 | 118 | 65,751 | 133 | 122 | 60,215 | 134 | 123 | 52,770 |
| TWIC Fee | 43 | 42 | 88,314 | 46 | 45 | 64,449 | 60 | 59 | 65,535 |
| Hazardous Materials Endorsement Fee | 35 | 34 | 21,083 | 38 | 37 | 20,200 | 41 | 40 | 18,500 |
| General Aviation at DCA Fee | 5 | 5 | 400 | 5 | 5 | 560 | 6 | 6 | 700 |
| Commercial Aviation and Airports Fee | | | 6,500 | | | 8,000 | | | 8,000 |
| Other Security Threat Assessments Fee | | | 50 | | | 50 | | | 50 |
| Air Cargo/Certified Cargo Screening Program Fee | 11 | 11 | 3,500 | 11 | 11 | 5,200 | 14 | 14 | 5,000 |
| TSA Precheck Fee | 82 | 54 | 80,153 | 82 | 80 | 136,900 | 132 | 130 | 136,900 |
| Alien Flight School  Fee | 24 | 24 | 5,200 | 15 | 15 | 5,200 | 17 | 17 | 5,200 |
| **Procurement, Construction, and Improvements** | **188** | **177** | **456,093** | - | | **303,314** | - | | **389,629** |
| Aviation Screening Infrastructure | 183 | 172 | 420,410 | | | 287,023 | | | 359,789 |
| Checkpoint Support | 60 | 57 | 111,079 | | | 4,019 | | | 74,422 |
| Checked Baggage | 123 | 115 | 59,331 | | | 33,004 | | | 35,367 |
| Aviation Security Capital Fund (mandatory) | | | 250,000 | | | 250,000 | | | 250,000 |
| Infrastructure for Other Operations | 5 | 5 | 35,683 | | | 16,291 | | | 29,840 |
| Air Cargo | 5 | 5 | 14,383 | | | | | | |
| Surface Programs | | | 15,000 | | | | | | |
| Vetting Programs | | | 6,300 | | | 16,291 | | | 29,840 |
| Mission Support Assets and Infrastructure | | | | | | | | | |
| **Research and Development** | - | | **5,000** | - | | **20,190** | - | | **20,594** |
| Discretionary - Appropriation | 56,265 | 53,754 | 7,316,140 | 55,263 | 52,763 | 7,091,669 | 55,695 | 53,371 | 7,236,173 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (121,502) | | | | | | |
| Adjusted Discretionary - Appropriation | 56,265 | 53,754 | 7,194,638 | 55,263 | 52,763 | 7,091,669 | 55,695 | 53,371 | 7,236,173 |

| Department of Homeland Security Total Budget Authority | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Discretionary - Offsetting Fee | 176 | 146 | 200,000 | 182 | 178 | 235,359 | 253 | 249 | 234,685 |
| September 11 Security Fee | - | | (2,130,000) | - | | (2,916,000) | | | (3,106,057) |
| Net Discretionary | 56,265 | 53,754 | 5,186,140 | 55,263 | 52,763 | 4,175,669 | 55,695 | 53,371 | 4,130,116 |
| Adjusted Net Discretionary | 56,265 | 53,754 | 5,064,638 | 55,263 | 52,763 | 4,175,669 | 55,695 | 53,371 | 4,130,116 |
| Gross Discretionary | 56,441 | 53,900 | 7,516,140 | 55,445 | 52,941 | 7,327,028 | 55,948 | 53,620 | 7,470,858 |
| Adjusted Gross Discretionary | 56,441 | 53,900 | 7,394,638 | 55,445 | 52,941 | 7,327,028 | 55,948 | 53,620 | 7,470,858 |
| Mandatory - Appropriation | | | 250,000 | | | 250,000 | | | 250,000 |
| Mandatory - Fee | 24 | 24 | 5,200 | 15 | 15 | 5,200 | 17 | 17 | 5,200 |
| **U.S. Coast Guard** | **49,917** | **50,072** | **10,670,895** | **50,147** | **48,550** | **10,673,010** | **50,256** | **48,643** | **11,651,747** |
| **Operations and Support** | **48,452** | **48,259** | **6,916,936** | **48,677** | **47,181** | **7,213,464** | **50,141** | **48,541** | **7,792,498** |
| Military Pay and Allowances | 40,436 | 40,693 | 3,544,111 | 40,593 | 40,060 | 3,711,095 | 41,054 | 40,514 | 3,851,095 |
| Civilian Pay and Benefits | 8,016 | 7,566 | 808,969 | 8,084 | 7,121 | 851,178 | 8,646 | 7,595 | 929,385 |
| Training and Recruiting | | | 196,346 | | | 190,668 | | | 187,991 |
| Operating Funds and Unit Level Maintenance | | | 995,519 | | | 895,518 | | | 907,894 |
| Centrally Managed Accounts | | | 328,746 | | | 142,788 | | | 143,641 |
| Intermediate and Depot Level Maintenance | | | 1,043,245 | | | 1,422,217 | | | 1,442,048 |
| Reserve Training | | | | | | | 416 | 409 | 117,655 |
| Environmental Compliance and Restoration | | | | | | | 25 | 23 | 13,429 |
| Medicare-Eligible Retiree Health Care Fund Contribution | | | | | | | | | 199,360 |
| **Procurement, Construction, and Improvements** | **914** | **897** | **1,370,007** | **914** | **835** | **1,203,745** | | **-** | **1,886,750** |
| Vessels | | | 787,900 | | | 877,100 | | | 1,543,750 |
| Survey and Design - Vessels and Boats | | | 9,500 | | | 1,500 | | | 500 |
| In-Service Vessel Sustainment | | | 94,000 | | | 60,500 | | | 63,250 |
| National Security Cutter | | | 255,400 | | | 54,000 | | | 65,000 |
| Offshore Patrol Cutter | | | 75,000 | | | 500,000 | | | 400,000 |
| Fast Response Cutter | | | 325,000 | | | 240,000 | | | 240,000 |
| Cutter Boats | | | 4,000 | | | 1,000 | | | 5,000 |
| Polar Icebreaker | | | 25,000 | | | 19,000 | | | 750,000 |
| Waterways Commerce Cutter | | | | | | 1,100 | | | 5,000 |
| Polar Sustainment | | | | | | | | | 15,000 |
| Aircraft | | | 307,300 | | | 82,600 | | | 148,000 |
| HC-144 Conversion/Sustainment | | | 25,500 | | | - | | | 17,000 |
| HC-27J Conversion/Sustainment | | | 130,000 | | | 52,000 | | | 80,000 |
| HC-130J Acquisition/Conversion/Sustainment | | | 111,800 | | | 5,600 | | | - |
| HH-65 Conversion/Sustainment | | | 40,000 | | | 22,000 | | | 20,000 |
| MH-60T Sustainment | | | | | | 2,500 | | | 25,000 |
| Small Unmanned Aircraft Systems | | | | | | 500 | | | 6,000 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Other Acquisition Programs.................................................... | | | 59,355 | | | 50,800 | | | 60,000 |
| Other Equipment and Systems.................................. | | | 8,055 | | | 4,000 | | | 3,500 |
| Program Oversight and Management......................... | | | 20,000 | | | 15,000 | | | 20,000 |
| C4ISR............................................................................... | | | 24,300 | | | 22,000 | | | 23,300 |
| Coast Guard Logistics Information Management System........ | | | 7,000 | | | 9,800 | | | 13,200 |
| Shore Facilities and Aids to Navigation (ATON)........... | | | 99,519 | | | 75,000 | | | 135,000 |
| Major Shore, Housing, ATON, Survey and Design.......... | | | 44,519 | | | 10,000 | | | 30,000 |
| Major Acquisition Systems Infrastructure.................. | | | 50,000 | | | 60,000 | | | 100,000 |
| Minor Shore.................................................................... | | | 5,000 | | | 5,000 | | | 5,000 |
| Personnel and Related Support Costs................................. | 914 | 897 | 115,933 | 914 | 835 | 118,245 | - | | - |
| **Research and Development** | **96** | **96** | **36,319** | **96** | **83** | **18,641** | **96** | **83** | **19,109** |
| **Environmental Compliance and Restoration** | **25** | **24** | **13,315** | **25** | **23** | **13,397** | - | | - |
| **Reserve Training** | **416** | **416** | **112,302** | **416** | **409** | **114,875** | - | | - |
| **Medicare-Eligible Retiree Health Care Fund Contribution** | - | | **175,506** | - | | **195,784** | - | | - |
| **Retired Pay** | - | | **1,666,940** | - | | **1,690,824** | - | | **1,734,844** |
| **Boat Safety** | **14** | **14** | **113,049** | **19** | **19** | **118,416** | **19** | **19** | **114,682** |
| **Maritime Oil Spill Program** | - | | **101,000** | - | | **101,000** | - | | **101,000** |
| **Funds** | - | | **2,829** | - | | **2,864** | - | | **2,864** |
| General Gift Fund................................................................ | | | 2,829 | | | 2,864 | | | 2,864 |
| Yard Fund............................................................................. | | | | | | - | | | |
| Supply Fund.......................................................................... | | | | | | - | | | |
| **Overseas Contingency Operations (OCO)/Global War on Terrorism** | - | | **366** | **162,692** | | | | | |
| Discretionary - Appropriation | 49,903 | 49,692 | 8,624,385 | 50,128 | 48,531 | 8,759,906 | 50,237 | 48,624 | 9,698,357 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (88,208) | | | (12,400) | | | |
| Adjusted Discretionary - Appropriation | 49,903 | 49,692 | 8,536,177 | 50,128 | 48,531 | 8,747,506 | 50,237 | 48,624 | 9,698,357 |
| Net Discretionary | 49,903 | 49,692 | 8,624,385 | 50,128 | 48,531 | 8,759,906 | 50,237 | 48,624 | 9,698,357 |
| Adjusted Net Discretionary | 49,903 | 49,692 | 8,536,177 | 50,128 | 48,531 | 8,747,506 | 50,237 | 48,624 | 9,698,357 |
| Gross Discretionary | 49,903 | 49,692 | 8,624,385 | 50,128 | 48,531 | 8,759,906 | 50,237 | 48,624 | 9,698,357 |
| Adjusted Gross Discretionary | 49,903 | 49,692 | 8,536,177 | 50,128 | 48,531 | 8,747,506 | 50,237 | 48,624 | 9,698,357 |
| Mandatory - Appropriation | 14 | 14 | 1,883,818 | 19 | 19 | 1,913,104 | 19 | 19 | 1,953,390 |
| Overseas Contingency Operations (OCO) | | 366 | 162,692 | | | - | | | - |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **U.S. Secret Service** | **6,772** | **6,588** | **2,310,578** | **7,150** | **6,934** | **2,208,626** | **7,600** | **7,334** | **2,416,624** |
| **Operations and Support** | **6,772** | **6,588** | **1,879,463** | **7,150** | **6,934** | **1,879,346** | **7,600** | **7,334** | **2,084,308** |
| Mission Support | 507 | 498 | 249,537 | 768 | 737 | 414,558 | 878 | 811 | 465,518 |
| Protective Operations | 2,969 | 2,932 | 782,404 | 3,312 | 3,216 | 804,475 | 3,411 | 3,386 | 879,249 |
| Protection of Persons and Facilities............... | 2,645 | 2,638 | 627,987 | 2,973 | 2,880 | 705,566 | 3,025 | 3,025 | 747,201 |
| Protective Countermeasures................... | 118 | 93 | 58,193 | 118 | 118 | 46,862 | 156 | 137 | 55,309 |
| Protective Intelligence.................... | 206 | 201 | 44,490 | 221 | 218 | 47,547 | 230 | 224 | 48,239 |
| Presidential Campaigns and National Special Security Events.... | | | 51,734 | | | 4,500 | | | 28,500 |
| Field Operations | 3,092 | 2,957 | 788,015 | 2,849 | 2,762 | 596,235 | 3,073 | 2,909 | 637,687 |
| Domestic and International Field Operations..... | 3,085 | 2,950 | 768,146 | 2,841 | 2,754 | 588,653 | 3,073 | 2,909 | 627,687 |
| Support for Missing and Exploited Children Investigations... | | | 6,000 | 8 | 8 | 7,582 | | | 6,000 |
| Support for Computer Forensics Training.......... | 7 | 7 | 13,869 | | | | | | 4,000 |
| Basic and In-Service Training and Professional Development....... | 204 | 201 | 59,507 | 221 | 219 | 64,078 | 238 | 228 | 101,854 |
| | | | | | | | | | |
| **Procurement, Construction, and Improvements** | | | **163,615** | | | **64,030** | | | **64,816** |
| Protection Assets and Infrastructure | | | 53,840 | | | 39,012 | | | 52,971 |
| Operational Communications/Information Technology | | | 59,775 | | | 25,018 | | | 8,845 |
| Construction and Facility Improvements | | | 50,000 | | | | | | 3,000 |
| Mission Support Assets and Infrastructure | | | | | | | | | |
| | | | | | | | | | |
| **Research and Development** | | | **2,500** | | | **250** | | | **2,500** |
| | | | | | | | | | |
| **Contribution for Annuity Accounts** | | | **265,000** | | | **265,000** | | | **265,000** |
| | | | | | | | | | |
| Discretionary - Appropriation | 6,772 | 6,588 | 2,045,578 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (8,341) | | | | | | |
| Adjusted Discretionary - Appropriation | 6,772 | 6,588 | 2,037,237 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| | | | | | | | | | |
| Net Discretionary | 6,772 | 6,588 | 2,045,578 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| Adjusted Net Discretionary | 6,772 | 6,588 | 2,037,237 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| | | | | | | | | | |
| Gross Discretionary | 6,772 | 6,588 | 2,045,578 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| Adjusted Gross Discretionary | 6,772 | 6,588 | 2,037,237 | 7,150 | 6,934 | 1,943,626 | 7,600 | 7,334 | 2,151,624 |
| | | | | | | | | | |
| Mandatory - Appropriation | | | 265,000 | | | 265,000 | | | 265,000 |
| | | | | | | | | | |
| **National Protection and Programs Directorate** | **3,991** | **3,374** | **3,269,850** | **4,159** | **3,592** | **3,277,489** | **4,209** | **3,607** | **3,348,261** |
| **Operations and Support** | **2,389** | **1,867** | **1,372,268** | **2,557** | **2,085** | **1,455,275** | **2,607** | **2,100** | **1,470,340** |
| Mission Support | 385 | 348 | 69,408 | 435 | 349 | 87,517 | 428 | 338 | 78,103 |
| Cybersecurity | 725 | 505 | 669,414 | 743 | 579 | 720,557 | 770 | 577 | 713,055 |
| Cyber Readiness and Response............... | 369 | 263 | 196,904 | 376 | 286 | 200,965 | 396 | 290 | 224,396 |
| NCCIC Operations | 213 | 143 | 108,402 | 215 | 155 | 116,471 | 229 | 160 | 140,049 |
| NCCIC Planning and Exercises | 156 | 120 | 88,502 | 161 | 131 | 84,494 | 167 | 130 | 84,347 |
| Cyber Infrastructure Resilience........... | 45 | 27 | 44,053 | 48 | 38 | 41,943 | 48 | 37 | 30,059 |
| Cybersecurity Advisors | 27 | 12 | 12,970 | 30 | 22 | 14,693 | 30 | 23 | 6,860 |
| Enhanced Cybersecurity Services | 8 | 6 | 16,950 | 8 | 7 | 17,157 | 8 | 5 | 13,097 |
| Cybersecurity Education & Awareness | 10 | 9 | 14,133 | 10 | 9 | 10,093 | 10 | 9 | 10,102 |

| Department of Homeland Security<br>Total Budget Authority | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Federal Cybersecurity | 311 | 215 | 428,457 | 319 | 255 | 477,649 | 326 | 250 | 458,600 |
| Federal Network Resilience | 79 | 51 | 35,013 | 87 | 63 | 42,766 | 94 | 71 | 49,834 |
| Continuous Diagnostics and Mitigation | 55 | 37 | 7,565 | 55 | 40 | 93,780 | 55 | 40 | 112,089 |
| National Cybersecurity Protection System | 177 | 127 | 385,879 | 177 | 152 | 341,103 | 177 | 139 | 296,677 |
| Infrastructure Protection | 667 | 523 | 186,292 | 681 | 573 | 187,955 | 704 | 575 | 206,035 |
| Infrastucture Capacity Building | 360 | 291 | 116,735 | 374 | 318 | 115,515 | 397 | 327 | 129,182 |
| Sector Risk Management | 138 | 120 | 42,396 | 141 | 121 | 44,491 | 164 | 133 | 55,859 |
| Protective Security Advisors | 138 | 108 | 39,723 | 148 | 122 | 35,677 | 148 | 119 | 39,114 |
| Bombing Prevention | 20 | 17 | 15,070 | 20 | 19 | 14,739 | 20 | 19 | 14,752 |
| Infrastructure Information and Sensitive Data Protection | 64 | 46 | 19,546 | 65 | 56 | 20,608 | 65 | 56 | 19,457 |
| Infrastructure Security Compliance | 307 | 232 | 69,557 | 307 | 255 | 72,440 | 307 | 248 | 76,853 |
| Emergency Communications | 126 | 97 | 102,041 | 137 | 108 | 113,921 | 137 | 113 | 115,696 |
| Emergency Communications Preparedness | 96 | 71 | 44,097 | 107 | 82 | 49,966 | 107 | 87 | 51,785 |
| Priority Telecommunications Services | 30 | 26 | 57,944 | 30 | 26 | 63,955 | 30 | 26 | 63,911 |
| GETS/WPS/SRAS/TSP | 17 | 16 | 55,730 | 17 | 15 | 56,319 | 17 | 15 | 56,293 |
| Next Generation Networks Priority Services | 13 | 10 | 2,214 | 13 | 11 | 7,636 | 13 | 11 | 7,618 |
| Integrated Operations | 316 | 238 | 109,684 | 391 | 322 | 125,896 | 391 | 336 | 127,170 |
| Cyber and Infrastructure Analysis | 100 | 93 | 41,880 | 148 | 116 | 43,322 | 148 | 133 | 44,683 |
| National Infrastructure Simulation Analysis Center (NISAC) | | | 18,650 | | | 8,912 | | | 8,912 |
| Infrastructure Analysis | 100 | 93 | 23,230 | 148 | 116 | 34,410 | 148 | 133 | 35,771 |
| Critical Infrastructure Situational Awareness | 38 | 32 | 16,176 | 51 | 41 | 21,222 | 51 | 44 | 23,429 |
| Stakeholder Engagement and Requirements | 104 | 59 | 41,959 | 118 | 102 | 46,904 | 118 | 96 | 45,127 |
| Strategy, Policy, and Plans | 74 | 54 | 9,669 | 74 | 63 | 14,448 | 74 | 63 | 13,931 |
| Office of Biometric Identity Management | 170 | 156 | 235,429 | 170 | 154 | 219,429 | 177 | 161 | 230,281 |
| Identity and Screening Program Operations | 170 | 156 | 71,954 | 170 | 154 | 68,826 | 177 | 161 | 69,590 |
| IDENT/Homeland Advanced Recognition Technology Operations and Maintenance | | | 163,475 | | | 150,603 | | | 160,691 |
| **Procurement, Construction, and Improvements** | - | - | **440,035** | - | - | **335,033** | - | - | **302,964** |
| Cybersecurity | | | 299,180 | | | 241,309 | | | 235,626 |
| Continuous Diagnostics and Mitigation | | | 217,409 | | | 185,180 | | | 125,548 |
| National Cybersecurity Protection System | | | 81,771 | | | 56,129 | | | 110,078 |
| Emergency Communications | | | 88,055 | | | 48,905 | | | 42,551 |
| Next Generation Networks Priority Services | | | 88,055 | | | 48,905 | | | 42,551 |
| Biometric Identity Management | | | 52,800 | | | 40,100 | | | 20,000 |
| IDENT/Homeland Advanced Recognition Technology | | | 52,800 | | | 40,100 | | | 20,000 |
| Integrated Operations Assets and Infrastructure | | | | | | 500 | | | |
| Modeling Capability Transition Environment | | | | | | 500 | | | |
| Infrastructure Protection | | | - | | | 4,219 | | | 4,787 |
| Infrastructure Protection (IP) Gateway | | | - | | | 4,219 | | | 4,787 |
| **Research and Development** | - | - | **6,469** | - | - | **11,126** | - | - | **47,847** |
| Cybersecurity | | | 2,030 | | | 4,695 | | | 41,416 |
| Infrastructure Protection | | | 4,439 | | | 2,431 | | | 2,431 |
| Integrated Operations R&D | | | 4,439 | | | 4,000 | | | 4,000 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Federal Protective Service** | **1,602** | **1,507** | **1,451,078** | **1,602** | **1,507** | **1,476,055** | **1,602** | **1,507** | **1,527,110** |
| FPS Operations | 1,602 | 1,507 | 368,892 | 1,602 | 1,507 | 360,079 | 1,602 | 1,507 | 359,196 |
| Operating Expenses | 1,602 | 1,507 | 368,892 | 1,602 | 1,507 | 360,079 | 1,602 | 1,507 | 359,196 |
| Countermeasures | | | 1,082,186 | | | 1,115,976 | | | 1,167,914 |
| Protective Security Officers | | | 1,059,825 | | | 1,071,286 | | | 1,121,883 |
| Technical Countermeasures | | | 22,361 | | | 44,690 | | | 46,031 |
| Discretionary - Appropriation | 2,389 | 1,867 | 1,818,772 | 2,557 | 2,085 | 1,801,434 | 2,607 | 2,100 | 1,821,151 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | | | | | | | |
| Adjusted Discretionary - Appropriation | 2,389 | 1,867 | 1,818,772 | 2,557 | 2,085 | 1,801,434 | 2,607 | 2,100 | 1,821,151 |
| Discretionary - Fee | | | | | | | | | |
| Discretionary - Offsetting Fee | 1,602 | 1,507 | 1,451,078 | 1,602 | 1,507 | 1,476,055 | 1,602 | 1,507 | 1,527,110 |
| Net Discretionary | 2,389 | 1,867 | 1,818,772 | 2,557 | 2,085 | 1,801,434 | 2,607 | 2,100 | 1,821,151 |
| Adjusted Net Discretionary | 2,389 | 1,867 | 1,818,772 | 2,557 | 2,085 | 1,801,434 | 2,607 | 2,100 | 1,821,151 |
| Gross Discretionary | 3,991 | 3,374 | 3,269,850 | 4,159 | 3,592 | 3,277,489 | 4,209 | 3,607 | 3,348,261 |
| Adjusted Gross Discretionary | 3,991 | 3,374 | 3,269,850 | 4,159 | 3,592 | 3,277,489 | 4,209 | 3,607 | 3,348,261 |
| **Office of Health Affairs** | **103** | **96** | **123,548** | **103** | **96** | **111,319** | **-** | **-** | |
| **Operations and Support** | **103** | **96** | **123,548** | **103** | **96** | **111,319** | | | |
| Mission Support | 103 | 96 | 24,698 | 103 | 96 | 28,419 | | | |
| Chemical and Biological Readiness | | | 82,689 | | | 77,380 | | | |
| Health and Medical Readiness | | | 4,352 | | | 4,120 | | | |
| Integrated Operations | | | 11,809 | | | 1,400 | | | |
| Discretionary - Appropriation | 103 | 96 | 123,548 | 103 | 96 | 111,319 | | | |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (59) | | | | | | |
| Adjusted Discretionary - Appropriation | 103 | 96 | 123,489 | 103 | 96 | 111,319 | | | |
| Net Discretionary | 103 | 96 | 123,548 | 103 | 96 | 111,319 | | | |
| Adjusted Net Discretionary | 103 | 96 | 123,489 | 103 | 96 | 111,319 | | | |
| Gross Discretionary | 103 | 96 | 123,548 | 103 | 96 | 111,319 | | | |
| Adjusted Gross Discretionary | 103 | 96 | 123,489 | 103 | 96 | 111,319 | | | |
| **Federal Emergency Management Agency** | **5,302** | **9,815** | **16,231,885** | **5,351** | **9,859** | **16,111,936** | **5,373** | **10,482** | **16,071,073** |
| **Operations and Support** | **4,149** | **3,649** | **1,048,551** | **4,207** | **3,659** | **1,014,748** | **4,216** | **3,696** | **1,036,282** |
| Mission Support | 1,269 | 1,111 | 472,916 | 1,320 | 1,171 | 468,289 | 1,318 | 1,170 | 485,662 |
| Regional Operations | 1,112 | 1,008 | 157,134 | 1,112 | 978 | 156,417 | 1,112 | 987 | 158,439 |
| Mitigation | 68 | 57 | 28,213 | 85 | 73 | 36,141 | 95 | 79 | 36,011 |
| Preparedness and Protection | 526 | 454 | 146,356 | 522 | 416 | 131,981 | 523 | 431 | 132,823 |
| Response and Recovery | 1,174 | 1,019 | 243,932 | 1,168 | 1,021 | 221,920 | 1,168 | 1,029 | 223,347 |
| Response | 791 | 696 | 187,806 | 840 | 742 | 175,226 | 828 | 735 | 174,337 |
| Recovery | 383 | 323 | 56,126 | 328 | 279 | 46,694 | 340 | 294 | 49,010 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Procurement, Construction, and Improvements** | 14 | 11 | 35,273 | - | - | 89,996 | - | - | 103,349 |
| Operational Communications/Information Technology | | | 2,800 | | | 12,018 | | | 11,670 |
| Construction and Facility Improvements | | | 21,050 | | | 44,519 | | | 46,996 |
| Mission Support Assets and Infrastructure | 14 | 11 | 11,423 | | | 33,459 | | | 44,683 |
| | | | | | | | | | |
| **Federal Assistance** | 474 | 415 | 3,024,458 | 380 | 364 | 2,064,130 | 381 | 370 | 2,644,733 |
| Grants | 87 | 69 | 2,750,531 | | | 1,900,863 | | | 2,499,961 |
| State Homeland Security Grant Program | | | 467,000 | | | 349,362 | | | 349,362 |
| Urban Area Security Initiative | | | 605,000 | | | 448,844 | | | 448,844 |
| Public Transportation Security Assistance | | | 100,000 | | | 47,809 | | | 36,358 |
| Port Security Grants | | | 100,000 | | | 47,809 | | | 36,358 |
| Countering Violent Extremism | | | | | | | | | |
| Presidential Residence Protection Assistance | | | 41,000 | | | | | | |
| Assistance to Firefighters Grants | | | 345,000 | | | 344,344 | | | 344,344 |
| Staffing for Adequate Fire and Emergency Response (SAFER) Grants | | | 345,000 | | | 344,344 | | | 344,344 |
| Emergency Management Performance Grants | | | 350,000 | | | 279,335 | | | 279,335 |
| Competitive Preparedness Grants Program | | | | | | | | | 522,000 |
| Predisaster Mitigation Grant | 16 | 8 | 100,000 | | | 39,016 | | | 39,016 |
| Flood Hazard Mapping and Risk Analysis Program (RiskMAP) | 71 | 61 | 177,531 | | | | | | 100,000 |
| Emergency Food and Shelter | | | 120,000 | | | | | | |
| Education, Training, and Exercises | 387 | 346 | 273,927 | 380 | 364 | 163,267 | 381 | 370 | 144,772 |
| Center for Domestic Preparedness | 114 | 91 | 63,939 | 114 | 107 | 63,771 | 114 | 109 | 63,756 |
| Center for Homeland Defense and Security | | | 18,000 | | | 17,966 | | | |
| Emergency Management Institute | 93 | 88 | 20,569 | 86 | 85 | 18,824 | 86 | 85 | 18,876 |
| U.S. Fire Administration | 135 | 128 | 42,500 | 135 | 129 | 41,913 | 136 | 133 | 43,493 |
| National Domestic Preparedness Consortium | | | 101,000 | | | | | | |
| Continuing Training Grants | | | 8,000 | | | | | | |
| National Exercise Program | 45 | 39 | 19,919 | 45 | 43 | 20,793 | 45 | 43 | 18,647 |
| | | | | | | | | | |
| **Disaster Relief Fund** | 66 | 5,183 | 7,328,515 | 66 | 5,183 | 7,351,720 | 66 | 5,743 | 7,234,000 |
| Base Disaster Relief | 66 | 446 | 615,515 | 66 | 446 | 558,720 | 66 | 512 | 582,000 |
| Disaster Relief Category | | 4,737 | 6,713,000 | | 4,737 | 6,793,000 | | 5,231 | 6,652,000 |
| | | | | | | | | | |
| **National Flood Insurance Program** | 429 | 409 | 4,795,353 | 528 | 494 | 5,592,366 | 540 | 508 | 5,050,374 |
| Mission Support | 49 | 45 | 13,436 | 49 | 46 | 13,573 | 49 | 46 | 13,784 |
| Floodplain Management and Flood Mapping | 217 | 201 | 168,363 | 288 | 267 | 187,903 | 288 | 275 | 187,907 |
| National Flood Insurance Fund | 163 | 163 | 3,535,367 | 191 | 181 | 4,480,912 | 203 | 187 | 3,901,800 |
| National Flood Insurance Reserve Fund | | | 1,078,187 | | | 909,978 | | | 946,883 |
| | | | | | | | | | |
| **Radiological Emergency Preparedness Program** | 170 | 148 | (265) | 170 | 159 | (1,024) | 170 | 165 | (665) |
| | | | | | | | | | |
| **Disaster Assistance Direct Loan Program** | - | | | - | | | - | | 3,000 |
| | | | | | | | | | |
| Discretionary - Appropriation | 4,873 | 4,669 | 4,723,532 | 4,823 | 4,628 | 3,726,570 | 4,833 | 4,743 | 4,368,699 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (896,991) | | | (581,000) | | | (300,000) |
| Adjusted Discretionary - Appropriation | 4,873 | 4,669 | 3,826,541 | 4,823 | 4,628 | 3,145,570 | 4,833 | 4,743 | 4,068,699 |
| | | | | | | | | | |
| Discretionary - Offsetting Fee | 266 | 246 | 181,799 | 337 | 313 | 201,476 | 337 | 321 | 201,691 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Discretionary - Major Disasters (DRF) | | 4,737 | 6,713,000 | | 4,737 | 6,793,000 | | 5,231 | 6,652,000 |
| Net Discretionary | 4,873 | 4,669 | 4,723,532 | 4,823 | 4,628 | 3,726,570 | 4,833 | 4,743 | 4,368,699 |
| Adjusted Net Discretionary | 4,873 | 4,669 | 3,826,541 | 4,823 | 4,628 | 3,145,570 | 4,833 | 4,743 | 4,068,699 |
| Gross Discretionary | 5,139 | 9,652 | 11,618,331 | 5,160 | 9,678 | 10,721,046 | 5,170 | 10,295 | 11,222,390 |
| FEMA Disaster Relief to OIG Transfer | | | | | | (24,000) | | | (24,000) |
| Adjusted Gross Discretionary | 5,139 | 9,652 | 10,721,340 | 5,160 | 9,678 | 10,116,046 | 5,170 | 10,295 | 10,898,390 |
| Mandatory - Fee | 163 | 163 | 4,613,554 | 191 | 181 | 5,390,890 | 203 | 187 | 4,848,683 |
| **United States Citizenship and Immigration Services** | **18,190** | **17,291** | **4,179,364** | **18,196** | **17,296** | **4,442,039** | **19,470** | **18,498** | **4,719,570** |
| **Operations and Support** | **419** | **398** | **103,912** | **419** | **398** | **108,856** | **419** | **398** | **109,081** |
| Employment Status Verification | 419 | 398 | 103,912 | 419 | 398 | 108,856 | 419 | 398 | 109,081 |
| **Procurement, Construction, and Improvements** | - | - | **15,227** | - | | **22,657** | - | | **22,838** |
| Verification Modernization (VER) | | | 15,227 | | | 22,657 | | | 22,838 |
| **Immigration Examinations Fee Account** | **17,586** | **16,708** | **3,998,497** | **17,592** | **16,713** | **4,228,339** | **18,866** | **17,924** | **4,525,350** |
| District Operations | 8,305 | 7,890 | 1,675,716 | 8,311 | 7,895 | 1,756,407 | 9,032 | 8,580 | 1,938,508 |
| Service Center Operations | 3,556 | 3,378 | 609,367 | 3,556 | 3,378 | 649,461 | 3,806 | 3,616 | 767,263 |
| Asylum, Refugee and International Operations | 1,668 | 1,585 | 358,474 | 1,668 | 1,585 | 399,882 | 1,917 | 1,822 | 356,206 |
| Records Operations | 430 | 408 | 133,509 | 430 | 408 | 135,477 | 459 | 436 | 150,941 |
| Premium Processing (Including Transformation) | 1,430 | 1,359 | 573,976 | 1,430 | 1,359 | 620,829 | 1,293 | 1,229 | 643,423 |
| Information and Customer Services | 329 | 313 | 103,625 | 329 | 313 | 109,445 | 376 | 357 | 112,493 |
| Administration | 1,645 | 1,563 | 509,420 | 1,645 | 1,563 | 522,010 | 1,760 | 1,672 | 519,002 |
| Systematic Alien Verification for Entitlements (SAVE) | 223 | 212 | 34,410 | 223 | 212 | 34,828 | 223 | 212 | 37,514 |
| **H-1B Nonimmigrant Petitioner Account** | - | - | **15,000** | - | | **15,000** | - | | **15,000** |
| Service Center Operations | | | 15,000 | | | 15,000 | | | 15,000 |
| **Fraud Prevention and Detection Account** | **185** | **185** | **46,728** | **185** | **185** | **67,187** | **185** | **176** | **47,301** |
| District Operations | 115 | 115 | 26,789 | 115 | 115 | 45,101 | 115 | 109 | 27,178 |
| Service Center Operations | 70 | 70 | 19,631 | 70 | 70 | 21,778 | 70 | 67 | 19,815 |
| Asylum, Refugee and International Operations | - | | 308 | | | 308 | | | 308 |
| Discretionary - Appropriation | 419 | 398 | 119,139 | 419 | 398 | 131,513 | 419 | 398 | 131,919 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (626) | | | | | | |
| Adjusted Discretionary - Appropriation | 419 | 398 | 118,513 | 419 | 398 | 131,513 | 419 | 398 | 131,919 |
| Net Discretionary | 419 | 398 | 119,139 | 419 | 398 | 131,513 | 419 | 398 | 131,919 |
| CHIMP | | | (4,000) | | | (4,000) | | | (4,000) |
| Adjusted Net Discretionary | 419 | 398 | 114,513 | 419 | 398 | 127,513 | 419 | 398 | 127,919 |
| Gross Discretionary | 419 | 398 | 119,139 | 419 | 398 | 131,513 | 419 | 398 | 131,919 |
| Adjusted Gross Discretionary | 419 | 398 | 118,513 | 419 | 398 | 131,513 | 419 | 398 | 131,919 |
| Mandatory - Fee | 17,771 | 16,893 | 4,060,225 | 17,777 | 16,898 | 4,310,526 | 19,051 | 18,100 | 4,587,651 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| **Federal Law Enforcement Training Center** | **1,095** | **1,068** | **242,518** | **1,139** | **1,112** | **272,759** | **1,194** | **1,167** | **382,134** |
| **Operations and Support** | **1,095** | **1,068** | **242,518** | **1,139** | **1,112** | **272,759** | **1,194** | **1,167** | **296,557** |
| Mission Support | 223 | 217 | 28,714 | 223 | 217 | 28,034 | 230 | 224 | 28,808 |
| Law Enforcement Training | 872 | 851 | 213,804 | 916 | 895 | 244,725 | 964 | 943 | 267,749 |
| **Procurement, Construction, and Improvements** | - | - | - | - | | - | | | **85,577** |
| Construction and Facility Improvements | | | | | | | | | 85,577 |
| Construction and Facility Improvements End Items | | | | | | | | | |
| USBP Tactical Awareness Training Center | | | | | | | | | 2,064 |
| Modular Dormitories | | | | | | | | | 16,220 |
| Non-Lethal Training Ammunition (NLTA) House | | | | | | | | | 15,771 |
| Processing Center | | | | | | | | | 11,361 |
| Skid Ranges | | | | | | | | | 4,237 |
| Tactical Venues | | | | | | | | | 21,483 |
| Transportation Checkpoint | | | | | | | | | 3,265 |
| Modular Classrooms/Offices | | | | | | | | | 11,176 |
| Discretionary - Appropriation | 1,095 | 1,068 | 242,518 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (373) | | | | | | |
| Adjusted Discretionary - Appropriation | 1,095 | 1,068 | 242,145 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| Net Discretionary | 1,095 | 1,068 | 242,518 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| Adjusted Net Discretionary | 1,095 | 1,068 | 242,145 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| Gross Discretionary | 1,095 | 1,068 | 242,518 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| Adjusted Gross Discretionary | 1,095 | 1,068 | 242,145 | 1,139 | 1,112 | 272,759 | 1,194 | 1,167 | 382,134 |
| **Science and Technology Directorate** | **485** | **485** | **781,746** | **431** | **455** | **627,324** | **431** | **431** | **583,283** |
| **Operations and Support** | **485** | **485** | **311,122** | **431** | **455** | **254,618** | **431** | **431** | **271,803** |
| Mission Support | 344 | 344 | 128,788 | 324 | 334 | 119,823 | 324 | 324 | 118,732 |
| Laboratory Facilities | 141 | 141 | 133,942 | 107 | 121 | 92,243 | 107 | 107 | 110,519 |
| Acquisition and Operations Analysis | | | 48,392 | | | 42,552 | | | 42,552 |
| **Procurement, Construction, and Improvements** | - | - | - | - | | - | | | - |
| Laboratory Facilities | | | | | | | | | |
| National Bio and Agro-Defense Facility (NBAF) | | | | | | | | | |
| Laboratory Facilities End Items | | | | | | | | | |
| **Research and Development** | - | - | **470,624** | - | | **372,706** | | | **311,480** |
| Research, Development and Innovation | | | 430,124 | | | 342,982 | | | 289,734 |
| University Programs | | | 40,500 | | | 29,724 | | | 21,746 |
| Discretionary - Appropriation | 485 | 485 | 781,746 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (7,500) | | | | | | |
| Adjusted Discretionary - Appropriation | 485 | 485 | 774,246 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |
| Net Discretionary | 485 | 485 | 781,746 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |
| Adjusted Net Discretionary | 485 | 485 | 774,246 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |

**Department of Homeland Security**
**Total Budget Authority**

| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
|---|---|---|---|---|---|---|---|---|---|
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Gross Discretionary | 485 | 485 | 781,746 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |
| Adjusted Gross Discretionary | 485 | 485 | 774,246 | 431 | 455 | 627,324 | 431 | 431 | 583,283 |
| **Domestic Nuclear Detection Office** | **146** | **146** | **352,484** | **158** | **144** | **330,440** | - | - | - |
| **Operations and Support** | **146** | **146** | **50,042** | **158** | **144** | **54,664** | | | |
| Mission Support................................ | 146 | 146 | 50,042 | 158 | 144 | 54,664 | | | |
| **Procurement, Construction, and Improvements** | - | | **101,053** | | | **87,096** | | | |
| Large Scale Detection Systems.............. | | | 53,709 | | | 62,524 | | | |
| Human Portable Rad/Nuc Systems.......... | | | 47,344 | | | 24,572 | | | |
| **Research and Development** | - | | **155,061** | | | **144,161** | | | |
| Architecture Planning and Analysis........ | | | 15,072 | | | 15,937 | | | |
| Transformational Research and Development.. | | | 62,028 | | | 60,581 | | | |
| Detection Capability Development........... | | | 19,851 | | | 15,155 | | | |
| Detection Capability Assessments.......... | | | 39,272 | | | 34,127 | | | |
| Nuclear Forensics............................. | | | 18,838 | | | 18,361 | | | |
| **Federal Assistance** | - | | **46,328** | | | **44,519** | | | |
| Federal, State, Local, Territorial, and Tribal Support.. | | | 25,193 | | | 23,384 | | | |
| Securing the Cities........................... | | | 21,135 | | | 21,135 | | | |
| Discretionary - Appropriation | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | | | | | | | |
| Adjusted Discretionary - Appropriation | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| Net Discretionary | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| Adjusted Net Discretionary | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| Gross Discretionary | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| Adjusted Gross Discretionary | 146 | 146 | 352,484 | 158 | 144 | 330,440 | | | |
| **Countering Weapons of Mass Destruction** | - | - | - | - | - | - | **248** | **232** | **429,266** |
| **Operations and Support** | - | | - | | | - | **248** | **232** | **209,264** |
| Mission Support................................ | | | | | | | 248 | 232 | 83,321 |
| Capability and Operations Support.......... | | | | | | | | | 125,943 |
| **Procurement Construction and Improvements** | | | | | | | | | **74,896** |
| Assets and Infrastructure Acquisition...... | | | | | | | | | 74,896 |
| **Research and Development** | | | | | | | | | **80,443** |
| CWMD Research and Development........... | | | | | | | | | 80,443 |
| **Federal Assistance** | | | | | | | | | **64,663** |
| Capability Building........................... | | | | | | | | | 64,663 |

| Department of Homeland Security<br>Total Budget Authority | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | FY 2017 Enacted | | | FY 2018 President's Budget | | | FY 2019 President's Budget | | |
| | Pos. | FTE | $$$ | Pos. | FTE | $$$ | Pos. | FTE | $$$ |
| Discretionary - Appropriation | - | - | - | - | - | - | 248 | 232 | 429,266 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | - | | | - | | | |
| Adjusted Discretionary - Appropriation | - | - | - | - | - | - | 248 | 232 | 429,266 |
| Net Discretionary | - | - | - | - | - | - | 248 | 232 | 429,266 |
| Adjusted Net Discretionary | | | | | | | 248 | 232 | 429,266 |
| Gross Discretionary | - | - | - | - | - | - | 248 | 232 | 429,266 |
| Adjusted Gross Discretionary | | | | | | | 248 | 232 | 429,266 |
| **DEPARTMENT OF HOMELAND SECURITY** | **229,491** | **224,982** | **68,393,475** | **233,442** | **225,662** | **71,191,932** | **240,435** | **232,121** | **74,438,719** |
| Discretionary - Appropriation | 198,027 | 189,430 | 45,778,757 | 199,820 | 188,336 | 47,303,432 | 204,270 | 192,044 | 50,658,583 |
| Rescission of Prior Year Unobligated Balances (Discretionary - Appropriation) | | | (1,296,667) | | | (593,400) | | | (300,000) |
| Rescission of Prior Year Unobligated Balances (Treasury Account Forfeiture) | | | (187,000) | | | | | | |
| Total Rescissions | | | (1,483,667) | | | (593,400) | | | (300,000) |
| Adjusted Discretionary - Appropriation (Less: Rescissions) | 198,027 | 189,430 | 44,295,090 | 199,820 | 188,336 | 46,710,032 | 204,270 | 192,044 | 50,358,583 |
| Discretionary - Fee | 1,638 | 1,638 | 259,520 | 1,367 | 1,367 | 274,850 | 1,367 | 1,367 | 273,941 |
| Discretionary - Offsetting Fee | 2,140 | 1,995 | 4,117,976 | 2,537 | 2,414 | 4,988,963 | 2,608 | 2,493 | 5,235,504 |
| Discretionary - Major Disasters (DRF) | | 4,737 | 6,713,000 | | 4,737 | 6,793,000 | | 5,231 | 6,652,000 |
| Net Discretionary | 199,665 | 191,068 | 43,908,277 | 201,187 | 189,703 | 44,662,282 | 205,637 | 193,411 | 47,826,467 |
| Adjusted Net Discretionary (Less: Rescissions and CHIMP) | 199,665 | 191,068 | 42,420,610 | 201,187 | 189,703 | 44,064,882 | 205,637 | 193,411 | 47,522,467 |
| Gross Discretionary | 201,805 | 197,800 | 54,739,253 | 203,724 | 196,854 | 56,444,245 | 208,245 | 201,135 | 59,713,971 |
| Adjusted Gross Discretionary: (Less: Rescissions) | 201,805 | 197,800 | 53,255,586 | 203,724 | 196,854 | 55,850,845 | 208,245 | 201,135 | 59,413,971 |
| Mandatory - Appropriation | 14 | 14 | 2,398,818 | 19 | 19 | 2,428,104 | 19 | 19 | 2,468,390 |
| Mandatory - Fees | 27,672 | 26,802 | 11,092,712 | 29,699 | 28,789 | 12,319,583 | 32,171 | 30,967 | 12,256,358 |
| Overseas Contingency Operations | - | 366 | 162,692 | - | - | - | - | - | - |



# Exhibit U

# USCIS Service and Office Locator

<u>Services Overview</u> » <u>Find An Asylum Office</u> » In California

The following Asylum Office(s) service California:

**<u>Los Angeles</u>**

1585 South Manchester Avenue, Los Angeles Asylum Office, Anaheim, CA 92802

**<u>San Francisco</u>**

75 Hawthorne Street, 7th Floor, San Francisco, CA 94105

 go back