Lawrence J. Joseph (SBN 154908)
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: 202-355-9452
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com

Counsel for Movant Immigration Reform Law Institute

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Kirstjen Nielsen, *et al.*,<br><br>*Defendants*. | **Civil Action No. 3:19-cv-0807-RS**<br><br>**[PROPOSED] ORDER** |

On considering the Immigration Reform Law Institute's motion for leave to file its *amicus curiae* brief, the parties' consent thereto, and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is ordered to file the *amicus curiae* brief that accompanied the motion on the docket; and it is

**SO ORDERED**.

Dated: _____, 2019

**U.S. DISTRICT JUDGE**