Lawrence J. Joseph (SBN 154908)
Law Office of Lawrence J. Joseph
1250 Connecticut Ave, NW, Suite 700-1A
Washington, DC 20036
Tel: 202-355-9452
Fax: 202-318-2254
Email: ljoseph@larryjoseph.com

Counsel for Movant Immigration Reform Law Institute

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, | Civil Action No. 3:19-cv-0807-RS |
| *Plaintiffs*, | **ORDER** |
| v. | |
| Kirstjen Nielsen, *et al.*, | |
| *Defendants*. | |

On considering the Immigration Reform Law Institute's motion for leave to file its *amicus curiae* brief, the parties' consent thereto, and the entire record herein, it is hereby

**ORDERED** that the motion is GRANTED; and it is

**FURTHER ORDERED** that the Clerk is ordered to file the *amicus curiae* brief that accompanied the motion on the docket; and it is

**SO ORDERED**.

Dated: 3/6/19

*[signature]*

**U.S. DISTRICT JUDGE**

**PROPOSED ORDER,**
*Innovation Law Lab v. Nielsen*,
No. 3:19-cv-0807-RS                                                                                   1