JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
thomas.b.york@usdoj.gov
ARCHITH RAMKUMAR
*Trial Attorney*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INNOVATION LAW LAB, *et al.*  ) | Civil Action No. 3:19-cv-00807-RS |
| ) | |
| Plaintiffs,  ) | **NOTICE** |
| ) | |
| ) | |
| ) | |
| Kirstjen NIELSEN, Secretary, U.S.  ) | |
| Department of Homeland Security, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

**NOTICE**

Counsel for Defendants are informed by the Department of Homeland Security that returns to Mexico through the Calexico port of entry have commenced, consistent with 8 U.S.C. § 1225(b)(2)(C).  Like the other returns at issue in this case—which occurred through the San Ysidro port of entry—these returns occur in the Southern District of California.  This development does not affect the pending motions in this case.


Date:  March 18, 2019                    Respectfully submitted,

                                         JOSEPH H. HUNT
                                         *Assistant Attorney General*

                                         WILLIAM C. PEACHEY
                                         *Director*
                                         Office of Immigration Litigation
                                         District Court Section

                                         EREZ REUVENI
                                         *Assistant Director*

                                         PATRICK GLEN
                                         *Senior Litigation Counsel*

                                         ARCHITH RAMKUMAR
                                         *Trial Attorney*

                                         /s/ *T. Benton York*
                                         T. BENTON YORK
                                         *Trial Attorney*
                                         D.C.B. No. 230580
                                         U.S. Department of Justice
                                         Civil Division
                                         Office of Immigration Litigation
                                         District Court Section
                                         P.O. Box 868, Ben Franklin Station
                                         Washington, DC 20044
                                         Tel.: (202) 598-6073
                                         thomas.b.york@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I hereby certify that on March 18, 2019, I electronically filed the foregoing document

with the Clerk of the Court for the United States Court for the Northern District of California by

using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be

accomplished by the CM/ECF system.

By: */s/ T. Benton York*
T. Benton York
Trial Attorney
United States Department of Justice
Civil Division