UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Innovation Law Lab; *et al.,*<br><br>       Plaintiffs,<br><br>v.<br><br>Kirstjen NIELSEN, Secretary, U.S. Department of Homeland Security, *et al.,*<br><br>       Defendants. | Civil Action No. 3:19-cv-00807-RS |

## NOTICE OF APPERANCE

Please take notice that undersigned counsel hereby enters his appearance on behalf of all Defendants, without waiver of jurisdiction, venue, or service.

                                      Respectfully submitted,

                                      JOSEPH H. HUNT
                                      Assistant Attorney General

                              By: <u>/s/ *Scott G. Stewart*</u>
                                      SCOTT G. STEWART
                                      Deputy Assistant Attorney General
                                      U.S. Department of Justice, Civil Division
                                      950 Pennsylvania Avenue, NW
                                      Washington, DC 20530
                                      Tel. (202) 307-6482
                                      scott.g.stewart@usdoj.gov

Dated: March 19, 2019                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

> By: */s/ Scott G. Stewart*
> SCOTT G. STEWART
> Deputy Assistant Attorney General
> United States Department of Justice
> Civil Division