JOSEPH H. HUNT
*Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
thomas.b.york@usdoj.gov
ARCHITH RAMKUMAR
*Trial Attorney*

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| INNOVATION LAW LAB, *et al.* ) | Civil Action No. 3:19-cv-00807-RS |
| ) | |
| Plaintiffs, ) | **NOTICE** |
| ) | |
| ) | |
| ) | |
| Kirstjen NIELSEN, Secretary, U.S. ) | |
| Department of Homeland Security, *et al.*, ) | |
| ) | |
| Defendants. ) | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## NOTICE

Counsel for Defendants are informed by the Department of Homeland Security that returns

to Mexico have commenced in the El Paso and El Centro Border Patrol Sectors as well as the El

Paso port of entry, consistent with 8 U.S.C. § 1225(b)(2)(C).

Date:  April 2, 2019                              Respectfully submitted,

JOSEPH H. HUNT
*Assistant Attorney General*

WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section

EREZ REUVENI
*Assistant Director*

PATRICK GLEN
*Senior Litigation Counsel*

ARCHITH RAMKUMAR
*Trial Attorney*

/s/ *T. Benton York*
T. BENTON YORK
*Trial Attorney*
D.C.B. No. 230580
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel.: (202) 598-6073
thomas.b.york@usdoj.gov

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States District Court for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ T. Benton York*
T. Benton York
Trial Attorney
United States Department of Justice
Civil Division