1  JOSEPH H. HUNT
   *Assistant Attorney General*
2  WILLIAM C. PEACHEY
   *Director*
3  EREZ REUVENI
   *Assistant Director*
4  PATRICK GLEN
   *Senior Litigation Counsel*
5  T. BENTON YORK
   *Trial Attorney*
6  ARCHITH RAMKUMAR
   *Trial Attorney*
7  U.S. Department of Justice
   Civil Division
8  Office of Immigration Litigation
   District Court Section
9  P.O. Box 868, Ben Franklin Station
   Washington, DC 20044
10 Tel: (202) 598-8060
   Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-0807-RS <br><br> **[~~PROPOSED~~] ORDER GRANTING DEFENDANTS' MOTION TO FILE UNDER SEAL EXCERPTS OF THE INDIVIDUAL PLAINTIFFS' ALIEN FILES** |

The Court, having considered Defendants' Administrative Motion to File Alien Files under seal, and good cause appearing therefore, the Court hereby GRANTS the Motion to file excerpts of the individual Plaintiffs' Alien Files under seal. The Court orders that the excerpts of the individual Plaintiffs' Alien Files be sealed in their entirety.

IT IS SO ORDERED.

Issued this  8th  day of  April , 201 9 .

_____
United States District Judge