JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov
ARCHITH RAMKUMAR
T. BENTON YORK
*Trial Attorneys*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br>   Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br>   Defendants. | **NOTICE OF APPEAL** <br><br> Civil Action No. 3:19-cv-0807-RS |

Defendants hereby appeal from the Court's Order entered April 8, 2019 (ECF No. 73), in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

                            Respectfully submitted,

                            JOSEPH H. HUNT
                            Assistant Attorney General

                            SCOTT G. STEWART
                            Deputy Assistant Attorney General

                            WILLIAM C. PEACHEY
                            Director

                    By: /s/ *Erez Reuveni*
                            EREZ REUVENI
                            Assistant Director
                            Office of Immigration Litigation
                            U.S. Department of Justice, Civil Division
                            P.O. Box 868, Ben Franklin Station
                            Washington, DC 20044
                            Tel: (202) 307-4293
                            Email: Erez.R.Reuveni@usdoj.gov

                            ARCHITH RAMKUMAR
                            T. BENTON YORK
                            Trial Attorneys

Dated: April 10, 2019                *Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division