JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br>     Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br>     Defendants. | Civil Action No. 3:19-cv-00807-RS <br><br> **DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |

Defendants hereby move for a 30-day extension of time to answer or otherwise respond to the Complaint such that Defendants' response must be filed on or before May 29, 2019. Plaintiffs consent to this Motion. Defendants offer the following support for their motion:

1. Plaintiffs filed their Complaint on February 14, 2019, *see* Dkt. 1, and served their Complaint on Defendants on February 28, 2019.

2. Defendants' deadline to answer or otherwise respond to the Complaint is April 29, 2019. *See* Fed. R. Civ. P. 12(a)(2), 12(b).

3. On April 8, 2019, this Court granted Plaintiffs' motion for a preliminary injunction. *See* Dkt. 73. Thereafter, Defendants filed a notice of appeal from this Court's order. *See* Dkt. 75.

4. Subsequently, the U.S. Court of Appeals for the Ninth Circuit set a deadline of May 8, 2019 for Defendants to file their opening brief. *See Innovation Law Lab et al. v. Kirstjen Nielsen et al.*, No. 19-15716, Dkt. 2 (9th Cir. Apr. 11, 2019). In addition, Defendants have "exercise[d] their right to seek a stay from the Court of Appeal[s]," Dkt. 73 at 26, and, in the interim, the Ninth Circuit has administratively stayed the preliminary injunction pending consideration of Defendants' motion to stay. *See Innovation Law Lab et al. v. Kirstjen Nielsen et al.*, No. 19-15716, Dkt. 6 (9th Cir. Apr. 12, 2019). That motion is fully briefed, and the Ninth Circuit is scheduled to hear oral argument on the motion to stay on April 24, 2019. *See id.*, Dkt. 12 (9th Cir. Apr. 17, 2019).

5. To conserve judicial resources and avoid duplicative litigation on the same merits issues in two different forums at the same time, Defendants seek a 30-day extension of time to answer or otherwise respond to the Complaint filed in this Court, so that Defendants' response must be filed on or before May 29, 2019.

6. Plaintiffs consent to this Motion.

Accordingly, Defendants respectfully request a 30-day extension of time to answer or otherwise respond to the Complaint such that their response must be filed on or before May 29, 2019.

DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT
*Innovation Law Lab v. Nielsen*,
Case No. 3:19-cv-0807-RS

1

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

PATRICK GLEN
Senior Litigation Counsel

T. BENTON YORK
Trial Attorney

*/s/ Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
N.Y.B. No. 5269949
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

Dated: April 22, 2019                *Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Archith Ramkumar*
Archith Ramkumar
Trial Attorney
United States Department of Justice
Civil Division