UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 17 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INNOVATION LAW LAB; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>KEVIN K. MCALEENAN, Acting Secretary of Homeland Security, in his official capacity; et al.,<br><br>　　　　Defendants-Appellants. | No.　19-15716<br><br>D.C. No. 3:19-cv-00807-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: O'SCANNLAIN, W. FLETCHER, and WATFORD, Circuit Judges.

The parties shall appear for oral argument on Wednesday, April 24, 2019, at 10:00 am in San Francisco, California. Each side will be allotted 15 minutes of argument time.

The parties are encouraged to appear in person if possible. If any party wishes to appear by video, that party must notify Kwame Copeland, (415) 355-7888, no later than Friday, April 19, 2019, and must coordinate with Mr. Copeland in making suitable arrangements for an appearance by video.