JOSEPH H. HUNT
*Assistant Attorney General*
SCOTT G. STEWART
*Deputy Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
PATRICK GLEN
*Senior Litigation Counsel*
T. BENTON YORK
*Trial Attorney*
ARCHITH RAMKUMAR
*Trial Attorney*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | Civil Action No. 3:19-cv-0807-RS |
| Plaintiffs, | **[**~~PROPOSED~~**] ORDER GRANTING DEFENDANTS' CONSENT MOTION FOR AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT** |
| v. | |
| Kirstjen Nielsen, *et al.*, | |
| Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court, having considered Defendants' Consent Motion for an Extension of Time to Respond to the Complaint, and good cause appearing therefore, the Court hereby GRANTS the Consent Motion for an Extension of Time.  Defendants must respond to the Complaint on or before May 29, 2019.

IT IS SO ORDERED.

Issued this 24th day of April, 2019.

_____
United States District Judge