AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. <br><br> _____ <br> *Plaintiff(s)* <br> v. <br> U.S. Immigration and Customs Enforcement <br><br> _____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  19-cv-00807  RS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Immigration and Customs Enforcement
Office of the Principal Legal Advisor
500 12th Street S.W.
Washington, D.C. 20024

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date:    February 22, 2019
~~02/14/2019~~

*Dina Agustine*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Immigration and Customs Enforcement
was received by me on *(date)*        02/22/2019          .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On February 26, 2019 I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to U.S.
Immigration and Customs Enforcement, 500 12th Street SW, Washington, DC, 20024 per
Fed. R. Civ. P 4(i). The package was delivered on March 1, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00      .

I declare under penalty of perjury that this information is true.

Date:      04/26/2019
                                            *Rubi Rodriguez*
                                            *Server's signature*

                                            Rubi Rodriguez, Paralegal
                                            *Printed name and title*

                                            American Civil Liberies Union Foundation,
                                            Immigrants' Rights Project
                                            125 Broad Street, 18th Floor, New York, NY 10004
                                            *Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | | |
|---|---|---|
| Innovation Law Lab, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  19-cv-00807 RS |
| U.S. Department of Homeland Security | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Department of Homeland Security;
Office of the General Counsel
U.S. Department of Homeland Security
Washington, DC 20528

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

February 22, 2019

*CLERK OF COURT*
*Susan Y. Soong*

Date:  ~~02/14/2019~~

*Dina Agustine*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Department of Homeland Security

was received by me on *(date)*   02/22/2019   .

❐ I personally served the summons on the individual at *(place)*

_____   on *(date)*   _____   ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)*   _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)*   _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*   _____

_____   on *(date)*   _____   ; or

❐ I returned the summons unexecuted because   _____   ; or

☑ Other *(specify):*   On February 26, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail with all fees prepaid to U.S. Department of Homeland Security, 245 Murray Lane SW, Washington, DC 20528 per Fed. R. Civ. P 4(i). The package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019

*Server Signature*

Rubi Rodriguez, Paralegal
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| U.S. Customs and Border Protection | ) |
| | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

Civil Action No.  19-cv-00807 RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  U.S. Customs and Border Protection
Office of the Chief Counsel
1300 Pennsylvania Avenue, N.W.
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date:   ~~02/14/2019~~   February 22, 2019

CLERK OF COURT
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   U.S. Customs and Border Protection
_____
was received by me on *(date)*        02/22/2019        .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On April 11, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to U.S. Customs
and Border Protection, 1300 Pennsylvania Ave NW, Washington, DC, 20004 per Fed. R.
Civ. P 4(i). The shipment was delivered on April 16, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019
                                            *Rubi Rodriguez*
                                            _____
                                            *Server's signature*

                                            Rubi Rodriguez, Paralegal
                                            _____
                                            *Printed name and title*

                                            American Civil Liberies Union Foundation,
                                            Immigrants' Rights Project
                                            125 Broad Street, 18th Floor, New York, NY 10004
                                            _____
                                            *Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | | |
|---|---|---|
| Innovation Law Lab, et al. | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No.  19-cv-00807 RS |
| Kirstjen M. Nielsen, Secretary of Homeland Security | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   John L. Lafferty
Chief, Asylum Division
Department of Homeland Security
U.S. Citizenship and Immigration Services
20 Massachusetts Avenue NW,
Washington, DC 20529-2090

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

February 22, 2019                                        *CLERK OF COURT*
                                                        *Susan Y. Soong*

Date:    ~~02/14/2019~~                        _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  John L. Lafferty

was received by me on *(date)*       02/22/2018             .

❐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On February 26, 2019, I served the documents listed in Attachment A by causing true and correct copies to be delivered via USPS certified mail with all fees prepaid to U.S. Immigration and Customs Enforcement, 20 Massachusetts Ave NW, Washington DC 20529 per Fed. R. Civ. P 4(i). The package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00        .

I declare under penalty of perjury that this information is true.

Date:     04/26/2019

_____
*Server's signature*

Rubi Rodriguez, Paralegal
_____
*Printed name and title*

American Civil Liberies Union Foundation, Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 19-cv-00807 RS |
| Kevin K. McAleenan, Acting Commissioner of CBP | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Kevin K. McAleenan, Acting Commissioner of CBP
Office of Chief Counsel
1300 Pennsylvania Avenue N.W., Room 4.4 B
Washington, D.C. 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_
_Susan Y. Soong_

Date:  February 22, 2019
~~02/14/2019~~

_Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Kevin K. McAleenan
was received by me on *(date)*   02/22/2019   .

❏ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On April 11, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to Kevin K.
McAleenan, 1300 Pennsylvania Ave NW, Washington, DC 20004 per Fed. R. Civ. P 4(i).
The package was delivered on April 18, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019

_____
*Server's signature*

Rubi Rodriguez, Paralegal
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| Kirstjen M. Nielsen, Secretary of Homeland Security | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

Civil Action No.  19-cv-00807 RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Kirstjen M. Nielsen, Secretary of Homeland Security
c/o Office of the General Counsel,
U.S. Department of Homeland Security
245 Murray Lane SW
Mail Stop 0485

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:      Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

February 22, 2019

Date:      02/14/2019

CLERK OF COURT
*Susan Y. Soong*

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  Kirstjen M. Nielsen

was received by me on *(date)*        02/22/2019        .

❒ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*  On February 26, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to Kirstjen M.
Nielsen, 245 Murray Lane SW, Mail Stop 0485, Washington, DC 20528 per Fed. R. Civ. P 4
(i). The package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date:        04/26/2019

_____
Server's Signature

Rubi Rodriguez, Paralegal
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) |
| | ) |
| Lee Francis Cissna, Director of USCIS | ) |
| | ) |
| | ) |
| _____ | ) |
| *Defendant(s)* | ) |

Civil Action No.   19-cv-00807 RS

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Lee Francis Cissna, Director of USCIS;
245 Murray Lane S.W., Stop 0485
Washington, D.C. 20529


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111


If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*
*Susan Y. Soong*

February 22, 2019

Date: ~~02/14/2019~~ _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Lee Francis Cissna

was received by me on *(date)*   02/22/2019   .

❐ I personally served the summons on the individual at *(place)*
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On February 26, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to Lee Francis
Cissna, 245 Murray Lane SW, Stop 0485, Washington DC, 20529 per Fed. R. Civ. P 4(i).
The package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019

_____
*Server's signature*

Rubi Rodriguez, Paralegal
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. 19-cv-00807 RS |
| Ronald D. Vitiello, Acting Director, U.S. Immigration and Customs ICE | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Ronald Vitiello, Acting Director, U.S. Immigration and Customs ICE
U.S. Immigration and Customs Enforcement
500 12th Street S.W., Stop 5902
Washington, D.C. 20536

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

*Susan Y. Soong*

Date:   February 22, 2019

~~02/14/2019~~



*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   19-cv-00807

## PROOF OF SERVICE

### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Ronald Vitiello

was received by me on *(date)*   02/22/2019   .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On February 26, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to Ronald Vitiello,
500 12th Street SW, Stop 5902, Washington, DC, 20536 per Fed. R. Civ. P 4(i). The
package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019

_____
*Server's signature*

Rubi Rodriguez, Paralegal
_____
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) )  ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  19-cv-00807 RS |
| Kirstjen M. Nielsen, Secretary of Homeland Security | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Todd C. Owen
Executive Assistant Commissioner, Office of Field Operations,
U.S. Customs and Border Protection
1300 Pennsylvania Ave. NW
Washington, DC 20229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Jennifer C. Newell
American Civil Liberties Union Foundation
Immigrants' Rights Project
39 Drumm Street
San Francisco, CA 94111

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*
*Susan Y. Soong*

Date: February 22, 2019
~~02/14/2019~~

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*   Todd C. Owen

was received by me on *(date)*   02/22/2019   .

❏ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On April 11, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to Todd C. Owen,
Office of Field Operations, USCIS, 1300 Pennsylvania Ave NW, Washington, DC 20004 per
Fed. R. Civ. P 4(i). The package was delivered on April 16, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date:   04/26/2019

*Server's signature*

Rubi Rodriguez, Paralegal
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Northern District of California

| | |
|---|---|
| Innovation Law Lab, et al. | ) |
| | ) |
| | ) |
| | ) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.   19-cv-00807 RS |
| U.S. Citizenship and Immigration Services | ) |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   U.S. Citizenship and Immigration Services ("USCIS");
U.S. Department of Homeland Security
Office of the Chief Counsel
20 Massachusetts Ave. N.W., Room 4210
Washington, DC 20529-2120

      A lawsuit has been filed against you.

      Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:     Jennifer C. Newell
                                     American Civil Liberties Union Foundation
                                       Immigrants' Rights Project
                                       39 Drumm Street
                                       San Francisco, CA 94111

      If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT
Susan Y. Soong

Date:   February 22, 2019
       ~~02/14/2019~~                                _Gina Agustine_
                                               *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:19-cv-00807

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  U.S. Citizenship and Immigration Services

was received by me on *(date)*  02/22/2019  .

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify):*   On February 26, 2019, I served the documents listed in Attachment A by causing true and
correct copies to be delivered via USPS certified mail with all fees prepaid to U.S.
Citizenship and Immigration Services, 20 Massachusetts Ave NW, Rm4210, Washington
DC, 20529 per Fed. R. Civ. P 4(i). The package was delivered on February 28, 2019.

My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date:  04/26/2019

_____
*Server's signature*

Rubi Rodriguez, Paralegal
_____
*Printed name and title*

American Civil Liberies Union Foundation,
Immigrants' Rights Project
125 Broad Street, 18th Floor, New York, NY 10004
_____
*Server's address*

Additional information regarding attempted service, etc:

Attachment A: Documents Served

1. Summons in a Civil Action
2. Complaint of Declaratory and Injunctive Relief
3. Civil Cover Sheet
4. Administrative Motion for Leave to Proceed Pseudonymously
5. Attachments, ECF No. 4-1 and 4-2
6. Index of Declarations in Support of Administrative Motion for Leave to Proceed Pseudonymously
7. Attachments, ECF No. 5-1 through 5-11
8. Motion for a Temporary Restraining Order
9. Memo in Support of  Motion for a Temporary Restraining Order
10. Attachments ECF No. 20-2 through 20-18
11. Order Reassigning Case to Judge Richard Seeborg
12. Order Setting Initial Case Management Conference and ADR Deadlines
13. ADR Forms
14. ECF Registration Information Handout
15. Filing Procedures (San Francisco)
16. Standing Order for All Judges of the Northern District of California
17. Standing Order for Judge Richard Seeborg
18. Notice of Magistrate Judge Availability