UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ <br> Plaintiff(s), <br> v. <br> _____ <br> Defendant(s). | Case No: _____ <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: _____

_____
APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Attachment to Application for Admission of Attorney Pro Hac Vice

| | |
|---|---|
| Judy Rabinovitz* <br> Michael Tan* <br> Omar Jadwat* <br> Lee Gelernt* <br> Anand Balakrishnan* <br> Daniel Galindo (SBN 292854) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *jrabinovitz@aclu.org* <br> *mtan@aclu.org* <br> *ojadwat@aclu.org* <br> *lgelernt@aclu.org* <br> *abalakrishnan@aclu.org* <br> *dgalindo@aclu.org* | Jennifer Chang Newell (SBN 233033) <br> Katrina Eiland (SBN 275701) <br> Julie Veroff (SBN 310161) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-0770 <br> F: (415) 395-0950 <br> *jnewell@aclu.org* <br> *keiland@aclu.org* <br> *jveroff@aclu.org* |

Melissa Crow* <br>
SOUTHERN POVERTY LAW CENTER <br>
1101 17th Street NW, Suite 705 <br>
Washington, D.C. 20036 <br>
T: (202) 355-4471 <br>
F: (404) 221-5857 <br>
*melissa.crow@splcenter.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kevin McAleenan, *et al.*, <br><br> *Defendants.* | CASE NO.: 3:19-CV-00807-RS <br><br> **ATTACHMENT TO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* WITH REQUEST FOR EXCEPTION TO LOCAL RULE 11-3(b)** <br><br> **Judge:** Hon. Richard Seeborg |

Mary Bauer***
SOUTHERN POVERTY LAW CENTER
1000 Preston Avenue
Charlottesville, VA  22903
T: (470) 606-9307
F: (404) 221-5857
*mary.bauer@splcenter.org*

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Sean Riordan (SBN 255752)
Christine P. Sun (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*
*csun@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra**
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*
*musalok@uchastings.edu*
*leeeunice@uchastings.edu*
*jastramkate@uchastings.edu*
*maitras@uchastings.edu*

*Attorneys for Plaintiffs*

*Admitted pro hac vice*
**Pro hac vice application pending*
***Pro hac vice application forthcoming*

Plaintiffs' counsel respectfully requests that this Court grant an exception to Civil Local Rule 11-3(b) and order the admission *pro hac vice* of Sayoni Maitra, who with undersigned counsel, represents Plaintiffs *pro bono*. Ms. Maitra is an attorney licensed in good standing in the State of New York, authorized to practice immigration law in California, and familiar with the Local Rules of this Court and the legal authority related to Plaintiffs' claims under the Immigration and Nationality Act and the Administrative Procedure Act.

Pursuant to Local Rule of Civil Procedure 11-3(a), attorneys who are not members of the bar of this Court may apply to appear *pro hac vice* by designating co-counsel who is a member of the bar of this Court in good standing and who maintains an office in California, and by submitting a written application, a certificate of good standing issued by the appropriate authority governing attorney admissions for the relevant bar, and a specific oath. Rule 11-3(b) sets forth that an assigned judge may issue an order granting permission to practice *pro hac vice* to an attorney applicant who resides in the State of California and is regularly engaged in the practice of law in the State of California.

Ms. Maitra is an immigration attorney who resides in San Francisco, California and works in San Francisco, California as a member of the State Bar of New York pursuant to federal authorization under 8 C.F.R. §§ 292.1(a)(1); 1292.1(a)(1); 1001.1(f) (permitting attorneys admitted in any state to provide representation in the immigration courts and before the Department of Homeland Security, including U.S. Citizenship and Immigration Services). Ms. Maitra is employed by the Center for Gender & Refugee Studies ("CGRS") at the University of California Hastings College of the Law. She has been practicing immigration law as a licensed attorney in good standing in the State of New York since 2014.

Ms. Maitra has designated as co-counsel Blaine Bookey, an attorney of record on this matter who is admitted in good standing before this Court and who maintains an office in the State of California. Ms. Maitra's written application for *pro hac vice* admission, certificate of good standing, and declaration are attached hereto.

1
ATTACHMENT TO APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*
CASE NO.: 3:19-cv-00807-RS

For the aforementioned reasons, Plaintiffs' counsel respectfully requests that this Court grant the attached application for admission *pro hac vice* of Sayoni Maitra.

Dated: May 22, 2019

Respectfully submitted,

/s/ Blaine Bookey
Blaine Bookey (SBN 267596)
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*

# Declaration of Sayoni Maitra

## DECLARATION OF SAYONI MAITRA IN SUPPORT OF
## APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

I, Sayoni Maitra, declare as follows:

1. I am an attorney licensed in good standing in the State of New York, authorized to practice immigration law before the Executive Office of Immigration Review ("EOIR") and the Department of Homeland Security ("DHS") throughout the United States, and employed by the Center for Gender & Refugee Studies ("CGRS") at the University of California Hastings College of the Law. My business address is 200 McAllister Street, San Francisco, California 94102.

2. I have been licensed in good standing to practice law in the State of New York since 2014. I currently hold the title of Staff Attorney at CGRS, where I practice immigration law. In my current practice and in previous employment, I have represented asylum seekers before EOIR and DHS. It is CGRS's office policy for staff attorneys not admitted to the California bar to be admitted to the bar of another state in the United States in order to practice immigration law and to seek admission to federal courts on a case-by-case basis.

3. I am filing an application for admission *pro hac vice* to represent the named Plaintiffs *pro bono* before this Court, along with counsel at CGRS, the American Civil Liberties Union, and the Southern Poverty Law Center. I am designating as co-counsel Blaine Bookey, an attorney on the record of this matter who is a member of this Court in good standing and maintains an office in the State of California. I am filing with my application a request for an exception to Civil Local Rule 11-3(b), this declaration, and a true and correct copy of a certificate of my admission in good standing in the State of New York, dated March 12, 2019.

4. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4 and have become familiar with the Local Rules and Alternative Dispute Resolution Programs of this Court as required by Local Rule 11(a)(2), setting forth the requirements for admission *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2019 in San Francisco, California.

/s/ Sayoni Maitra
Sayoni Maitra
Center for Gender & Refugee Studies
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*maitras@uchastings.edu*

# Certificate of Admission to Practice Law in Good Standing in the State of New York of Sayoni Maitra



# Appellate Division of the Supreme Court of the State of New York Second Judicial Department

I, Aprilanne Agostino, Clerk of the Appellate Division of the Supreme Court of the State of New York, Second Judicial Department, do hereby certify that **Sayoni Maitra** was duly licensed and admitted to practice as an Attorney and Counselor-at-Law in all the courts of the State, according to the laws of the State and the court rules and orders, on the 11th day of June 2014, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors-at-Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand and affixed the seal of said Appellate Division on March 12, 2019.

*Aprilanne Agostino*

Clerk of the Court