Reset Form

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Innovation Law Lab, et al.

                Plaintiff(s),

   v.

Kevin McAleenan, et al.

                Defendant(s).

Case No: 3:19-cv-00807

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Sayoni Maitra , an active member in good standing of the bar of New York , hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Innovation Law Lab, et al. in the above-entitled action. My local co-counsel in this case is Blaine Bookey , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| The Center for Gender and Refugee Studies 200 McAllister St, San Francisco, CA 94102 | The Center for Gender and Refugee Studies 200 McAllister St, San Francisco, CA 94102 |
| MY TELEPHONE # OF RECORD: (415) 569-0273 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: (415) 565-4877 |
| MY EMAIL ADDRESS OF RECORD: maitras@uchastings.edu | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: bookeybl@uchastings.edu |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5212956 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: 05/22/19

Sayoni Maitra
_____
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Sayoni Maitra is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 5/23/19

_____
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE