UNITED STATES COURT OF APPEALS

**FILED**

FOR THE NINTH CIRCUIT

MAY 24 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INNOVATION LAW LAB; et al., | No.   19-15716 |
| Plaintiffs-Appellees, | D.C. No. 3:19-cv-00807-RS |
| v. | Northern District of California, San Francisco |
| KEVIN K. MCALEENAN, Acting Secretary of Homeland Security, in his official capacity; et al., | ORDER |
| Defendants-Appellants. | |

Before:  O'SCANNLAIN, W. FLETCHER, and WATFORD, Circuit Judges.

Appellees' motion for reconsideration of the panel's decision to publish the stay order (Dkt. 23) is DENIED.