UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION LAW LAB, et al.,<br>Plaintiffs,<br>v.<br>KIRSTJEN NIELSEN, et al.,<br>Defendants. | Case No. 19-cv-00807-RS<br><br>**ORDER GRANTING MOTION TO STAY** |

Defendants move to stay proceedings in this court pending resolution of their appeal of the preliminary injunction entered herein. Defendants suggest the ruling of Ninth Circuit's motions panel ordering staying the injunction effectively is dispositive. Without adopting any of defendants' specific contentions, judicial efficiency weighs against further proceedings in this forum until and unless an appellate ruling provides further guidance. Under the circumstances here, any concerns about delaying potential relief until issuance of an appellate ruling on the merits do not compel a different result.

Although plaintiffs have identified some litigation activities they would pursue in the absence of a stay, they have not made a compelling showing of any undue prejudice that would result were a stay not granted. Accordingly, this case is stayed pending a ruling from the Court of Appeal on the merits of the injunction. Ninety days after the issuance of this order, and every ninety days thereafter, the parties shall file a joint statement regarding the status of the appeal.

**IT IS SO ORDERED**.

Dated: July 15, 2019

_____
RICHARD SEEBORG
United States District Judge

CASE NO. 19-cv-00807-RS

2