

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JUL 15 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| INNOVATION LAW LAB; et al.,<br><br>　　　　Plaintiffs-Appellees,<br><br>　v.<br><br>KEVIN K. MCALEENAN, Acting Secretary of Homeland Security, in his official capacity; et al.,<br><br>　　　　Defendants-Appellants. | No.   19-15716<br><br>D.C. No. 3:19-cv-00807-RS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: SCHROEDER, CANBY, and CHRISTEN, Circuit Judges.

　　Appellees' motion to expedite (Docket Entry No. 58) is granted.

　　Briefing is complete. The Clerk shall place this case on the October 2019 argument calendar. *See* 9th Cir. Gen. Ord. 3.3(g).

AC/MOATT