| | |
|---|---|
| Judy Rabinovitz* | Jennifer Chang Newell (SBN 233033) |
| Michael Tan* | Katrina Eiland (SBN 275701) |
| Omar C. Jadwat* | Cody Wofsy (SBN 294179) |
| Lee Gelernt* | Julie Veroff (SBN 310161) |
| Anand Balakrishnan* | ACLU FOUNDATION |
| Daniel Galindo (SBN 292854) | IMMIGRANTS' RIGHTS PROJECT |
| ACLU FOUNDATION | 39 Drumm Street |
| IMMIGRANTS' RIGHTS PROJECT | San Francisco, CA 94111 |
| 125 Broad Street, 18th Floor | T: (415) 343-0770 |
| New York, Ny 10004 | F: (415) 395-0950 |
| T: (212) 549-2660 | *jnewell@aclu.org* |
| F: (212) 549-2654 | *keiland@aclu.org* |
| *jrabinovitz@aclu.org* | *cwofsy@aclu.org* |
| *mtan@aclu.org* | *jveroff@aclu.org* |
| *ojadwat@aclu.org* | |
| *lgelernt@aclu.org* | |
| *abalakrishnan@aclu.org* | |
| *dgalindo@aclu.org* | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

*Attorneys for Plaintiffs*
(Additional counsel listed on the following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | Case No.: 3:19-cv-00807-RS |
| *Plaintiffs*, | |
| v. | **NOTICE OF CHANGE IN COUNSEL** |
| Kevin K. McAleenan, *et al.*, | |
| *Defendants*. | |

| | |
|---|---|
| Mary Bauer*** <br> SOUTHERN POVERTY LAW CENTER <br> 1000 Preston Avenue <br> Charlottesville, VA 22903 <br> T: (470) 606-9307 <br> F: (404) 221-5857 <br> *mary.bauer@splcenter.org* <br><br> Gracie Willis* <br> SOUTHERN POVERTY LAW CENTER <br> 150 E Ponce de Leon Avenue, Suite 340 <br> Decatur, GA 30030 <br> T: (404) 221-6700 <br> F: (404) 221-5857 <br> *gracie.willis@splcenter.org* <br><br> Michelle P. Gonzalez*** <br> SOUTHERN POVERTY LAW CENTER <br> P.O. Box 370031 <br> Miami, FL 33137-0037 <br> T: (786)753-1383 <br> F: (786) 237-2949 <br> *mich.gonzalez@splcenter.org* <br><br> Steven Watt*** <br> ACLU FOUNDATION <br> HUMAN RIGHTS PROGRAM <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 519-7870 <br> F: (212) 549-2654 <br> *swatt@aclu.org* | Sean Riordan (SBN 255752) <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION OF <br> NORTHERN CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> *sriordan@aclunc.org* <br><br> Blaine Bookey (SBN 267596) <br> Karen Musalo (SBN 106882) <br> Eunice Lee (SBN 316237) <br> Kathryn Jastram (SBN 127625) <br> Sayoni Maitra* <br> CENTER FOR GENDER & <br> REFUGEE STUDIES <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> T: (415) 565-4877 <br> F: (415) 581-8821 <br> *bookeybl@uchastings.edu* <br> *musalok@uchastings.edu* <br> *leeeunice@uchastings.edu* <br> *jastramkate@uchastings.edu* <br> *maitras@uchastings.edu* |

*Attorneys for Plaintiffs*
*\*Admitted pro hac vice*
*\*\*Application for pro hac vice pending*
*\*\*\* Pro hac vice application forthcoming*

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, pursuant to Local Rule 5-1(c)(2)(C), Christine P. Sun hereby withdraws as counsel of record for Plaintiffs in the above-entitled action. The reason for withdrawal is that Ms. Sun has ended her employment at the American Civil Liberties Union Foundation of Northern California.

Please remove the following from your service list:

>   CHRISTINE P. SUN (SBN 218701)
>   39 Drumm Street
>   San Francisco, CA 94111
>   Telephone: (415) 621-2493
>   Facsimile: (415) 255-8437

Plaintiffs in this action continue to be represented by other counsel.

Dated: September 20, 2019               Respectfully submitted,

                                        /s/ *Sean Riordan*
                                        Sean Riordan (SBN 255752)
                                        Attorney for Plaintiffs