| | |
|---|---|
| Judy Rabinovitz* | Jennifer Chang Newell (SBN 233033) |
| Michael Tan* | Katrina Eiland (SBN 275701) |
| Omar Jadwat* | Cody Wofsy (SBN 294179) |
| Lee Gelernt* | Julie Veroff (SBN 310161) |
| Anand Balakrishnan* | ACLU FOUNDATION |
| Daniel Galindo (SBN 292854) | IMMIGRANTS' RIGHTS PROJECT |
| Celso Perez (SBN 304924) | 39 Drumm Street |
| ACLU FOUNDATION | San Francisco, CA 94111 |
| IMMIGRANTS' RIGHTS PROJECT | T: (415) 343-0770 |
| 125 Broad Street, 18th Floor | F: (415) 395-0950 |
| New York, NY 10004 | *jnewell@aclu.org* |
| T: (212) 549-2660 | *keiland@aclu.org* |
| F: (212) 549-2654 | *cwofsy@aclu.org* |
| *jrabinovitz@aclu.org* | *jveroff@aclu.org* |
| *mtan@aclu.org* | |
| *ojadwat@aclu.org* | |
| *lgelernt@aclu.org* | |
| *abalakrishnan@aclu.org* | |
| *dgalindo@aclu.org* | |
| *cperez@aclu.org* | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | CASE NO.: 3:19-CV-00807-RS |
| *Plaintiffs*, | **NOTICE OF APPEARANCE** |
| v. | **IMMIGRATION ACTION** |
| Kirstjen Nielsen, *et al.*, | |
| *Defendants.* | |

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\*Application for pro hac vice pending*
*\*\*\*Pro hac vice application forthcoming*

Sean Riordan (SBN 255752)
Christine P. Sun (SBN 218701)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*
*csun@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*
*musalok@uchastings.edu*
*leeeunice@uchastings.edu*
*jastramkate@uchastings.edu*
*maitras@uchastings.edu*

1  Plaintiffs file this Notice of Appearance and hereby notify the Court and Defendants that Celso Perez, of the American Civil Liberties Union Foundation Immigrants' Rights Project, hereby enters his appearance as counsel of record for Plaintiffs in the above-referenced matter.

Dated: November 15, 2019

Respectfully submitted,

/s/ *Celso Perez*
Celso Perez (SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (646) 905-8935
F: (212) 549-2654
*cperez@aclu.org*