| | |
|---|---|
| Judy Rabinovitz* | Jennifer Chang Newell (SBN 233033) |
| Michael Tan* | Katrina Eiland (SBN 275701) |
| Omar C. Jadwat* | Cody Wofsy (SBN 294179) |
| Lee Gelernt* | Julie Veroff (SBN 310161) |
| Anand Balakrishnan* | ACLU FOUNDATION |
| Daniel Galindo (SBN 292854) | IMMIGRANTS' RIGHTS PROJECT |
| ACLU FOUNDATION | 39 Drumm Street |
| IMMIGRANTS' RIGHTS PROJECT | San Francisco, CA 94111 |
| 125 Broad Street, 18th Floor | T: (415) 343-0770 |
| New York, Ny 10004 | F: (415) 395-0950 |
| T: (212) 549-2660 | jnewell@aclu.org |
| F: (212) 549-2654 | keiland@aclu.org |
| jrabinovitz@aclu.org | cwofsy@aclu.org |
| mtan@aclu.org | jveroff@aclu.org |
| ojadwat@aclu.org | |
| lgelernt@aclu.org | |
| abalakrishnan@aclu.org | |
| dgalindo@aclu.org | |

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
melissa.crow@splcenter.org

*Attorneys for Plaintiffs*
(Additional counsel listed on the following page)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | Case No.: 3:19-cv-00807-RS |
| *Plaintiffs*, | |
| v. | **NOTICE OF CHANGE OF COUNSEL** |
| Kevin K. McAleenan, *et al.*, | |
| *Defendants*. | |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, Mary Bauer is no longer associated with the Southern Poverty Law Center and hereby withdraws as counsel of record for Plaintiffs in the above titled action pursuant to Local Rule 5-1(c)(2)(C).

Please remove the following from your service list:

Mary C. Bauer<br>
SOUTHERN POVERY LAW CENTER<br>
1000 Preston Avenue<br>
Charlottesville, VA 22903<br>
Tel: (415) 621-2493<br>
Fax: (415) 225-8437<br>
mary.bauer@splcenter.org

The Southern Poverty Law Center and the counsel listed below and in the caption of this document will remain as counsel of record for Plaintiffs

Dated: November 15, 2019

Respectfully submitted,

/s/ *Melissa Crow*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
melissa.crow@splcenter.org

*Attorney for Plaintiffs*

NOTICE OF CHANGE OF COUNSEL
*Innovation Law Lab, et al., v. Kevin McAleenan, et al.*
Case No. 3:19-CV-00807-RS

| | |
|---|---|
| Steven Watt*** <br> ACLU FOUNDATION <br> HUMAN RIGHTS PROGRAM <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 519-7870 <br> F: (212) 549-2654 <br> swatt@aclu.org <br><br> Gracie Willis* <br> SOUTHERN POVERTY LAW CENTER <br> 150 E Ponce de Leon Avenue, Suite 340 <br> Decatur, GA 30030 <br> T: (404) 221-6700 <br> F: (404) 221-5857 <br> gracie.willis@splcenter.org | Sean Riordan (SBN 255752) <br> AMERICAN CIVIL LIBERTIES <br> UNION FOUNDATION OF <br> NORTHERN CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> sriordan@aclunc.org <br><br> Blaine Bookey (SBN 267596) <br> Karen Musalo (SBN 106882) <br> Eunice Lee (SBN 316237) <br> Kathryn Jastram (SBN 127625) <br> Sayoni Maitra* <br> CENTER FOR GENDER & <br> REFUGEE STUDIES <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> T: (415) 565-4877 <br> F: (415) 581-8821 <br> *bookeybl@uchastings.edu* <br> *musalok@uchastings.edu* <br> *leeeunice@uchastings.edu* <br> *jastramkate@uchastings.edu* <br> *maitras@uchastings.edu* |

*Attorneys for Plaintiffs*
*Admitted pro hac vice
**Application for pro hac vice pending
*** Pro hac vice application forthcoming

# CERTIFICATE OF SERVICE

I hereby certify that on November 15, 2019, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Melissa Crow*
Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

NOTICE OF CHANGE OF COUNSEL
*Innovation Law Lab, et al., v. Kevin McAleenan, et al.*
Case No. 3:19-CV-00807-RS