| | |
|---|---|
| JOSEPH H. HUNT<br>*Assistant Attorney General*<br>SCOTT G. STEWART<br>*Deputy Assistant Attorney General*<br>WILLIAM C. PEACHEY<br>*Director*<br>Office of Immigration Litigation<br>District Court Section<br>EREZ REUVENI<br>*Assistant Director*<br>PATRICK GLEN<br>*Senior Litigation Counsel*<br>T. BENTON YORK<br>*Trial Attorney*<br>ARCHITH RAMKUMAR<br>*Trial Attorney*<br>U.S. Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Tel: (202) 598-8060<br>Archith.Ramkumar@usdoj.gov | Judy Rabinovitz*<br>ACLU FOUNDATION<br>IMMIGRANTS' RIGHTS PROJECT<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 549-2660<br>F: (212) 549 -2654<br>*jrabinovitz@aclu.org*<br><br>*Attorney for Plaintiffs* |

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*,<br><br>         Plaintiffs,<br><br>v.<br><br>Kirstjen Nielsen, *et al.*,<br><br>         Defendants. | Civil Action No. 3:19-cv-0807-RS<br><br>**THE PARTIES' JOINT STATEMENT REGARDING THE STATUS OF APPEAL** |

Pursuant to the Order issued by this Court, *see* Dkt. 94, the parties hereby submit this joint statement updating the Court as to the current status of the Ninth Circuit appeal concerning the preliminary injunction imposed by this Court (Dkt. 73).

Oral argument in front of the Ninth Circuit concluded on October 1, and all relevant briefing has been completed.   The parties are waiting for the Ninth Circuit to issue a decision.

THE PARTIES' JOINT STATEMENT REGARDING THE STATUS OF APPEAL
*Innovation Law Lab v. Nielsen*,
Case No. 3:19-cv-0807-RS

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

SCOTT G. STEWART
Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director

EREZ REUVENI
Assistant Director

PATRICK GLEN
Senior Litigation Counsel

T. BENTON YORK
Trial Attorney

*/s/ Archith Ramkumar*
ARCHITH RAMKUMAR
Trial Attorney
N.Y.B. No. 5269949
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 598-8060
Archith.Ramkumar@usdoj.gov

Dated: January 10, 2020    *Attorneys for Defendants*

*/s/ Judy Rabinovitz*
Judy Rabinovitz*
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212)549-2654
*jrabinovitz@aclu.org*

Dated: January 10, 2020    *Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2020, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: /s/ Archith Ramkumar
Archith Ramkumar
Trial Attorney
United States Department of Justice
Civil Division