FILED

FEB 28 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| INNOVATION LAW LAB; et al., Plaintiffs-Appellees, v. CHAD F. WOLF, Acting Secretary of Homeland Security, in his official capacity; et al., Defendants-Appellants. | No. 19-15716 D.C. No. 3:19-cv-00807-RS Northern District of California, San Francisco ORDER |

Before: FERNANDEZ, W. FLETCHER, and PAEZ, Circuit Judges.

The emergency request for an immediate stay of this court's February 28, 2020 decision pending disposition of a petition for certiorari is granted pending further order of this court. Appellees are directed to file a response by the close of business on Monday, March 2, 2020. Any reply is due by the close of business on Tuesday, March 3, 2020.