# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

April 14, 2020

Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526

    Re: Chad Wolf, Acting Secretary of Homeland Security, et al.
        v. Innovation Law Lab, et al.
        No. 19-1212
        (Your No. 19-15716)

Dear Clerk:

    The petition for a writ of certiorari in the above entitled case was filed on April 10, 2020 and placed on the docket April 14, 2020 as No. 19-1212.

Sincerely,

**Scott S. Harris**, Clerk

by

Jeffrey Atkins
Deputy Clerk