Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
Celso Perez (SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

JEFFREY B. CLARK
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
*erez.r.reuveni@usdoj.gov*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | CASE NO.: 3:19-CV-00807-RS <br><br> **JOINT MOTION & STIPULATION TO PARTIALLY UNSEAL FILINGS UNDER LOCAL RULE 7-11** |

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*keiland@aclu.org*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Application for pro hac vice pending
***Pro hac vice application forthcoming

# JOINT MOTION & STIPULATION TO PARTIALLY UNSEAL FILINGS UNDER LOCAL RULE 7-11

Plaintiffs move under Local Rule 7-11 to partially unseal the Notices to Appear ("NTAs") for the individual Doe Plaintiffs filed in this case on March 1, 2019. *See* ECF No. 44; *see also* ECF No. 74 (order granting motion to seal). Defendants join Plaintiffs in that request.

The Supreme Court of the United States has granted a petition for a writ of certiorari to review the judgment of the court of appeals affirming this Court's preliminary injunction in this case. *See Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.), *cert. granted* Oct. 19, 2020. Pursuant to Supreme Court Rule 26, Plaintiffs and Defendants have agreed to include excerpts of the Doe Plaintiffs' NTAs in their Joint Appendix, which will be publicly available when filed in the Supreme Court. Filing these documents as part of the Joint Appendix will facilitate the Supreme Court's consideration of this case.

The parties are submitting the proposed redacted excerpts to the NTAs as Ex. A to this motion. The parties agree that the public filing of these excerpts will not affect the interests identified in Defendants' motion to seal, ECF No. 44, because the parties have redacted all personal information that could identify the Plaintiffs. Accordingly, the parties move this Court to partially unseal the NTAs, which will allow excerpted and redacted versions of these documents to be filed as part of their Joint Appendix to the Supreme Court.

Dated: November 25, 2020

JEFFREY B. CLARK
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
EREZ REUVENI
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
*erez.r.reuveni@usdoj.gov*

Respectfully submitted,

/s/ *Judy Rabinovitz*

Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
Celso Perez (SBN 304924)
ACLU FOUNDATTION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

2
JOINT MOTION & STIPULATION TO PARTIALLY UNSEAL FILINGS UNDER LOCAL RULE 7-11
CASE NO. 3:19-cv-00807-RS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 25, 2020, I caused a PDF version of the foregoing document to be electronically transmitted to the Clerk of the Court, using the CM/ECF system for filing and mailed courtesy copies to all necessary parties using certified mail.

Dated: November 25, 2020

/s/ *Judy Rabinovitz*
Judy Rabinovitz
Attorney for Plaintiffs
