| | |
|---|---|
| Judy Rabinovitz* <br> Michael Tan* <br> Omar Jadwat* <br> Lee Gelernt* <br> Anand Balakrishnan* <br> Daniel Galindo (SBN 292854) <br> Celso Perez (SBN 304924) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *jrabinovitz@aclu.org* | JEFFREY B. CLARK <br> *Acting Assistant Attorney General* <br> WILLIAM C. PEACHEY <br> *Director* <br> Office of Immigration Litigation <br> District Court Section <br> EREZ REUVENI <br> *Assistant Director* <br> U.S. Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Tel: (202) 307-4293 <br> *erez.r.reuveni@usdoj.gov* |

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> *Defendants*. | CASE NO.: 3:19-CV-00807-RS <br><br> **PROPOSED ORDER REGARDING PARTIES' JOINT MOTION & STIPULATION TO PARTIALLY UNSEAL FILINGS UNDER LOCAL RULE 7-11** |

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*keiland@aclu.org*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Application for pro hac vice pending
***Pro hac vice application forthcoming

The Parties' Joint Motion & Stipulation to Partially Unseal Filing Under Local Rule 7-11 is granted, and it is **HEREBY ORDERED** that:

1. The Doe Plaintiffs' Notices to Appear ("NTAs") filed at ECF No. 44 are unsealed as stipulated in the Parties' Joint Motion & Stipulation.

2. The Parties may file the excerpted and redacted versions of these documents presented to the Court in the public docket in *Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.), *cert. granted* Oct. 19, 2020.

**IT IS SO ORDERED.**

Dated:

_____
Hon. Judge Richard Seeborg
U.S. District Court Judge