| | |
|---|---|
| Judy Rabinovitz* <br> Michael Tan* <br> Omar Jadwat* <br> Lee Gelernt* <br> Anand Balakrishnan* <br> Daniel Galindo (SBN 292854) <br> Celso Perez (SBN 304924) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *jrabinovitz@aclu.org* | JEFFREY B. CLARK <br> *Acting Assistant Attorney General* <br> WILLIAM C. PEACHEY <br> *Director* <br> Office of Immigration Litigation <br> District Court Section <br> EREZ REUVENI <br> *Assistant Director* <br> U.S. Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Tel: (202) 307-4293 <br> *erez.r.reuveni@usdoj.gov* |

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> Defendants. | CASE NO.: 3:19-CV-00807-RS <br><br> **ORDER REGARDING PARTIES' JOINT MOTION & STIPULATION TO PARTIALLY UNSEAL FILINGS UNDER LOCAL RULE 7-11** |

1  Katrina Eiland (SBN 275701)
   Cody Wofsy (SBN 294179)
2  Julie Veroff (SBN 310161)
   ACLU FOUNDATION
3  IMMIGRANTS' RIGHTS PROJECT
   39 Drumm Street
4  San Francisco, CA 94111
   T: (415) 343-1198
5  F: (415) 395-0950
   *keiland@aclu.org*
6
   Melissa Crow*
7  SOUTHERN POVERTY LAW CENTER
   1101 17th Street NW, Suite 705
8  Washington, D.C. 20036
   T: (202) 355-4471
9  F: (404) 221-5857
   *melissa.crow@splcenter.org*
10
   Gracie Willis*
11 SOUTHERN POVERTY LAW CENTER
   150 East Ponce de Leon Avenue, Suite 340
12 Decatur, GA  30030
   T: (404) 221-6700
13 F: (404) 221-5857
   *gracie.willis@splcenter.org*
14
   Michelle P. Gonzalez***
15 SOUTHERN POVERTY LAW CENTER
   P.O. Box 370037
16 Miami, FL 33137-0037
   T: 786-753-1383
17 F: 786-237-2949
   *mich.gonzalez@splcenter.org*
18
   Steven Watt*
19 ACLU FOUNDATION HUMAN RIGHTS
   PROGRAM
20 125 Broad Street, 18th Floor
   New York, NY 10004
21 T: (212) 519-7870
   F: (212) 549-2654
22 *swatt@aclu.org*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE
STUDIES
UC Hastings College of the Law
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*

23
24 *Attorneys for Plaintiffs*

25 *\*Admitted pro hac vice*
   *\*\*Application for pro hac vice pending*
26 *\*\*\*Pro hac vice application forthcoming*

The Parties' Joint Motion & Stipulation to Partially Unseal Filing Under Local Rule 7-11 is granted, and it is **HEREBY ORDERED** that:

1. The Doe Plaintiffs' Notices to Appear ("NTAs") filed at ECF No. 44 are unsealed as stipulated in the Parties' Joint Motion & Stipulation.

2. The Parties may file the excerpted and redacted versions of these documents presented to the Court in the public docket in *Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.), *cert. granted* Oct. 19, 2020.

**IT IS SO ORDERED.**

Dated: 11/27/2020

_____
Hon. Judge Richard Seeborg
U.S. District Court Judge