| | |
|---|---|
| Judy Rabinovitz* <br> Michael Tan* <br> Omar Jadwat* <br> Lee Gelernt* <br> Anand Balakrishnan* <br> Daniel Galindo (SBN 292854) <br> Celso Perez (SBN 304924) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 549-2660 <br> F: (212) 549-2654 <br> *jrabinovitz@aclu.org* | BRIAN BOYNTON <br> *Acting Assistant Attorney General* <br> WILLIAM C. PEACHEY <br> *Director* <br> Office of Immigration Litigation <br> District Court Section <br> EREZ REUVENI <br> *Assistant Director* <br> U.S. Department of Justice <br> Civil Division <br> Office of Immigration Litigation <br> District Court Section <br> P.O. Box 868, Ben Franklin Station <br> Washington, DC 20044 <br> Tel: (202) 307-4293 <br> *erez.r.reuveni@usdoj.gov* |

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Kirstjen Nielsen, *et al.*, <br><br> *Defendants*. | CASE NO.: 3:19-CV-00807-RS <br><br> **JOINT MOTION & STIPULATION TO HOLD IN ABEYANCE OR CONTINUE CONFERENCES UNDER LOCAL RULE 7-11** |

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
Julie Veroff (SBN 310161)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-1198
F: (415) 395-0950
*keiland@aclu.org*

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Eunice Lee (SBN 316237)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
UC Hastings College of the Law
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Application for pro hac vice pending
***Pro hac vice application forthcoming

# JOINT MOTION & STIPULATION TO HOLD IN ABEYANCE OR CONTINUE CONFERENCES UNDER LOCAL RULE 7-11

This Court has stayed the instant case pending the resolution of an appeal of this Court's preliminary injunction order. The parties now move under Local Rule 7-11 to hold all case management and similar deadlines in abeyance pending resolution of all appeals, or alternatively, to continue the case management conference scheduled for January 28, 2021 until on or after June 28, 2021.

The parties are currently briefing an appeal of this Court's preliminary injunction order before the Supreme Court of the United States. *See Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.), *cert. granted* Oct. 19, 2020. Argument has been set for Monday, March 1, 2021. The parties do not expect a decision in that case until May or June 2021.

Accordingly, the parties move to hold all case management and similar deadlines in abeyance. The parties agree to file a joint stipulation to set a new case management conference or take other appropriate action within 60 days of the issuance of the mandate in *Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.).

Alternatively, the parties move to continue the case management conference scheduled for January 28, 2021 until on or after June 28, 2021.

Dated: January 21, 2021

BRIAN BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
EREZ REUVENI
Assistant Director
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
*erez.r.reuveni@usdoj.gov*

Respectfully submitted,

 /s/ *Judy Rabinovitz*
Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
Celso Perez (SBN 304924)
ACLU FOUNDATTION
IMMIGRANTS' RIGHTS PROJECT
125 Broad St., 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

2
JOINT MOTION & STIPULATION TO HOLD IN ABEYANCE OR CONTINUE
CONFERENCES UNDER LOCAL RULE 7-11
CASE NO.: 3:19-cv-00807-RS

**CERTIFICATE OF SERVICE**

I hereby certify that on January 21, 2021, I caused a PDF version of the foregoing document to be electronically transmitted to the Clerk of the Court, using the CM/ECF system for filing and mailed courtesy copies to all necessary parties using certified mail.

Dated: January 21, 2021

/s/ *Judy Rabinovitz*
Judy Rabinovitz
Attorney for Plaintiffs
