Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
Celso Perez (SBN 304924)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

BRIAN BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
Office of Immigration Litigation
District Court Section
EREZ REUVENI
*Assistant Director*
U.S. Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
*erez.r.reuveni@usdoj.gov*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>Kirstjen Nielsen, *et al.*,<br><br>    *Defendants*. | CASE NO.: 3:19-CV-00807-RS<br><br>**ORDER REGARDING PARTIES' JOINT MOTION & STIPULATION TO HOLD IN ABEYANCE OR CONTINUE CONFERENCES UNDER LOCAL RULE 7-11** |

1   Katrina Eiland (SBN 275701)
    Cody Wofsy (SBN 294179)
2   Julie Veroff (SBN 310161)
    ACLU FOUNDATION
3   IMMIGRANTS' RIGHTS PROJECT
    39 Drumm Street
4   San Francisco, CA 94111
    T: (415) 343-1198
5   F: (415) 395-0950
    *keiland@aclu.org*
6
    Melissa Crow*
7   SOUTHERN POVERTY LAW CENTER
    1101 17th Street NW, Suite 705
8   Washington, D.C. 20036
    T: (202) 355-4471
9   F: (404) 221-5857
    *melissa.crow@splcenter.org*
10
    Gracie Willis*
11  SOUTHERN POVERTY LAW CENTER
    150 East Ponce de Leon Avenue, Suite 340
12  Decatur, GA  30030
    T: (404) 221-6700
13  F: (404) 221-5857
    *gracie.willis@splcenter.org*
14
    Michelle P. Gonzalez***
15  SOUTHERN POVERTY LAW CENTER
    P.O. Box 370037
16  Miami, FL 33137-0037
    T: 786-753-1383
17  F: 786-237-2949
    *mich.gonzalez@splcenter.org*
18
    Steven Watt*
19  ACLU FOUNDATION HUMAN RIGHTS
    PROGRAM
20  125 Broad Street, 18th Floor
    New York, NY 10004
21  T: (212) 519-7870
    F: (212) 549-2654
22  *swatt@aclu.org*
23
24  *Attorneys for Plaintiffs*
25  *Admitted pro hac vice
**Application for pro hac vice pending
26  ***Pro hac vice application forthcoming*

    Sean Riordan (SBN 255752)
    AMERICAN CIVIL LIBERTIES UNION
    FOUNDATION OF NORTHERN
    CALIFORNIA, INC.
    39 Drumm Street
    San Francisco, CA 94111
    T: (415) 621-2493
    F: (415) 255-8437
    *sriordan@aclunc.org*

    Blaine Bookey (SBN 267596)
    Karen Musalo (SBN 106882)
    Eunice Lee (SBN 316237)
    Kathryn Jastram (SBN 127625)
    Sayoni Maitra*
    CENTER FOR GENDER & REFUGEE
    STUDIES
    UC Hastings College of the Law
    200 McAllister St.
    San Francisco, CA 94102
    T: (415) 565-4877
    F: (415) 581-8824
    *bookeybl@uchastings.edu*

27

28

PROPOSED ORDER REGARDING PARTIES' JOINT MOTION & STIPULATION TO HOLD
IN ABEYANCE OR CONTINUE CONFERENCES UNDER LOCAL RULE 7-11
CASE NO. 3:19-cv-00807-RS

The Parties' Joint Motion & Stipulation to Hold in Abeyance or Continue Conferences Under Local Rule 7-11 is granted, and it is **HEREBY ORDERED** that:

1. The January 28, 2021 case management conference and future conferences will be held in abeyance.

2. Within 60 days of the issuance of the mandate in *Wolf v. Innovation Law Lab*, No. 19-1212 (S. Ct.), the parties will file a joint stipulation to set a case management conference or take other appropriate action with this Court.

**IT IS SO ORDERED.**

Dated:   January 21, 2021

_____
Hon. Judge Richard Seeborg
U.S. District Court Judge