Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*
*mtan@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 DRUMM STREET
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*
*samdur@aclu.org*

Melissa Crow*
SOUTHER POVERTY LAW CENTER
1101 17th Street, NW Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
*melissa.crow@splcenter.org*

*Attorneys for Plaintiffs (Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | ) |
| | ) CASE NO. 3:19-cv-00807-RS |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF WITHDRAWAL OF** |
| | ) **CELSO PEREZ AS COUNSEL** |
| Kirstjen Nielsen, *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| Gracie Willis*<br>SOUTHERN POVERTY LAW CENTER<br>150 East Ponce de Leon Avenue, Suite 340<br>Decatur, GA 30030<br>T: (404) 221-6700<br>F: (404) 221-5857<br>*gracie.willis@splcenter.org*<br><br>Michelle P. Gonzalez**<br>SOUTHERN POVERTY LAW CENTER<br>P.O. Box 370037<br>Miami, FL 33137-0037<br>T: 786-753-1383<br>F: 786-237-2949<br>*mich.gonzalez@splcenter.org*<br><br>Steven Watt*<br>ACLU FOUNDATION HUMAN RIGHTS PROGRAM<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>T: (212) 519-7870<br>F: (212) 549-2654<br>swatt@aclu.org | Sean Riordan (SBN 255752)<br>Christine P. Sun (SBN 218701)<br>AMERICAN CIVIL LIBERTIES UNION<br>FOUNDATION OF NORTHERN CALIFORNIA, INC.<br>39 Drumm Street<br>San Francisco, CA 94111<br>T: (415) 621-2493<br>F: (415) 255-8437<br>*sriordan@aclunc.org*<br>*csun@aclunc.org*<br><br>Blaine Bookey (SBN 267596)<br>Karen Musalo (SBN 106882)<br>Eunice Lee (SBN 316237)<br>Kathryn Jastram (SBN 127625)<br>Sayoni Maitra*<br>CENTER FOR GENDER & REFUGEE STUDIES<br>200 McAllister St.<br>San Francisco, CA 94102<br>T: (415) 565-4877<br>F: (415) 581-8824<br>*bookeybl@uchastings.edu*<br>*musalok@uchastings.edu*<br>*leeeunice@uchastings.edu*<br>*jastramkate@uchastings.edu*<br>*maitras@uchastings.edu* |

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*

PLEASE TAKE NOTICE THAT Celso Perez is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Celso Perez (SBN 304924)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 125 Broad Street, 18th Floor
> New York, NY 10004
> T: (646) 905-8935
> cperez@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: February 22, 2021                     Respectfully submitted,

                                             */s/ Judy Rabinovitz*
                                             Judy Rabinovitz
                                             Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on February 22, 2021, I electronically transmitted the foregoing Notice of Withdrawal of Celso Perez as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: February 22, 2021                    By: */s/ Judy Rabinovitz*
                                                                                Judy Rabinovitz
                                                                                 Attorney for Plaintiffs