# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

June 21, 2021

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

> Re:  Alejandro N. Mayorkas, Secretary of Homeland Security, et al.
>      v. Innovation Law Lab, et al.
>      No. 19-1212
>      (Your No. 19-15716)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The motion to vacate the judgment is granted.  The judgment is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to direct the District Court to vacate as moot the April 8, 2019 order granting a preliminary injunction.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).  The motion to intervene is dismissed as moot.

The judgment or mandate of this Court will not issue for at least twenty-five days pursuant to Rule 45.  Should a petition for rehearing be filed timely, the judgment or mandate will be further stayed pending this Court's action on the petition for rehearing.

Sincerely,

**Scott S. Harris**, Clerk