# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2021

Clerk
United States Court of Appeals
  for the Ninth Circuit
95 Seventh Street (Zip: 94103-1526)
P. O. Box 193939
San Francisco, CA 94119-3939

      Re:  Mayorkas, Secretary of Homeland, et al.
           v. Innovation Law Lab, et al.,
           No. 19-1212 (Your docket No. 19-15716)

Dear Clerk:

      Attached please find a certified copy of the judgment of this Court in the above-entitled case.

                                           Sincerely,

                                           SCOTT S. HARRIS, Clerk

                                           By

                                           Hervé Bocage
                                           Judgments/Mandates Clerk

Enc.
cc:    All counsel of record

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

July 23, 2021

Ms. Judy Rabinowitz, Esq.
American Civil Liberties Union
125 Broad Street
18th Floor
New York, New York 10004

    Re:  Mayorkas, Secretary of Homeland, et al.
           v. Innovation Law Lab, et al.,
           No. 19-1212

Dear Ms. Rabinowitz:

    Today, a certified copy of the judgment of this Court in the above-entitled case was emailed to the Clerk of the United States Court of Appeals for the Ninth Circuit.

                        Sincerely,

                        SCOTT S. HARRIS, Clerk

                        By   /s/ Herve' Bocage
                        Herve' Bocage
                        Judgments/Mandates Clerk

cc:  All counsel of record
     Clerk, USCA Ninth Cir.
       (Your docket No. 19-15716)

# Supreme Court of the United States

No. 19-1212

**ALEJANDRO N. MAYORKAS, SECRETARY OF HOMELAND SECURITY, ET AL.,**

Petitioners

v.

**INNOVATION LAW LAB, ET AL.**

**ON PETITION FOR CERTIORARI** to the United States Court of Appeals for the United States Court of Appeals for the Ninth Circuit.

**THIS CAUSE** having been submitted on the petition for writ of certiorari and the response thereto.

**ON CONSIDERATION WHEREOF**, it is ordered and adjudged by this Court that the judgment of the above court in this cause is vacated, and the case is remanded to the United States Court of Appeals for the Ninth Circuit with instructions to direct the District Court to vacate as moot the April 8, 2019 order granting a preliminary injunction.  See *United States* v. *Munsingwear, Inc.,* 340 U. S. 36 (1950).

June 21, 2021

A True copy SCOTT S. HARRIS
Clerk of the Supreme Court of the United States