**FOR PUBLICATION**

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| INNOVATION LAW LAB; CENTRAL AMERICAN RESOURCE CENTER OF NORTHERN CALIFORNIA; CENTRO LEGAL DE LA RAZA; UNIVERSITY OF SAN FRANCISCO SCHOOL OF LAW IMMIGRATION AND DEPORTATION DEFENSE CLINIC; AL OTRO LADO; TAHIRIH JUSTICE CENTER, *Plaintiffs-Appellees*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, Secretary of Homeland Security, in his official capacity; U.S. DEPARTMENT OF HOMELAND SECURITY; TRACY RENAUD, Acting Director, U.S. Citizenship and Immigration Services, in her official capacity; ANDREW DAVIDSON, Chief of Asylum Division, U.S. Citizenship and Immigration Services, in his official capacity; UNITED STATES CITIZENSHIP AND | No. 19-15716 <br><br> D.C. No. 3:19-cv-00807-RS <br><br> ORDER |

2          INNOVATION LAW LAB v. MAYORKAS

IMMIGRATION SERVICES; WILLIAM A. FERRARA, Executive Assistant Commissioner, Office of Field Operations, U.S. Customs and Border Protection, in his official capacity; U.S. CUSTOMS AND BORDER PROTECTION; TAE D. JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement, in his official capacity; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT,
    *Defendants-Appellants.*

On Remand from the United States Supreme Court

Filed August 6, 2021

Before: Ferdinand F. Fernandez, William A. Fletcher, and Richard A. Paez, Circuit Judges.

Order

**COUNSEL**

William C. Peachey, Director, and Erez Reuveni, Assistant Director, Office of Immigration Litigation, United States Department of Justice, Washington, D.C., for Defendants-Appellants.

Judy Rabinovitz, Michael Tan, Omar Jadwat, Lee Gelernt, Anand Balakrishnan and Daniel Galindo, American Civil Liberties Union Foundation, Immigrants' Rights Project, New York, New York; Katrina Eiland, and Cody Wofsy, American Civil Liberties Union Foundation, Immigrants' Rights Project, San Francisco, California; Melissa Crow, Southern Poverty Law Center, Washington, D.C.; Gracie Willis, Southern Poverty Law Center, Decatur, Georgia; Sean Riordan, American Civil Liberties Union Foundation of Northern California Inc., San Francisco, California; Blaine Bookey, Karen Musalo, Kathryn Jastram, Sayoni Maitra, and Anne Peterson, Center for Gender and Refugee Studies, San Francisco, California; Steven Watt, ACLU Foundation Human Rights Program, New York, New York; for Plaintiffs-Appellees.

**ORDER**

The United States Supreme Court has vacated the judgment in this case. Citing *United States v. Munsingwear*, 340 U.S. 36 (1950), the Court remanded the case to this court with instructions that we remand to the district court with directions to that court to vacate as moot its April 8, 2019 order granting a preliminary injunction. *See* Order in Pending Case, *Mayorkas v. Innovation Law Lab*, 19-1212 (Monday, June 21, 2021). We vacate as moot our opinion in *Innovation*

*Law Lab v. Wolf*, 951 F.3d 1073 (9th Cir. 2020). As instructed by the Court, we direct the district court to vacate as moot its order of April 8, 2019.

The copy of this order shall act as and for the mandate of this court.

**VACATED and REMANDED**.