UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION LAW LAB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 19-cv-00807-RS<br><br>**ORDER VACATING PRELIMINARY INJUNCTION; ORDER TO SHOW CAUSE** |

At the direction of the United States Supreme Court, the Ninth Circuit has instructed this court to vacate as moot the order of April 8, 2019 granting a preliminary injunction. That order is hereby vacated. Within 10 days of the date of this order, plaintiffs may show cause, if any, why this entire case action should not likewise be dismissed as moot. In the event plaintiffs elect not to file a response or to file a voluntary dismissal, the case will be dismissed without further notice.

**IT IS SO ORDERED**.

Dated: August 6, 2021

RICHARD SEEBORG
Chief United States District Judge