Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATION LAW LAB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | CASE NO.: 3:19-CV-00807-RS <br><br> **ORDER REGARDING PARTIES' JOINT MOTION TO TEMPORARILY HOLD ORDER TO SHOW CAUSE IN ABEYANCE** |

| | |
|---|---|
| Katrina Eiland (SBN 275701) <br> Cody Wofsy (SBN 294179) <br> ACLU FOUNDATION <br> IMMIGRANTS' RIGHTS PROJECT <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 343-0770 <br> F: (415) 395-0950 <br> *keiland@aclu.org* | Sean Riordan (SBN 255752) <br> AMERICAN CIVIL LIBERTIES UNION <br> FOUNDATION OF NORTHERN <br> CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> *sriordan@aclunc.org* |
| Melissa Crow* <br> SOUTHERN POVERTY LAW CENTER <br> 1101 17th Street NW, Suite 705 <br> Washington, D.C. 20036 <br> T: (202) 355-4471 <br> F: (404) 221-5857 <br> *melissa.crow@splcenter.org* | Blaine Bookey (SBN 267596) <br> Karen Musalo (SBN 106882) <br> Kathryn Jastram (SBN 127625) <br> Sayoni Maitra* <br> CENTER FOR GENDER & REFUGEE <br> STUDIES <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> T: (415) 565-4877 <br> F: (415) 581-8824 <br> *bookeybl@uchastings.edu* |

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS
PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
***Pro hac vice application forthcoming

**ORDER**

The Parties Joint Motion to Temporarily Hold the Order to Show Cause in Abeyance is hereby granted. Plaintiffs will file a status report with the Court on August 30, 2021.

**IT IS SO ORDERED.**

Date  August 16, 2021

_____
Hon. Judge Richard Seeborg
U.S. District Court Judge