Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
jrabinovitz@aclu.org

Attorneys for Plaintiffs (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATION LAW LAB, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> ALEJANDRO MAYORKAS, *et al.*, <br><br> *Defendants*. | CASE NO.: 3:19-CV-00807-RS <br><br> **ORDER REGARDING PARTIES' JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE** |

1   Katrina Eiland (SBN 275701)
    Cody Wofsy (SBN 294179)
2   ACLU FOUNDATION
    IMMIGRANTS' RIGHTS PROJECT
3   39 Drumm Street
    San Francisco, CA 94111
4   T: (415) 343-0770
    F: (415) 395-0950
5   keiland@aclu.org

6   Carmen G. Iguina Gonzalez (SBN 277369)
    ACLU FOUNDATION
7   IMMIGRANTS' RIGHTS PROJECT
    915 15th Street NW
8   Washington DC 20005
    T: (202) 544-1681
9   F: (202) 546-0738
    ciguina@aclu.org
10

11  Melissa Crow*
    SOUTHERN POVERTY LAW CENTER
12  1101 17th Street NW, Suite 705
    Washington, D.C. 20036
13  T: (202) 355-4471
    F: (404) 221-5857
14  melissa.crow@splcenter.org

15  Gracie Willis*
    SOUTHERN POVERTY LAW CENTER
16  150 East Ponce de Leon Avenue, Suite 340
    Decatur, GA  30030
17  T: (404) 221-6700
    F: (404) 221-5857
18  gracie.willis@splcenter.org

19  Michelle P. Gonzalez***
    SOUTHERN POVERTY LAW CENTER
20  P.O. Box 370037
    Miami, FL 33137-0037
21  T: 786-753-1383
    F: 786-237-2949
22  mich.gonzalez@splcenter.org

23  *Attorneys for Plaintiffs*

24  *Admitted pro hac vice*
    ****Pro hac vice application forthcoming*
25

26

27

28

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS
PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
swatt@aclu.org

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
sriordan@aclunc.org


Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE
STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
bookeybl@uchastings.edu

PROPOSED ORDER REGARDING PARTIES' JOINT STATUS REPORT AND REQUEST TO
CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE, CASE NO. 3:19-cv-
00807-RS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

The Parties Joint Request to Continue to Hold the Order to Show Cause in Abeyance is

hereby granted. The Parties will file a status report with the Court on September 13, 2021.

**IT IS SO ORDERED.**


Date   8/31/2021

Hon. Judge Richard Seeborg
U.S. District Court Judge

1
PROPOSED ORDER REGARDING PARTIES' JOINT STATUS REPORT AND REQUEST TO
CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE, CASE NO. 3:19-cv-
00807-RS