Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

Erez Reuveni
Brian M. Boynton
William C. Peachey
Civil Division, Office of Immigration
Litigation, District Court Section
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
T: (202) 307-4293
*Erez.r.reuveni@usdoj.gov*

*Attorneys for Defendants*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INNOVATION LAW LAB, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>ALEJANDRO MAYORKAS, *et al.*,<br><br>*Defendants.* | CASE NO.: 3:19-CV-00807-RS<br><br>**PROPOSED ORDER REGARDING PARTIES' JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE** |

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
keiland@aclu.org

Carmen G. Iguina Gonzalez (SBN 277369)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
915 15th Street NW
Washington DC 20005
T: (202) 544-1681
F: (202) 546-0738
ciguina@aclu.org

Melissa Crow*
SOUTHERN POVERTY LAW CENTER
1101 17th Street NW, Suite 705
Washington, D.C. 20036
T: (202) 355-4471
F: (404) 221-5857
melissa.crow@splcenter.org

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
gracie.willis@splcenter.org

Michelle P. Gonzalez***
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
mich.gonzalez@splcenter.org

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS
PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
swatt@aclu.org

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
sriordan@aclunc.org

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE
STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
bookeybl@uchastings.edu

*Attorneys for Plaintiffs*

*Admitted pro hac vice
***Pro hac vice application forthcoming

**PROPOSED ORDER**

The Parties' Joint Motion to Temporarily Hold the Order to Show Cause in Abeyance is hereby granted. The Parties will file a status report with the Court on September 27, 2021.

**SO ORDERED.**

Date _____   _____
                                  Hon. Judge Richard Seeborg
                                  U.S. District Court Judge

1

PROPOSED ORDER REGARDING JOINT STATUS REPORT AND REQUEST TO
CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE
CASE NO. 3:19-cv-00807-RS