1

BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

2

3

4

5

6

7

8

9

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11

12

Innovation Law Lab, *et al.*,                          )
                                                       )
13
          Plaintiffs,                   )
                                                       )
14
                                                       )
v.                                                     )   Civil Action No. 3:19-cv-0807-RS
15
                                                       )
Alejandro Mayorkas, *et al.*,                          )
16
                                                       )
          Defendants.                   )
17
                                                       )

18

19

20

21

22

23

24

25

26

27

28

1

**JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE**

2

3

The parties submit this status report, and respectfully request that the Court continue to

4

temporarily hold in abeyance the Order to Show Cause issued by this Court on August 6, 2021.[1]

5

See Dkt. 131. The Order to Show Cause directed Plaintiffs to respond, by August 16, 2021, as to

6

why the instant case should not be dismissed as moot. The parties have jointly moved to

7

temporarily hold the deadlines in this case in abeyance several times, and the Court has granted

8

each of those requests. *See* Dkts. 133, 136, 138.

9

Granting a further abeyance will give the parties time to continue to meet and confer

10

regarding outstanding issues presented by the case, including whether settlement is possible and

11

how this case should proceed in light of the nationwide injunction in *Texas v. Biden*, No. 2:21-cv-

12

0067, 2021 WL 3603341 (N.D. Tex. Aug 13, 2021). As to settlement, the parties have exchanged

13

settlement offers, and Plaintiffs presently are considering Defendants counter. As to the *Texas*

14

injunction, the government recently announced, contingent on the agreement of Mexico—which

15

has not yet been secured—the Department of Homeland Security (DHS) expects be "in a position

16

to re-implement MPP by mid-November." *See* Dkt. 111 at 1, *Texas v. Biden*, No. 2:21-cv-0067

17

(N.D. Tex.) (notice of compliance). Should MPP be re-implemented, that may impact the issues

18

pending in this case. In addition, the government has also announced that it "intends to issue in the

19

coming weeks a new memorandum terminating the [MPP]." *See* DHS Announces Intention to

20

Issue New Memo Terminating MPP, https://www.dhs.gov/news/2021/09/29/dhs-announces-

21

intention-issue-new-memo-terminating-mpp. Such termination may also impact the issues in this case.

22

The parties continue to meet and confer, but more time is needed, as no public

23

announcement concerning MPP's operation or termination has yet been made. An order continuing

24

to hold the Order to Show Cause in abeyance is therefore warranted. Accordingly, the parties

25

request that the Court continue the temporary abeyance of the briefing deadline for the Order to

26

Show Cause. The parties propose to submit another joint statement one month from today, on

27

November 24, 2021.

28

_____

[1] Undersigned counsel conferred with counsel for Plaintiffs, who join this motion.

1   Respectfully submitted,

2
                                          BRIAN M. BOYNTON
3                                         Acting Assistant Attorney General

4                                         WILLIAM C. PEACHEY
5                                         Director

6                                   By: /s/ *Erez Reuveni*
                                          EREZ REUVENI
7                                         Assistant Director
                                          Office of Immigration Litigation
8                                         U.S. Department of Justice, Civil Division
                                          P.O. Box 868, Ben Franklin Station
9                                         Washington, DC 20044
                                          Tel: (202) 307-4293
10
                                          Email: Erez.R.Reuveni@usdoj.gov
11

12  Dated: October 25, 2021               *Attorneys for Defendants*

13
                                          /s/ *Judy Rabinovitz* (with permission)
14                                        Judy Rabinovitz*
                                          Michael Tan*
15                                        Omar Jadwat*
                                          Lee Gelernt*
16                                        Anand Balakrishnan*
17                                        Daniel Galindo (SBN 292854)
                                          ACLU FOUNDATION
18                                        IMMIGRANTS' RIGHTS PROJECT
                                          125 Broad Street, 18th Floor
19                                        New York, NY 10004
                                          T: (212) 549-2660
20                                        F: (212) 549-2654
21                                        *jrabinovitz@aclu.org*

22  Dated: October 25, 2021               *Attorneys for Plaintiffs*

23

24

25

26

27

28

PARTIES' JOINT STATUS REPORT
*Innovation Law Lab v. Mayorkas*,                    2
Case No. 3:19-cv-0807-RS

1

**CERTIFICATE OF SERVICE**

2        I hereby certify that on October 25, 2021, I electronically filed the foregoing document

3  with the Clerk of the Court for the United States Court of for the Northern District of California

4  by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will

5  be accomplished by the CM/ECF system.

6

7                         By: */s/ Erez Reuveni*
                            EREZ REUVENI

8                           Assistant Director
                           United States Department of Justice

9                           Civil Division

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28