1  BRIAN M. BOYNTON
   *Acting Assistant Attorney General*
2  WILLIAM C. PEACHEY
   *Director*
3  EREZ REUVENI
   *Assistant Director*
4  Office of Immigration Litigation
5  U.S. Department of Justice, Civil Division
   P.O. Box 868, Ben Franklin Station
6  Washington, DC 20044
7  Tel: (202) 307-4293
   Email: Erez.R.Reuveni@usdoj.gov
8

## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, | ) |
| Plaintiffs, | ) **[PROPOSED] ORDER** |
| v. | ) Civil Action No. 3:19-cv-0807-RS |
| Alejandro Mayorkas, *et al.*, | ) |
| Defendants. | ) |

**PROPOSED ORDER**

The Parties' Joint Motion to Temporarily Hold the Order to Show Cause in Abeyance is hereby granted. The Parties will file a status report with the Court on November 24, 2021.

**SO ORDERED.**

Date _____        _____
                                                                    Hon. Judge Richard Seeborg
                                                                    U.S. District Court Judge