BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, | ) ) ) |
| Plaintiffs, | ) ) **ORDER AS MODIFIED BY** ) |
| v. | ) **THE COURT** ) |
| Alejandro Mayorkas, *et al.*, | ) Civil Action No. 3:19-cv-0807-RS ) |
| Defendants. | ) ) |

**ORDER**

The Parties' Joint Motion to Temporarily Hold the Order to Show Cause in Abeyance is herebygranted. The Parties will file a status report with the Court on January 14, 2022.

**SO ORDERED.**

Date  October 25, 2021

Hon. Judge Richard Seeborg
U.S. District Court Judge