BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Alejandro Mayorkas, *et al.*, <br><br> Defendants. | Civil Action No. 3:19-cv-0807-RS |

PARTIES' JOINT STATUS REPORT
*Innovation Law Lab v. Mayorkas*,
Case No. 3:19-cv-0807-RS

**JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE**

The parties submit this status report, and respectfully request that the Court continue to temporarily hold in abeyance the Order to Show Cause issued by this Court on August 6, 2021.[1] See Dkt. 131. The Order to Show Cause previously directed Plaintiffs to respond as to why the instant case should not be dismissed as moot. The parties have jointly moved to temporarily hold the deadlines in this case in abeyance several times, and the Court has granted each of those requests. *See* Dkts. 133, 136, 138, 141.

Granting a further abeyance will give the parties time to continue to meet and confer regarding outstanding issues presented by the case, including whether settlement is possible and how this case should proceed in light of the nationwide injunction in *Texas v. Biden*, No. 2:21-cv-0067, 2021 WL 3603341 (N.D. Tex. Aug 13, 2021). As to settlement, the parties have exchanged additional settlement offers, and Defendants are presently considering a number of issues Plaintiffs have raised in response to Defendants second counter-offer. As to the *Texas* injunction, the government is presently re-implementing MPP in compliance with the injunction. *See* Court-Ordered Reimplementation of MPP Policy Guidance, *at* https://www.dhs.gov/publication/court-ordered-reimplementation-mpp-policy-guidance. The government also recently filed a petition for certiorari seeking review of the Fifth Circuit's decision affirming the injunction. *See* Petition, *Biden v. Texas*, No. 21-954, *available at* https://www.supremecourt.gov/DocketPDF/21/21-954/206810/20211229162636127_Biden%20v.%20Texas%20-%20Cert%20Petition.pdf. The Court may rule on that petition as soon as February 18, 2022.

The parties continue to meet and confer, but more time is needed. An order continuing to hold the Order to Show Cause in abeyance is therefore warranted. Accordingly, the parties request that the Court continue the temporary abeyance of the briefing deadline for the Order to Show Cause. The parties propose to submit another joint statement four months from today, on May 15, 2022.

//

---

[1] Undersigned counsel conferred with counsel for Plaintiffs, who join this motion.

PARTIES' JOINT STATUS REPORT
*Innovation Law Lab v. Mayorkas,*
Case No. 3:19-cv-0807-RS

1

Respectfully submitted,

                BRIAN M. BOYNTON
                Acting Assistant Attorney General

                WILLIAM C. PEACHEY
                Director

By: /s/ *Erez Reuveni*
EREZ REUVENI
Assistant Director
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

Dated: January 14, 2022        *Attorneys for Defendants*

/s/ *Judy Rabinovitz* (with permission)
Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

Dated: January 14, 2022        *Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
EREZ REUVENI
Assistant Director
United States Department of Justice
Civil Division