BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Innovation Law Lab, *et al.*, </br></br> Plaintiffs, </br></br> v. </br></br> Alejandro Mayorkas, *et al.*, </br></br> Defendants. | Civil Action No. 3:19-cv-0807-RS </br></br> **ORDER AS MODIFIED BY THE COURT** |

IT IS SO ORDERED

Judge Richard Seeborg

Dated: January 18, 2022

# JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE

The parties submit this status report, and respectfully request that the Court continue to temporarily hold in abeyance the Order to Show Cause issued by this Court on August 6, 2021.[1] See Dkt. 131. The Order to Show Cause previously directed Plaintiffs to respond as to why the instant case should not be dismissed as moot. The parties have jointly moved to temporarily hold the deadlines in this case in abeyance several times, and the Court has granted each of those requests. *See* Dkts. 133, 136, 138, 141.

Granting a further abeyance will give the parties time to continue to meet and confer regarding outstanding issues presented by the case, including whether settlement is possible and how this case should proceed in light of the nationwide injunction in *Texas v. Biden*, No. 2:21-cv-0067, 2021 WL 3603341 (N.D. Tex. Aug 13, 2021). As to settlement, the parties have exchanged additional settlement offers, and Defendants are presently considering a number of issues Plaintiffs have raised in response to Defendants second counter-offer. As to the *Texas* injunction, the government is presently re-implementing MPP in compliance with the injunction. *See* Court-Ordered Reimplementation of MPP Policy Guidance, *at* https://www.dhs.gov/publication/court-ordered-reimplementation-mpp-policy-guidance. The government also recently filed a petition for certiorari seeking review of the Fifth Circuit's decision affirming the injunction. *See* Petition, *Biden v. Texas*, No. 21-954, *available at* https://www.supremecourt.gov/DocketPDF/21/21-954/206810/20211229162636127_Biden%20v.%20Texas%20-%20Cert%20Petition.pdf. The Court may rule on that petition as soon as February 18, 2022.

The parties continue to meet and confer, but more time is needed. An order continuing to hold the Order to Show Cause in abeyance is therefore warranted. Accordingly, the parties request that the Court continue the temporary abeyance of the briefing deadline for the Order to Show Cause. The parties propose to submit another joint statement four months from today, on **May 16, 2022.**

//

---

[1] Undersigned counsel conferred with counsel for Plaintiffs, who join this motion.

Respectfully submitted,

          BRIAN M. BOYNTON
          Acting Assistant Attorney General

          WILLIAM C. PEACHEY
          Director

By: /s/ *Erez Reuveni*
     EREZ REUVENI
     Assistant Director
     Office of Immigration Litigation
     U.S. Department of Justice, Civil Division
     P.O. Box 868, Ben Franklin Station
     Washington, DC 20044
     Tel: (202) 307-4293
     Email: Erez.R.Reuveni@usdoj.gov

Dated: January 14, 2022          *Attorneys for Defendants*

     /s/ *Judy Rabinovitz* (with permission)
     Judy Rabinovitz*
     Michael Tan*
     Omar Jadwat*
     Lee Gelernt*
     Anand Balakrishnan*
     Daniel Galindo (SBN 292854)
     ACLU FOUNDATION
     IMMIGRANTS' RIGHTS PROJECT
     125 Broad Street, 18th Floor
     New York, NY 10004
     T: (212) 549-2660
     F: (212) 549-2654
     *jrabinovitz@aclu.org*

Dated: January 14, 2022          *Attorneys for Plaintiffs*