BRIAN M. BOYNTON
*Acting Assistant Attorney General*
WILLIAM C. PEACHEY
*Director*
EREZ REUVENI
*Assistant Director*
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Tel: (202) 307-4293
Email: Erez.R.Reuveni@usdoj.gov

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Innovation Law Lab, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> Alejandro Mayorkas, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action No. 3:19-cv-0807-RS |

PARTIES' JOINT STATUS REPORT
*Innovation Law Lab v. Mayorkas*,
Case No. 3:19-cv-0807-RS

## JOINT STATUS REPORT AND REQUEST TO CONTINUE HOLDING ORDER TO SHOW CAUSE IN ABEYANCE

The parties submit this status report, and respectfully request that the Court continue to temporarily hold in abeyance the Order to Show Cause issued by this Court on August 6, 2021.[1] See Dkt. 131. The Order to Show Cause previously directed Plaintiffs to respond as to why the instant case should not be dismissed as moot. The parties have jointly moved to temporarily hold the deadlines in this case in abeyance several times, and the Court has granted each of those requests. *See* Dkts. 133, 136, 138, 141, 143.

Granting a further abeyance will give the parties time to continue to meet and confer regarding outstanding issues presented by the case, including whether settlement is possible and how this case should proceed in light of the nationwide injunction in *Texas v. Biden*, No. 2:21-cv-0067, 2021 WL 3603341 (N.D. Tex. Aug 13, 2021). As to settlement, the parties have exchanged additional settlement offers. Most recently, Defendants provided Plaintiffs a third counter-offer, and Plaintiffs have raised a further issue that remains outstanding. As to the *Texas* injunction, the government is presently re-implementing MPP in compliance with the injunction. *See* Court-Ordered Reimplementation of MPP Policy Guidance, *at* https://www.dhs.gov/publication/court-ordered-reimplementation-mpp-policy-guidance. Moreover, since the parties' last filing, the Supreme Court granted the government's petition for certiorari and heard oral argument on April 26, 2022. *See Biden v. Texas*, No. 21-954. After argument, the Court ordered supplemental briefs, the last of which are due May 13, 2022. A decision may issue by the end of June. The resolution of *Biden v. Texas* may impact many of the issues pending in this case.

The parties continue to meet and confer, but more time is needed. An order continuing to hold the Order to Show Cause in abeyance is therefore warranted. Accordingly, the parties request that the Court continue the temporary abeyance of the briefing deadline for the Order to Show Cause. The parties propose to submit another joint statement three months from today, on Tuesday, August 16, 2022.

//

---

[1] Undersigned counsel conferred with counsel for Plaintiffs, who join this motion.

PARTIES' JOINT STATUS REPORT
*Innovation Law Lab v. Mayorkas*,
Case No. 3:19-cv-0807-RS

1

Respectfully submitted,

        BRIAN M. BOYNTON
        Acting Assistant Attorney General

        WILLIAM C. PEACHEY
        Director

By: /s/ *Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    Office of Immigration Litigation
    U.S. Department of Justice, Civil Division
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Tel: (202) 307-4293
    Email: Erez.R.Reuveni@usdoj.gov

Dated: May 16, 2022        *Attorneys for Defendants*

/s/ *Judy Rabinovitz* (with permission)
Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*

Dated: May 16, 2022        *Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2022, I electronically filed the foregoing document with the Clerk of the Court for the United States Court of for the Northern District of California by using the CM/ECF system. Counsel in the case are registered CM/ECF users and service will be accomplished by the CM/ECF system.

By: */s/ Erez Reuveni*
    EREZ REUVENI
    Assistant Director
    United States Department of Justice
    Civil Division