| | |
|---|---|
| Judy Rabinovitz* | Katrina Eiland (SBN 275701) |
| Michael Tan* | Cody Wofsy (SBN 294179) |
| Omar Jadwat* | ACLU FOUNDATION |
| Lee Gelernt* | IMMIGRANTS' RIGHTS PROJECT |
| Anand Balakrishnan* | 39 DRUMM STREET |
| Daniel Galindo (SBN 292854) | San Francisco, CA 94111 |
| ACLU FOUNDATION | T: (415) 343-0770 |
| IMMIGRANTS' RIGHTS PROJECT | F: (415) 395-0950 |
| 125 Broad Street, 18th Floor | *keiland@aclu.org* |
| New York, NY 10004 | *cwofsy@aclu.org* |
| T: (212) 549-2660 | |
| F: (212) 549-2654 | |
| *jrabinovitz@aclu.org* | |
| *mtan@aclu.org* | |
| *ojadwat@aclu.org* | |
| *lgelernt@aclu.org* | |
| *abalakrishnan@aclu.org* | |
| *dgalindo@aclu.org* | |

*Attorneys for Plaintiffs (Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | ) |
| | ) CASE NO. 3:19-cv-00807-RS |
| Plaintiffs, | ) |
| v. | ) **NOTICE OF WITHDRAWAL OF** |
| | ) **CARMEN IGUINA GONZALEZ** |
| Kirstjen Nielsen, *et al.*, | ) **AS COUNSEL** |
| | ) |
| Defendants. | ) |

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez**
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
swatt@aclu.org

Sean Riordan (SBN 255752) AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
sriordan@aclunc.org

Melissa Crow*
Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*crowmelissa@uchastings.edu*
*bookeybl@uchastings.edu*
*musalok@uchastings.edu*
*jastramkate@uchastings.edu*
*maitras@uchastings.edu*

Julie Veroff (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
*jveroff@cooley.com*

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Pro hac vice application forthcoming*

Case 3:19-cv-00807-RS   Document 145   Filed 06/29/22   Page 3 of 4

PLEASE TAKE NOTICE THAT Carmen Iguina Gonzalez will no longer be associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Carmen Iguina Gonzalez (SBN 277369)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 915 15th Street NW
> Washington, DC 20005
> T: (202) 544-1681
> F: (202) 546-0738
> ciguina@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: June 29, 2022                        Respectfully submitted,

                                            */s/ Judy Rabinovitz*
                                            Judy Rabinovitz
                                            Attorney for Plaintiffs

1
NOTICE OF WITHDRAWAL OF CARMEN IGUINA GONZALEZ AS COUNSEL          3:19-cv-00807-RS

**CERTIFICATE OF SERVICE**

I certify that on June 29, 2022, I electronically transmitted the foregoing Notice of Withdrawal of Carmen Iguina Gonzalez as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: June 29, 2022

By: */s/ Judy Rabinovitz*
Judy Rabinovitz
Attorney for Plaintiffs