Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*
*mtan@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 DRUMM STREET
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> Alejandro Mayorkas, *et al.*, <br><br> *Defendants*. | CASE NO.: 3:19-CV-00807-RS <br><br> **PLAINTIFFS' ADMINISTRATIVE MOTION TO SET CASE MANAGEMENT CONFERENCE** |

Gracie Willis*  
SOUTHERN POVERTY LAW CENTER  
150 East Ponce de Leon Avenue, Suite 340  
Decatur, GA  30030  
T:  (404) 221-6700  
F:  (404) 221-5857  
*gracie.willis@splcenter.org*

Michelle P. Gonzalez**  
SOUTHERN POVERTY LAW CENTER  
P.O. Box 370037  
Miami, FL 33137-0037  
T: 786-753-1383  
F: 786-237-2949  
*mich.gonzalez@splcenter.org*

Steven Watt*  
ACLU FOUNDATION HUMAN RIGHTS PROGRAM  
125 Broad Street, 18th Floor  
New York, NY 10004  
T: (212) 519-7870  
F: (212) 549-2654  
*swatt@aclu.org*

Melissa Crow*  
CENTER FOR GENDER & REFUGEE STUDIES  
1121 14th Street, NW, Suite 200  
Washington, DC 20005  
T: (202) 355-4471  
F: (415) 581-8824  
*crowmelissa@uchastings.edu*

Blaine Bookey (SBN 267596)  
Karen Musalo (SBN 106882)  
Kathryn Jastram (SBN 127625)  
Sayoni Maitra*  
CENTER FOR GENDER & REFUGEE STUDIES  
200 McAllister St.  
San Francisco, CA 94102  
T: (415) 565-4877  
F: (415) 581-8824  
*bookeybl@uchastings.edu*  
*musalok@uchastings.edu*  
*jastramkate@uchastings.edu*  
*maitras@uchastings.edu*

Sean Riordan (SBN 255752)  
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.  
39 Drumm Street  
San Francisco, CA 94111  
T: (415) 621-2493  
F: (415) 255-8437  
*sriordan@aclunc.org*

Julie Veroff (SBN 310161)  
COOLEY LLP  
3 Embarcadero Center, 20th Floor  
San Francisco, CA 94111-4004  
T: (415) 693-2000  
F: (415) 693-2222  
*jveroff@cooley.com*

*Attorneys for Plaintiffs*

*Admitted pro hac vice  
**Pro hac vice application forthcoming*

Pursuant to Civil Local Rule 7-11, Plaintiffs file this administrative motion to set a case management conference ("CMC") on November 17, 2022 at 10:00 a.m. or as soon thereafter as the Court may be available. The parties have been involved in informal settlement negotiations for more than a year, but several significant issues remain unresolved. Plaintiffs believe that a CMC is necessary to explore the possibility of referring the case to a mediator who could assist the parties in their settlement efforts. Defendants oppose this motion.

Plaintiffs are individual immigrants and organizations that advocate for immigrants. They filed this action on February 14, 2019, to challenge the Trump administration's "Migrant Protection Protocols" ("MPP"), which created a system to return certain immigrants to Mexico while they awaited their immigrant court hearings. The Court issued a preliminary injunction against MPP on April 8, 2019, which the government appealed. The Supreme Court ultimately granted certiorari before the Biden administration issued a memorandum terminating MPP. On the basis of that termination memorandum, the Supreme Court ordered the Ninth Circuit to order this Court to vacate its preliminary injunction as moot. (ECF No. 129.) On August 6, 2021, after the Ninth Circuit's mandate and order, this Court vacated as moot the preliminary injunction and issued an order to show cause as to why this entire action should not be dismissed as moot. (ECF No. 131.)

Since the Court's issuance of the order to show cause, the court has granted the parties several joint requests to hold the order to show cause in abeyance in order to allow the parties to meet and confer regarding outstanding issues in the case, including whether settlement is possible and how this case should proceed in light of the related litigation in *Texas v. Biden*, No. 2:21-cv-0067 (N.D. Tex.). (ECF Nos. 132, 133, 135, 136, 137, 138, 140, 141, 142, 143, 144.) For more than a year, the parties have engaged in informal settlement negotiations and have made progress toward a possible settlement of the case. (Rabinovitz Dec. ¶ 2.) However, the process has taken longer than anticipated, with often significant delays in the time it has taken Defendants to respond to Plaintiffs' settlement communications. (*Id.* ¶ 3.)

On October 11, 2022, Plaintiffs sent Defendants a response to their latest settlement proposal, dated September 14, 2022. (Rabinovitz Dec. ¶ 4.) Plaintiffs' response stated that Defendants' latest

proposal was largely acceptable but described two issues that required clarification. (*Id.*) Given the urgent need to provide relief to the individual plaintiffs, and in order to avoid further delay, Plaintiffs asked for a meeting with the government decision makers to be scheduled within two weeks, to resolve these remaining issues. (*Id.*) Defendants, through their counsel, Erez Reuveni, said that they were unwilling to schedule such a meeting until they had prepared a response to Plaintiffs' latest communication, but that such a response would be forthcoming. (*Id.* ¶ 5). To date, Defendants have not provided such a response, nor have they committed to a timeline for providing one. (*Id.*)

Given the length of time that has elapsed since the parties began discussing settlement and Plaintiffs' interest in seeking the expeditious resolution of those settlement discussions, Plaintiffs now seek a CMC in order to explore the possibility of referring this case for formal mediation. Plaintiffs proposed this possibility to Defendants on November 3, 2022. (Rabinovitz Dec. ¶ 6.) On November 8, 2022, Plaintiffs then sought Defendants' position on this administrative motion to set a CMC. (*Id.*) On November 9, 2022, Defendants indicated that they oppose this motion. (*Id.* ¶ 7.) Plaintiffs believe that formal mediation may be necessary for the parties to promptly resolve the remaining settlement issues in this case.

The parties have not previously articulated their positions on an ADR process because, as a result of the appellate and Supreme Court litigation in this case, the parties never filed a Joint Case Management Statement ("JCMS"), and the Court never convened an initial CMC. The Court last issued an order holding the initial CMC in abeyance on January 21, 2021. (ECF No. 125.) Plaintiffs do not believe that the filing of a JCMS is necessary, given that the scope of the CMC they request will likely be limited to discussion of possible mediation.

For the foregoing reasons, Plaintiffs request that the Court set this case for a CMC on November 17, 2022 at 10:00 a.m. or as soon thereafter as the Court is available.

Dated: November 10, 2022                                      Respectfully submitted,

Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*
*mtan@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T:  (404) 221-6700
F:  (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez**
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Melissa Crow*
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, NW, Suite 200
Washington, DC 20005
T: (202) 355-4471
F: (415) 581-8824
*crowmelissa@uchastings.edu*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 DRUMM STREET
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)   Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*
*musalok@uchastings.edu*
*jastramkate@uchastings.edu*
*maitras@uchastings.edu*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Julie Veroff (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
*jveroff@cooley.com*

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*
*\*\*Pro hac vice application forthcoming*