Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*
*mtan@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 DRUMM STREET
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| Innovation Law Lab, *et al.*, | CASE NO.: 3:19-CV-00807-RS |
|---|---|
| *Plaintiffs*, | **[PROPOSED] ORDER** |
| v. | |
| Alejandro Mayorkas, *et al.*, | |
| *Defendants*. | |

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA  30030
T: (404) 221-6700
F: (404) 221-5857
gracie.willis@splcenter.org

Michelle P. Gonzalez**
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
mich.gonzalez@splcenter.org

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
swatt@aclu.org

Melissa Crow*
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, NW, Suite 200
Washington, DC 20005
T: (202) 355-4471
F: (415) 581-8824
crowmelissa@uchastings.edu

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)
Sayoni Maitra*
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister St.
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
bookeybl@uchastings.edu
musalok@uchastings.edu
jastramkate@uchastings.edu
maitras@uchastings.edu

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
sriordan@aclunc.org

Julie Veroff (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
jveroff@cooley.com

*Attorneys for Plaintiffs*

*Admitted pro hac vice
**Pro hac vice application forthcoming

**PROPOSED ORDER**

The Court grants Plaintiffs' motion to set a case management conference and orders the parties to appear for a case management conference to discuss the possibility of a mediation referral on November 17, 2022 at 10:00 a.m.

**SO ORDERED.**

Date: _____                                          _____

                                                                                      Hon. Judge Richard Seeborg
                                                                                      U.S. District Court Judge