UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INNOVATION LAW LAB, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALEJANDRO MAYORKAS, et al.,<br><br>Defendants. | Case No. 19-cv-00807-RS<br><br>**REFERRAL FOR SETTLEMENT** |

The parties are hereby REFERRED to a randomly assigned Magistrate Judge for the purpose of engaging in a settlement conference, to take place, ideally, within the next 60 days.

**IT IS SO ORDERED**.

Dated: November 15, 2022

_____
RICHARD SEEBORG
Chief United States District Judge