OFFICE OF THE CLERK

UNITED STATES DISTRICT COURT

Northern District of California

CIVIL MINUTES

**Date:** November 22, 2022  **Time:** 10:32 a.m.-10:59 a.m.   **Judge:** LISA J. CISNEROS
(27 minutes)

**Case No.**: 3:19-cv-00807-RS   **Case Name:**  Innovation Law Lab v. Nielsen

**Attorney for Plaintiff:** Melissa E Crow and Sayoni Maitra

**Attorney for Defendant:** Erez R. Reuveni

**Deputy Clerk:** Brittany Sims    **Reported by:** Not Reported

PROCEEDINGS

Pre-Settlement Conference held. The parties are to respond to Brittany Sims by 3:00 pm on November 23rd regarding the date selected for the settlement conference.