Judy Rabinovitz*
Michael Tan*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
*jrabinovitz@aclu.org*
*mtan@aclu.org*
*ojadwat@aclu.org*
*lgelernt@aclu.org*
*abalakrishnan@aclu.org*
*dgalindo@aclu.org*

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 Drumm Street
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
*keiland@aclu.org*
*cwofsy@aclu.org*

*Attorneys for Plaintiffs* (*Additional counsel listed on following page*)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>Alejandro Mayorkas, *et al.*,<br><br>*Defendants.* | CASE NO. 3:19-cv-00807-RS<br><br>**NOTICE OF WITHDRAWAL OF SAYONI MAITRA AS PLAINTIFFS' COUNSEL** |

Gracie Willis*
SOUTHERN POVERTY LAW CENTER
150 East Ponce de Leon Avenue, Suite 340
Decatur, GA 30030
T: (404) 221-6700
F: (404) 221-5857
*gracie.willis@splcenter.org*

Michelle P. Gonzalez**
SOUTHERN POVERTY LAW CENTER
P.O. Box 370037
Miami, FL 33137-0037
T: 786-753-1383
F: 786-237-2949
*mich.gonzalez@splcenter.org*

Steven Watt*
ACLU FOUNDATION HUMAN RIGHTS PROGRAM
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 519-7870
F: (212) 549-2654
*swatt@aclu.org*

Melissa Crow*
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, NW, Suite 200
Washington, DC 20005
T: (202) 355-4471
F: (415) 581-8824
*crowmelissa@uchastings.edu*

Blaine Bookey (SBN 267596)
Karen Musalo (SBN 106882)
Kathryn Jastram (SBN 127625)
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*bookeybl@uchastings.edu*
*musalok@uchastings.edu*
*jastramkate@uchastings.edu*

Sean Riordan (SBN 255752)
AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
T: (415) 621-2493
F: (415) 255-8437
*sriordan@aclunc.org*

Julie Veroff (SBN 310161)
COOLEY LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111-4004
T: (415) 693-2000
F: (415) 693-2222
*jveroff@cooley.com*

*Attorneys for Plaintiffs*

*Admitted pro hac vice*
**Pro hac vice application forthcoming*

PLEASE TAKE NOTICE THAT Sayoni Maitra is no longer associated with the Center for Gender & Refugee Studies and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

Sayoni Maitra
CENTER FOR GENDER & REFUGEE STUDIES
200 McAllister Street
San Francisco, CA 94102
T: (415) 565-4877
F: (415) 581-8824
*maitras@uchastings.edu*

The remaining counsel associated with the Center for Gender & Refugee Studies and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Date: February 24, 2023                                                          Respectfully submitted,

*/s/ Sayoni Maitra*
Sayoni Maitra

**CERTIFICATE OF SERVICE**

I certify that on February 24, 2023, I electronically filed the foregoing Notice of Withdrawal of Sayoni Maitra as Plaintiffs' Counsel by using the Court's CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record.

Dated: February 24, 2023                  By: */s/ Sayoni Maitra*
                                                                Sayoni Maitra