Judy Rabinovitz*
Omar Jadwat*
Lee Gelernt*
Anand Balakrishnan*
Daniel Galindo (SBN 292854)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
125 Broad Street, 18th Floor
New York, NY 10004
T: (212) 549-2660
F: (212) 549-2654
jrabinovitz@aclu.org
ojadwat@aclu.org
lgelernt@aclu.org
abalakrishnan@aclu.org
dgalindo@aclu.org

Katrina Eiland (SBN 275701)
Cody Wofsy (SBN 294179)
ACLU FOUNDATION
IMMIGRANTS' RIGHTS PROJECT
39 DRUMM STREET
San Francisco, CA 94111
T: (415) 343-0770
F: (415) 395-0950
keiland@aclu.org
cwofsy@aclu.org

Melissa Crow*
CENTER FOR GENDER & REFUGEE STUDIES
1121 14th Street, NW, Suite 200
Washington, DC 20005
T: (202) 355-4471
F: (415) 581-8824
crowmelissa@uchastings.edu

*Attorneys for Plaintiffs (Additional counsel listed on following page)*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Innovation Law Lab, *et al.*, | ) |
|  | ) CASE NO. 3:19-cv-00807-RS |
| *Plaintiffs*, | ) |
| v. | ) **NOTICE OF WITHDRAWAL** |
|  | ) **OF MICHAEL K.T. TAN AS** |
| Kirstjen Nielsen, *et al.*, | ) **COUNSEL** |
|  | ) |
| *Defendants*. | ) |

| | |
|---|---|
| Steven Watt* <br> ACLU FOUNDATION HUMAN RIGHTS PROGRAM <br> 125 Broad Street, 18th Floor <br> New York, NY 10004 <br> T: (212) 519-7870 <br> F: (212) 549-2654 <br> swatt@aclu.org <br><br> Sean Riordan (SBN 255752) AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC. <br> 39 Drumm Street <br> San Francisco, CA 94111 <br> T: (415) 621-2493 <br> F: (415) 255-8437 <br> sriordan@aclunc.org | Blaine Bookey (SBN 267596) <br> Karen Musalo (SBN 106882) <br> Kathryn Jastram (SBN 127625) <br> CENTER FOR GENDER & REFUGEE STUDIES <br> 200 McAllister St. <br> San Francisco, CA 94102 <br> T: (415) 565-4877 <br> F: (415) 581-8824 <br> *crowmelissa@uchastings.edu* <br> *bookeybl@uchastings.edu* <br> *musalok@uchastings.edu* <br> *jastramkate@uchastings.edu* <br> *maitras@uchastings.edu* <br> *leeeunice@uchastings.edu* <br><br> Julie Veroff (SBN 310161) <br> COOLEY LLP <br> 3 Embarcadero Center, 20th Floor <br> San Francisco, CA 94111-4004 <br> T: (415) 693-2000 <br> F: (415) 693-2222 <br> *jveroff@cooley.com* |

*Attorneys for Plaintiffs*

*\*Admitted pro hac vice*

PLEASE TAKE NOTICE THAT Michael K.T. Tan is no longer associated with the American Civil Liberties Union Foundation Immigrants' Rights Project, and is no longer counsel for Plaintiffs in this case.

Please remove the following from your service list:

> Michael K.T. Tan (SBN 284869)
> AMERICAN CIVIL LIBERTIES UNION FOUNDATION
> IMMIGRANTS' RIGHTS PROJECT
> 125 Broad Street
> New York, NY 10004
> T: (212) 549-2660
> F: (212) 549-2652
> mtan@aclu.org

The remaining counsel associated with American Civil Liberties Union Foundation Immigrants' Rights Project and their co-counsel listed in the preceding counsel block of this document remain as counsel of record for Plaintiffs.

Dated: April 11, 2023                                  Respectfully submitted,

                                                       /s/ Judy Rabinovitz
                                                       Judy Rabinovitz
                                                       Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I certify that on April 11, 2023, I electronically transmitted the foregoing Notice of Withdrawal of Michael K.T. Tan as Counsel, by using the Court's CM/ECF electronic filing system.

Dated: April 11, 2023                     By: */s/ Judy Rabinovitz*
                                          Judy Rabinovitz
                                          Attorney for Plaintiffs