AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Innovation Law Lab, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 3:19-cv-00807-RS |
| Nielsen, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Innovation Law Lab                                                                                              .

Date:   04/24/2023                              /S/ Anne Peterson
                                                            *Attorney's signature*

                                                Anne Peterson, CA SBN 258673
                                                *Printed name and bar number*
                                                Center for Gendere & Refugee Studies
                                                200 McAllister Street
                                                San Francisco, CA 94102

                                                *Address*

                                                petersonanne@uchastings.edu
                                                *E-mail address*

                                                (415) 610-5729
                                                *Telephone number*

                                                *FAX number*